| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* | Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **American Resource Management, LLC (DE)** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-2620369** |
| 4. | **Debtor's address** | **Principal place of business** **1401 W Cyress Creek RD, Suite 101** **Fort Lauderdale, FL 33309** Number, Street, City, State & ZIP Code  **Broward** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: |

Debtor  **American Resource Management, LLC (DE)**    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   **American Resource Management, LLC (DE)**          Case number (*if known*)
         Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
         Contact name       _____
         Phone              _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **American Resource Management, LLC (DE)**                    Case number (*if known*)
               Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 9, 2019**
              MM / DD / YYYY

**X** **/s/ Shyla Cline**                                    **Shyla Cline**
Signature of authorized representative of debtor             Printed name

Title

**18. Signature of attorney**

**X** **/s/ Tate M Russack**                                 Date **April 9, 2019**
Signature of attorney for debtor                             MM / DD / YYYY

**Tate M Russack 115806**
Printed name

**RLC Lawyers & Consultants**
Firm name

**7999 North Federal Hwy**
**Suite 100 A**
**Boca Raton, FL 33487**
Number, Street, City, State & ZIP Code

Contact phone **410-353-2176 or 561-571-9610**   Email address **Tate@Russack.net**

**115806 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **American Resource Management, LLC (DE)** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                              12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Berger Singerman LLP**<br>**Gavin Gaukroger**<br>**350 East Los Olas Blvd, Ste 1000**<br>**Fort Lauderdale, FL 33301** | | **Attorney** | | | | **$342,000.00** |
| **Bilzin Sumberg, LLP**<br>**Attn Michael N. Kreitzer**<br>**1450 Brickell Ave, Suite 2300**<br>**Miami, FL 33131** | | **Attorney** | | | | **$35,000.00** |
| **Bluegreen Vacations Unlimited, Inc.**<br>**C/O Christian Leger, GreyRobinson, PA**<br>**Wells Fargo Bldg, Suite 3200**<br>**333 SE 2nd Ave**<br>**Miami, FL 33131** | | **Litigant** | **Contingent Unliquidated Disputed** | | | **$1,000,000.00** |
| **IRS**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326** | | | | | | **$1.00** |
| **Wyndham Vacation Ownership, Inc**<br>**C/O Alfred J. Bennington, Jr.**<br>**Shutts & Bowen, Keens Point**<br>**6114 Greatwater Drive**<br>**Windermere, FL 34786** | | **Litigation against the Debtor** | **Contingent Unliquidated Disputed** | | | **$1,000,000.00** |

## United States Bankruptcy Court
### Southern District of Florida

In re   **American Resource Management, LLC (DE)**                                    Case No.
                                    Debtor(s)                                         Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Boomtown Holdings Group LLC (DE)**<br>**104 Cypress Creek Rd, Suite 101**<br>**Fort Lauderdale, FL 33309** | **Membership Ownership** | **1065** | **Units** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April  9, 2019**                              Signature   **/s/ Shyla Cline**
                                                                   **Shyla Cline**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Berger Singerman LLP
Gavin Gaukroger
350 East Los Olas Blvd, Ste 1000
Fort Lauderdale, FL 33301


Bilzin Sumberg, LLP
Attn Michael N. Kreitzer
1450 Brickell Ave, Suite 2300
Miami, FL 33131


Bluegreen Vacations Unlimited, Inc.
C/O Christian Leger, GreyRobinson, PA
Wells Fargo Bldg, Suite 3200
333 SE 2nd Ave
Miami, FL 33131


Gavin Gaukroger
Berger Singerman LLP
350 East Los Olas Blvd, Ste 1000
Fort Lauderdale, FL 33301


IRS
PO Box 21126
Philadelphia, PA 19114-0326


Jordan Salkin
theo Lacy facility
501 City Drive
Booking No. 3100098
Orange, CA 92868


Totten Franqui Davis & burk, PLLC
C/O Douglas M McIntosh
McIntosh Sawran & Cartaya, PA
1776 E Sunrise Boulevard, PO 7990
Fort Lauderdale, FL 33338-7990


Wyndham Vacation Ownership, Inc
C/O Alfred J. Bennington, Jr.
Shutts & Bowen, Keens Point
6114 Greatwater Drive
Windermere, FL 34786
```

## United States Bankruptcy Court
### Southern District of Florida

In re  **American Resource Management, LLC (DE)**　　　　　　　　Case No.　_____

　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

　　I, **Shyla Cline**, declare under penalty of perjury that I am the Manager of **American Resource Management, LLC (DE)**, and that the following is a true and correct copy of the resolutions adopted by the Members of said company at a special meeting duly called and held on the **9** day of April, 20 **19**.

　　"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

　　Be It Therefore Resolved, that **Shyla Cline**, Manager, of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

　　Be It Further Resolved, that **Shyla Cline**, Manager, of this company, of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

　　Be It Further Resolved, that **Shyla Cline**, Manager, of this company, of this company is authorized and directed to employ **Tate M Russack 115806**, attorney and the law firm of **RLC PA, Lawyers & Consultants** to represent the company in such bankruptcy case."

Date  **April  9, 2019**　　　　　　　　　　　　　　Signed  **/s/ Shyla Cline**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Shyla Cline**

Resolution of the Members
of
**American Resource Management, LLC (DE)**

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Shyla Cline**, Manager, of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **Shyla Cline**, Manager, of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **Shyla Cline**, Manager, of this company, is authorized and directed to employ **Tate M Russack 115806**, attorney and the law firm of **RLC PA, Lawyers & Consultants** to represent the company in such bankruptcy case.

Date **April 9, 2019**         Signed _____
                                **Shyla Cline, Manager Boomtown Holdings Group, LLC**
                                **100% Owner**

Date **April 9, 2019**         Signed _____
                                **Shyla Cline Manager, American Resource**
                                                **Management, LLC (DE)**