**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                        Case No.: 19-14605-JKO

**AMERICAN RESOURCE MANAGEMENT**                      **Chapter 11**
**GROUP, LLC (DE),** *et al.*,                        **Jointly Administered**[1]
EIN: 35-2620369

       Debtors.
_____/

**SUMMARY OF FIRST INTERIM FEE APPLICATION OF KOZYAK**
**TROPIN & THROCKMORTON, LLP, AS COUNSEL FOR TRUSTEE**

<span style="color:red">**(BASED ON AVAILABLE CASH ON HAND IN THE ESTATES AT THE TIME OF
ALLOWANCE, THE APPLICANT WILL AGREE TO A LARGER-THAN-STANDARD
HOLDBACK ON THIS INTERIM APPLICATION TO BE WORKED OUT PRIOR TO THE
HEARING AND/OR DETERMINED AS APPROPRIATE BY THE BANKRUPTCY COURT)**</span>

1.     Name of Applicant:          Kozyak Tropin & Throckmorton, LLP

2.     Role of Applicant:           Counsel for Barry Mukamal, Chapter 11 Trustee

3.     Name of certifying professional;   David A. Samole

4.     Date case filed:            April 9, 2019

5.     Date of Retention Order:      May 16, 2019 (*nunc pro tunc* to April 24, 2019)

6.     Period for this Application:    April 24, 2019 to December 31, 2019

7.     Amount of Compensation Sought:        $732,340.00

8.     Amount of Expense Reimbursement Sought:   $  20,423.35

9.     Amount of Original Retainer(s) Please disclose both Fee Retainer
       and Cost Retainer if such a Retainer has been received:   $    0.00

---

[1] Additional Jointly Administered Chapter 11 Cases:  (a) American Resource Management Group, LLC (IL), EIN: 45-4466948 (Case No. 19-14606); (b) ARMG Holdings, LLC (FL) f/k/a American Resource Management Group, LLC (FL), EIN: 46-4051532 (Case No. 19-14607); (c) Boomtown Holding Group, LLC (DE), EIN: 82-4694300 (Case No. 19-14608); (d) Redemption and Release, LLC (DE), EIN: 30-1041362 (Case No. 19-14609); (e) Redemption Holdings USA, LLC f/k/a Redemption and Release, LLC (FL), EIN: 45-3992101 (Case No. 19-14610); (f) Resort Exit Team LLC (FL), EIN: 83-4337729 (Case No. 19-14611); (g) Vacation Properties for Less, LLC (DE), EIN: 36-4894455 (Case No. 19-14612); and (h) VPL Holdings, LLC (FL) f/k/a Vacation Properties for Less, LLC (FL), EIN: 82-1608783 (Case No. 19-14613).

10.     Current Balance of Retainer(s) remaining:       $      0.00

11.     Last monthly operating report filed:  December 2019 (ECF No. 359)

12.     If case is Chapter 11, current funds in the Chapter 11 estate:     $      0.00

13.     If case is Chapter 11, current funds held by Chapter 11 trustee:     $834,199.19

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                     Case No.: 19-14605-JKO

**AMERICAN RESOURCE MANAGEMENT**                          **Chapter 11**
**GROUP, LLC (DE),** *et al.*,                            **Jointly Administered**
EIN: 35-2620369

                    Debtors.
_____/

**FIRST INTERIM FEE APPLICATION OF KOZYAK TROPIN**
**& THROCKMORTON, LLP, AS COUNSEL FOR TRUSTEE**

**(BASED ON AVAILABLE CASH ON HAND IN THE ESTATES AT THE TIME OF
ALLOWANCE, THE APPLICANT WILL AGREE TO A LARGER-THAN-STANDARD
HOLDBACK ON THIS INTERIM APPLICATION TO BE WORKED OUT PRIOR TO THE
HEARING AND/OR DETERMINED AS APPROPRIATE BY THE BANKRUPTCY COURT)**

Kozyak Tropin & Throckmorton, LLP ("KT&T"), having been approved by this Court as

counsel for Barry Mukamal, the Chapter 11 Trustee ("Trustee") for the bankruptcy estates of

American Resource Management Group, LLC and its affiliates (collectively, the "Debtors"),

applies for interim compensation for fees for services rendered and reimbursement of costs incurred

in these Chapter 11 cases for the period of April 24, 2019, through December 31, 2019.

This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets

all the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1).   The

exhibits attached to this application, pursuant to the Guidelines, are:

Exhibit "1" – Fee Application Summary Chart

Exhibits "2-A" and "2-B"- Summary of Professional and Paraprofessional Time.

Exhibit "3" - Summary of Requested Reimbursements of Expenses.

Exhibit "4" - The applicant's complete time records, in chronological order, by activity code
category, for the time period covered by this application. The requested fees are itemized to
the tenth of an hour.

## BACKGROUND OF CASE AND
## DISCUSSION OF ACTIVITIES BY CATEGORY GROUPING

On April 9, 2019 (the "Petition Date"), the Debtors filed voluntary Chapter 11 petitions. This Court ordered the appointment of a Chapter 11 Trustee on April 18, 2019, and the Trustee filed his acceptance on April 23, 2019 as Chapter 11 Trustee of the Debtors' estates (the "Estates").

This application covers the period from April 24, 2019, through December 31, 2019. This is the first interim fee application filed by KT&T. All of the services rendered by KT&T were performed for and on behalf of the Trustee and not on behalf of any committee, creditor or other person.

### General Overview

Since being retained as the Chapter 11 Trustee's bankruptcy counsel, KT&T has been providing comprehensive services to assist the Trustee's administration of the Estates for the benefit of creditors, with a particular focus on the timeshare exit customers. By way of general overview only, KT&T is assisting the Trustee to effectuate timeshare transfers (thus reducing claims against the Estates) in which approximately 300 timeshare transfers have occurred under the Trustee's administration totaling approximately $1.4 million in potential claims, which the timeshare transfer/resolution program is still in process. KT&T also has become the primary resource for customers to receive information about their timeshare transfer status, bankruptcy case administration inquiries and proofs of claim. KT&T has also helped the Trustee resolve other creditor claims and duplicate customer claims against the Estates in excess of $2.5 million to date. KT&T has also assisted the Trustee in minimizing the actual merchant account credit card processor chargeback liability to date, which so far has limited a potential $15 million exposure to approximately $400,000 as of this filing.

In addition to reducing claims against the Estates and effectuating timeshare transfers, KT&T has examined and pursued claims against insiders and third parties. KT&T has represented

2

3253.121/11X2205

the Trustee in three separate formal mediation sessions (and other ongoing settlement discussions and discovery) with the insiders as well as the resort developers who filed proofs of claim in the case. Great progress has been made toward a favorable resolution among the constituents which, among other things, would help address certain timeshare exist customers' interests and fund a Chapter 11 Plan distribution for the benefit of those customers who are not able to obtain relief from their timeshare obligations and also benefit the Estates' other creditors. Those discussions remain ongoing in good faith by all parties during the application period.

In order to streamline and organize the narrative sections of this fee application, KT&T grouped together several of the categories together that consisted of overlapping and/or related case tasks but in no event is the time duplicated.  However, the detailed billing records attached to the fee application are still broken out separately for each category, and KT&T provides the amount of hours and fees incurred for each separate billing code within the groupings below.

### Asset Analysis & Recovery (500.1 hours @ $230,630.00), Litigation (410.2 hours @ $192,877.50) and Chapter 11 Plan Matters (14.4 hours @ $6,672.50)

These categories involved a meaningful amount of overlapping or related case tasks including KT&T's investigation of the Debtors' business entities prior to the Trustee's appointment, as well as the disposition of the Debtors' finances as to potential third-party claims against the principals of the Debtors, insiders and other non-insider entities.  KT&T also prepared for and participated in several informal settlement conferences and three separate formal mediation sessions with the Debtors' principals and the two active resort developers in these Chapter 11 cases in May 2019 (as ordered in a pending District Court lawsuit in the Southern District of Florida, Case No. 18-cv-81055-RKA), August 2019 and October 2019. Parties have made substantial progress toward a potentially meaningful financial settlement, with various comprehensive term sheets and provisions being discussed and negotiated between the parties relative to the pending

3253.121/11X2205

District Court Actions[2] and the proceedings before the Bankruptcy Court. The Trustee's goal and efforts with respect to such negotiations and potential settlements being discussed is to utilize funds received in those settlements to fund a Chapter 11 Plan distribution while preserving favorable/equitable treatment for timeshare exit customers including the merchant account credit card processors. KT&T has begun working with the Trustee on potential mechanisms for a Chapter 11 Plan process that would be progressed further upon resolution of the settlements under discussion, or upon litigation of those claims in the event a settlement is not reached among the parties. As such, KT&T has also prepared comprehensive lawsuits against the insiders in the event the settlement discussions with the principals and resort developers do not conclude in a positive resolution.

In addition, KT&T has been assisting the Trustee produce documents and actively respond to non-party discovery subpoenas served in a host of timeshare customer litigation involving resort developers. KT&T has also examined third party litigation claims including as to insurance coverage, outstanding accounts receivable-type claims for commissions owed, Chapter 5 avoidable transfers claims and other potential third party actions, and has issued discovery relating to same. KT&T also has coordinated with special litigation counsel on the pending adversary proceeding as to the disputed insurance coverage issues and damage claims.

**Case Administration (469.1 hours @ $193,225.00), Business Operations/Analysis (25.9 hours @ $12,680.00), Meeting of Creditors (20.7 hours @ $9,152.50) and Claims Administration & Objections (80.0 hours @ $29,880.00)**

These categories also involved a certain amount of overlapping case tasks including KT&T's assistance of the ongoing timeshare transfer/resolution program helping to resolve $1.4 million in timeshare interests to date.  KT&T also worked with the Trustee and Debtors-Out-Of-

---

[2] There are currently pending two actions against the Debtors (stayed) and principals in the Southern District and Middle District of Florida.  See *Wyndham Vacation Ownership, Inc., et. al. v. Totten Franqui Davis & Burk, LLC, et al.*, Case No. 18-cv-81055-RKA and *Bluegreen Vacations Unlimited, Inc. et al v. Totten Franqui Davis & Burk, LLC et al*, Case No. 6:18-cv-02188-RBD-DCI.

Possession in the preparation of certain amended Chapter 11 petitions as well as the voluminous bankruptcy schedules and statement of financial affairs for each of the 9 Debtors, and assisted the Trustee's accountants with the data and updated processes for the monthly operating reports. KT&T participated in the Section 341 Meetings of Creditors proceedings for these cases and the Chapter 7 case filed by Totten Franqui Davis & Burk, LLC ("TFDB") and Rule 2004 examinations and other subpoena document production matters in these cases and the TFDB bankruptcy case.

As the Court is aware, KT&T has assisted in setting up Stretto as docketing, notice and claims agent with a free case website with all of the case filings and a dedicated customers' web page addressing frequently asked questions, and also established an initial call center to address inquiries from timeshare exit customers. KT&T also became a source for more specific case updates to, and addressing inquiries by, timeshare exit customers, which has been steady throughout these cases but increased in frequency with the claims bar deadline and the end-of-the year issuance by resort developers of their annual maintenance fees' notices.

KT&T conferred with the Trustee and provided guidance as to his decision not to maintain the Debtors' referral business or take on any new timeshare exit customers in these Chapter 11 cases, and examining and concluding the relationship with TFDB which filed for Chapter 7.  KT&T assisted the Trustee's team to streamline the staff employed to handle resort-approved timeshare transfer requests that were pending at the time of the Trustee's appointment, or has since reached that stage, and to address the host of inquiries from existing customers, timeshare purchasers and merchant account credit card processors.

KT&T examined UCC filings by the insider entities as to hundreds of thousands of dollars in scheduled debt. KT&T has also investigated certain of the developers' proofs of claims aggregating in excess of $8 million against the bankruptcy Estates.  KT&T has twice assisted the Trustee obtain court approval to extend the Trustee's claims bar date for the Trustee to consider filing claims on behalf of timeshare exit customers. KT&T also worked to review records, prepare

5

pleadings, and has obtained two orders sustaining omnibus objections to duplicate timeshare customer claims reducing the claims against the Estates in excess of $800,000.

KT&T is also working with the Trustee and certain other resort developers who have not filed proofs of claim as to preliminary terms or understandings as to potential global-type resolution or treatment of applicable ARMG customers holding timeshares at such resorts, and such discussions are ongoing.

### Executory Contracts Litigation (53.2 hours @ $23,712.50), Stay Relief Litigation (38.6 hours @ $17,805.00) and Asset Disposition (14.1 hours @ $6,040.00)

These categories also involved a certain amount of overlapping case tasks including KT&T representing the Trustee to examine, negotiate and file pleadings to terminate all leasehold interests held by the Debtors' businesses, and liquidate all related furniture, fixtures and equipment located on leased premises. The sale of FF&E yielded approximately $90,000 for the Estates, while the resolution of MYP Headway landlord litigation involved consensual stay relief with respect to deposits on hand and the dismissal by the landlord of approximately $1.75 million in damage claims previously pending in litigation.

KT&T also has examined and assisted with due diligence as to a potential sale of the Debtors' internet domain names, as well as a vehicle previously purchased with company funds.

KT&T advised and handled the Trustee's termination of all merchant account credit card agreements and has worked with applicable merchant account credit card processors to timely respond and contest chargeback claims based on the pendency of the timeshare transfer/exit/resolution program overseen by the Trustee, thus minimizing such damage claims to approximately $400,000 so far from a prior potential exposure high point of $15 million.

### Fee/Employment Applications (21.6 hours @ $8,365.00) and Objections (2.6 hours @ $1,300.00)

KT&T prepared and filed its retention papers and resolved certain of its disclosure issues with the resort developers. KT&T also helped the Trustee negotiate and prepare retention pleadings

6

for Stretto as the Estates' docketing, notice and claims agent, and presented Stretto's first interim fee application at a hearing. KT&T also assisted the Trustee to negotiate the terms of a hybrid fee retention of special insurance litigation counsel with respect to the duty to defend declaratory judgment adversary proceeding, and presented special counsel's retention application in court. KT&T also reviewed pleadings objecting to the final fee application of Debtors' former bankruptcy counsel and helped negotiate a court-approved consensual reduction in the fees paid out to counsel, with the excess portion of counsel's retainer fees being turned over to the Estates.

## DISCUSSION

KT&T believes that the requested fee of $732,340.00 for 1,650.5 hours worked is reasonable considering the twelve factors enumerated in <u>Johnson v. Georgia Highway Express, Inc.</u>, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by <u>In re First Colonial Corp. of America</u>, 544 F.2d 1291 (5th Cir. 1977), as follows:

### The Time and Labor Required:

The time and labor required in the rendition of services to the Trustee are reflected in Exhibits "2-A", "2-B", "3", and "4" to this Fee Application. KT&T's professionals and paralegals devoted a total of 1,650.5 hours to providing services to the Trustee for the period from April 24, 2019, through December 31, 2019.  All attorneys and paralegals of KT&T record the time expended in rendition of professional services in this case by recording a detailed description of the services rendered, and diligently attempting to avoid duplication of effort.

### The Novelty and Difficulty of the Services Rendered:

Corali Lopez-Castro and David A. Samole were primarily responsible for this matter and are experienced bankruptcy practitioners, respectively.   All such KT&T professionals have the knowledge, experience and skills necessary to handle the issues, analysis, tasks performed and related services required in this case.

7

**The Skill Requisite to Perform the Services Properly:**

In order to perform the services and obtain the results required in its representation of the Trustee, KT&T's legal skill and experience in the area of bankruptcy was required.

**The Preclusion of Other Employment by the Professional Due to the Acceptance of the Case:**

KT&T did not turn away representation that was proffered during the application period.

**The Customary Fee:**

The rates charged by the attorneys providing services to the Trustee are well within the reasonable range for hourly rates charged by attorneys of comparable bankruptcy skills in the Southern District of Florida.  All expenses charged have been documented and billed at the firm's customary rates.  KT&T charges its clients, and seeks reimbursement for expenses, at rates less than those charged by the Court-authorized copy service.

**Whether the Fee is Fixed or Contingent:**

KT&T's compensation in this matter is contingent in that it is subject to the final approval of this Court, and the availability of funds in the estate for payment of same.

**Time Limitations Imposed by the Client or Other Circumstances:**

KT&T was required to respond expeditiously upon the Trustee's appointment, in order to preserve and maintain the Debtors' assets and gathering necessary factual and legal information.

**The Experience, Reputation, and Ability of the Professional:**

KT&T is an established, specialized commercial litigation firm having substantial experience in bankruptcy matters.  KT&T represents clients throughout the State of Florida and appears regularly in the Southern and Middle District Bankruptcy Courts.  KT&T and each of its partners are "AV" rated by Martindale-Hubbell.

**Corali Lopez-Castro** attended Brown University and the University of Miami School of Law.  After graduating from law school in 1990, Ms. Lopez-Castro specialized in bankruptcy and creditors' rights litigation with the firm through 1995.  She practiced in Cleveland with the Hahn Loeser & Parks firm for two years, and rejoined the firm in September, 1997.  From 1998 through

8

2002, she was on the panel of Chapter 7 Trustees for the Southern District of Florida.  She has been a shareholder with KT&T since 1998.  Ms. Lopez-Castro is a Fellow of the American College of Bankruptcy and the International Academy of Trial Lawyers.  She is a member of the Bankruptcy Bar Association of the Southern District of Florida, the American Bankruptcy Institute, the ABA Business Law Section, and Chair of the Secured Creditors' Subcommittee of the Business Bankruptcy Committee.  Ms. Lopez-Castro frequently lectures and writes on bankruptcy and receivership topics.

**David A. Samole** is specializes in commercial bankruptcy litigation matters and representing fiduciaries.  He obtained a B.A. from the University of Chicago, and a J.D. from Washington University in St. Louis.  Mr. Samole handles a full range of bankruptcy matters including representation of trustees involved in commercial reorganization and liquidation, representation of creditors, distressed commercial real estate and contractual dispute negotiation, and bankruptcy-related litigation.

Admitted to the Florida Bar in 2002, Mr. Samole served as a Law Clerk for then Chief Judge Robert A. Mark of the U.S. Bankruptcy Court, Southern District of Florida, prior to joining our firm.  He has also clerked for Judge Barry S. Schermer, U.S. Bankruptcy Courts, Eastern District of Missouri (and as a Visiting Judge in the Southern District of Florida).

<u>**The Undesirability of the Case:**</u>

KT&T does not deem this case undesirable in any way.

<u>**The Nature and Length of the Professional Relationship of the Client:**</u>

KT&T has previously represented the Trustee in his official capacity as Trustee in several unrelated cases.

<u>**Awards in Similar Cases:**</u>

The Bankruptcy Code, pursuant to 11 U.S.C. § 330, provides that the extent of compensation to professionals shall be reasonable compensation that may be awarded to professionals based on the nature, the extent and value of such services, the time spent on such services, and the cost of comparable services in other cases under Title 11 of the United States Code, and for the reimbursement of actual and necessary expenses incurred on behalf of the Trustee.

The applicant further represents that the fees applied for are in conformity with the fees allowed in similar proceedings for similar services rendered and results obtained.  The hourly rates

requested by KT&T are the ordinary and usual hourly rates billed by KT&T to both bankruptcy and non-bankruptcy clients.

## CONCLUSION

**WHEREFORE**, KT&T seeks (1) interim approval of fees in the amount of $732,340.00 and costs in the amount of $20,423.35 for the period of April 24, 2019, through December 31, 2019, for a total of $752,763.35; and (2) such other and further relief as the court deems just and appropriate.

## CERTIFICATION

1.    I have been designated by KT&T (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Case" (the "Guidelines").

2.    I have read Applicant's application for compensation and reimbursement of expenses (the "Application").  The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines.

3.    The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.    In seeking reimbursement for the expenditures described on Exhibit 3, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.    In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.    The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: NONE.

3253.121/11X2205

Respectfully submitted,

**KOZYAK TROPIN & THROCKMORTON, LLP**
*Counsel for Barry E. Mukamal, as Chapter 11 Trustee*
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134
Tel.: (305) 372-1800
Fax: (305) 372-3508
E-mail: clc@kttlaw.com
das@kttlaw.com

By: /s/ David A. Samole
Corali Lopez-Castro
Fla. No. 863830
David A. Samole
Fla. Bar No. 582761

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 7, 2020, I filed a true and correct copy of the foregoing with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served this day (i) by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record and *pro se* parties authorized to receive electronically Notices of Electronic Filing in this bankruptcy case, and/or (ii) via U.S. Mail to all parties on the attached service list. Due to the economic burden of mailing the foregoing to approximately 4,200 creditors and interested parties in these chapter 11 cases, only the Notice of Hearing on KT&T's First Interim Fee Application (which would include the requested amounts) will be served on all creditors and interested parties, while the fee application itself would be served on the Master Service List. The Trustee will provide copies of the entire fee application to any creditor and interested party upon request.

By: /s/ David A. Samole
David A. Samole

3253.121/11X2205

**<u>SERVICE LIST – VIA U.S. MAIL</u>**

Gavin Gaukroger, Esq.
Berger Singerman LLP
350 East Los Olas Blvd, Ste 1000
Fort Lauderdale, FL 33301-4215

Bilzin Sumberg, LLP
Attn Jeffrey Snyder, Esq.
1450 Brickell Ave, Suite 2300
Miami, FL 33131-3456

Jordan Salkin
Theo Lacy Facility
Booking No. 3100098
501 The City Dr S
Orange, CA 92868-3305

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Joseph Pack, Esq.
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

**EXHIBIT 1**

## KOZYAK TROPIN & THROCKMORTON, LLP
## FEE APPLICATION SUMMARY CHART

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Ordered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| 1/7/2020 | 378 | 4/24/2019 to 12/31/2019 | $732,430.00 | $20,423.35 | PENDING | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | $732,430.00 | $20,423.35 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 2-A**
Summary of Professionals And Paraprofessional Time

| Attorney Name | | Licensed | Hours | Rate | Fee |
|---|---|---|---|---|---|
| BERNICE C. LEE | Of Counsel | 2009 | 119.20 | 450.00 | 53,640.00 |
| CORALI LOPEZ-CASTRO | Partner | 1990 | 197.80 | 550.00 | 108,790.00 |
| DAVID A. SAMOLE | Partner | 2002 | 859.60 | 500.00 | 429,800.00 |
| FAROLA SAINT REMY | Paralegal | n/a | 11.40 | 250.00 | 2,850.00 |
| JOHN I. CRISTE | Associate | 2015 | 69.20 | 300.00 | 20,760.00 |
| MARIA C. MENDEZ | Paralegal | n/a | 40.20 | 250.00 | 10,050.00 |
| MINDY Y. KUBS | Associate | 1995 | 145.40 | 375.00 | 54,525.00 |
| SANDRA E. MEJIA | Clerk | n/a | 63.40 | 250.00 | 15,850.00 |
| YAMILE C. CASTRO | Paralegal | n/a | 144.30 | 250.00 | 36,075.00 |

Total Hours by Professionals and Paraprofessionals:                      1,650.50

"Blended" Hourly Rate:                      443.71

Total Professionals and Paraprofessionals Fees:                      732,340.00


* Indicate any changes in hourly rates during this Application and the date of such change

** Indicate "blended" hourly rate.

**EXHIBIT 2-B**

Summary of Professional And Paraprofessional Time by Activity Code Category

| Attorney Name | Licensed | Hours | Rate | Fee |
|---|---|---|---|---|
| BERNICE C. LEE | 2009 | 80.60 | 450.00 | 36,270.00 |
| CORALI LOPEZ-CASTRO | 1990 | 54.90 | 550.00 | 30,195.00 |
| DAVID A. SAMOLE | 2002 | 287.90 | 500.00 | 143,950.00 |
| FAROLA SAINT REMY | n/a | 3.90 | 250.00 | 975.00 |
| JOHN I. CRISTE | 2015 | 14.30 | 300.00 | 4,290.00 |
| MINDY Y. KUBS | 1995 | 2.60 | 375.00 | 975.00 |
| SANDRA E. MEJIA | n/a | 52.20 | 250.00 | 13,050.00 |
| YAMILE C. CASTRO | n/a | 3.70 | 250.00 | 925.00 |
| | | - - - - - - - - - | - - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category<br>ASSET ANALYSIS AND RECOVERY | | 500.10 | 461.17 | 230,630.00 |
| - | | | | |
| BERNICE C. LEE | 2009 | 0.20 | 450.00 | 90.00 |
| DAVID A. SAMOLE | 2002 | 6.10 | 500.00 | 3,050.00 |
| MINDY Y. KUBS | 1995 | 7.60 | 375.00 | 2,850.00 |
| YAMILE C. CASTRO | n/a | 0.20 | 250.00 | 50.00 |
| | | - - - - - - - - - | - - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category<br>ASSET DISPOSITION | | 14.10 | 428.37 | 6,040.00 |
| - | | | | |
| BERNICE C. LEE | 2009 | 5.90 | 450.00 | 2,655.00 |
| CORALI LOPEZ-CASTRO | 1990 | 0.50 | 550.00 | 275.00 |
| DAVID A. SAMOLE | 2002 | 19.50 | 500.00 | 9,750.00 |
| | | - - - - - - - - - | - - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category<br>BUSINESS OPERATIONS/ANALYSIS | | 25.90 | 489.58 | 12,680.00 |

-

| | | | | |
|---|---|---|---|---|
| BERNICE C. LEE | 2009 | 1.50 | 450.00 | 675.00 |
| CORALI LOPEZ-CASTRO | 1990 | 40.10 | 550.00 | 22,055.00 |
| DAVID A. SAMOLE | 2002 | 231.40 | 500.00 | 115,700.00 |
| JOHN I. CRISTE | 2015 | 13.40 | 300.00 | 4,020.00 |
| MARIA C. MENDEZ | n/a | 40.20 | 250.00 | 10,050.00 |
| MINDY Y. KUBS | 1995 | 40.80 | 375.00 | 15,300.00 |
| SANDRA E. MEJIA | n/a | 9.10 | 250.00 | 2,275.00 |
| YAMILE C. CASTRO | n/a | 92.60 | 250.00 | 23,150.00 |
| | | - - - - - - - - | - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category<br>CASE ADMINISTRATION | | 469.10 | 411.91 | 193,225.00 |

-

| | | | | |
|---|---|---|---|---|
| CORALI LOPEZ-CASTRO | 1990 | 4.10 | 550.00 | 2,255.00 |
| DAVID A. SAMOLE | 2002 | 33.80 | 500.00 | 16,900.00 |
| MINDY Y. KUBS | 1995 | 1.60 | 375.00 | 600.00 |
| SANDRA E. MEJIA | n/a | 2.10 | 250.00 | 525.00 |
| YAMILE C. CASTRO | n/a | 38.40 | 250.00 | 9,600.00 |
| | | - - - - - - - - | - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category<br>CLAIMS ADMINISTRATION AND OBJECTIONS | | 80.00 | 373.50 | 29,880.00 |

-

| | | | | |
|---|---|---|---|---|
| CORALI LOPEZ-CASTRO | 1990 | 0.30 | 550.00 | 165.00 |
| DAVID A. SAMOLE | 2002 | 8.80 | 500.00 | 4,400.00 |
| MINDY Y. KUBS | 1995 | 5.40 | 375.00 | 2,025.00 |
| YAMILE C. CASTRO | n/a | 7.10 | 250.00 | 1,775.00 |
| | | - - - - - - - - | - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category<br>FEE/EMPLOYMENT APPLICATIONS (PROFESSIONALS) | | 21.60 | 387.27 | 8,365.00 |

-

| | | | | |
|---|---|---|---|---|
| DAVID A. SAMOLE | 2002 | 2.60 | 500.00 | 1,300.00 |
| | | - - - - - - - - | - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category<br>FEE/EMPLOYMENT OBJECTIONS | | 2.60 | 500.00 | 1,300.00 |

-

| | | | | |
|---|---|---|---|---|
| CORALI LOPEZ-CASTRO | 1990 | 90.30 | 550.00 | 49,665.00 |
| DAVID A. SAMOLE | 2002 | 218.60 | 500.00 | 109,300.00 |
| FAROLA SAINT REMY | n/a | 7.50 | 250.00 | 1,875.00 |
| JOHN I. CRISTE | 2015 | 41.50 | 300.00 | 12,450.00 |
| MINDY Y. KUBS | 1995 | 52.10 | 375.00 | 19,537.50 |
| YAMILE C. CASTRO | n/a | 0.20 | 250.00 | 50.00 |
| | | --------- | --------- | -------------- |
| Total for Category<br>LITIGATION | | 410.20 | 470.20 | 192,877.50 |

-

| | | | | |
|---|---|---|---|---|
| BERNICE C. LEE | 2009 | 21.30 | 450.00 | 9,585.00 |
| CORALI LOPEZ-CASTRO | 1990 | 0.40 | 550.00 | 220.00 |
| DAVID A. SAMOLE | 2002 | 15.00 | 500.00 | 7,500.00 |
| MINDY Y. KUBS | 1995 | 0.20 | 375.00 | 75.00 |
| YAMILE C. CASTRO | n/a | 1.70 | 250.00 | 425.00 |
| | | --------- | --------- | -------------- |
| Total for Category<br>LITIGATION-STAY RELIEF | | 38.60 | 461.27 | 17,805.00 |

-

| | | | | |
|---|---|---|---|---|
| DAVID A. SAMOLE | 2002 | 30.40 | 500.00 | 15,200.00 |
| MINDY Y. KUBS | 1995 | 22.50 | 375.00 | 8,437.50 |
| YAMILE C. CASTRO | n/a | 0.30 | 250.00 | 75.00 |
| | | --------- | --------- | -------------- |
| Total for Category<br>LITIGATION - EXECUTORY CONTRACTS | | 53.20 | 445.72 | 23,712.50 |

-

| | | | | |
|---|---|---|---|---|
| CORALI LOPEZ-CASTRO | 1990 | 6.80 | 550.00 | 3,740.00 |
| DAVID A. SAMOLE | 2002 | 1.70 | 500.00 | 850.00 |
| MINDY Y. KUBS | 1995 | 12.10 | 375.00 | 4,537.50 |
| YAMILE C. CASTRO | n/a | 0.10 | 250.00 | 25.00 |
| | | --------- | --------- | -------------- |
| Total for Category<br>MEETING OF CREDITORS | | 20.70 | 442.15 | 9,152.50 |

-

| | | | | |
|---|---|---|---|---|
| BERNICE C. LEE | 2009 | 9.70 | 450.00 | 4,365.00 |
| CORALI LOPEZ-CASTRO | 1990 | 0.40 | 550.00 | 220.00 |
| DAVID A. SAMOLE | 2002 | 3.80 | 500.00 | 1,900.00 |
| MINDY Y. KUBS | 2015 | 0.50 | 375.00 | 187.50 |
| | | - - - - - - - - | - - - - - - - - | - - - - - - - - - - - - - |
| Total for Category | | 14.40 | 463.37 | 6,672.50 |

PLAN AND DISCLOSURE STATEMENT

-

| | | | | |
|---|---|---|---|---|
| Grand Total | | 1,650.50 | 443.71 | 732,340.00 |

**EXHIBIT 3**
**Summary of Requested Reimbursement Of Expenses**
**for this Time Period Only**

1.  Filing Fees (9 creditor matrices additions and motion to sell FF&E)......................$460.00

2.  Process Service Fees ............................................................................................$0.00

3.  Witness Fees ........................................................................................................$0.00

4.  Court Reporter & Transcripts ...........................................................................$1,114.00

5.  Lien and Title Searches .......................................................................................$0.00

6.  Photocopies ......................................................................................................$2,014.20
    (a)    In-house copies (12,618 @ $.15) and digital images (1,215 @ $.10)
    (b)    Outside copies ($0.00)

7.  Postage ...............................................................................................................$64.40

8.  Overnight Delivery Charges ...............................................................................$89.65

9.  Outside Courier/Messenger Service ....................................................................$0.00

10. Court Call (two telephonic hearing appearances)...............................................$60.00

11. E-discovery ....................................................................................................$8,494.16

12. Computerized Research ...................................................................................$2,136.17
          Westlaw/Lexis $2,129.47
          Pacer - $6.70

13. Out of Southern District of Florida Travel .........................................................$0.00

14. Other (Not specifically disallowed; must
    specify and justify)..........................................................................................$5,990.77

    (a) Mediator's Fees ($4,500.00)
    (b) Lunch meetings during deposition and two mediations ($562.17)
    (c) Parking for attending mediations held on 5/8/19, 8/12/19 and 10/10/19 ($181.00)
    (d) Parking for attending 341 meeting and court hearings held on 7/15/19,
        9/17/19 and 11/14/19 ($33.25)
    (e) Parking for attending meetings with counsel and SEFC settlement
        conference ($51.35)
    (f) Documents produced by American Express ($663.00)

**TOTAL EXPENSE REIMBURSEMENT REQUESTED .........................................$20,423.35**

**EXHIBIT 4**

For Professional Services Rendered
re: 3253-121          IN RE: AMERICAN RESOURCE MANAGEMENT GROUP, LLC (DE)

ASSET ANALYSIS AND RECOVERY

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| April 25, 2019 | DAS | Follow up with principals' counsel and then trustee as to reimbursement to estate of postpetition distributions/payments, discussions about purchasing estate's interest in a vehicle and other potential asset recovery matters (.5); review follow up memo from principals' counsel on the interim asset recovery items; follow up with trustee and coordinate handling of same (.2); preliminarily review some materials as to other professional services provided prepetition and consider generally potential asset recovery item (.2); review preliminarily some insurance coverage denial letters provided by principals to have estate consider potential bad faith litigation claim (.2) | 1.10 | 550.00 |
| April 29, 2019 | DAS | Confer with Mr. Criste as to due diligence items to pursue investigation as to potential third party litigation claims (.2); review Mr. Criste's preliminary email enclosing information about insiders (.2) | 0.40 | 200.00 |
| April 29, 2019 | MK | Communication with Ms. Lopez-Castro regarding demand letter to debtor's prior counsel; begin drafting letter; communicate with Trustee's office regarding wiring instructions. | 0.60 | 225.00 |
| April 30, 2019 | CLC | Reach out to Florida Bar Group Plan Chair; review email from same (.6). | 0.60 | 330.00 |
| April 30, 2019 | DAS | Follow up with Ms. Kubs as to estate's updated position on turnover of unused retainer amounts held by the Debtors' counsel (.2); Phone call with | 0.80 | 400.00 |

1

| | | | | |
|---|---|---|---|---|
| | | Debtors' counsel discussing logistics of his retainer and work done and make renewed informal demand of unused portion of retainer (.2); review draft written demand letter to debtors' counsel for turnover of retainer (.1); call with principals' counsel as to placing a financial hold on insiders' accounts while disclosing proffered amount of legal fees and discuss other third party claims matters (.3) | | |
| April 30, 2019 | MK | Revise demand letter to debtor's former counsel; forward to Mr. Samole and Ms. Lopez-Castro. | 0.10 | 37.50 |
| May 2, 2019 | DAS | Follow up with trustee's office as to determining scope of management fees paid out during statutory avoidance period (.3) | 0.30 | 150.00 |
| May 3, 2019 | DAS | Draft/submit correspondence demanding accounting of insider transfers and subsequent disbursements and holdings (.4); phone call with principals' counsel discussing trustee's transfers accounting demand and related background; provide trustee with summary report of additional postpetition transfer made to insiders and other potential avoidable transfer matters and related issues (.5); review follow up correspondence and enclosures from principals' counsel disclosing/enclosing more information about postpetition transfers and other background and status of working on insider transfers accounting (.3); receive and begin to review trustee's preliminary spreadsheets of insider transfers for 1 year, 2 year and 4 year splits (.2) | 1.40 | 700.00 |
| May 6, 2019 | DAS | Supplement list of potential third party recovery sources (.2); confer with principals' counsel as to insider recovery matters (.2) | 0.40 | 200.00 |
| May 11, 2019 | DAS | Discuss with trustee additional | 0.20 | 100.00 |

| | | | | |
|---|---|---|---|---|
| | | asset recovery parties and issues to consider as part of forthcoming due diligence and also note potential injunctive relief (.2) | | |
| May 16, 2019 | DAS | Exchange emails with principals' counsel requesting financial information from principals including financial affidavit, overview of nonexempt and exempt assets, etc. (.2). | 0.20 | 100.00 |
| May 24, 2019 | DAS | Discuss with trustee due diligence and investigation as to amounts received and spent by principals (.2) | 0.20 | 100.00 |
| May 30, 2019 | DAS | Exchange correspondence with principals' counsel pushing for accounting of funds, potential agreed use of funds per a prospective budget and ultimate repayment concept for the estates (.4); phone call with principals' counsel to discuss the accounting issues and updates with the principals (.5) | 0.90 | 450.00 |
| June 1, 2019 | DAS | Due diligence as to TFDB Chapter 7 bankruptcy pleadings; consider impact on potential claims estate has against TFDB (.2). | 0.20 | 100.00 |
| June 2, 2019 | DAS | Review 626 pages of TFDB's Chapter 7 petition, schedules and SOFA and note references to ARMG, pending litigation and other pending matters (.6). | 0.60 | 300.00 |
| June 3, 2019 | DAS | Re-review TFDB's bankruptcy schedules to determine whether includes listing of insurance policies and other potential assets (.2); consider/outline discovery as to transfers made within potential avoidance period and send pair of correspondence to forensic accountant's office (.3); call with principals' counsel to discuss transfers reconciliation, status and related timeframe of next steps (.3); review updated summary of transfers and as well as more | 1.30 | 650.00 |

3

| | | | | |
|---|---|---|---|---|
| | | detailed breakdown charts of insider transfers for 1 year, 2 year among distributions, management fees, salary and miscellaneous items (.5). | | |
| June 3, 2019 | CLC | Consider additional information for transfers to principals (.4). | 0.40 | 220.00 |
| June 5, 2019 | DAS | Meeting with Principals' counsel and trustee as to accounting reconciliation, prepetition transfers and postpetition expenditures, and discuss estate claims against the estate and related issues (1.0); send follow up correspondence to request information and documents as to prepetition accounting records and postpetition expenditure records including on a going forward basis (.2); follow up with Trustee's office on asset analysis and recovery investigation matters (.2); review pair of emails from principals' counsel as to summary on expenses incurred since trustee appointment -reconcile against prior email proffers (.2) . | 1.60 | 800.00 |
| June 7, 2019 | DAS | Multiple emails with principals' counsel as to concept of developing budget for needed postpetition expenditures by principals in context of running accounting as trustee and principals continue to address discovery as part of trustee's efforts to analyze and ultimately obtain recovery from principals for benefit of estate; also discuss status of preparation accounting requested as well (.3) | 0.30 | 150.00 |
| June 10, 2019 | DAS | Provide executive summary to Mr. Criste as to some of potential asset recovery targets and issues to investigate and examine; provide Mr. Criste with existing materials to review and report back (.2) | 0.20 | 100.00 |
| June 11, 2019 | DAS | Review additional materials as to potential bad faith insurance coverage claim; follow up with Mr. Criste about his investigating the potential claims (.4); follow up with | 1.50 | 750.00 |

| | | | | |
|---|---|---|---|---|
| | | Trustee and then principals as to pushing for more diligence responses and production to financials/accounting materials requested and proposal to estate (.3); more follow up as to forensic accountant's interim analysis on transfers (.2); review proposed search terms for additional internal document search for ongoing transfers analysis and background; edit and streamline list; follow up with forensic accountant group with cover email, search terms instructions and request for other documentation (.4); follow up with Trustee's office as to lack of written management agreement for principals and related background and discuss 2018 restructuring (.2) | | |
| June 11, 2019 | FSR | Review bank reconstruction of ARMG and draft proposed search terms | 0.50 | 125.00 |
| June 11, 2019 | CLC | Exchange emails re: principals (.4); consider search terms (.2). | 0.60 | 330.00 |
| June 12, 2019 | DAS | Review and analyze meaningful portions of 552-page 2018 restructuring binder again as to organizational structure of debtors and affiliates, investigation of insider payments for management fees, miscellaneous disbursements, shareholder distributions, consulting agreements and other related provisions and matters (1.8); draft memo to forensic accounting team as to my findings and analysis of applicable portions of the 2018 restructuring binder documents relative to our ongoing investigation of insider/affiliated entities transfers (.6); additional follow up with trustee's office as to lack of existence of board meeting minutes and resolutions (.2); review correspondence from principals' counsel as to status and generalized preview of forthcoming submission of financial information (.1); participate in teleconference | 3.70 | 1,850.00 |

5

| | | with principals' counsel as to insider transfers/accounting issues and more preview of forthcoming production of financials on Friday and discuss related legal issues (.5); draft executive summary memo to Ms. Lopez-Castro as to principals' potential recovery situation and status; follow up meeting with Ms. Lopez-Castro (.3); more work with Trustee's data processing IT personnel as to further streamlining search results as part of ongoing investigation of internal documents and emails to review as to insider transaction matters (.2) | | |
|---|---|---|---|---|
| June 12, 2019 | CLC | Consider search of emails for litigation (.3). | 0.30 | 165.00 |
| June 13, 2019 | CLC | Go over search protocol (.2). | 0.20 | 110.00 |
| June 13, 2019 | DAS | More diligence and work with IT personnel on company records, and begin to review, analyze and investigate potential claims against third parties for prepetition management, accounting/legal advice, etc. (1.0) | 1.00 | 500.00 |
| June 14, 2019 | DAS | Review additional document production received regarding insurance denial and a copy of the policy (.5); send same to Mr. Criste and provide comments for his review of these insurance denial items in more detail and add to his ongoing analysis of potential bad faith insurance claim (.2); receive and review extensive cover letter memo from principals' counsel with initial settlement proposal and begin to review enclosed principals' accounting and financials; share with trustee and forensic accountant team (.5) | 1.20 | 600.00 |
| June 14, 2019 | SEM | Meet with David Samole to discuss document review assignment re the Management Fee reflected in the Transfers made to Principals and Related Entities table. | 0.20 | 50.00 |
| June 17, 2019 | DAS | Exchange emails with principals' | 0.80 | 400.00 |

| | | | | |
|---|---|---|---|---|
| | | counsel that more reporting may be required for any trustee deal and discuss counsel's vacation schedule coming up and logistics for progressing documents exchange and meetings if needed while he is away (.1); confer with trustee as to principals' offer and financials provided (.3); review template from trustee as to potential additional reporting forms for principals and discuss same (.2); provide memo to trustee and forensic accountant as to additional potential asset value based on principals' preliminary reporting (.2) | | |
| June 18, 2019 | DAS | Additional ongoing review and analysis of financials presented; consider scope of potential bar order and recovery model (.3); review brand new circuit level opinion limiting the scope of applicable bar order and third party claims releases (.4); call with principals' counsel on pending settlement offer and accounting reconciliation under review (.3); confer with Ms. Lopez-Castro as to principals' asset and expenditure listings and develop list of items to perform additional due diligence; discuss next steps  (.4); perform additional due diligence on some of the principal's holdings (.2) | 1.60 | 800.00 |
| June 19, 2019 | DAS | Follow up discussions with counsel as to legal scope of potential bar order assuming agreement between estates and principals, and related matters (.4); preliminary research as to trustee's ability to pursue principals' otherwise exempt homestead property to extent of funds used from improvident distributions, fraudulent transfers and from certain potentially egregious conduct directed by the principals while in possession of the timeshare exit business (.7); review principals' financials to consider exempt items that may be exposed | 2.50 | 1,250.00 |

| | | | | |
|---|---|---|---|---|
| | | to estate in preparation for call with principals' counsel (.4); participate in call with principals' counsel discussing financials in more detail, requesting more information and documents, expenditures and other potential settlement matters (1.0) | | |
| June 20, 2019 | SEM | Meet with Corali Lopez-Castro to discuss additional information regarding the doc review. | 0.10 | 25.00 |
| June 20, 2019 | SEM | Meet with Farola Saint Remy to get access to the documents on relativity. | 0.10 | 25.00 |
| June 20, 2019 | SEM | Document Review re Management Fees. | 4.40 | 1,100.00 |
| June 20, 2019 | FSR | Multiple email correspondence with Xact re: new relativity workspace setup; prepare analysis of intake documents; prepare Search Terms Report; interoffice conference with Ms. Mejia re: review protocol; format and prepare for production Mejia documents responsive to subpoena; receive and update repository with emails re: transfer Original Search Data | 1.90 | 475.00 |
| June 21, 2019 | SEM | Continue the Document Review regarding Management Fees. | 2.10 | 525.00 |
| June 21, 2019 | DAS | Follow up with trustee on insider transfer analysis matters (.3); review forensic accounting analysis memo on insider transfer and financials (.3); call with principals' counsel on additional financial and documents needed; draft and send supplemental document request to principals' counsel (.4) | 1.00 | 500.00 |
| June 24, 2019 | SEM | Continue the Document Review regarding Management Fees. | 2.00 | 500.00 |
| June 24, 2019 | DAS | Follow up emails and call with counsel for Principal to discuss ongoing diligence by Principals to provide more financial information requested and discuss issues of estates' potential asset recovery matters; go over related issues (5); | 1.00 | 500.00 |

| | | | | |
|---|---|---|---|---|
| | | confer with Ms. Mejia as to ongoing analysis of correspondence and other company records for third party/insider transfers, and review her follow up correspondence to have trustee's IT personnel apply additional search terms (.3);; more follow up with trustee's office on insider transfer issues (.2) | | |
| June 25, 2019 | CLC | Review analysis of documents (.4). | 0.40 | 220.00 |
| June 25, 2019 | DAS | Confer more with Principals' counsel as to ongoing financial reconciliation production being worked on by the Principals and discuss related asset recovery matters (.4). | 0.40 | 200.00 |
| June 26, 2019 | DAS | Review memo and enclosures of contracts and related documents as to principals' prepetition Chicago condo purchase that has since been canceled (.4); consider arguments to pursue return of Chicago condo deposit paid by principals or portion of it that would ostensibly be returned to the principals but would be re-directed to the ARMG estates, and draft responsive memo with questions and position as to next steps to principals' counsel (.3); follow up discussions with Principals' counsel on pending investigation as to claims against the insiders, financial reconciliation and discuss discovery issues and related matters (.5). | 1.20 | 600.00 |
| June 27, 2019 | SEM | Continue the document review regarding management fees. Meet with David Samole to discuss documents. | 1.10 | 275.00 |
| June 27, 2019 | DAS | Follow up as to Ms. Mejia's ongoing review of documents and issue spots on third party claims; discuss additional items to request from trustee's office and third parties (.3); correspond with trustee's forensic accountant as to additional search terms for e-discovery items for third party claims matters (.2); follow up | 1.00 | 500.00 |

9

| | | | | |
|---|---|---|---|---|
| | | as to documents relating to One Planet Media turnover of funds and account reconciliation (.3); follow up more with Trustee's office on One Planet media commission figures and documentation (.2). | | |
| July 1, 2019 | DAS | Follow up with principals' counsel on potential mediation of pending insiders disputes and related case matters (.2). | 0.60 | 300.00 |
| July 2, 2019 | DAS | Follow up with counsel as to insiders document production matters; follow up with other counsel as to obtaining more documents as to prepetition internal corporate restructuring (.4) | 0.40 | 200.00 |
| July 3, 2019 | DAS | Call with principals' counsel as to pending legal issues being discussed between estates and principals on asset recovery matters (.6) | 0.60 | 300.00 |
| July 5, 2019 | DAS | Follow up as to background on ██████████ documents inquiry (.1); draft comprehensive 22 page stipulation for settlement and bar order as to principals to help frame pending settlement discussion/parameters and to incorporate legal bases for bar order (5.3); revise and supplement initial draft of comprehensive settlement and bar order as to injunction against principals working in industry, post-bar order conduct, and more details of investigation of putative claims against principals and related entities (1.5). | 6.90 | 3,450.00 |
| July 8, 2019 | DAS | Review draft of initial demand letter for documents from ██████████ (.1); ██████████ ██████████ review ██████████ (.7); review updated version of draft ██████ document demand letter and update as to Resort Release trade | 3.20 | 1,600.00 |

| | | | | |
|---|---|---|---|---|
| | | name; finalize and send letter (.2); exchange correspondence (2x) with trustee's team on ██████ and request supplemental internal trustee files review on ████████ ████ (.2); correspond with principals' counsel as to delays as to supplemental financial information production (.2); review TFDB bankruptcy schedules and mark issue spots for upcoming TFDB 341 meeting (.3); follow up as to status of TFDB's trustee case administration matters (.2); follow-up call with pair of counsel for principals as to issues of document production, Chicago deposit claims and other third party claims matters (1.1); further tweak initial draft of stipulation for settlement and bar order with principals (.2). | | |
| July 9, 2019 | FSR | Receive, review and update repository with search results from Mr. Delatorre (.30) | 0.30 | 75.00 |
| July 9, 2019 | DAS | Follow up on document production e-search on ████████ (.2); follow up with ██████ (.1); confer with trustee as to ████████ ████ prepetition services done for Debtors and expanding scope (.3). | 0.20 | 100.00 |
| July 9, 2019 | SEM | Email David Samole regarding my findings from reviewing the documents identified through search. | 0.10 | 25.00 |
| July 9, 2019 | SEM | Review the documents from the search. | 3.50 | 875.00 |
| July 10, 2019 | DAS | Draft extensive memo with attachments to prospective special litigation counsel regarding ████ ████ (1.4) attend and participate in TFDB's meeting of creditors (3.0); meet with principals' representative and counsel about pending document production requests, obtain more background on prepetition dealings, etc. (.8) | 5.20 | 2,600.00 |
| July 11, 2019 | DAS | Follow up emails with prospective | 1.40 | 700.00 |

| | | special litigation counsel (.2); follow up on pending subpoena matters with Mr. Criste (.2); receive and review correspondence memo from principals' counsel providing additional information about curtailment payments and PFS inquiry as well as review/analyze an enclosed copy of the life insurance policy terms and provisions while trying to figure out ballpark of cash surrender value but too many unknown variables (1.0) | | |
|---|---|---|---|---|
| July 12, 2019 | DAS | Follow up due diligence on materials produced by principals (.4); send memo to principals' counsel requesting more information, discussing cash surrender value matters for both life insurance policies, and inquiring about Chicago condo deposit matters (.3); follow up email exchanges with principals' counsel (3x) as to supplemental document request and disputed legal/negotiation issues (.7) | 1.40 | 700.00 |
| July 14, 2019 | DAS | Review trustee's accountant's memo as to supplemental inquiries and information still needed from principals (.3); correspond with trustee team as to recent supplemental materials produced and discussing more with principals' counsel tomorrow after 341 meeting (.2). | 0.50 | 250.00 |
| July 15, 2019 | CLC | Telephone conference with ███ ███████ (.2). | 0.20 | 110.00 |
| July 15, 2019 | JIC | Review insurance claim documents. | 2.10 | 630.00 |
| July 15, 2019 | DAS | Review more exchange of emails with TD Bank's counsel to provide more backup on identified ACH transactions (.1) | 6.00 | 3,000.00 |
| July 15, 2019 | DAS | Confer with principals' counsel as to mediation matters to be discussed further and related punch-list of items also to be discussed further tomorrow (.2); follow up with trustee's office as to additional Morse documents produced and | 1.60 | 800.00 |

|  |  | also go back and forth with trustee as to reconciliation of amounts principals paid of company items postpetition (.3); phone call with potential special litigation counsel as to certain putative targets (.2); follow up with Ms. Mejia as to sequencing and scope of ▮▮▮ (.2); confer with trustee as to potential mediation and considering mediators that could well for this case (.2); send correspondence to mediator inquiring about mediation slot and providing generic background of matter (.2); due diligence on other potential targets coming out of testimony produced at today's 341 meeting (.3) |  |  |
|---|---|---|---|---|
| July 16, 2019 | SEM | Conduct follow-up document review regarding the scope of ARMG's relationship with ▮▮▮ | 1.20 | 300.00 |
| July 16, 2019 | JIC | Review insurance claim documents (1.4). Legal research re insurance claim issues (2.0). Call with Tyson Pulsifer re insurance claims and denials (.5). Discussion with Mr. Samole re same (.3). | 4.20 | 1,260.00 |
| July 16, 2019 | CLC | Review emails re: mediation (.2). | 0.20 | 110.00 |
| July 16, 2019 | DAS | Call with ▮▮▮ counsel and review follow up memo (.2) teleconference with principals' counsel as to additional document production needed and mediator options and related pending asset recovery issues between estates and principals (1.0); draft memo to trustee about updated status of document production from principals and mediation options (.4); review ▮▮▮ related correspondence and NDA (.2) | 1.80 | 900.00 |
| July 17, 2019 | DAS | Confer with Mr. Criste as to his additional research and issue spots as to potential insurance coverage claims (.4); follow up phone call with other counsel discussing ongoing consideration and more research/due diligence needed as | 1.40 | 700.00 |

13

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | to potential pursuit of insurance coverage claims (.4); review portions of transcript of recent extensive 341 meeting to supplement pending working notes for potential third party claims under review (.6) |  |  |
| July 18, 2019 | DAS | Phone conference with trustee as to ongoing tax analysis and ways to potentially obtain tax benefits and recovery for estates (.4); phone conference with trustee as ███ investigation and also discussing measure of damages with respect to principals and other third party recovery (.4); follow up with Ms. Lopez-Castro as to additional potential mediators for disputes with principals (.1); follow up correspondence with counsel as to insurance claims investigation (.1); confer with counsel as to due diligence on ███ prepetition work components (.3). | 1.30 | 650.00 |
| July 19, 2019 | DAS | Review draft confidentiality order for production of documents prepared by ███ counsel; provide preliminary comments to Ms. Lopez-Castro and will discuss on Monday.(.2) | 0.20 | 100.00 |
| July 21, 2019 | DAS | Draft follow up correspondence to principals' counsel on status of additional financial disclosures; also discuss another potential mediator and pitch why i think would be good fit for all parties (.2). | 0.20 | 100.00 |
| July 22, 2019 | DAS | Perform additional due diligence on principals' real estate holdings (.4); follow up with potential special litigation counsel on ███ document production efforts and discuss related issues (.3); perform research on lack of accountant client privilege in federal common law and inapplicability of state law privilege in generic bankruptcy due diligence by bankruptcy estate (.5); | 1.60 | 800.00 |

14

| | | | | |
|---|---|---|---|---|
| | | draft memo to Ms. Lopez-Castro as to accountant privilege issue and ███ proposed confidentiality agreement issues (.3); obtain 24-hour mediation window from potential mediator; follow up emails with trustee and counsel for principals - still waiting for confirmation from counsel as to rest of their team including clients themselves (.1). | | |
| July 23, 2019 | DAS | Follow up with principals' counsel and mediator to lock in mediation date and additional logistics (.3); follow up with trustee and debtors as to ongoing reconciliation of AR from lead generation business (.2); draft outline of items and topics to address in mediation statement for mediation with principals (.6). | 1.10 | 550.00 |
| July 24, 2019 | DAS | Review mediator's initial letter and related cover email and draft confidentiality agreement (.2); teleconference with principals' counsel as to pending pre-mediation document requests and discussion of disputed issues and open items for mediation (1.2); confer with Ms. Mejia about my outline of mediation matters and discuss legal issues and support that she could perform and provide memo or notable cases (.3); draft and complete first cut of 9-page single space mediation statement (4.2) send draft mediation statement to Ms. Lopez-Castro and team with cover email memo discussing insolvency and accounting analysis along with other items references in draft mediation statement (.4). | 6.30 | 3,150.00 |
| July 24, 2019 | SEM | Meet with David Samole to discuss preparing a binder for the upcoming mediation. | 0.20 | 50.00 |
| July 25, 2019 | DAS | Follow up with principals' counsel on document production matters and issues; exchange emails with | 0.20 | 100.00 |

Trustee as to same (.2).

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| July 25, 2019 | SEM | Gather the documents to include in the mediation binder and review case law | 4.80 | 1,200.00 |
| July 26, 2019 | SEM | Finalize the mediation notebook. | 3.00 | 750.00 |
| July 26, 2019 | DAS | Prepare redline draft ███ confidentiality agreement and non-disclosure agreement (.7); draft correspondence memo to Ms. Lopez-Castro enclosing ███ memo and discussing open issues with my proposed redline (.2); continue pending investigation as to other potential third party recovery matters as to prepetition professionals, and also consider potential batch of discovery production (.7); confer with Ms. Mejia as to case law items for mediation notebook (.2); review preliminarily trio of case law/statutory law as to improper distributions send by Ms. Kubs (.2). | 2.00 | 1,000.00 |
| July 29, 2019 | SEM | Prepare a copy of the binder and highlight and underline the cases. Show David Samole the binder and revise accordingly. | 1.00 | 250.00 |
| July 29, 2019 | SEM | Meet with David Samole to discuss an upcoming document review assignment. | 0.10 | 25.00 |
| July 29, 2019 | DAS | Confer with Ms. Yamile Castro and perform due diligence and gather/review documents as to claims matters and due diligence for proof of claim in TFDB bankruptcy estate (.6); confer with Ms. Corali Lopez-Castro about bases for proof of claim and more likely filing in unliquidated amount (.2); follow up and prepare updated redline version of ███ NDA/confidentiality agreement with comments from Ms. Lopez-Castro and send to ███ counsel (.2); additional follow up with Ms. Mejia and Ms. Saint-Remy as to ongoing due diligence and review on transfer records and underlying | 2.10 | 1,050.00 |

| | | | | |
|---|---|---|---|---|
| | | documents and related data (.4); draft document production correspondence and memo outlining potential settlement terms to principals' counsel as part of mediation exchange (.7) | | |
| July 30, 2019 | DAS | Review correspondence from ▮▮▮ counsel as to revisions to proposed confidentiality agreement; prepare counter-redline version and send with cover email (.4); send addition third party transfers data and details to Ms. Kubs and confer with Ms. Kubs as to same (.3); revise, supplement and update comprehensive pre-mediation draft of stipulation of settlement and bar order to present to Principals if and once parties get within striking distance or have reached a mediated settlement figure (1.0) | 1.70 | 850.00 |
| July 31, 2019 | DAS | Receive and review additional financial disclosures from principals' counsel as to cash surrender value of Morse insurance policy and income tax payments paid by Cline's for tax year 2018; set up call for later today (.2); follow up with Ms. Yamile Castro as to preparation of estates' proof of claim in TFDB bankruptcy case; also confer as to strategy being considered to engaging principals and affiliates in pending settlement negotiations (.3); participate in extensive teleconference with Principals' counsel as to additional financial documents requested as part of forthcoming mediation, discuss legal issues with estates' putative claims against principals and defenses, and other related case issues (1.6); revise and supplement mediation statement and related documents for mediation (.5) | 2.60 | 1,300.00 |
| July 31, 2019 | SEM | Add Messana's July 30, 2019 email to the Mediation Notebook and revise the table of contents. | 0.10 | 25.00 |
| August 1, 2019 | CLC | Review materials requested for | 0.20 | 110.00 |

| | | | | |
|---|---|---|---|---|
| | | mediation (.2). | | |
| August 1, 2019 | SEM | Start additional document review. | 4.00 | 1,000.00 |
| August 1, 2019 | DAS | Phone call with Trustee as to additional tax/financial information needed from principals to examine potential tax benefits for benefit of estates, and also discuss ongoing production of other financials and mediation issues (.6); review pair of enclosures and memoranda from estates' forensic accountant as to potential additional third partly/insider transfers and need to reconcile the bookkeeping and other records and set up call for tomorrow (.4); call with principals' counsel previewing forthcoming supplemental document request as to tax return information (.2); follow up with trustee as to specific document f items to request and terms to propose (.1); draft memo to principals' counsel enclosing requests for production on tax return items and including proposed terms (.5); follow up with Ms. Mejia as to ongoing review of additional transfers document review (.2); review draft of estates' proof of claim and exhibit to file in TFDB bankruptcy estate; provide comments and edits; follow up with Ms. Yamile Castro as to same (.3) | 2.30 | 1,150.00 |
| August 2, 2019 | CLC | Discuss mediation and consider best approach (.8); review materials relating to same (.3); review and comment on statement (.6). | 1.70 | 935.00 |
| August 2, 2019 | DAS | Teleconference with estates' forensic accountant as to additional transfers being reconciled as to insider liability and discuss related matters (.5); confer with Ms. Mejia as to additional transfers being reconciled and also review prepetition emails describing other transfers (.4); follow up emails with trustee about supplemental tax return request made on the principals' counsel and also discuss | 2.90 | 1,450.00 |

| | | | | |
|---|---|---|---|---|
| | | other pre-mediation matters (.3); re-draft portions of mediation statement taking into account additional information provided by forensic accountants and ongoing reconciliation being performed (.5); call with principals' counsel as to mediation issues, documents and relate case items (.3); follow up call with other counsel discussing scope of settlement bid/ask being driven in part of claims pool but also potentially customers who have not filed claims; follow up email with Ms. Lopez-Castro regarding same (.2); confer with Ms. Mejia as to principals' prepetition bank account/financial shuffle and prepetition legal opinion letter matters (.3); receive, review and circulate to trustee and forensic accountant supplemental financial disclosure from principals' counsel (.2); send follow up emails to principals' counsel pushing for more financial document production (.1); follow up with Ms. Lopez-Castro about mediation matters such as considering counterproposal and opening statement (.1) | | |
| August 2, 2019 | SEM | Continue the additional document review. | 9.00 | 2,250.00 |
| August 5, 2019 | DAS | Review emails on final changes and finalization of ██ confidentiality and non disclosure agreement (.1); emails with trustee and Ms. Lopez-Castro regarding principals' most recent financial disclosure and upcoming mediation; follow up emails as to principals' tax returns and work papers needed; emails as to mediation matters (.3) | 0.40 | 200.00 |
| August 5, 2019 | SEM | Review binder with Corali Lopez Castro and discuss an additional research assignment. | 0.20 | 50.00 |
| August 5, 2019 | SEM | Continue the additional document review. | 3.50 | 875.00 |
| August 5, 2019 | SEM | Research case law regarding | 1.80 | 450.00 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | unlawful distributions to principals. | | |
| August 5, 2019 | CLC | Review NDA from ███ and respond (.2). | 0.20 | 110.00 |
| August 5, 2019 | SEM | Review the documents pulled from the document review and revise the Mediation Notebook to include those additional documents. | 0.80 | 200.00 |
| August 6, 2019 | DAS | Review materials from forensic accountant as to people and professionals firms with access to principals' prepetition tax papers and work files; reconcile against prior working list (.2); begin to review link sent by ███ as to confidential documents; review follow up emails with forensic accountants as to same (.3); draft memo to Trustee/KTT team as to ongoing negotiations and discussions with principals' counsel (.5); review memo and report from trustee's office as to unpaid third party claims against 1PM and asked us to send demand letter (.2); reconcile AR report and additional information needed from 1PM master agreement and ARMG personnel for demand letter and follow up with Trustee's office (.3) | 1.50 | 750.00 |
| August 6, 2019 | FSR | Receive, review and update repository with ███████ document production | 0.50 | 125.00 |
| August 6, 2019 | CLC | Start reviewing documents produced by third party (.5). | 0.50 | 275.00 |
| August 7, 2019 | CLC | Review and revise mediation statement (2.5); telephone conference with M. Parisi (.2); draft email to principals and review response (.2). | 2.90 | 1,595.00 |
| August 7, 2019 | DAS | Phone conference with Ms. Lopez-Castro to discuss ongoing Stretto analysis of customer claims filed and discuss other open issues for her to update and finalize mediation statement (.2); review updated draft mediation statement and trustee's comments and other team emails regarding same (.3); | 0.90 | 450.00 |

| | | | | |
|---|---|---|---|---|
| | | review more emails with principals counsel as to mediation parties and pre-mediation meeting logistics (.1); review emails and enclosures and cover emails between trustee and forensic accountant as to updated and more detailed insider transfers analysis; begin to review enclosures in more detail and reconcile against former insider transfers analysis (.3) | | |
| August 8, 2019 | DAS | Review follow up emails with trustee and forensic accountant as to additional insiders transfers and review accounts reconciliation enclosures (.5); review memo to principals' counsel as to additional financial information requested as to indirect benefit transfers and other account reconciliation matters (.2); review finalized and filed proof of claim for ARMG estates in TFDB case and emails with trustee (.2); review finalized and submitted confidential mediation statement for Monday's mediation with principals (.3) | 1.20 | 600.00 |
| August 9, 2019 | SEM | Review the case law regarding unlawful distributions to shareholders. Highlight a PDF copy of Cox Enterprises to include in the Mediation Notebook. | 0.60 | 150.00 |
| August 9, 2019 | DAS | Review pair of additional memoranda from estates' forensic accountant about indirect benefit transfers to principals with enclosures (.2); review pair of responsive emails with enclosures from principals' counsel as to some of the indirect benefit transfers; perform preliminary follow up reconciliation against other financial information provided by principals (.4); review principals' motion to extend time to file proofs of claim in the TFDB estate  (.1) | 0.70 | 350.00 |
| August 12, 2019 | DAS | Attend and participate in all day mediation with principals and their counsel (9.8); participate in post-mediation meeting with | 10.80 | 5,400.00 |

|  |  | Trustee and forensic accountant as to forthcoming exchange of additional financial information, strategy and next steps (1.0) |  |  |
| --- | --- | --- | --- | --- |
| August 12, 2019 | CLC | Telephone conference with Trustee (.2); review new schedules with Trustee (.5); attend mediation (9.2); discuss next steps with Trustee (.3). | 10.20 | 5,610.00 |
| August 13, 2019 | DAS | Confer with Ms. Lopez-Castro as to follow-up matters for adjourned mediation session (.2); review compiled insurance claim matter documents, pleadings and records (.5); phone call with Brett Amron to preview case background, insurance claim matter generally and request for further investigation and likely contingency fee retention (.4); send insurance claims materials with cover email to Mr. Amron (.1); exchange emails with principals' counsel about issues pending from yesterday's mediation (.1); teleconference with principals' counsel trying to resolve pending issues from mediation session (.7). | 2.00 | 1,000.00 |
| August 13, 2019 | CLC | Follow up on mediation (.3). | 0.30 | 165.00 |
| August 14, 2019 | CLC | Go over potential issues with principals and claims (.4); review emails with M. Parisi re: same (.2). | 0.60 | 330.00 |
| August 14, 2019 | FSR | Prepare Search Terms Report and circulate analysis to Mr. Criste (.70) | 0.70 | 175.00 |
| August 14, 2019 | DAS | Follow up with estate's forensic accountant as to his ongoing reconciliation of insider transfers and providing more information to assist his efforts (.3); follow up with trustee's office to confirm principals' non-use of credit card reward points that arguably belong to ARMG entities; also discuss ongoing status of mediation follow up matters (.4); draft memo to principals' counsel regarding ongoing document production items, credit card reward points, and discussing related matters (.5); follow up call with principals' counsel on mediation/settlement discussion | 1.70 | 850.00 |

22

| | | | | |
|---|---|---|---|---|
| | | matters (.5); | | |
| August 15, 2019 | DAS | Review more detailed analysis and breakdown of insider transfers from forensic accountant (.4); review emails from trustee and another one from trustee's accounting firm inquiring and pushing for status of ARMG 2018 tax returns by debtors/principals and exchange responses (.2); phone call with trustee to discuss tax return issues, his growing impatience for mediation negotiations and locking down a baseline settlement number and related issues with recovery matters against insiders (.5); draft memo to counsel for principals pushing on the corporate tax return filing matters, more concrete progress on mediation settlement matters and related items (.5); briefly discuss with counsel for TFDB and forthcoming counsel for Franqui Totten informal request for malpractice insurance policies for each entity and advised formal request would be needed; follow up with Mr. Criste to discuss same and ask him to draft letters under applicable statute that I would finalize and send out (.3); exchange emails and voicemails with principals' counsel and advised counteroffer coming tomorrow on behalf of Cline's so will work to set up a call; spend more time with updated insider transactions detail charts and send follow up email to forensic accountant to have him re-sort the transactions to provide an updated 1-year, 2-year and 4-year avoidable transfers chart (.4) | 2.30 | 1,150.00 |
| August 16, 2019 | DAS | Teleconference with principals' counsel as to counteroffer presented and previewed for the Cline's and discuss more of the Morse situation (1.2); follow up call | 4.10 | 2,050.00 |

with other principals' counsel (.4); receive updated settlement counteroffer from principals' counsel via another call (.3); follow up emails with trustee's office as to tax return issues and financial investigation (.3); follow up emails with principals' counsel to confirm their timely preparation of 2018 corporate tax returns and consider potential refunds for estate (.2); draft extensive memo to trustee on pending offer to estates from principals and consider counteroffer and related settlement mechanism and case strategy (.7); follow up call with trustee on remaining settlement gap and issues with principals (.5); exchange emails with principals' counsel discussing additional financial information needed and setting up meeting with counsel and forensic accountant and the principals on Monday to discuss accounts reconciliation and settlement matters (.3); draft updated memo to Ms. Lopez-Castro as to Trustee's updated settlement/litigation issues (.2)

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| August 16, 2019 | CLC | Review offer from principals and emails with Trustee re: same (.6). | 0.60 | 330.00 |
| August 17, 2019 | DAS | Review TFDB schedules and 341 meeting notes and draft deposition outline for next week's Rule 2004 examination including as to potential claims against TFDB estates and other avenues for potential recovery (1.2). | 1.20 | 600.00 |
| August 19, 2019 | JIC | Prepare form demand for insurance. | 0.40 | 120.00 |
| August 19, 2019 | DAS | Attend and participate in full day follow-up settlement conference and financial disclosure/reconciliation meeting with Principals and their counsel along with the estates' forensic accountant (7.3); correspondence exchange as to ████ documents and status downloading | 7.90 | 3,950.00 |

24

|  |  | /review process (.1); draft memo to trustee about Cline's additional financial disclosures and updated settlement offer (.5). |  |  |
|---|---|---|---|---|
| August 20, 2019 | DAS | Follow up with trustee's team and counsel as to ongoing settlement discussions with insiders and ongoing analysis and documents (.4); confer with Ms. Lopez-Castro as to additional mediation-related disclosures and ongoing settlement talks with principals (.4); follow-up efforts on documents being reviewed relative to ████insurance documents (.2); extensive settlement teleconference with Mr. Morse and principals' counsel (1.5); | 2.50 | 1,250.00 |
| August 20, 2019 | CLC | Review status of discussions (.4); attend meeting with Ms. Budwick and S. Genet at their office (2.0). | 2.40 | 1,320.00 |
| August 20, 2019 | SEM | Email David Samole and Farola Saint-Remy to access the ████ Production documents. Create a ████ share file profile under David Samole's name. | 0.20 | 50.00 |
| August 20, 2019 | SEM | Download the documents from the ████ production. Email re: same. | 0.50 | 125.00 |
| August 22, 2019 | DAS | Teleconference with counsel as to due diligence and background of ARMG attorney client matters with Franqui Totten firm (.7); follow up with forensic accountant as to transfers made to Franqui Totten; review transfer chart and discuss same (.4); perform preliminary research confirming limitations period for attorney malpractice claims in Florida and when claims are deemed to have accrued (.3); follow up teleconference with counsel as to more Franqui Totten information (.3); review prior litigation and regulatory issues as to members of Franqui Totten and TFDB law firms (.6); draft deposition outline and line of questioning for tomorrow's Rule 2004 examination of Franqui Totten (1.0); receive and review TFDB's | 4.80 | 2,400.00 |

| | | | | |
|---|---|---|---|---|
| | | document production, responses and objection to duces tecum requests (1.5) | | |
| August 22, 2019 | CLC | Go over status of negotiations (.2); review last offers (.2); review recent ruling on timeshare cases (.1). | 0.50 | 275.00 |
| August 23, 2019 | DAS | Attend and participate at Rule 2004 examination of Franqui Totten LLP as part of the TFDB bankruptcy case (4.8); review list of supplemental document production items and memo to circulate to Principals' counsel; incorporate document request items into email and attachment to Principals' counsel (.4); review forensic accountant's updated reconciliation of Cline's financial picture still subject to further updates when later receive additional financial document production (.2); teleconference with potential special counsel investigating potential bad faith insurance coverage denial claim (.6); review email from mediator as to status of pending mediation negotiations (.1) | 6.10 | 3,050.00 |
| August 23, 2019 | CLC | Telephone conference with L. Contreras re: bad faith (.4); review list of targets (.2). | 0.60 | 330.00 |
| August 25, 2019 | DAS | Receive and review Rule 2004 duces tecum document production from Franqui Totten as well as documents from TFDB (.8) | 0.80 | 400.00 |
| August 26, 2019 | YCC | Retrieve/download documents from Totten Franqui for Rule 2004 examination. | 0.30 | 75.00 |
| August 26, 2019 | CLC | Conference with Trustee re: several matters (.8); review insurance claims (.2). | 1.00 | 550.00 |
| August 26, 2019 | DAS | Continue to review Scottsdale insurance policy materials going over provisions and denial letters as to points raised by potential special counsel investigating the potential matters (.7); confer with Ms. Lopez-Castro  as to the insurance | 2.00 | 1,000.00 |

26

|  |  | coverage/exclusion provisions and provide executive summary (.2); review correspondence from principals' counsel (.1); phone call with principals' counsel on status of document production requests as part of mediation privilege and related issues (.3); meet with trustee to discuss pending settlement issues and related case matters (.7) |  |  |
|---|---|---|---|---|
| August 27, 2019 | DAS | Review more emails from principals' counsel as to document production matters and handling of matters between counsel for Cline's and counsel for Morse (.2) | 0.20 | 100.00 |
| August 29, 2019 | SEM | Review the documents from the ▮▮ production. | 1.20 | 300.00 |
| August 29, 2019 | DAS | Review pair of emails from TFDB/FT's counsel enclosing insurance policies of TFDB and Franqui Totten; quickly review enclosures to get general sense of limits, retroactive date provision and not a wasting policy; send to Mr. Criste and ask him to review policies in more detail and to do a write-up (.4); call with trustee to discuss ongoing insider financial reconciliation and developing counteroffer proposal (.5); teleconference with principals' counsel previewing settlement counterproposal and discussing related case issues (.7); draft settlement counterproposal memo to principals' counsel (.7); follow up with Ms. Lopez-Castro summarizing ongoing discussions with insiders' counsel (.1) | 2.40 | 1,200.00 |
| August 30, 2019 | DAS | Follow up correspondence with counsel on needing more time with additional disclosures and consideration of proposals being exchanged (.2); perform additional due diligence on third party financial disclosures and asset search items (.5); follow up meeting with Ms. Mejia on items being reviewed in | 1.10 | 550.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | ███ production and notes as to other third parties to examine and get discovery for potential third party claims (.4) |  |  |
| August 30, 2019 | SEM | Continue reviewing the documents from the ███ production. | 2.80 | 700.00 |
| September 4, 2019 | DAS | Teleconference with proposed special insurance coverage litigation counsel as to merits and issues in pursuing declaratory judgment action; discuss scope of action and related matters (.6); draft memo to Trustee about special insurance litigation counsel matters (.2); send follow up correspondence to principals' counsel on pending settlement discussions, status of additional financials and other documents (.1); exchange emails with Trustee's office requesting various documents and financial reconciliation among checklist of items requested by special insurance coverage litigation counsel; review follow up emails with ARMG personnel who would help collaborate on document production requests (.3); receive and review initial documents produced relative to insurance coverage dispute matters we are running down for special counsel; follow up with trustee's office and then special counsel (.4) | 1.60 | 800.00 |
| September 5, 2019 | DAS | Receive and review correspondence from counsel on pending settlement negotiation matters (.1); call with principals' counsel as to remaining/open settlement negotiation matters (.5); emails with trustee and putative insurance coverage special litigation counsel as to potential case issues, more background and logistics (.3) | 0.90 | 450.00 |
| September 6, 2019 | DAS | Teleconference with principals' counsel as to remaining disputed issues and negotiations (.6); follow up email exchange with Cline's | 1.30 | 650.00 |

28

| | | | | |
|---|---|---|---|---|
| | | counsel as to their disputed issues and their request to revert back to standalone proposal; follow up with Ms. Lopez-Castro (.4); follow up with counsel as to non-insider third party claims being investigated (.3) | | |
| September 9, 2019 | DAS | Draft memo to trustee about Cline's renewed request to consider standalone proposal and going over related settlement negotiations matters (.5); follow up diligence and preliminary research on issues that could affect potential IRS refund claims for benefit of estates (.3) | 0.80 | 400.00 |
| September 10, 2019 | DAS | Teleconference with Cline's counsel as to pending settlement offer and discuss related case issues (.6); call with principals' counsel as to pending settlement issues remaining in dispute (.3); call with putative special litigation counsel as to arguments for multiple incident matters under insurance policies and obtaining source records for duty to defend damages universe and discuss related matters (.6); follow up emails with trustee's office as to additional records from debtors and principals and develop list to obtain from other third parties (.2); retrieve and circulate additional litigation pleadings requested by putative special insurance coverage litigation counsel (.2) | 1.90 | 950.00 |
| September 10, 2019 | SEM | Finish ▮▮▮ production doc review. | 1.90 | 475.00 |
| September 11, 2019 | CLC | Participate in interview (portion) and meet with counsel and thereafter (2.5). | 2.50 | 1,375.00 |
| September 11, 2019 | DAS | Confer with trustee about pending settlement negotiations with principals (.4); confer with counsel for developers as to ongoing discussions and issues with potential settlement and also potential cooperation as to potential third party actions (.3); teleconference with principals' | 2.10 | 1,050.00 |

| | | counsel on settlement matters (.4); make series of calls and exchange emails to obtain backup invoices for prepetition legal/forensic professional services relating to developers' lawsuits for purposes of examining duty to defend insurance claim; start receiving and reviewing same (1.0) | | |
|---|---|---|---|---|
| September 12, 2019 | BCL | Review/Analyze services, data relating to accounts, terms, account access and discovery issues relating to Slack. | 2.80 | 1,260.00 |
| September 12, 2019 | DAS | Review spreadsheet prepared by forensic accountant as to ARMG funds used for certain personal property of the principals (.2); confer with Ms. Lopez-Castro and then draft memo as to updated proposed counteroffer to vet with trustee and then present to the Cline's counsel (.5); confer with trustee and Ms. Lopez-Castro to further discuss specifics, logistics and issues relative to putting together an updated counterproposal (.3); draft counterproposal memo to Cline's counsel providing supporting bases for updated to counterproposal and going over other terms of the proposal (.7); confer with pair of prepetition professionals as to trustee's request for billing invoices relative to prepetition litigation with developers for potential duty to defend action; receive more invoices from law firms and awaiting more records (.4) | 2.10 | 1,050.00 |
| September 12, 2019 | DAS | Exchange emails (4x) with trustee and his team about data preservation issues relative to Debtors' internal messaging systems; meet with Ms. Lee to discuss background, scope and types of matters to request from internal messaging providers in subpoenas duces tecum for her to prepare (.4); follow up with Ms. Lee as to her diligence as to how | 1.50 | 750.00 |

estates could streamline efforts to obtain data preservation ability and examining any archived materials; follow up with trustee as to potential to obtain debtor credentials for the internal messaging systems, and agree best for Ms. Lee to prepare formal demand letter on principals requesting their credentials that includes specific data preservation requests (.3); review First Data request for status report on case administration matters including addressing customer claims and consider scope of request (.2); draft report to First Data counsel providing generalized but informative summary addressing its areas of inquiry (.4); review correspondence as to deposition scheduling and document production requests relating to TFDB and Ms. Franqui (.2).

| Date | | Description | | |
|---|---|---|---|---|
| September 12, 2019 | BCL | Draft/Revise 2004 duces tecum subpoena. | 0.80 | 360.00 |
| September 12, 2019 | BCL | Emails and discussions with Mr. Samole and Mr. Maland regarding Slack and Flock issues. | 0.70 | 315.00 |
| September 13, 2019 | CLC | Review reports of transfers (.2) | 0.20 | 110.00 |
| September 13, 2019 | BCL | Review/Analyze services, data relating to account, terms and account access issues for Flock. | 1.20 | 540.00 |
| September 13, 2019 | BCL | Draft/Revise demand and preservation letter to principals regarding communications service providers. | 1.60 | 720.00 |
| September 13, 2019 | DAS | Confer with Ms. Mejia as to her executive summary of review of ▮▮ produced documents; also request more detailed, inventory-based memo we could have and share with other counsel who would be reviewing the materials as to potential third party actions (.2); review case law provided by counsel to assist with investigation of duty to defend insurance claims (.4); follow up more with prepetition professionals | 0.80 | 400.00 |

31

| | | | | |
|---|---|---|---|---|
| | | to obtain invoices related to developers' litigation as part of damages to assert in potential duty to defend insurance coverage litigation (.2) | | |
| September 13, 2019 | BCL | Emails with Mr. Samole regarding proposed demand and preservation letter to principals and discovery issues. | 0.20 | 90.00 |
| September 13, 2019 | SEM | Meet with David Samole to discuss the documents ▮▮ produced. | 0.10 | 25.00 |
| September 13, 2019 | BCL | Research issues relating to access to accounts and property of the estate. | 1.50 | 675.00 |
| September 16, 2019 | DAS | Follow up emails with putative insurance litigation counsel as to duty to defend damages analysis, potential expansion of that scope and provide invoices/billings I received and reviewed from first batch of prepetition counsel (.4); follow up with counsel as to batch of third party litigation matters being investigated  (.3); teleconference with insiders' counsel as to pending settlement discussions with trustee, and their discussions with developers' counsel (.3) | 1.00 | 500.00 |
| September 16, 2019 | SEM | Email David Samole regarding the deadline for completing a memo regarding the ▮▮ production. | 0.10 | 25.00 |
| September 16, 2019 | BCL | Draft/Revise demand and preservation letter to principals regarding communications service providers. | 0.20 | 90.00 |
| September 16, 2019 | BCL | Review various pleadings and prepare notes, and attend in firm meeting to discuss open issues and strategy. | 2.60 | 1,170.00 |
| September 16, 2019 | BCL | Review/Analyze website and contact submission issue. | 0.50 | 225.00 |
| September 17, 2019 | SEM | Draft a memorandum summarizing the ▮▮ production and provide examples for the types of documents produced. | 1.30 | 325.00 |
| September 17, 2019 | DAS | Draft statutory demands for insurance policies as to more | 1.00 | 500.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | professionals (.5); issue demand letter with cover email (.1); review intake/summary memo of materials produced by ███ follow up emails with reviewing attorney (.4) |  |  |
| September 17, 2019 | SEM | Meet with David Samole to discuss ███ production. | 0.20 | 50.00 |
| September 18, 2019 | BCL | Emails with Ms. Lopez-Castro and Mr. Samole regarding domain names, Flock emails, and Flock and Slack access. | 0.60 | 270.00 |
| September 18, 2019 | BCL | Draft/Revise motion for turnover as to principals regarding various access credentials. | 1.70 | 765.00 |
| September 18, 2019 | DAS | Meet with developers' counsel and principals' counsel on host of pending asset investigation and recovery matters relating to TFDB and Franqui Totten, etc, and discuss pending standalone settlement talks with the principals' counsel, negotiate other discovery issues and terms under mediation privilege, negotiate parameters for global tripartite mediation and have terms agreed on the record  (1.3); emails and call with trustee's team about potential need to draft demand letter for $30K security deposit held by landlord (.2); consider additional procedures for asset recovery discovery; send legal concept to Ms. Kubs and request research to see how such arguments have been adjudicated by other bankruptcy courts (.2) | 1.70 | 850.00 |
| September 18, 2019 | BCL | Review yahoo email account for response; communicate with Ms. Lopez-Castro and Mr. Samole regarding same. | 0.20 | 90.00 |
| September 18, 2019 | BCL | Review/Analyze information relating to access to American Express cards, policies and online logins. | 0.80 | 360.00 |
| September 18, 2019 | BCL | Review/Analyze registrar, expiration, other information and various emails relating to domain names. | 1.60 | 720.00 |

33

| September 18, 2019 | BCL | Calls and emails with Mr. Delatorre regarding Flock emails, Flock and Slack access, and domain name access and related issues. | 0.40 | 180.00 |
|---|---|---|---|---|
| September 19, 2019 | DAS | Discussion with counsel as to insurance coverage dispute matters (.2); finish compiling ███ document production and organize production materials and overview memo and send to trustee and other counsel (.4) | 0.60 | 300.00 |
| September 19, 2019 | BCL | Communicate with client regarding issues relating to communications service provider, security deposit and domain names. | 0.40 | 180.00 |
| September 19, 2019 | BCL | Emails and discussions with Mr. Samole regarding communications service provider, security deposit and domain names. | 0.40 | 180.00 |
| September 19, 2019 | BCL | Review/Analyze legal issues and case law regarding access credentials and turnover. | 1.20 | 540.00 |
| September 20, 2019 | MK | Conduct legal research relating to discovery of principals' finances for purposes of determining subsequent transferees. | 1.90 | 712.50 |
| September 20, 2019 | DAS | Send follow up correspondence to counsel for principals as to pending settlement counteroffer and interplay with upcoming tripartite mediation; follow up with trustee (.3) | 0.30 | 150.00 |
| September 20, 2019 | BCL | Call and emails with Mr. Kessler regarding Flock, domain name issues and status memo. | 0.70 | 315.00 |
| September 20, 2019 | BCL | Review/Analyze payment information relating to Flock and domain names, and emails with Mr. Kessler regarding same. | 0.40 | 180.00 |
| September 20, 2019 | BCL | Calls and emails with Mr. Delatorre regarding various Flock issues and domain names. | 1.40 | 630.00 |
| September 20, 2019 | BCL | Review/Analyze information and emails relating to Flock access. | 0.30 | 135.00 |
| September 20, 2019 | BCL | Review/Analyze status of outstanding Flock and credit card | 0.80 | 360.00 |

| | | access issues, and prepare updated notes on same. | | |
|---|---|---|---|---|
| September 21, 2019 | DAS | Review memo and enclosures from Mr. Criste as to analysis and issue spots on Franqui Totten insurance policy (.5); exchange follow up emails with Mr. Criste about additional work needed on TFDB policy matters (.1) | 0.60 | 300.00 |
| September 23, 2019 | BCL | Review Flock emails to various users including with respect to missed messages. | 1.80 | 810.00 |
| September 23, 2019 | BCL | Conference call with Mr. Messana, Mr. Morse, Mr. Samole and Mr. Delatorre regarding issues relating to Flock, Slack, domain names and American Express accounts. | 0.30 | 135.00 |
| September 23, 2019 | BCL | Calls and emails with Mr. Delatorre and Mr. Kessler regarding issues relating to Flock, domain names, American Express credit card statements, and review password excel document for information relating to domain names. | 0.80 | 360.00 |
| September 23, 2019 | BCL | Review spreadsheet from debtors' marketing file with various logins and passwords, and run credential test with certain domain name related websites. | 0.80 | 360.00 |
| September 23, 2019 | DAS | Review updated memo from Mr. Criste as to Franqui Totten insurance policy (.2); review memo from Mr. Criste on TFDB insurance policy (.2); confer with Mr. Criste as to Lloyd of London policy (.2); follow up with estates' forensic accountant on pending document production items from principals (.1); exchange emails with principals' counsel as to pending counteroffer proposal and pushing for document production items; discuss situation with trustee's office (.4); confer with Mr. Criste about his issue spots with insurance policies and asking him to follow up on certain exclusions and send him prior claims made in other bankruptcy litigation matters | 1.50 | 750.00 |

35

| | | against policies for him to consider framework of claim (.4) | | |
|---|---|---|---|---|
| September 23, 2019 | JIC | Review TFDB policy and prepare memo re same. (2.5) Review TFDB Lloyds policy. (1) Discuss policies with Mr. Samole (.2) | 3.70 | 1,110.00 |
| September 24, 2019 | DAS | Review responsive correspondence from Cline's counsel as to settlement discussions and issues, as well as AmEx inquiry matters; send follow up note to trustee's office requesting AmEx statements (.2); review case law from Ms. Kubs regarding ability to seek and obtain discovery as to initial transferees' financial condition in 2004 and 7030 context (.5); draft responsive correspondence analyzing case law and brainstorming a potential position for the trustee (.2); send follow up correspondence and follow up emails to remaining prepetition professionals who have yet to produce requested invoices (.2); confer preliminarily with Trustee on Cline's pending settlement position and delays (.2) | 1.30 | 650.00 |
| September 24, 2019 | YCC | Follow up on insider and non-insider transfers. | 0.10 | 25.00 |
| September 25, 2019 | DAS | Draft separate follow up correspondence various prepetition professionals about pending document production requests (.3); follow up correspondence with insiders' counsel as to pending production demand for items previously requested from trustee (.1); review prior document production from principals and other debtor records to address trustee's questions on certain potential recovery claim items (.3) | 0.70 | 350.00 |
| September 25, 2019 | BCL | Emails and call with Mr. Delatorre regarding website access, domain names and Flock data export. | 0.40 | 180.00 |
| September 25, 2019 | BCL | Review summary of domain names and related information prepared by Mr. Delatorre, and update same with additional information including | 0.80 | 360.00 |

36

| | | registrars, expiration dates and open issues. | | |
|---|---|---|---|---|
| September 25, 2019 | BCL | Email and discussions with Mr. Samole and Ms. Lopez-Castro regarding website content access, registrar issue and Flock data export. | 0.30 | 135.00 |
| September 26, 2019 | DAS | receive and review batch of invoices from other prepetition professionals and note varying scope of services in the invoices and time entries (.4); provide invoices to counsel with cover email and overview summary analysis (.1); call with principals' counsel to discuss ongoing settlement discussions matters, AmEx issues and other related issues (.3); confer with Ms. Yamile Castro about issuing subpoena duces tecum on American Express and discuss scope of inquiry and provide several account numbers to include among requests (.2) | 1.00 | 500.00 |
| September 26, 2019 | BCL | Review emails from Mr. Kessler and Midguard regardng deposit issues. | 0.10 | 45.00 |
| September 26, 2019 | YCC | Confer with D. Samole re: subpoena to American Express. | 0.20 | 50.00 |
| September 27, 2019 | BCL | Call with F. Kessler regarding issues relating to Flock and domain names. | 0.10 | 45.00 |
| September 27, 2019 | BCL | Call with Mr. Delatorre regarding issues relating to Flock and domain names. | 0.10 | 45.00 |
| September 27, 2019 | BCL | Email Mr. Messana regarding domain names access and scheduling call. | 0.10 | 45.00 |
| September 30, 2019 | DAS | Receive and review larger batch of prepetition invoices from Berger Singerman counsel; circulate to putative special insurance litigation counsel (.4) | 0.40 | 200.00 |
| September 30, 2019 | CLC | Review documents produced by third party (.1) | 0.10 | 55.00 |
| October 1, 2019 | DAS | Confer with Mr. Criste about ongoing draft of claim demand as to Franqui Totten (.3); follow up with | 1.10 | 550.00 |

| | | | | |
|---|---|---|---|---|
| | | Ms. Yamile Castro on additional scope of American Express document requests (.2); review first draft of Franqui Totten claim demand letter and prepare redline version (.6). | | |
| October 1, 2019 | BCL | Review emails from Mr. Kessler and Mr. Delatorre regarding Echosign. | 0.10 | 45.00 |
| October 1, 2019 | CLC | Consider what pre-mediation work is needed with mediator to make it successful (.4) | 0.40 | 220.00 |
| October 1, 2019 | JIC | Preparation of demand letter to Franqui Totten and insurer. | 2.50 | 750.00 |
| October 2, 2019 | YCC | Prepare Rule 2004 notice and subpoena to American Express; revise same; confer with D. Samole re: same. | 1.60 | 400.00 |
| October 2, 2019 | DAS | Review spreadsheet of real estate property-related transfers of money to title companies from debtor and seemingly on behalf of insiders and third parties (.2); perform preliminary due diligence on the real property transfer matters (.2); emails and call with trustee to discuss same and develop dual strategy for more due diligence as to current ownership of subject properties and issuing third party subpoena (.4); draft memo to mediator describing claims and settlement positions of mediation parties and addressing other inquiries by mediator (1.0); review memo from Bluegreen counsel as to reconciliation and additional production needed as to principals' financial disclosure for mediation (.2); call with Bluegreen counsel discussing his open items and providing context and information under mediation privilege and advising most of his items remain open as to trustee as well as principals had only turned over sub-portion of financial disclosure materials (.6); review follow up memo to principals' counsel from Bluegreen counsel seeking | 2.80 | 1,400.00 |

38

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | additional document production from principals as part of mediation (.2) | | |
| October 2, 2019 | JIC | Discuss claim demand letter to FT and insurer with Mr. Samole. | 0.30 | 90.00 |
| October 3, 2019 | BCL | Review and revise subpoena, instructions and production requests for American Express. | 1.70 | 765.00 |
| October 3, 2019 | BCL | Draft notice of serving subpoena for American Express. | 0.30 | 135.00 |
| October 3, 2019 | BCL | Email Mr. Samole regarding subpoena for American Express and related notice. | 0.10 | 45.00 |
| October 3, 2019 | BCL | Email with Ms. Castro regarding service of subpoena for American Express and finalizing related notice. | 0.10 | 45.00 |
| October 3, 2019 | BCL | Call with Mr. Samole regarding issuing subpoenas relating to certain real property sales. | 0.10 | 45.00 |
| October 3, 2019 | DAS | Follow up with Ms. Lee as to AmEx Subpoena topics; also discuss preparing subpoena duces tecum for real estate related transactions; review updated AmEx subpoena duces tecum list and scope (.4); draft pre-mediation memo as to financial disclosures review, analysis and address related items (.8); draft mediation statement (1.8) | 3.00 | 1,500.00 |
| October 3, 2019 | YCC | Confer with B. Lee re: Amex credit cards. | 0.10 | 25.00 |
| October 4, 2019 | DAS | Continue working on mediation statement (1.0); incorporate Ms. Lopez-Castro's edits and supplement mediation statement and send same to mediator with cover email (.3); exchange emails with mediation parties as to requests and denials of additional document production, scope of parties to participate at mediation and follow up with mediator as to updated form of his mediation agreement (.4); draft interlineated memo for trustee team addressing host of mediation/financial | 2.20 | 1,100.00 |

disclosure matters (.5).

| Date | | Description | | |
|---|---|---|---|---|
| October 4, 2019 | CLC | Review and revise mediation statement and consider other changes (.8). | 0.80 | 440.00 |
| October 4, 2019 | BCL | Call and emails with Mr. Kessler and Mr. Delatorre regarding access to registrar accounts for domain names and communications with Mr. Morse. | 0.40 | 180.00 |
| October 4, 2019 | BCL | Review spreadsheet from Mr. Parisi regarding payments for certain real estate transactions. | 0.60 | 270.00 |
| October 4, 2019 | BCL | Draft notice of service of subpoenas relating to ███████. | 0.10 | 45.00 |
| October 4, 2019 | BCL | Review public records concerning payment to ████████████, and prepare notes on same. | 0.80 | 360.00 |
| October 4, 2019 | BCL | Draft 2004 production subpoena for ████████████, and related instructions and document requests for same. | 0.40 | 180.00 |
| October 4, 2019 | YCC | Finalize notice and subpoena on America Express; file and serve same. | 0.60 | 150.00 |
| October 7, 2019 | DAS | Provide document production from prepetition professionals to Trustee's forensic accountant along with executive summary (.2); more work and discussion with Mr. Criste as to putative claims covered by insurance policy as to Franqui Totten law firm and review updated form of claims demand letter (.6); exchange correspondence, and participate in phone call with, counsel for Cline's as to various pre-mediation matters including attorney -client privilege, indemnification issues and breach of fiduciary duty arguments to be presented and made during mediation (.5); review ARMG's legal retention agreements with Franqui Totten and also the agreement with TFDB as to points referenced/previewed by counsel | 3.90 | 1,950.00 |

| | | | | |
|---|---|---|---|---|
| | | (.2); confer with Mr. Criste as to advice of counsel defense to be relied on and other indemnification matters, and consider scope of position to be taken with respect to trustee's claims (.3); Review brand new 43-page memorandum opinion from mediation party's counsel granting in part and denying part cross-motions for summary judgment between creditor timeshare developers, timeshare exit companies and affiliated law firms; send to Ms. Lopez-Castro with cover email and related notes (.5) participate in pre-mediation teleconference with mediator (1.4); review competing order from other mediation party's counsel denying motions to dismiss as to another creditor timeshare developer (.2) | | |
| October 7, 2019 | JIC | Revise demand letter, discuss same with Mr. Samole. | 0.70 | 210.00 |
| October 8, 2019 | DAS | Emails with mediation parties' counsel and forensic accountant preparing for Thursday's mediation session and address request for more production items (.4); review updated mediator's agreement and provide comments; more emails as to same (.2); review and analyze bankruptcy schedules and additional transfers/disbursement records in preparation for mediation (.4) | 1.00 | 500.00 |
| October 8, 2019 | BCL | Prepare Power Point chart of corporate structure and relationships. | 1.20 | 540.00 |
| October 8, 2019 | BCL | Review information and court filings relating to corporate structure and relationships. | 1.00 | 450.00 |
| October 9, 2019 | DAS | Follow up with forensic accountant as to various subsequent transferees matters (.4) | 0.40 | 200.00 |
| October 9, 2019 | BCL | Review information regarding corporate structure, operations and disbursements, and prepare chart summarizing same | 2.20 | 990.00 |

41

| October 9, 2019 | CLC | Prepare for mediation (1.3); review revised complaint (.3). | 1.60 | 880.00 |
| October 10, 2019 | JIC | Finalize demand letters to FT LLP, Erica Franqui, Anthony Franqui, and Paul Totten under FT LLP insurance policy. | 0.40 | 120.00 |
| October 10, 2019 | DAS | Prepare for today's mediation including reconciling all settlement correspondence exchange to date, more disbursement records and various customer spreadsheets (.4); attend and participate in all-day and night mediation with Wyndham, Bluegreen and Principals (14.0) | 14.40 | 7,200.00 |
| October 10, 2019 | DAS | Follow up with trustee's office as to flock data, updated credit card merchant processor statistics and requests additional documents as to same (.2) | 0.20 | 100.00 |
| October 10, 2019 | CLC | Conference with parties prior to the mediation and attend same (14.0). | 14.00 | 7,700.00 |
| October 11, 2019 | BCL | Call and email with Mr. Parisi regarding information regarding certain real estate transfers. | 0.10 | 45.00 |
| October 11, 2019 | BCL | Discuss with Mr. Samole issues relating to ███████████ ███████ and American Express transactions. | 0.10 | 45.00 |
| October 11, 2019 | CLC | Go over term sheet (.4); telephone conference with S. Underwood (2x) re: status (.4); draft email to Trustee re: going forward (.2); telephone conference with M. Budwick re: status (.3); telephone conference with Developers' counsel - status of settlement (.7). | 2.00 | 1,100.00 |
| October 11, 2019 | DAS | Confer with Bluegreen's counsel as to pending mediation discussions and issues raised during latter evening part of yesterday's session (.4); follow up discussions and emails with trustee team to obtain and provide list of remaining open unencumbered timeshare interest for Wyndham and Bluegreen (.2); draft detailed mediation term sheet as between Trustee and Cline (2.0); | 4.40 | 2,200.00 |

42

| October 14, 2019 | DAS | teleconference with counsel for Wyndham and Bluegreen as to open mediation items and discuss pending progress, open issues and next steps (.8); follow up as to continuing Morse negotiations with counsel and Trustee (.2); follow up discussions with mediator (.3); call with trustee to discuss pending mediation issues with Morse and also with developers and related open issues (.5) | | |
|---|---|---|---|---|
| October 14, 2019 | DAS | Follow up emails exchanged with mediator as to pending progress of resolving deal points with Morse; more emails with Morse counsel and Trustee on Morse deal points (.4); confer with Ms. Lopez-Castro as to various terms of Cline term sheet and review redline version (.3); revise and supplement Cline term sheet to address previously open items (.4); exchange pair of correspondence with Cline counsel about developer/Morse issues (.2); circulate proposed Cline term sheet to Cline's counsel and mediator with cover email; follow up emails with mediator and Cline's counsel (.2); draft Morse term sheet (1.8); confer with Ms. Lopez-Castro and review her edits (.2); revise and supplement Morse term sheet; send to Morse counsel and mediator with detailed cover email going over proposed mechanics for properly liens (.3); confer with Bluegreen's counsel as to status of deal documentation, pending work on proposed findings and discussing related pending mediation-related issues (.5); | 4.30 | 2,150.00 |
| October 14, 2019 | CLC | Review email from S. Underwood and draft note to Trustee (.2); Review draft of term sheet for Clines (.8); review and revise term sheet for Morse (.5); discuss changes to simplify (.2) | 1.70 | 935.00 |
| October 15, 2019 | DAS | Draft status report to developers' counsel as to status of term sheets | 0.70 | 350.00 |

| | | | | |
|---|---|---|---|---|
| | | with principals' counsel and discussing sequencing of next steps and inquiring as to timing of them circulating proposed findings (.2); call with Cline's counsel with preliminary comments on settlement term sheet with respect to disposition of Range Rover and timing of same (.2); obtain and review more document production as to duty to defend insurance coverage claims; circulate with cover email to special insurance litigation counsel (.3) | | |
| October 16, 2019 | DAS | Review memo correspondence from Wyndham counsel as to pending settlement discussions and issues; consider issues raised therein and confer with Ms. Lopez-Castro and review follow up exchange with Wyndham's counsel in preparation for today's 3pm call (.4); teleconference with developers' counsel on pending settlement issues and related matters (.5); draft abridged for discussion purposes only versions of term sheet with Clines and same with Mr. Morse to circulate developers' counsel as requested (.6); discuss abridged term sheet versions with Ms. Lopez-Castro and revise and update versions (.2); send abridged term sheet versions to developers' counsel with cover letter memo describing contents (.2); follow up call with Bluegreen counsel on settlement matters and its other claim issues (.2) | 2.10 | 1,050.00 |
| October 16, 2019 | BCL | Emails with Mr. Kessler and Mr. Delatorre regarding website domain issues. | 0.10 | 45.00 |
| October 16, 2019 | CLC | Review emails re: settlement and draft response (.3); telephone conference with developers' counsel (.8). | 1.10 | 605.00 |
| October 17, 2019 | BCL | Review open issues with account access for domain name registrars, and calls and emails with Mr. | 0.70 | 315.00 |

| | | Delatorre, Mr. Kessler, and Mr. Samole regarding same. | | |
|---|---|---|---|---|
| October 17, 2019 | BCL | Prepare 2004 examination subpoena and attachments for ████████ █████████. | 0.50 | 225.00 |
| October 17, 2019 | BCL | Review public records concerning ████████████████████, and calls and emails with Mr. Samole regarding same. | 0.70 | 315.00 |
| October 17, 2019 | BCL | Prepare 2004 subpoena for SunTrust ███████████. | 0.20 | 90.00 |
| October 17, 2019 | BCL | Review information and public records relating to ████████████. | 0.40 | 180.00 |
| October 17, 2019 | BCL | Prepare 2004 examination subpoena and attachments for ████████. | 0.10 | 45.00 |
| October 17, 2019 | CLC | Review emails re: Declaration (.4); telephone conference with counsel for Clines (.5). | 0.90 | 495.00 |
| October 17, 2019 | DAS | Phone call with Bluegreen counsel as to interplay of putative duty to defend litigation claim and the findings being discussed as a condition to global mediation settlement with the developers (.4); follow up with trustee and special counsel discussing on a general level the interplay between the insurance claim and the mediation conditions (.5); draft email to developers' counsel enclosing draft complaint with detailed cover email describing the lawsuit and discussing issues (.4); teleconference with Cline's counsel discussing the proposed term sheet and their issues; request follow-up redline we could share with the trustee (.5); receive and review preliminary version of the proposed factual findings prepared by Wyndham's counsel with cover email (.4); prepare redline version | 3.90 | 1,950.00 |

| | | | | |
|---|---|---|---|---|
| | | of the proposed findings (.5); meet with Ms. Lopez-Castro to discuss redline version and then incorporate her additional changes to the redline version (.6); send redline version to trustee while noting evidence would be forthcoming and we noted specific additional issues in which we wanted to see more evidence; trustee said would need to see evidence in conjunction with his review of the proposed findings (.2); separate emails with trustee, special counsel and Ms. Lopez-Castro as to the interplay between duty to defend insurance claims and proposed findings, and my continuing to work tomorrow with developers' counsel to try and resolve this tension to proceed with the action consensually (.4) | | |
| October 18, 2019 | DAS | Emails with counsel as to insurance claim matters and other related case issues (.2); continue to analyze insurance claim interplay issues with mediation settlement findings being negotiated (.3); teleconference with developers' counsel about insurance claim interplay with settlement findings and related issues (.6); receive and begin to share package of evidence for factual findings (.3); follow up calls and emails with special counsel and trustee to discuss interplay of insurance claim matters and concepts of settlement findings (.5); follow up emails with TFDB bankruptcy trustee and developers' counsel about TFDB estate (.2); follow up emails exchanged with counsel for Mr. Morse as status of settlement terms consideration and redline (.1); follow up with Ms. Lee as to her ongoing analysis of potential estates claims as to ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ (.3) | 2.50 | 1,250.00 |
| October 20, 2019 | DAS | Review cover email from Mr. | 1.30 | 650.00 |

| | | | | |
|---|---|---|---|---|
| | | Morse's counsel regarding three main issues to address in term sheet; consider points raised in cover email but will review detailed redline on Monday (.2); perform detailed analysis and review of evidentiary documents and consider application and support for specific paragraph of findings (1.0); review correspondence from Bluegreen counsel asking for source/use analysis materials (.1) | | |
| October 20, 2019 | DAS | Review correspondence from Bluegreen counsel regarding Flock/Slack systems investigation status; email Ms. Lee regarding same and ask her to follow up more with Trustee's office (.1) | 0.10 | 50.00 |
| October 21, 2019 | DAS | Review redline provided by Morse' counsel of settlement term sheet; note issues spots and items to address with counsel (.3); prepare updated internal redline with comments as to proffered factual findings based on my review of evidence package (1.2); follow up calls with counsel as to insurance claim and developer claim issues (.4); receive and review transfers analysis chart for the debtor entities (.5); prepare further redline of Morse term sheet (.4) | 2.80 | 1,400.00 |
| October 22, 2019 | DAS | Receive and analyze Flock data including applying key word search terms and preliminarily review general scope of intra-office messages captured in the Flock system (.5). | 0.50 | 250.00 |
| October 22, 2019 | CLC | Review supporting materials, term sheet changes and discuss claim of developers (1. 4) | 1.40 | 770.00 |
| October 22, 2019 | DAS | Meeting with trustee counsel team to discuss updated redline to findings and evidentiary support review (.4); confer as to Morse terms for deal not previewed/discussed during mediation (.3); more work on redline | 2.40 | 1,200.00 |

and comments for proposed findings and send to Trustee for review with cover email, and set up call to discuss (.9); revise and supplement Morse term sheet redline and send to Morse counsel with cover email, and review preliminary response email (.6); follow up emails with Cline counsel pushing for their turnaround of a redline of term sheet (.2)

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| October 22, 2019 | DAS | Follow up as to various litigation pleadings and other materials as part of ongoing review and analysis to propose counter-figure for developers' claims (.5) | 0.50 | 250.00 |
| October 22, 2019 | BCL | Call with Mr. Delatorre, and emails with Mr. Delatorre and Mr. Kessler regarding Flock extractions. | 0.30 | 135.00 |
| October 22, 2019 | BCL | Emails with Mr. Samole regarding scope of Flock recovery and related issues. | 0.10 | 45.00 |
| October 23, 2019 | BCL | Call and emails with Mr. Delatorre regarding registrar access and domain names. | 0.10 | 45.00 |
| October 23, 2019 | BCL | Review GoDaddy account and information relating to expiration and renewal of domain names. | 1.80 | 810.00 |
| October 23, 2019 | DAS | Send follow up emails to Tate Russack firm once again requesting insurance policy coverage information since 30-day statutory period has expired; review responsive correspondence that identification of insurance carrier and coverage information not needed until we make a claim; confer with Mr. Criste as to statutory basis for insurance request and mechanics (.4); call with Tate Russack firm; follow up emails with trustee team and Russack firm - advised letter from insurance company should be forthcoming and would be circulated upon their receipt (.2); review redline term sheet from Cline's counsel and consider issues raised and ideas to | 2.30 | 1,150.00 |

| | | | | |
|---|---|---|---|---|
| | | reconcile parties' positions (.4); prepare redline version of Cline agreement to go over with Ms. Lopez-Castro for attorneys' only version to send back (.6); teleconference with Trustee as to proposed findings and evidence reviewed, and discuss revisions to make and consider other language and concepts to incorporate into another redline -will do tomorrow (.7) | | |
| October 23, 2019 | CLC | Review redline of termsheet (.2); telephone conference with Barry re: findings submitted by developers (.7). | 0.90 | 495.00 |
| October 24, 2019 | CLC | Review redline of term sheet and findings (.5). | 0.50 | 275.00 |
| October 24, 2019 | DAS | Review additional materials, pleadings and documents to provide support for settlement findings (1.0); revise and supplement proposed findings redline per additional evidence review and Trustee's comments and instructions (1.0); confer with Ms. Lopez-Castro about making additional edits to findings and discuss approach with developers to explain trustee's reasoning for redline edits and comments (.4); confer with Ms. Lopez-Castro regarding additional comments on Cline term sheet counter (.2); make additional edits and supplement proposed findings redline and send to developers' counsel with detailed cover email (.8); make additional edits to Cline term sheet redline and send with detail cover email to Cline's counsel (.5); follow up emails with developers' counsel as to preliminary reaction to findings redline and phone call regarding same (.4); review preliminary responsive email from Clines' counsel (.1) | 4.40 | 2,200.00 |
| October 24, 2019 | DAS | Review Ms. Lee's due diligence report on marketability and | 0.40 | 200.00 |

49

| | | | | |
|---|---|---|---|---|
| | | appraisals of domain names; follow up with pair of emails as to potential strategy and coordination with trustee and perhaps developers (.4) | | |
| October 24, 2019 | BCL | Review estimated value, value of comparable domain name and expiration for all unexpired domain names registered with GoDaddy, and prepare chart for same. | 1.70 | 765.00 |
| October 24, 2019 | BCL | Emails and discuss with Mr. Samole regarding renewal, value and expiration issues relating to unexpired domain names registered with GoDaddy. | 0.30 | 135.00 |
| October 24, 2019 | BCL | Email with Mr. Delatorre regarding access information for NameCheap, Inc. | 0.10 | 45.00 |
| October 24, 2019 | BCL | Call and email with American Express regarding response to Rule 2004 production subpoena. | 0.20 | 90.00 |
| October 25, 2019 | DAS | Follow up as to status of American Express' lack of response to subpoena and confirm subpoena service date and discuss next steps with Ms. Lee (.1). | 0.10 | 50.00 |
| October 25, 2019 | DAS | Review preliminary responsive correspondence from Wyndham correspondence about trustee's redline of proposed findings – will be subject to further discussions(.1) | 0.10 | 50.00 |
| October 28, 2019 | BCL | Emails with Mr. Samole regarding issues relating to sale and renewal of domain names registered with GoDaddy, and review information relating to same. | 0.50 | 225.00 |
| October 28, 2019 | BCL | Email with Mr. Delattore regarding access to NameCheap, Inc. | 0.10 | 45.00 |
| October 28, 2019 | BCL | Update spreadsheet to include information regarding property owners and transactions, and email same to Mr. Samole. | 0.50 | 225.00 |
| October 28, 2019 | BCL | Conduct public records search and review of bank information regarding certain payments and real estate transactions, and compile relevant records. | 1.50 | 675.00 |

| | | | | |
|---|---|---|---|---|
| October 28, 2019 | DAS | Exchange emails with principals' counsel as to status of discussions with developers; review follow up edits and comments to Morse term sheet with cover email highlighting disputed issues (.3); follow up correspondence with trustee and counsel as to developers' settlement issues and matters including proposed findings evidence and subordinated claims matters; we will loop Mediator back in as parties want to do a deal but need help reconciling remaining disputes positions (.2); review follow up memo from Ms. Lee as to investigation of ███████ ████████████ and potential claims (.2); review follow up status report on American Express request for more time to respond to subpoena duces tecum (.1) | 0.80 | 400.00 |
| October 29, 2019 | DAS | Follow up with Ms. Lopez-Castro as you today's efforts to work with developers' counsel, and then mediator and trustee to streamline resolution of pending settlement disputes (.2) | 0.20 | 100.00 |
| October 30, 2019 | BCL | Review domain name information from account with NameCheap, Inc., review possible value of domain name, and update spreadsheet for same. | 0.20 | 90.00 |
| October 30, 2019 | DAS | Follow up with principals' counsel on respective deal issues being considered relative to trustee and principals, and also advise on status of settlement discussions with developers (.2) | 0.20 | 100.00 |
| November 1, 2019 | DAS | Review follow up correspondence from Russack counsel as to updated status of providing insurance coverage information (.1); follow up as to pending investigation and due diligence as to third party claims against prepetition professional firms and other chapter 5 claims matters (.4) | 0.50 | 250.00 |

| November 1, 2019 | BCL | Email and call American Express regarding status of production response. | 0.10 | 45.00 |
|---|---|---|---|---|
| November 4, 2019 | DAS | Participate in teleconference with Cline's counsel as to settlement term sheet issues and related matters (1.0) | 1.00 | 500.00 |
| November 5, 2019 | DAS | Phone call with Morse's counsel discussing open issues with proposed term sheet and recent exchange of redlines (.5) | 0.50 | 250.00 |
| November 6, 2019 | DAS | Follow up with Cline's counsel as to document production items requested as part of term sheet consideration and advise more follow-up needed; also discuss turnover of Range Rover; follow up with Trustee's office and coordinate information as to proposed automobile liquidator (.2). | 0.20 | 100.00 |
| November 11, 2019 | DAS | Examine most updated redline versions of pending terms sheets with principals and draft settlement discussion memo for each for trustee's consideration (1.0); review Ms. Lopez-Castro's edits to same and Trustee's responses -will consider next steps tomorrow and reconciling with principals' positions (.2) | 1.20 | 600.00 |
| November 12, 2019 | DAS | Reconcile Trustee's comments and positions on respective proposed term sheet remaining disputed items and outline proposed revisions (.5); draft revised/redline versions of the separate detailed term sheets with the respective principals (1.3); confer briefly with Ms. Lopez-Castro to reconcile some of the Trustee's comments and positions (.2); further revise and supplement term sheets with principals and send respective versions via separate cover emails to respective counsel with discussion (.8) | 2.80 | 1,400.00 |
| November 13, 2019 | DAS | Confer with respective principals' | 0.40 | 200.00 |

| | | | | |
|---|---|---|---|---|
| | | counsel as to status of discussions with developers and issues principals' counsel have under review (.3); confer with Wyndham counsel as to status and anticipated timeframe to receive from them next round of proposed findings with evidentiary support (.1) | | |
| November 15, 2019 | BCL | Email American Express regarding status of response to subpoena. | 0.10 | 45.00 |
| November 15, 2019 | DAS | Follow up correspondence with respective principals' counsel as to status of most recent exchange of redlines and follow up comments from their clients; advised meetings set up for Monday; advise Trustee's office (.2) | 0.20 | 100.00 |
| November 18, 2019 | DAS | Reconcile payments ARMG made to TFDB; provide list to Ms. Lee (.2); confer with creditor's counsel as to potential claims against TFDB/FT and insurance (.2); follow up with trustee's office as to other third party transfers claims investigation (.4) | 0.80 | 400.00 |
| November 19, 2019 | DAS | Review further redline of settlement term sheet by Mr. Morse's counsel and consider remaining open issues (.4); draft email memorandum trying to work through each of the remaining issues with Morse counsel (.5); review follow up responsive correspondence memo from Morse counsel (.2); receive and review updated proposed findings by developers and mark down initial issue spots and advise Ms. Lopez-Castro of initial impressions and that I would review in more detail tomorrow and would review updated evidence package provided (.6) | 1.70 | 850.00 |
| November 20, 2019 | DAS | Review second batch of evidence for updated proposed findings provided by developers, and also go over declarations and other evidence from first batch again that was referenced in updated | 2.70 | 1,350.00 |

| | | | | |
|---|---|---|---|---|
| | | proposed findings (1.0); prepare updated redline and comments for updated proposed findings, and send to Ms. Lopez-Castro with cover email noting some issues and items (1.2); teleconference with Mr. Morse's counsel about remaining issues in proposed term sheet (.4); follow up with Ms. Lopez-Castro on Morse tax issue and discuss next steps (.1) | | |
| November 21, 2019 | DAS | Review Cline's updated redline version of proposed settlement term sheet and consider new issues raised (.4); draft outline of Cline issues raised and counterpoints to consider ways to streamline disputes, and advise Cline's counsel of issues with redline version and set up call for tomorrow (.4); confer with Ms. Lopez-Castro and Trustee about pending issues with Cline counterproposal and obtain position (.3); draft follow up correspondence to Cline's counsel explaining trustee position on disputed issues with term sheet (.2); send proposed counter version of proposed findings to Trustee with cover email providing executive summary (.2) | 1.50 | 750.00 |
| November 22, 2019 | DAS | Teleconference with Cline's counsel as to remaining disputed issues in term sheet (1.0); follow up with trustee as to deal issues raised by Cline's counsel and obtain updated/responsive position from trustee; follow up with trustee to go over in more detail (.6); confer with trustee on KTT updated version of proposed findings and work through issues and related items; work to prepare an updated version with applicable margin comments (.7); send correspondence to developers' counsel with cover email enclosing trustee's proposed version of findings (.2); draft pair of follow-up correspondence memo to principals' counsel on various | 3.20 | 1,600.00 |

54

pending deal issues (.7)

| November 25, 2019 | DAS | Receive and review schedules of 90-day prepetition transfers of Debtor entities in summary and detail form with dates and broken down by groups of entities (.7); follow up correspondence with principals' counsel to advise of status of trustee's counter-version of proposed findings back with developers (.1); exchange emails with Cline's counsel and trustee as to questions and responses to Cline's tax-related inquiries and related matters (.4); review prior evidence/testimony as to Franqui Totten law firm's involvement with planning and development of GLSP and TFDB law firm (1.0) | 2.20 | 1,100.00 |
| November 26, 2019 | DAS | Follow up with counsel as to pending settlement matters to respond to respective inquiries on some open items with principals/counsel, and also scheduling meet/confer call for tomorrow  with developers' counsel on updated proposed findings as to areas still in dispute (.4); review more documents as to potential claims investigation as to TFDB and FT law firms (1.0); more follow up with KTT counsel as to proposed findings and evidence I am reviewing on my own relating to same (.3); continue review of documents to try and further reconcile remaining disputes between Trustee and Developers with proposed findings (1.0) | 2.70 | 1,350.00 |
| November 26, 2019 | BCL | Review American Express document production and prepare spreadsheet regarding account information and other production. | 3.40 | 1,530.00 |
| November 27, 2019 | BCL | Review subpoena for American Express, and email American Express regarding scope of subpoena and production of account opening documents. | 0.20 | 90.00 |
| November 27, 2019 | BCL | Attention to document production | 0.30 | 135.00 |

| | | from American Express and related issues. | | |
|---|---|---|---|---|
| November 27, 2019 | BCL | Review document production from American Express and revise spreadsheet for same. | 0.80 | 360.00 |
| November 27, 2019 | BCL | Discussion and email with Mr. Samole regarding spreadsheet for American Express document production. | 0.20 | 90.00 |
| November 27, 2019 | BCL | Discuss potential avoidance actions and related information with Mr. Samole. | 0.10 | 45.00 |
| November 27, 2019 | DAS | Follow up with trustee and trustee's office on pending settlement matters (.3); confer with Ms. Lopez-Castro as to proposed findings issues and scheduling follow up with developers to reschedule call for Monday (.2); review memo and materials provided by Ms. Lee as to voluminous documents produced by American Express (.7); follow up conference with Ms. Lee for next steps, follow up inquiries within scope of existing subpoena and also provided her with 90-day transfers list and highlight some issue spots (.4); follow up correspondence (2x) with respective principals' counsel as to open items with settlement terms under their respective review and set timeframe for response and also checking in on other items under review (.3) | 1.90 | 950.00 |
| December 2, 2019 | CLC | Prepare to call and participate in same; (1.6); review emails re: Morse settlement including trustee's position (.5); review unopposed emotion for extension (.1). | 2.20 | 1,210.00 |
| December 2, 2019 | BCL | Review summaries and details for 90 day payments for debtors. | 0.80 | 360.00 |
| December 2, 2019 | DAS | Teleconference with developers' counsel as to proposed findings of fact (1.5); follow up emails with principals' counsel as to disputed provisions on tax issues of potential | 1.80 | 900.00 |

term sheet (.3).

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| December 2, 2019 | BCL | Review American Express production relating to payments received and relevant account statements, review details from debtors' books and records, and prepare spreadsheet and analyses of same for preferential transfer actions. | 3.60 | 1,620.00 |
| December 3, 2019 | DAS | Confer with trustee about pending settlement issues with principals and setting up teleconference with them and trustee for Thursday (.4); review further updated proposed findings of fact; mark up same for Mr. Lopez-Castro's review and discussion hopefully tomorrow (.7); follow up emails with mediator about status of settlement discussions and send him draft proposed findings being discussed and latest settlement discussions concerning tax refund issues (.3); review updated Chapter 5 claims analysis report and other items needed from forensic accountant (.2) | 1.60 | 800.00 |
| December 3, 2019 | BCL | Review claimed filed or scheduled for American Express. | 0.10 | 45.00 |
| December 3, 2019 | BCL | Email American Express regarding additional production request. | 0.10 | 45.00 |
| December 3, 2019 | BCL | Review American Express preference data based on trustee's information and document production. | 1.50 | 675.00 |
| December 3, 2019 | BCL | Prepare demand letter for American Express, and preferential transfers exhibit for same. | 1.20 | 540.00 |
| December 3, 2019 | BCL | Email Mr. Samole regarding preferential transfers and other transfers for American Express. | 0.10 | 45.00 |
| December 4, 2019 | BCL | Discuss with Mr. Samole issues relating production and avoidance actions relating to American Express. | 0.10 | 45.00 |
| December 4, 2019 | BCL | Call with Mr. Parisi regarding information relating to transfers to | 0.10 | 45.00 |

American Express.

| December 4, 2019 | DAS | Confer with Ms. Lee about scope of additional subpoena request to develop against American Express; also discuss next steps for additional Chapter 5 inquiries with trustee's forensic accountant (.3); separate follow up emails with developers and principals' counsel as to pending settlement issues, circulating proposed findings and going over related mediation issues (.3) | 0.60 | 300.00 |
|---|---|---|---|---|
| December 5, 2019 | DAS | Teleconference with principals' counsel about pending settlement issues including tax refund matters, developers' findings, etc. (1.0); teleconference with developers' counsel as to settlement discussions matters, proposed findings under consideration and related issues (.5); review supplemental financial/transfer analysis report with enclosed tabs prepared by estates' forensic accountant (.3) | 1.80 | 900.00 |
| December 6, 2019 | DAS | Review draft of second subpoena to American Express and discuss same with, and provide comments to, Ms. Lee (.2) | 0.20 | 100.00 |
| December 6, 2019 | BCL | Review spreadsheet relating four year transfers relating to American Express. | 0.20 | 90.00 |
| December 6, 2019 | BCL | Prepare second subpoena and attachment for American Express, review information relating to same, and emails with Mr. Samole regarding same. | 1.00 | 450.00 |
| December 6, 2019 | BCL | Draft form preferential transfers settlement offer and demand letter. | 1.30 | 585.00 |
| December 9, 2019 | BCL | Discussion with Mr. Samole regarding treatment and third party release issues. | 0.20 | 90.00 |
| December 9, 2019 | DAS | Follow up emails with counsel as to still-open items in settlement term sheet; follow up with trustee as to same (.2); further considerations of requested tax refund settlement | 2.70 | 1,350.00 |

| | | issues raised (.4); draft and edit/finalize settlement memo attempting to further clarify and address same, while also provided additional transfers information requested (1.0); review preliminary drafts of package of demand letters to various recipients of third party avoidable transfers; discuss with Ms. Lee (.4); call with First Data counsel about status of settlement talks with principals and developers, and discuss their desire for settlement participation and obtaining consent rights over any plan and discuss other related case issues (.7) | | |
|---|---|---|---|---|
| December 9, 2019 | BCL | Draft and revise demand and settlement letter for American Express. | 0.30 | 135.00 |
| December 9, 2019 | BCL | Research case law relating to preference action and donations. | 0.50 | 225.00 |
| December 9, 2019 | BCL | Review information relating to transfer to Senatorial Campaign, and prepare demand and settlement letter for same. | 1.00 | 450.00 |
| December 10, 2019 | BCL | Emails with Mr. Samole regarding issues relating to third party releases. | 0.10 | 45.00 |
| December 10, 2019 | YCC | Work on Amex list of payments. | 0.60 | 150.00 |
| December 10, 2019 | BCL | Review American Express's production relating to payments received, and emails with legal assistant and paralegal regarding same. | 0.20 | 90.00 |
| December 11, 2019 | DAS | Correspondence with trustee's forensic accountant and Ms. Lee as to scope of subpoenaed documents on certain putative avoidable transfer targets, follow up needed, etc. and follow -up regarding same (.2); review further updated second set of AmEx subpoena production requests and provide comments (.2); multiple exchange of correspondence with developers' counsel and principals' counsel on pending consideration of settlement | 3.30 | 1,650.00 |

provisions and other related
matters, and setting timeline for
various deal checkpoints (.5);
teleconference with trustee as
avoidable transfer analysis items
and other pending items under
review relative to proposed deal
terms with principals (.4); prepare
updated redline versions of pair of
term sheets with the respective
principals (1.5); confer with Ms.
Lopez-Castro about settlement
discussion strategy and other
related considerations and case
constituents (.3); send updated
terms sheets with cover emails to
principals' counsel including
mediator (.2)

| Date | | | | |
|---|---|---|---|---|
| December 11, 2019 | BCL | Emails with client and Mr. Samole regarding American Express and Citi. | 0.20 | 90.00 |
| December 11, 2019 | BCL | Review and revise second subpoena for American Express. | 0.20 | 90.00 |
| December 11, 2019 | BCL | Prepare subpoena for Citigroup and document requests, and review related company information for same. | 0.60 | 270.00 |
| December 12, 2019 | DAS | More research and due diligence on certain potential tax refund benefits and scope of same relative to potential amendments of prepetition tax returns (.6); follow up with mediator as to status of settlement discussions, recent delivery of updated redline term sheets and proposed findings under review by others (.4); follow up correspondence with developers' counsel on settlement discussions status/matters (.1) | 1.10 | 550.00 |
| December 13, 2019 | YCC | Assist with service of subpoenas to American Express and Citigroup. | 0.20 | 50.00 |
| December 13, 2019 | BCL | Call with Mr. Parisi regarding discovery relating to American Express and Citigroup, and related issues. | 0.30 | 135.00 |
| December 13, 2019 | BCL | Prepare second subpoena and | 0.30 | 135.00 |

| | | | | |
|---|---|---|---|---|
| | | attachments for American Express. | | |
| December 13, 2019 | BCL | Prepare subpoena and attachments for subpoena to Citigroup. | 0.50 | 225.00 |
| December 13, 2019 | BCL | Emails with paralegal and legal assistant regarding serving subpoenas for American Express and Citigroup. | 0.30 | 135.00 |
| December 13, 2019 | BCL | Prepare notice of filing subpoenas and file same with court. | 0.60 | 270.00 |
| December 13, 2019 | BCL | Review American Express production for particular documents. | 0.50 | 225.00 |
| December 13, 2019 | DAS | Additional follow-up to investigate and consider potentially more expansive scope of avoidable transfer matters (.2); draft counsel correspondence as to ongoing due diligence on pair of potential avoidance targets pending ongoing review as to flow of monies by estates' forensic accountant (.2); follow up with Ms. Lee as to additional scope of production requests on American Express and Citibank and review finalized versions of requests (.2) | 0.60 | 300.00 |
| December 14, 2019 | DAS | Follow up correspondence with principals' counsel trying to push along settlement process and timing with respect to comments on proposed findings and respective term sheets; follow up with other counsel and trustee's office (.2) | 0.20 | 100.00 |
| December 16, 2019 | DAS | Follow up correspondence with certain developers' counsel as to status of settlement negotiations and documents under review with principals' counsel; also follow up with trustee regarding same (.2); additional correspondence with developers' counsel as to proposed findings under review and certain provisions and advise as to tax related issues (.2); more correspondence with other counsel for developers and then principals as to stalled timeframe for term | 1.40 | 700.00 |

61

sheets and proposed findings;
discuss same with Ms.
Lopez-Castro and advise mediator
of impending mediation termination
with Friday's deadline (.3);
teleconference with counsel for Mr.
Morse about pending settlement
term sheet issues (.5); send
correspondence and leave detailed
voicemail for Trustee on certain
settlement issues raised by Mr.
Morse's counsel (.2)

| December 17, 2019 | BCL | Prepare subpoena for Citibank, and emails regarding same. | 0.60 | 270.00 |
|---|---|---|---|---|
| December 17, 2019 | BCL | Prepare and file notice of filing subpoena for Citibank, and emails regarding service of same. | 0.40 | 180.00 |
| December 17, 2019 | BCL | Review email from Citibank regarding owner of credit card account and subpoena, and email with Mr. Samole regarding same. | 0.10 | 45.00 |
| December 17, 2019 | DAS | Review Trustee's response to tax refund issues raised yesterday in settlement discussions and vetted in memo from yesterday; follow up with transfer records and other materials to verify estates' position on same (.4); review correspondence from developers' counsel on settlement discussion matters; review correspondence from mediator as to same; review updated subpoena on Citibank entity; provide comments and review filed/served version (.4); review updated status of term sheet issues and proposed findings review by Cline's counsel and request to participate in teleconference tomorrow (.1) | 0.90 | 450.00 |
| December 18, 2019 | DAS | Review Mr. Morse's updated redline term sheet and cover email and consider same (.4); multiple follow up emails with Trustee and tax professionals on tax issues and bar order/release language in Morse's proposed term sheet version (.5); | 4.40 | 2,200.00 |

teleconference with Cline's counsel as to open items on Cline's proposed term sheet and also preliminarily discuss proposed findings (.5); multiple follow up with Trustee and tax professionals on tax issues and related language in Cline's proposed term sheet version (.4); field phone call from developers' counsel to discuss status of settlement matters with principals and go over one of the previewed issues with the proposed findings (.3); Confer with Cline's counsel as to Range Rover disposition and addressing same in conjunction with, or even prior to, term sheet settlement, and note dealership has made an offer; obtain proposal correspondence from dealership and send along to trustee's office with cover email (.2); retrieve and review proffered evidence to support some of the findings as questioned by Cline's counsel (.5); organize and send proffered evidence to Cline's counsel to support open item with proposed findings work to incorporate comments as to responsive redline version of Morse term sheet to be discussed with Morse's counsel if get on same page on tax refund matters (.4); work to incorporate comments as to responsive redline version of Cline term sheet (.3); send updated Cline term sheet with detailed cover email addressing all updates and related issues (.4); review correspondence from Morse' counsel advising continuing disagreement on the tax refund issues in proposed settlement and follow up as to potential ways to break through potential impasse (.5)

| December 18, 2019 | BCL | Review American Express production data and Trustee's data regarding payments, sources and for which accounts, and prepare spreadsheet relating to same. | 1.60 | 720.00 |
|---|---|---|---|---|

| December 19, 2019 | DAS | Phone call with mediator on Morse settlement impasse (.6); review Cline's comments on proposed findings (.2); draft counter-memo on points raised to reduce disputed provisions and work through those issues with Cline's counsel (.4); incorporate Cline comments into cleaner redline version of proposed findings (.3); send updated version of findings to trustee and his professionals with cover email (.3); follow up with Cline's counsel on more requested changes to term sheet by Cline's and inquiries, and consider same (.4); teleconference with developers' litigation counsel on status of settlement matters, pending discovery, and latest comments to proposed findings (.6); create redline of Cline term sheet and draft counter memo to Cline's counsel on points raised in updated term sheet (.5); follow up correspondence with Cline's counsel on term sheet matters (.2); send updated version of proposed findings with cover email to developers' counsel (.3); end of the day teleconference with trustee as to Morse tax refund matters and apparent settlement impasse with Morse -other matters need to wait for trustee review and consideration (.4) | 4.20 | 2,100.00 |
| December 19, 2019 | BCL | Review information regarding American Express payments and production, and update spreadsheet addressing same. | 1.60 | 720.00 |
| December 20, 2019 | DAS | Review correspondence from developers as to the revised proposed findings, settlement status matters and related issues; consider same and next steps (.2); review more comments on the proposed findings and incorporate same and send back to participating Principals (.3); review signed term sheet from Cline's; | 2.60 | 1,300.00 |

64

send same to trustee with cover
email; also send trustee further
updated proposed findings (.2);
review correspondence from
mediator as to ongoing discussion
efforts with Mr. Morse and asking
us to wait a few days before
concluding mediation; consider
same (.2); follow up with trustee on
Cline's term sheet and proposed
findings matters (.4); confer with
trustee (2x) about Morse impassed
settlement situation and consider
ways to get deal done; trustee
authorize movement on tax refund
assignment allocation (.4); send
mediator email correspondence
describing updated settlement
terms for Morse on tax refund
assignment allocation (.2); further
supplement findings with last
trustee tweak and send to
participating principals with cover
email (.2); start working on
contours/outline of updated
settlement agreement with bar
order (.5)

| | | | | |
|---|---|---|---|---|
| December 22, 2019 | DAS | Review pair of emails from developers' counsel enclosing updated findings and request for further conference; review and consider same and send preliminary follow up emails (.2); follow up emails with Cline's counsel as to latest updates to findings and for approval (.1) | 0.30 | 150.00 |
| December 23, 2019 | DAS | Work on synthesizing various, latest versions of proposed findings (.3); email mediator inquiring about status of follow-up efforts with Mr. Morse (.1); follow up correspondence with developers' counsel explaining context for latest updates to findings and providing contextual, real-time settlement status (.3); exchange more substantive emails with mediator about positions and issues with remaining disputed settlement | 2.40 | 1,200.00 |

| | | | | |
|---|---|---|---|---|
| | | issues with Mr. Morse (.5); phone call with developers' counsel as to pending settlement issues, discuss recent updates to proposed findings, etc. (.4); review email from mediator on status of his discussions with Morse's counsel and telephone call with mediator to discuss additional settlement options (.4); more follow up with mediator regarding pending Morse matters (.2); review non-insider avoidable transfer chart and corresponding detail (.2) | | |
| December 26, 2019 | DAS | More work on proposed tripartite settlement agreement as between trustee, developers and Cline's (.6); exchange emails with mediator on remaining disputed items on Morse deal matters (.2); phone call with mediator discussing pending items and disputed issues, and discuss my drafting follow up memo addressing open items with Morse counsel copying mediator (.5); draft comprehensive memo to Morse's counsel and mediator addressing open deal items, explaining trustee's position and providing alternative pathways to a deal (.8) | 2.10 | 1,050.00 |
| December 27, 2019 | DAS | Correspondence with developers' counsel on pending settlement matters (.2); review counter-memo from Morse's counsel on pending disputed settlement matters (.2); follow up with mediator and trustee as to Morse position and other ways for trustee to try and resolve this logjam (.5); separate follow up emails with Morse counsel and developers' counsel on pending efforts and status of several settlement items under review (.3) | 1.20 | 600.00 |
| December 27, 2019 | BCL | Review letter from Citibank regarding subpoena and credit card accounts. | 0.10 | 45.00 |
| December 29, 2019 | DAS | Follow up correspondence exchange with a Morse counsel including updated settlement | 0.40 | 200.00 |

| | | proposals and follow up regarding same (.4) | | |
|---|---|---|---|---|
| December 30, 2019 | DAS | Follow up correspondence with counsel on pending settlement discussion items; go over same with trustee team; send Cline term sheet to Developers (.2); continue working on proposed settlement agreement as to Cline's, Trustee and Developers (1.6); confer with developers' counsel on disputed settlement matters; review correspondence from Morse counsel explaining position (.4); phone call with Morse counsel on disputed settlement matters (.4); follow up with trustee on same and obtaining updated settlement authority (.3); draft memo to Morse counsel and revise same and send to counsel working through issues and submitting updated proposal (.5); more follow up emails with Morse counsel and then separately with mediator (.3). | 3.70 | 1,850.00 |
| December 30, 2019 | BCL | Emails with Mr. Parsi regarding certain Citi credit card statements. | 0.10 | 45.00 |
| December 30, 2019 | BCL | Review subpoena issued by Bluegreen, and emails with Mr. Samole and issuing party regarding same. | 0.40 | 180.00 |
| December 30, 2019 | BCL | Research case law relating to stay relief and derivative standing issues for Morse's stay relief motion. | 3.50 | 1,575.00 |
| December 30, 2019 | BCL | Review certain credit card statements from Citi, and call subpoena compliance unit. | 0.40 | 180.00 |
| December 30, 2019 | BCL | Review mediation term sheet with Clines for proposed releases. | 0.10 | 45.00 |
| December 31, 2019 | BCL | Call with Citi's subpoena compliance unit regarding credit card accounts relating to the debtors. | 0.20 | 90.00 |
| December 31, 2019 | BCL | Emails and discussions with Mr. Samole regarding status of subpoena, settlement and related issues. | 0.20 | 90.00 |

| December 31, 2019 | BCL | Prepare preference demand letter for Citibank, and review related information for same. | 0.80 | 360.00 |
| December 31, 2019 | BCL | Draft and revise preferential and fraudulent transfer demand letter for senatorial campaign. | 0.50 | 225.00 |
| December 31, 2019 | BCL | Review information relating to certain transfers, and email with Mr. Parisi regarding copies of checks for said payments. | 0.30 | 135.00 |
| December 31, 2019 | BCL | Review Mr. Parisi's updated spreadsheet regarding transfers within four years. | 0.60 | 270.00 |
| December 31, 2019 | DAS | Teleconference with Morse's counsel on remaining settlement disputes and negotiations under consideration by Mr. Morse (.5); exchange emails with Cline's counsel as to settlement matters and set up call (.2); teleconference with Cline's counsel to discuss pending settlement status and relayed matters (.4); draft status report to developers' counsel on settlement matters and next steps (.2); confer with Ms. Lopez-Castro about recent settlement negotiations/developments and next steps (.2); continue drafting, revising and supplementing comprehensive tripartite settlement agreement (Cline's, Trustee and Developers) with releases, bar order terms and related provisions (2.0) | 3.50 | 1,750.00 |

- - - - - - - - - - - - - - - - - - - - - - -

Total for   ASSET ANALYSIS AND RECOVERY                              500.10        230,630.00

## ASSET DISPOSITION

| May 1, 2019 | MK | Communication with Mr. Samole regarding legal research relating to sale of assets under a certain value; conduct legal research regarding same. | 0.70 | 262.50 |
|---|---|---|---|---|
| May 1, 2019 | DAS | Confer with trustee's office about time-sensitive potential sale of furniture at leased premises that would need to be approved, closed and removed from premises by May 15; consider local rules on Chapter 363 sales and provisions for shortened notice and whether to be done by shortened negative notice of by hearing – uncertain answer; confer more with Ms. Kubs and ask her to look into the issues further; advise Trustee's office of pending status of sale inquiry matters (.4) | 0.40 | 200.00 |
| May 2, 2019 | DAS | Confer with trustee's office and Ms. Kubs as to pending offer to purchase certain furniture and office equipment and potential estate sale if combined with another sale of assets (.2) | 0.20 | 100.00 |
| May 2, 2019 | MK | Consider options for selling assets on shortened notice; communication with Mr. Samole regarding same. | 0.30 | 112.50 |
| May 7, 2019 | DAS | Follow up correspondence with trustee's office on disposition of VLP assets and consideration of other smaller sale of furniture and office equipment (.1) | 0.10 | 50.00 |
| May 24, 2019 | DAS | Confer with Trustee's office about potential sale of office requirements and other assets onsite at the West Cypress Creek location; discuss preparing motion to retainer Moecker auctions after discussing with landlord and my receiving follow up information (.2) | 0.20 | 100.00 |
| May 30, 2019 | DAS | Confer with trustee as to disposition of used Range Rover and principal's interest to purchase same; discuss appraisal and related issues (.2) | 0.20 | 100.00 |

69

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| June 11, 2019 | DAS | Confer with trustee and review exchange of emails with landlord representatives and counsel as to disposition of FF&E on site and coordinating potential auction sale on premises; consider issues presented and follow up with Ms. Kubs on scope of dual relief to be sought and context, and will provide more specifics when trustee provides list of personal property to be sold and other information (.2) | 0.20 | 100.00 |
| June 24, 2019 | MK | Draft motion to retain auctioneer and for authority to sell assets. | 0.80 | 300.00 |
| June 24, 2019 | YCC | Review auctioneer's proposal and emails re: draft motion. | 0.20 | 50.00 |
| June 24, 2019 | DAS | Receive proposed personal property auction proposal from Moecker group; discuss timing of auction with trustee's office and still waiting to obtain requested list of inventory items to be sold (.2) | 0.20 | 100.00 |
| June 25, 2019 | MK | Attention to application to retain auctioneer and to sell property free and clear of liens, supporting affidavit and proposed order; communications with Mr. Samole regarding same. | 1.60 | 600.00 |
| June 25, 2019 | DAS | Confer more with trustee's office on personal property auction and logistics and matters to address in the motion including auction date and notice to creditors (.2); review draft motion to authorize auction sale of personal property and to retain auctioneer prepared by Ms. Kubs and note her issue spots; review draft affidavit for auctioneer and note issues raised by auctioneer and then Ms. Kubs; call with Ms. Kubs to help her address and we would go over more tomorrow with trustee's office and proposed auctioneer as to motion and affidavit to address open issues (.4). | 0.60 | 300.00 |

70

| June 26, 2019 | MK | Attention to exhibits to motion to retain auctioneer, etc.; communications with Mr. Sulsky regarding various issues including bond and on-line auction; revise motion and order to conform with affidavit; multiple communications with Mr. Samole regarding edits to Motion and Order, etc. | 3.10 | 1,162.50 |
|---|---|---|---|---|
| June 26, 2019 | DAS | Go over lien situation as to forthcoming personal property auction sale (.2); Review and provide comments and redlines (2x) to updated draft motion to sell personal property and retain auctioneer, affidavit and proposed order (.4); follow up with auctioneer, Ms. Kubs and Trustee's office as to tweaks to papers and coordinating logistics for hearing and auction sale and insiders' liens (.4). | 1.00 | 500.00 |
| June 27, 2019 | DAS | Draft memo to principals' counsel as to proposed auction sale of property and explain nona dude dispute as to principals' liens and also request consent (.2); follow up call with principals' counsel discussing personal property auction matters and waiting for confirmation of consent (.1). | 0.30 | 150.00 |
| June 27, 2019 | MK | Review communication from Mr. Samole. | 0.10 | 37.50 |
| June 28, 2019 | DAS | Follow up with parties and counsel on auction sale motion and auctioneer retention; obtain consent from lienholders and provide updated language to final form of motion (.4) | 0.40 | 200.00 |
| June 28, 2019 | MK | Attention to motion to retain auctioneer, etc. and exhibits thereto; multiple communications with Mr. Samole, Ms. Castro and Ms. Cristobol regarding same. | 1.00 | 375.00 |
| July 2, 2019 | DAS | Review notice of hearing on auction sale motion and follow up with trustee's office as to logistics (.1) | 0.10 | 50.00 |

71

| July 11, 2019 | DAS | Follow up on logistics and hearing presentation matters for Tuesday's hearing to approve auction and retention of auctioneer; also go over logistics for auction with expiration of lease; review pictures of items and discuss projected aggregate gross sale amount (.3) | 0.30 | 150.00 |
| July 16, 2019 | DAS | Attend hearings and present motion to sell FF&E at the leased premises (1.2) | 1.20 | 600.00 |
| July 19, 2019 | DAS | Review order approving auction sale and follow up with trustee's office (.1). | 0.10 | 50.00 |
| July 29, 2019 | DAS | Review correspondence about auction sale results and send responsive reminder for auctioneer to prepare report for filing with the court (.1) | 0.10 | 50.00 |
| August 12, 2019 | DAS | Review report of auction sale; follow up with trustee's office as to same (.1) | 0.10 | 50.00 |
| October 21, 2019 | DAS | Review correspondence from Cline's counsel to advise turnover of Range Rover can occur in trustee's usual administration and not needed as part of potential deal settlement term; advise trustee's office and inquire as to next steps (.1) | 0.10 | 50.00 |
| October 23, 2019 | BCL | Review information relating to sale of domain names. | 0.20 | 90.00 |
| October 23, 2019 | DAS | Follow up with Ms. Lee as to domain name due diligence as to renewal periods, scope of marketable assets, etc. and ask her to perform additional due diligence and circulate an executive summary report (.3) | 0.30 | 150.00 |

- - - - - - - - - - - - - - - - - - - - - - -

Total for   ASSET DISPOSITION                           14.10          6,040.00

BUSINESS OPERATIONS/ANALYSIS

| April 25, 2019 | DAS | Address items of employee payroll funding, pending checks for HOA and timeshare transfers and related administrative items (.5). | 0.50 | 250.00 |
| April 30, 2019 | DAS | Confer with principals' counsel as to funding of proposed 12-week budget to stabilize proper scope of company assets and try to maximize contained, legal portions of the business for liquidation purposes; follow up with trustee's office as the same (.4) | 0.40 | 200.00 |
| May 3, 2019 | DAS | Work with trustee's office on transition issues of customer calls into answering service intake and other operational issues of employees (.3); address insurance coverage issues of employees of non-operating entities (.3). | 0.60 | 300.00 |
| May 10, 2019 | DAS | Confer with trustee and his office as to various case administration issues of updates to proposal from answering service, proposed holds of certain other timeshare maintenance payments and other issues; follow up email exchange on the maintenance payment matters (.4). | 0.40 | 200.00 |
| May 15, 2019 | DAS | Address merchant account chargeback matters (.3). | 0.30 | 150.00 |
| May 16, 2019 | DAS | Review pair of merchant account reports and issues raised as to potential exposure (.2); receive and begin reviewing merchant account agreements (.2). | 0.40 | 200.00 |
| May 20, 2019 | DAS | Phone call with counsel for merchant account servicer (.4); draft memo to Trustee about merchant account issues (.2); exchange emails (3x) with trustee and his team as to several merchant account issues (.3). | 0.90 | 450.00 |
| May 20, 2019 | CLC | Telephone conference with J. Pack re: charge backs (.4). | 0.40 | 220.00 |
| May 25, 2019 | CLC | Review issues with chargebacks (.1). | 0.10 | 55.00 |

| | | | | |
|---|---|---|---|---|
| May 25, 2019 | DAS | Consider and review chargeback situations with merchant account processors with response deadlines tomorrow and this week (.2); draft chargeback response to First Data bankruptcy counsel and follow up email (.2); review more merchant account contracts and documents as to response deadline and terms, and to ascertain contact information for other merchant account processors with chargeback deadlines for tomorrow (.3); follow up emails with trustee's office about merchant account chargeback matters and contact listings and discussing game plan and next steps (.2); draft/issue chargeback response emails with more background as introductory email to CardConnect on the bankruptcy and trustee appointment; review responsive correspondence from CardConnect representative  (.3) | 1.20 | 600.00 |
| May 28, 2019 | DAS | Review draft chargeback response template letter and materials packet to be provided to each merchant account company; provide comments and response email (.4) | 0.40 | 200.00 |
| June 4, 2019 | DAS | Review exchange of memoranda exchanges and enclosures between trustee's office and debtors out of possession to reconcile various company operation issues including pending timeshare transfers, escrow accounts, and more information needed for reconciliation and approval purposes (.3). | 0.30 | 150.00 |
| June 4, 2019 | DAS | Follow up as to group of timeshare units that developer is agreeing to accept deed-backs without any associated fees or costs (.2). | 0.20 | 100.00 |
| June 7, 2019 | DAS | Review overview memo from debtors/principals as to timeshare transfer/deedback groups and also to get us more information (.1). | 0.10 | 50.00 |
| July 1, 2019 | DAS | Teleconference with counsel discussing timeshare unit transfers | 0.50 | 250.00 |

| | | issues, document production matters and drafting updated forms addressing customer claims/transfers situations (.5). | | |
|---|---|---|---|---|
| July 2, 2019 | DAS | Review debtors' proposed memo to customers as to timeshare unit transfer matters and revise and incorporate same to better describe pending chapter 11 proceedings and claims process and address pending transfer matters (.7) | 0.70 | 350.00 |
| July 3, 2019 | DAS | Follow up with more counsel and customers on their pending timeshare transfers and issues (.4); review revised memo from counsel as to timeshare transfers proposals to certain group of customers; consider issues raised and draft responsive email regarding same with inquiries (.4) | 0.80 | 400.00 |
| July 10, 2019 | DAS | Follow up with debtors' counsel as to timeshare transfers matters, forms and correspondence with customers (.3); phone call with merchant account credit card processor counsel discussing chargeback responses status and mechanism (.4); review proposed supplemental form response by credit card account processor and provide comments (.1). | 0.80 | 400.00 |
| July 11, 2019 | DAS | Follow up on pending timeshare transfers issues and forms being distributed to customers (.2); field call from customer with multiple timeshare interests as to recent bankruptcy pleadings received, case deadlines and timeshare transfer matters (.4); review correspondence enclosing updated spreadsheet of timeshare incentive obligations; draft memo to Trustee as to same (.4); follow up more with trustee's office as to addressing timeshare incentive/transfer issues (.2). | 1.20 | 600.00 |
| July 16, 2019 | DAS | Additional follow up with trustee's | 0.40 | 200.00 |

| | | | | |
|---|---|---|---|---|
| | | office and then Debtors' counsel as to postpetition transfers of timeshare interests and remnant matters; resolve issues with processing this batch of pending transfers (.4) | | |
| July 17, 2019 | DAS | Exchange emails with debtors' counsel as to additional timeshare transfer issues and dealing with batch of timeshares with potential customer self-pay transfer fees but issues as to incentives (.2); phone call with debtors/principals' counsel to try and work through these additional timeshare transfer issues and propose several options for seller funds to be escrowed or closing addendum to waive claims against estates (.7); phone call with customer with timeshare transfer inquiry with unit at Westgate, discuss their file that had been with TFDB, answer bankruptcy status questions and other inquiries (.3); follow up with principals' counsel as to additional information needed from his clients to assist with estate administration of certain customers' timeshare interests and related claims due diligence (.4) | 1.60 | 800.00 |
| July 18, 2019 | DAS | Review memo from debtors' counsel as to additional timeshare transfer logistics and forms to relieve estates from liability for those transfer closings where seller paying closing costs and incentives; provide comments to revise contemplated form structure to accomplish novation and release of estates, and also review standard transfer incentive language to compare as to upcoming side agreement to be provided by counsel (.4); field two phone calls from customers with timeshares at Bluegreen and Lando respectively about pending unit transfers, mortgage resolution matters and recent notices and deadlines in the bankruptcy case (.4) | 0.80 | 400.00 |

| July 20, 2019 | DAS | Exchange emails with trustee and trustee's office as to additional timeshare buyer claims and refund issues, and discuss plan for sorting through these additional timeshare transfer matters (.2). | 0.20 | 100.00 |
|---|---|---|---|---|
| July 21, 2019 | DAS | Correspond with debtors' counsel to advise of additional timeshare buyers' issues (.1). | 0.10 | 50.00 |
| July 23, 2019 | DAS | Review and handle another timeshare purchaser escrow situation and work with Trustee's office on same (.4); field call from timeshare transfer customer with timeshares at Diamond and Westgate as to bankruptcy case status and deadlines and address inquiries about TFDB and related case matters (.4). | 0.80 | 400.00 |
| July 24, 2019 | DAS | Follow up with counsel as to trustee's pending efforts to reconcile certain timeshare transfer issues (.2). | 0.20 | 100.00 |
| July 31, 2019 | DAS | Call with trustee's office as to coordination of efforts to respond to customer chargeback matters (.4); review follow up emails with trustee and other team members as to customer chargeback issues (.1); review updated memo and chart of customer chargeback issues (.2). | 0.70 | 350.00 |
| August 7, 2019 | DAS | Review memo from trustee's office as to updated protocol as to credit card merchant processing and forms being negotiated further to respond to refund/chargeback demands (.1). | 0.10 | 50.00 |
| August 13, 2019 | DAS | Receive and review creditor claimant's request for case referral to attorney general office, including exhibits and note assertion of lack of notice (.2); follow up with Trustee's office on prior draft form response to AG matters and tailoring to specific matters; review Trustee's subsequent mailings to some of the pending AG | 0.50 | 250.00 |

matters/inquiries (.3)

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| August 22, 2019 | DAS | Review and analyze latest customer spreadsheet who had paid with credit card and other metrics for credit card merchant processors (.4). | 0.40 | 200.00 |
| October 21, 2019 | BCL | Call with Mr. Kessler regarding hiring consultant and related issue. | 0.10 | 45.00 |
| October 21, 2019 | BCL | Review emails from Mr. Kessler and Mr. Samole regarding status with employees and hiring consultant. | 0.10 | 45.00 |
| October 21, 2019 | BCL | Draft consulting agreement for Ms. Martinez or related entity. | 2.70 | 1,215.00 |
| October 22, 2019 | BCL | Review and revise consulting agreement, and email Mr. Kessler regarding same. | 1.10 | 495.00 |
| October 23, 2019 | DAS | Review proposed consulting agreement prepared by Ms. Lee; consider ordinary course of business conversion of employee to consultant and prepare redline version of agreement covering that issue and related recitals; review follow up emails with trustee's office regarding same (.5). | 0.50 | 250.00 |
| October 23, 2019 | BCL | Review and revise consulting agreement for Ms. Martinez and redlined versions of same, and prepare final clean version. | 0.60 | 270.00 |
| October 23, 2019 | BCL | Emails with Mr. Samole and Ms. Lopez-Castro regarding consulting agreement for Ms. Martinez and revisions to same. | 0.10 | 45.00 |
| October 23, 2019 | BCL | Emails with Mr. Kessler regarding consulting agreement for Ms. Martinez. | 0.10 | 45.00 |
| October 31, 2019 | BCL | Review signed consulting agreement and compare to prior final version. | 0.50 | 225.00 |
| October 31, 2019 | BCL | Revise consulting agreement to reflect proper consultant. | 0.30 | 135.00 |
| October 31, 2019 | BCL | Emails with Mr. Kessler regarding consulting agreement. | 0.20 | 90.00 |
| November 6, 2019 | BCL | Review executed consulting agreement and compare to final drafted version, and emails with Mr. | 0.10 | 45.00 |

78

Kessler regarding same.

| | | | | |
|---|---|---|---|---|
| November 8, 2019 | DAS | Call with trustee's office about ongoing work and progress with timeshare transfers matters, providing me with reconciled list of transfers to compare to proofs of claim, regulatory matters and responses to prepare, and other timeshare office administration matters (.6). | 0.60 | 300.00 |
| November 11, 2019 | DAS | Spend time reconciling Trustee list of pending transfers, recently transferred timeshares and other related documents (.6). | 0.60 | 300.00 |
| November 21, 2019 | DAS | Review memo from Trustee's office on host of case administration issues concerning timeshare transfers, timeshare customers issues, regulatory responses etc (.4); review report providing updated status on chargeback exposure matters and review related chart (.2); begin to review lengthy credit card company handbook to discern dispute resolution terms for consumer disputes (.4) | 1.30 | 650.00 |
| November 22, 2019 | DAS | Continue to review lengthy credit card company handbook to analyze conditions/terms for consumer disputes (.5); draft memo to Trustee's office highlighting applicable portions of credit card company handbook for consumer disputes and address several ways potentially to supplement chargeback responses and looking at other issue spots (.5). | 1.00 | 500.00 |

- - - - - - - - - - - - - - - - - - - - - - - -

| | | | |
|---|---|---|---|
| Total for   BUSINESS OPERATIONS/ANALYSIS | | 25.90 | 12,680.00 |

| | | | | |
|---|---|---|---|---|
| April 24, 2019 | DAS | Review case management summary report and other filings with the bankruptcy court to get arms around the case (.8); review district court pleadings to get sense of pending litigation and further background of debtor operations and issues (.4); address matters from conflict check report and confer with partners to determine disclosure issues not conflict issues (1.0) (N/C); review follow up memo from Ms. Kubs analyzing additional pleadings reviewed in bankruptcy court and district court and developing procedural chronology (.4) | 1.60 | 800.00 |
| April 24, 2019 | YCC | Retrieve/review docket sheets for bankruptcy case and district court action; retrieve key pleadings and circulate same. | 1.80 | 450.00 |
| April 24, 2019 | MK | Discuss new case and needed retention papers with Mr. Samole. | 0.20 | 75.00 |
| April 24, 2019 | MK | Review dockets and pleadings of bankruptcy and district court cases and prepare summary; forward to Ms. Lopez-Castro and Mr. Samole. | 2.30 | 862.50 |
| April 25, 2019 | DAS | Teleconference with Trustee and Ms. Lopez-Castro discussing more detailed background and pending case review and meetings with parties, pending immediate case matters to address, upcoming hearings and mediation, and setting immediate case task items (1.5); phone call and emails with Debtor's counsel to discuss transition issues, filings due the estate and more background (.8); continue to preliminarily review materials as to debtor operations by encumbered assets group, lead generations sector and unencumbered assets group (.4); preliminary call with creditors' counsel as to their stance of the debtor's business and case background (.4); correspond with trustee's office about potential | 3.90 | 1,950.00 |

WARN act matters (.1); begin to preliminarily research WARN Act matters including liquidating fiduciary exception (.4); confer with Ms. Kubs and provide with her preliminary comments on WARN Act matters and ask her to take on the main research (.2); review debtor's counsel's correspondence requesting for extension of time to respond to creditors' duces tecum request giving the ongoing transition to Chapter 11 trustee (.1)

| | | | | |
|---|---|---|---|---|
| April 25, 2019 | CLC | Review summary of pleadings and emails (.8); telephone conference with B. Mukamal and D. Samole re: things to do in case (1.0); review follow-up; telephone conference with B. Mukamal (.2). | 2.00 | 1,100.00 |
| April 26, 2019 | MK | Conduct legal research relating to the applicability of the WARN Act to the debtor; communication with the trustee's office regarding same. | 2.10 | 787.50 |
| April 26, 2019 | CLC | Telephone conference with counsel for Wyndham and D. Samole re: background (1.0); review follow-up on several issues (.5). | 1.50 | 825.00 |
| April 26, 2019 | MCM | Meeting with Attorney Samole regarding call center | 0.50 | 125.00 |
| April 26, 2019 | DAS | Review Ms. Kubs' research memo on WARN act application or not in case (.2); follow up with Ms. Kubs, review case law and then discuss with trustee on WARN Act inquiry (.4); confer with first set of principals' counsel as to today's site visit and turnover/transition meeting (.4); confirm scope of site visit with trustee (.1); confer with second set of counsel for principals and prepetition litigation counsel for debtor as to Totten law firm logistics and payment demands and other administrative matters with law firm issues (.4); confer with counsel as to upcoming mediation and deadlines and related logistics as between the various counsel (.3); | 3.20 | 1,600.00 |

| | | | | |
|---|---|---|---|---|
| | | review documents and correspondence from counsel as to the Totten law firm demands and pending case administration matters; advise trustee and discuss preliminary position (.4); review documents and materials relative to mediation requirements and deadlines and advise Trustee (.2); follow up with trustee (2x) as to summary from today's site visit and turnover including reducing non-essential employees, eliminating certain business units, turnover of cash and payroll funding matters and other items (.6); follow up with estate's accountant as to payment of various operations and other bookkeeping matters and getting arms around 2017 tax filing and 2018 situation (.2) | | |
| April 29, 2019 | DAS | Follow up emails as to upcoming Rule 2004 examinations duces tecum; review notices and prepare outline of issues to follow up with Wyndham counsel (.4); participate in meeting with Wyndham counsel as to bankruptcy case administration matters and Chapter 11 operations issues, as well as Rule 2004 examination duces tecum and additional case background and related matters (2.2); confer with Trustee's office as to schedules preparation issues and WARN act matters (.2); review memo from Ms. Kubs as to WARN act analysis discussing more case law; review follow up emails with trustee's office about employee information (.3); confer with Ms. Kubs about preparing formal demand letter as to turnover of unused portion of Debtors' counsel's retainer and outline Trustee's position; review Debtor's counsel's email on pending case matters (.2) | 3.30 | 1,650.00 |
| April 29, 2019 | JIC | Initial discussion with Ms. Lopez-Castro and Mr. Samole. | 4.70 | 1,410.00 |

| | | | | |
|---|---|---|---|---|
| | | Review Orlando district court pleadings. Research Totten firm. Research ARM principals and related entities. | | |
| April 29, 2019 | MK | Multiple communications with Mr. Samole and Ms. Lopez-Castro regarding pending items and strategy. | 0.30 | 112.50 |
| April 29, 2019 | MK | Multiple communications with client regarding potential WARN Act claims by terminated employees. | 0.30 | 112.50 |
| April 29, 2019 | CLC | Prepare for meeting with Wyndham (.6); conference with counsel for meeting and Trustee at Shutts & Bowen (5.0); draft follow-up from meeting (.7). | 6.30 | 3,465.00 |
| April 30, 2019 | CLC | Review documents (.4); review multiple emails re: mediation and respond (.5). | 0.90 | 495.00 |
| April 30, 2019 | DAS | Review additional estate documents and perform preliminary research as to potential need for Florida Bar referral of unauthorized GLSP under Chapter 9 of the Florida Bar Rules (.5); provide preliminary memo with executive summary and issue spots on Chapter 9 Florida Bar issues to investigate further to Ms. Kubs and Mr. Criste (.3); follow up with trustee's office and Ms. Maria Mendez of my firm as to logistics for setting up a call center for consumers with complaints, issues and inquiries; set up further call for tomorrow (.4); review more case law and have discussion as to determinations of WARN Act inapplicability and setting up administrative claims and date and related case logistics (.4); discuss settings up administrative claims bar date and scope of such notice (.2) | 1.80 | 900.00 |
| April 30, 2019 | CLC | Telephone conference with counsel for defendants (1.5); telephone conference with Z. Scarlett (.2). | 1.70 | 935.00 |
| April 30, 2019 | MK | Conduct legal research relating to the WARN Act; communication with | 1.20 | 450.00 |

Mr. Samole and the Trustee's office
regarding same.

| Date | | Description | | |
|---|---|---|---|---|
| May 1, 2019 | CLC | Draft status report (.8); finalize same (.2). | 1.00 | 550.00 |
| May 1, 2019 | DAS | Call with trustee's office as to IDI matters and scope of what Trustee is able to provide as this time; also discuss status and issues as to ongoing preparation of bankruptcy schedules for the various debtors; discuss preparation of a case administration status memo (.4); review draft multi-pronged case administration memo including discussion of ongoing developments, discussions and next steps; re-draft and supplement portions of case administration memorandum (.4); confer with trustee as to IDI meeting report, schedules issues and other case administration matters (.4); review trustee's lists in progress as to prepetition employees and discuss other notice matters (.4); follow up more with Trustee's office on call center transition matters and issues (.3); review and consider detailed motion to withdraw by debtors' counsel (.2) | 2.10 | 1,050.00 |
| May 1, 2019 | MCM | Met with Attorney Lopez- Castro regarding Call Center | 0.30 | 75.00 |
| May 2, 2019 | DAS | Meeting with Trustee's office discussing call center logistics, call center answering service, dealing with employee commission issues and other transition/company operations matters (.8); review pair of letters from debtor's counsel as to retainer turnover matter and also as to Debtor's Rule 2004 examination issues; follow up with counsel on debtor position (.2); emails with principals' counsel and also Wyndham counsel as to current handling of customers by Totten law firm (.2); call with Totten law firm counsel discussing the manner the law firm is handling | 1.80 | 900.00 |

| | | | | |
|---|---|---|---|---|
| | | customer/client calls — disagree with their handling of same but provide KTT call center number to at least have better diverting of customer calls (.4); review and provide comments on employee termination letter forms (.2) | | |
| May 2, 2019 | JIC | Discuss Florida Bar Rules re Totten with team. | 0.20 | 60.00 |
| May 2, 2019 | MK | Communication with Ms. Lopez-Castro and Mr. Samole regarding matters needing attention. | 0.20 | 75.00 |
| May 2, 2019 | MK | Attention to dockets in Broward County court relating to the debtors; review district court scheduling order. | 0.40 | 150.00 |
| May 2, 2019 | CLC | Prepare for May 15th hearing (.2); conference with F. Kessler re: several operational issues (1.0). | 1.20 | 660.00 |
| May 3, 2019 | CLC | Reviews numerous emails re operations, Totten firm and admin issues. (1 hour) | 1.00 | 550.00 |
| May 3, 2019 | DAS | Review follow up correspondence from Totten law firm counsel as to their ongoing consideration of their administration of customer calls which we had criticized and asked them to re-consider, to be discussed more during next week's pre-mediation meeting (.1); multiple exchanges of emails with counsel for Totten law firm and principals as to Totten allegations of Florida Bar complaint referrals and mishandling of clients and related case administration issues (.3); follow up with trustee's office as to shutting down social media accounts and addressing other internet components (.2); participate in teleconference with counsel for Totten law firm and principals to reconcile parties' differing positions and discuss handling of customer calls with answering service and by call center in the interim (.4); follow up emails and calls with parties and trustee's office as to timeframe for | 1.40 | 700.00 |

| | | setting up answering service and addressing customer intake calls (.4) | | |
|---|---|---|---|---|
| May 3, 2019 | DAS | Review correspondence enclosing updated draft 12 week budget proposal (.2) | 0.20 | 100.00 |
| May 3, 2019 | JIC | Legal research regarding Florida Rules of Professional Conduct. | 0.70 | 210.00 |
| May 3, 2019 | MK | Attention to list of employees for purposes of considering potential WARN Act claims; attention to communications from Ms. Khanorkar regarding same; review license/lease agreement and pull complaint filed by MYP. | 1.40 | 525.00 |
| May 3, 2019 | MK | Review complaint filed by MYP; attention to lease issues. | 0.40 | 150.00 |
| May 5, 2019 | DAS | Preliminarily review and itemize over 500 pages of the Debtors' prepetition organizational restructuring documents and related records (.7) | 0.70 | 350.00 |
| May 6, 2019 | DAS | Follow up on issues and matters with transitioning customer calls to answering service – still in progress (.2); Work with trustee's office to consider and address VPL phone line to handle incoming third party calls interested in purchasing timeshare units (.4); review principals' motion for protective order to Rule 2004 duces tecum (.2); follow up with data hosting company holding prepetition litigation production documents (.2); work with Ms. Kubs to discuss background of various pending matters and allocate pleadings tasks requiring drafting or responses ahead of May 15th hearing (.6); more due diligence as to logistics of transfer and holdings of unencumbered assets (.3); begin drafting sections of Chapter 11 status report (1.5) | 3.40 | 1,700.00 |
| May 6, 2019 | DAS | Confer with trustee as to case | 0.20 | 100.00 |

| | | | | |
|---|---|---|---|---|
| | | closing matters and addressing pending assets of the estate (.2) | | |
| May 6, 2019 | JIC | Continued legal research regarding rules of professional conduct. Prepare memo for Ms. Lopez-Castro and Mr. Samole re same. Discussion with Mr. Samole re research and additional tasks. | 3.00 | 900.00 |
| May 6, 2019 | MK | Review email from Mr. Samole to Mr. Mukamal. | 0.10 | 37.50 |
| May 7, 2019 | JIC | Review Resort Release website/marketing materials. Discussion with Mr. Samole and Ms. Lopez-Castro re meeting with Totten Firm and upcoming mediation (.7). Legal research re Totten Firm liability and individual attorney liability as avenue of recovery (1.3). | 2.00 | 600.00 |
| May 7, 2019 | DAS | Review compendium customer call intake list from last few days and customer call notes; follow up with trustee's office as to next steps (.4) address issues for pending motions and responses for upcoming hearings in bankruptcy court (.4); update sections of status report (.4); receive and begin to review portions of 90 plus page transcript of bankruptcy hearing dealing with first day motions and trustee appointment (.4); follow up with counsel on debtors' prepetition operations prepetition and prior to trustee appointment (.4). | 2.00 | 1,000.00 |
| May 8, 2019 | DAS | Follow up with trustee's office and principals as to various items for initial version of schedules and statements of financial affairs (.4). | 0.40 | 200.00 |
| May 8, 2019 | MK | Review communication from Trustee's office regarding status of revised schedules. | 0.10 | 37.50 |
| May 9, 2019 | DAS | Review drafted schedules and SOFA for 9 debtors and note various issue spots (1.2); follow up as to 341 meeting scheduling and logistics with debtors' principals and being debtor-out-of-possession (.3); | 4.00 | 2,000.00 |

| | | | | |
|---|---|---|---|---|
| | | meetings (2x) with Ms. Castro to discuss amended petitions needed as well as other schedules items checklist of issue spots and related matters to get more information and address with trustee's office and principals (1.0); review notices of hearing on motion for protective order and other case matters (.1); address advertising and call center issues (.5); learn about ARDA coalition website addressing Debtors and directing customers to file complaints with attorney general, and follow up on status of Wynhdam counsel looking into having certain of that information taken down (.3); follow up with principals' counsel about pending schedules/SOFA related matters (.4); advise trustee's office and then Ms. Castro as to open schedules/SOFA matters (.2) | | |
| May 9, 2019 | JIC | Prepare memorandum re Resort Release website. | 1.10 | 330.00 |
| May 9, 2019 | MK | Communication with Mr. Samole and Ms. Lopez-Castro regarding matters scheduled for May 15 hearing. | 0.40 | 150.00 |
| May 9, 2019 | CLC | Review T. Messana's email (.1); telephone conference with Z. Scarlett regarding 341 meeting (.2); draft email regarding same (.1). | 0.40 | 220.00 |
| May 9, 2019 | MCM | Meeting with Attorneys regarding case management | 2.00 | 500.00 |
| May 9, 2019 | YCC | Review emails re: draft schedules/SOFA and amended petitions (.2); telephone call from D. Samole re: same (.4); review and comment on draft schedules/SOFA for 9 debtors (2.8); retrieve/review voluntary petitions and verify which petitions need to be amended (.8); confer with D. Samole re: revisions to schedules (1.0); telephone call with Trustee's office re: same and creditor matrix (.6); work on summary of schedules (.7); review revised schedules/SOFAs for 2 | 7.20 | 1,800.00 |

88

| | | | | |
|---|---|---|---|---|
| | | debtors (.7). | | |
| May 10, 2019 | DAS | Phone call with Ms. Yamile Castro to discuss ongoing matters as to schedules and SOFA (.5); emails with principals' counsel as to coordinating rescheduling of 341 meeting, schedules/SOFA review and status of debtor out of possession matters (.4); meet and confer with principals' counsel on certain issues with schedules/SoFA and logistics of 341 testimony by and among the debtors' principals as officers of the companies (.4); review draft and provide comments on extension motion and order for schedules and 341 meeting matters; follow up with counsel on related logistics (.4); more work and review of updated form of schedules (.4); learn that debtor check for payment of chapter 11 debtor counsel did not clear until one day postpetition and start considering legal issues and best ways to handle this (.3); review memo from Mr. Criste on remaining internet/website pages and issues to address and suggestions (.4); draft responsive email to Mr. Criste addressing his memo and suggesting more wholesale language changes to merely address existing customers and provide them with answering service information; follow up with Mr. Criste as to additional guidance (.2) | 3.00 | 1,500.00 |
| May 10, 2019 | MK | Attention to motion filed by Totten law firm and order allowing retention on an interim basis (1.0); assist with creditor mailing list (.5). | 1.50 | 562.50 |
| May 10, 2019 | MK | Multiple communications with Ms. Castro, Mr. Samole and Ms. Lopez-Castro regarding motion to extend time to file schedules (.2); prepare motion and order and finalize for filing (1.8). | 2.00 | 750.00 |
| May 10, 2019 | MK | Review revised petitions and | 1.00 | 375.00 |

89

| | | schedules and provide comments to Ms. Castro (.6); communication with Ms. Castro regarding creditor service list (.2); editing service list (.2). | | |
|---|---|---|---|---|
| May 10, 2019 | YCC | Continue working on schedules/SOFAs for 7 debtors (3.0); revise accordingly (1.3); emails re: same and continuing 341 meeting (.2); telephone call with D. Samole re: schedules (.4); review and revise ex parte motion for extension to file schedules/SOFAs and proposed order (.4); confer with M. Kubs re: same (.1); work on creditor matrix (3700+ names) with assistance from staff (2.3); circulate amended petitions and initial schedules/sofa to debtors' representatives (.3). | 8.00 | 2,000.00 |
| May 11, 2019 | CLC | Review emails re: general approach (.4). | 0.40 | 220.00 |
| May 11, 2019 | DAS | Confer with trustee as to updated status of remaining employees (.1) | 0.10 | 50.00 |
| May 12, 2019 | MK | Attention to creditor list. | 1.10 | 412.50 |
| May 13, 2019 | MK | Attention to proposed orders and creditor list. | 0.40 | 150.00 |
| May 13, 2019 | DAS | Receive and review order granting extension of time to file schedules; follow up on status of principals and Debtor-out-of-Possession reviewing draft schedules; discuss further coordination of such efforts (.2); follow up as to rescheduling 341 meeting (.1); multiple emails with debtors' counsel pushing for document turnover and discussion of retainer payments (.3); review Wyndham's objection pleading opposing principals' motion for protective order on Rule 2004 examination duces tecum (.2); emails with TFDB counsel as to call center/answering service issues and address same (.2); emails and phone call with TFDB customer client sent over by TFDB to address inquiries about the chapter 11 bankruptcy filing and trustee | 2.00 | 1,000.00 |

| Date | | | | |
|------|------|------|------|------|
| | | appointment and next steps in the filings and notices (.4); follow up with principals' counsel on transfer fees matters, accounting reconciliation and related matters (.3); emails with trustee's office as to transfer fees reconciliation and issues; phone call with Trustee to briefly discuss transfer fees issues and need to go over merchant account matters (.3). | | |
| May 13, 2019 | MK | Attention to creditor list. | 1.70 | 637.50 |
| May 13, 2019 | YCC | Continue working on creditor matrix (4.5).; telephone call with D. Samole re: post-petition matters and today's filings (.4). | 4.90 | 1,225.00 |
| May 14, 2019 | YCC | Continue working on creditor matrix; retrieve/review creditor matrices for debtor cases (3.0); review procedures for same (.5). | 3.50 | 875.00 |
| May 14, 2019 | YCC | Review recent filed pleadings (.6); revise index to 5/15/2019 hearing binder (.4); assist with finalizing hearing binder (.4); confer with D. Samole (.4). | 1.80 | 450.00 |
| May 14, 2019 | DAS | Confer with Trustee and his office about merchant account, account reconciliation and related operational matters (.3); review internal status report memorandum to synthesize for tomorrow's hearing (.4); confer with parties and resetting hearing on Rule 2004 duces tecum protective order motion (.1); follow up with counsel for Wyndham and the principals on other matters pending for tomorrow as to prepetition wages motion, debtor counsel retention and withdrawal, and status report matters (.4); | 1.20 | 600.00 |
| May 14, 2019 | MK | Attention to creditor list and notices of filing. | 1.10 | 412.50 |
| May 14, 2019 | MK | Prepare notes for hearings and status conference. | 1.50 | 562.50 |
| May 14, 2019 | MK | Review memo from Kapila Mukamal and incorporate into notes for status report. | 0.80 | 300.00 |

| May 14, 2019 | MCM | Transcribing customer calls | 1.00 | 250.00 |
|---|---|---|---|---|
| May 14, 2019 | MCM | Updating Master Log | 0.50 | 125.00 |
| May 14, 2019 | CLC | Telephone conference with Trustee re: status conference (.3); prepare for status conference (.8); telephone conference with P. Levitt (.2); review follow-up email (.1); telephone conference with T. Messana (.2). | 1.60 | 880.00 |
| May 15, 2019 | YCC | Telephone call from clerk's office re: claims agent and creditor matrix (.3); review claims agent pleading and emails re: same (.3); telephone call with G. Sulsky re: claims agent (.1); confer with D. Samole re same and employee claims (.1); work on creditor matrices for each debtor entity and revise schedules accordingly (1.7) | 2.50 | 625.00 |
| May 15, 2019 | CLC | Additional preparation for status conference (.5); attend same and hearing on motions (3.5); conference with counsel re: next steps (.5). | 4.50 | 2,475.00 |
| May 15, 2019 | DAS | Confer with AUST and principals counsel on logistics for schedules and 341 meeting (.2); review notice of resetting 341 meeting and discuss amended petition matters with counsel (.1); follow up on various open issues with schedules and SoFa (.5); attend and participate in hearings on Chapter 11 Trustee status report, debtors' counsel withdrawal, prepetition wages order and protective order motion as to Rule 2004 duces tecum (.8); follow up with trustee and counsel as to retaining claims and balloting agent (.3); draft final order granting in part and denying in part prepetition wages motion (.6); follow up with Debtors' counsel to confirm names of employees to be listed as excluded from prepetition wages payment authority (.1) | 2.60 | 1,300.00 |
| May 15, 2019 | JIC | Meet with Ms. Lopez Castro and | 0.20 | 60.00 |

| | | | | |
|---|---|---|---|---|
| | | Mr. Samole to discuss responding to subpoenas. Emails with Mr. Kessler re same. | | |
| May 15, 2019 | MK | Attention to motion for authority to retain claims agent. | 0.80 | 300.00 |
| May 16, 2019 | DAS | Meeting with Ms. Yamile Castro to address various open issues with schedules and SOFA (.6); follow up correspondence with debtors' counsel on schedules/SOFA and also providing instructions for 341 meeting matters (.2); work on claims agent retention matters ('and review proposed contract (.3); address pair of trustee questions as to ordinary course vendor payments and related administrative matters (.2); review exemplar of TFDB withdrawal letter to customer client; address situation with principals' counsel as to potential interim notice to customer client ms and outline scripted message -still awaiting back more formal version (.6); address issues with adding all developers to creditor matrix (.2); review mailing list from debtors and determine same insufficient for bankruptcy notice issues (.2); meet with Ms. Mejia to have her work on task of obtaining more final service address must for all developers (.2); address issues with call center inquiries and improving intake process (.2); exchange emails with principals' counsel on logistics for payments for transfers fees for unencumbered assets seemingly ready and approved for transfer and request more information from principals on such transfers (.2); receive and begin to review 9 monthly operating reports and provide preliminary nits to Ms. Yamile Castro (.2). | 3.10 | 1,550.00 |
| May 16, 2019 | YCC | Confer with D. Samole re: draft schedules/SOFA and amended petitions; review email re: same; transmit draft amended petitions and schedules/SOFAs for review; | 4.40 | 1,100.00 |

| | | | | |
|---|---|---|---|---|
| | | multiple revisions to schedules accordingly; review and compare Developer Resort list; confer with S. Meija re: same; prepare notices of compliance for amending creditor matrix. | | |
| May 16, 2019 | SEM | Create a spreadsheet with the mailing addresses for the entities listed in the document titled Summary of Active Encumbered and Unencumbered by Resort Family. | 6.20 | 1,550.00 |
| May 16, 2019 | MK | Review procedures for obtaining authority to retain claims agent; draft motion to retain claims agent, declaration in support of motion, and order granting same. | 4.80 | 1,800.00 |
| May 17, 2019 | DAS | More work to assist with amended petitions, schedules to add creditors, supplement creditor matrix and other schedules information for merchant account entities and all other developers noted in client files (1.2); continue to review and provide comments on claims/docketing agent pleadings and follow up with docketing agent on various case administration issues (.5); continue to review and provide comments and issue spots to the nine draft operating reports -- more discussion needed on Monday (.5); review and provide comments on prospective general notice to customers about Chapter 11 filings and trustee appointment and providing call center number and related information (.4); review and serve orders approving in part prepetition wages, retaining KTT and KM, and review order approving Mr. Russack retention, as well as review order denying without prejudice withdrawal motion (.2). | 2.80 | 1,400.00 |
| May 17, 2019 | YCC | Revise amended petitions and circulate same (1.0); further revisions to schedules (4.8); work on additional creditor names to lead case matrix and other debtor | 10.20 | 2,550.00 |

94

| | | | | |
|---|---|---|---|---|
| | | entities (1.7); review and revise certificate of service of court orders (.2); update creditor matrices and finalize notices of compliance (.7); confer with D. Samole re: document production (.6); review document list and email re: same (.2); follow up on status of amended petitions; transmittal of final schedules/SOFA; efile same with amended petitions (.8); review emails re: language in claims agent declaration (.2). | | |
| May 17, 2019 | SEM | Continue creating a spreadsheet with the mailing addresses for the entities listed in the document titled Summary of Active Encumbered and Unencumbered by Resort Family. | 0.90 | 225.00 |
| May 17, 2019 | CLC | Review and comment on message to customers advising our status (.3); receive multiple emails re: actions by principals and TF firm (.5); review progress of schedules and amended petitions (.4). | 1.20 | 660.00 |
| May 17, 2019 | MK | Attention to motion for authority to retain claims agent and declaration in support thereof; finalize and attend to filing and service. | 4.20 | 1,575.00 |
| May 17, 2019 | MK | Review orders entered by bankruptcy court stemming from May 15 hearings. | 0.10 | 37.50 |
| May 20, 2019 | DAS | Follow up and address call center matters, logistics and issues (.5); work with Ms. Yamile Castro on the updates to, and finalization of, 9 case monthly operating reports (.6); review clerk's deficiency notices for the amended petitions requiring motion and order; follow up with Ms. Yamile Castro and Ms. Mindy Kubs as to same (.4) | 1.10 | 550.00 |
| May 20, 2019 | YCC | Confer with D. Samole re: MORs (2x) (.5); review and revise April 2019 MORs for nine debtor entities (2.6); emails re: insurance declarations (.2); revise and finalize MORs accordingly; file same (.5); telephone call with clerk's office re: motion to amend petitions; emails | 5.90 | 1,475.00 |

| | | | | |
|---|---|---|---|---|
| | | re: same (.3); revise draft motion to amend petitions and proposed order (.8); email re: debtors' documents; review and revise index for 341 meeting binder (.4); review and revise certificate of service of claims agent motion (.2); finalize and file motion to amend petitions; verify all parties served from list of 20 largest (.4). | | |
| May 20, 2019 | MCM | Transcribing customer calls | 2.00 | 500.00 |
| May 20, 2019 | MCM | Update Master Log | 1.00 | 250.00 |
| May 20, 2019 | MK | Draft motion to amend petitions and proposed order; communications with Mr. Samole and Ms. Castro regarding same. | 1.50 | 562.50 |
| May 21, 2019 | YCC | Revise and resubmit proposed order granting motion to amend petitions (.2); emails to setup conference call with claims agent (.1); telephone call with M. Wisby (.4); participate in conference call with Stretto team, D. Samole and Trustee's office re: set up of website and noticing procedures; email schedules and creditor matrices (.5). | 1.20 | 300.00 |
| May 21, 2019 | DAS | Review IRS correspondence as to pending prior tax returns (.1); review notice of hearing on motion to retain docket/claims agent (.1); phone conference with docket/claims agent to discuss documents transition and procedures, claims logistics, scope of pending matrix service issues and multiple uses for websites especially for customers (.5); follow up with trustee's office as to ESI document compilation and re-creating prior search results by third party ESI vendor (.3); address customer call center issues raised and inventoried last few days (.4) | 1.40 | 700.00 |
| May 22, 2019 | DAS | Review order granting motion to amend chapter 11 petitions; follow up on claims agent service logistics and retention matters (.2); review order continuing 341 meeting and | 0.40 | 200.00 |

| | | | | |
|---|---|---|---|---|
| | | setting status conference on 341 meeting scheduling and logistics as well as Stretto motion; consider implications for other pending matters (.2) | | |
| May 22, 2019 | YCC | Transmittal of filed schedules for each debtor entity to Stretto (.5); deal with service issues of POC bar date notice and continued 341 meeting (.5); review order cancelling 341 and setting status conference (.1), | 1.10 | 275.00 |
| May 22, 2019 | MCM | Updating Master Log | 0.90 | 225.00 |
| May 22, 2019 | MCM | Transcribing customer calls | 2.10 | 525.00 |
| May 23, 2019 | YCC | Review order cancelling 341 meeting and setting status conference (,1); confer with D. Samole re: service of schedules and notice to creditors; emails re: same (.3); review certificate of service on hearing notice and orders; review emails re: document issues (,2). | 0.60 | 150.00 |
| May 23, 2019 | DAS | Follow up and handle 3 different call-backs from call center calls based on notes from intake requiring more time sensitive call backs (.8); phone call with Mr. Shelomith as prospective substitute counsel for Debtors out of possession, and provide background, list of upcoming items counsel could expect to handle for debtors out of possession, etc. (.6); review memo from notice/docketing agent as to website development and status of other pleadings to be prepared; follow up with Ms. Yamile Castro (.2). | 1.60 | 800.00 |
| May 23, 2019 | CLC | Review Notices for Status Conference (.1). | 0.10 | 55.00 |
| May 23, 2019 | MCM | Transcribing customer calls | 1.00 | 250.00 |
| May 23, 2019 | MCM | Update Master Log | 0.90 | 225.00 |
| May 24, 2019 | YCC | Review certificates of service re: order. | 0.10 | 25.00 |
| May 24, 2019 | MCM | Transcribing customer calls | 1.00 | 250.00 |
| May 24, 2019 | MCM | Updating Master Log | 1.20 | 300.00 |

| May 24, 2019 | MCM | Met with Attorney Samole regarding customer calls | 0.20 | 50.00 |
|---|---|---|---|---|
| May 24, 2019 | DAS | Confer with Trustee team on 341 meeting, matrix service issues, call center, potential new Debtors' counsel and other case administration matters and follow up with Ms. Lopez-Castro (.7); Review correspondence from Principals' counsel providing status of production of debtors out of possession documents provided by their counsel and requesting more time (.1) | 0.80 | 400.00 |
| May 28, 2019 | DAS | Review overview spreadsheet and report of call center intakes, follow-ups and other notes (.7); review initial version of Stretto's case web page and links (.5); review internal emails with questions about Stretto's site and information on there; provide responses and suggestions (.4). | 1.60 | 800.00 |
| May 28, 2019 | MCM | Transcribing customer calls | 1.70 | 425.00 |
| May 28, 2019 | MCM | Updating Master Log | 0.90 | 225.00 |
| May 29, 2019 | YCC | Review AMRG website and comment on same (.4); confer with D. Samole re: same and follow up with emails re: changes to website (.3); conference call with D. Samole and F. Kessler re: website and important deadlines (.2). | 0.90 | 225.00 |
| May 29, 2019 | DAS | Follow up emails and calls with trustee's office, Stretto office and Ms. Yamile Castro as to items to address on proposed website and discuss related logistics and status of other items being addressed with Stretto and trustee's office (.3); follow up as to general document review matters for case administration purposes (.1); follow up phone call with Trustee's office on case website matters, matrix, case deadlines and other issues (.3); obtain delayed status of document production turnover from | 0.80 | 400.00 |

98

| | | | | |
|---|---|---|---|---|
| | | materials in possession of Mr. Russack now being reviewed by Mr. Messana (.1) | | |
| May 30, 2019 | DAS | Review list of hot button calls received in to the call center; follow up with debtors to obtain additional background (.4); participate in several with customers with time sensitive questions and issues about the bankruptcy case, their ARMG files and their TFDB matters (.6); review string of emails going over updated Stretto proposed budget and broken-down tasks and discount provided within budget (.2) | 1.20 | 600.00 |
| May 30, 2019 | YCC | Review emails re: ARMG website. | 0.10 | 25.00 |
| May 30, 2019 | MCM | Updated Master Log and Transcribing calls | 2.90 | 725.00 |
| May 31, 2019 | DAS | Follow up with counsel as to status of forthcoming production of documents previously held by Debtors' counsel (.1); review updated proposal sheet from Stretto; follow up as to status of discussions with AUST as to location and date of 341 meeting (.2) | 0.30 | 150.00 |
| June 1, 2019 | YCC | Emails re: voluntary petition. | 0.10 | 25.00 |
| June 1, 2019 | DAS | Review creditor inquiry correspondence and due diligence on the matters they raised; follow up with counsel; provide case status update to Trustee (.4). | 0.40 | 200.00 |
| June 2, 2019 | YCC | Deal with TFDB's voluntary petition. | 0.10 | 25.00 |
| June 3, 2019 | YCC | Confer with D. Samole re: Totten bankruptcy filing; confer re: production of documents. | 0.20 | 50.00 |
| June 3, 2019 | MCM | Transcribing customer calls | 1.50 | 375.00 |
| June 3, 2019 | MCM | Update Master Log | 1.00 | 250.00 |
| June 3, 2019 | DAS | Follow up on Stretto website and upcoming hearing on Stretto retention matters; further discussions about matrix and 341 meeting logistics (.4); follow up as to multiple ARMG customer inquiry matters (.4); review correspondence from Mr. Russack enclosing IRS | 2.40 | 1,200.00 |

99

| | | | | |
|---|---|---|---|---|
| | | letter dating May 22nd with a response deadline of June 5th as to pending tax return filings; circulate to trustee (.1); receive and review meaningful portions of over 2,400 pages of documents provided by Mr. Russack via Mr. Messana's firm (1.5). | | |
| June 4, 2019 | YCC | Confer with D. Samole re: clerk's memo agreement outlining duties of claims noticing agent in preparation for tomorrow's hearing. | 0.10 | 25.00 |
| June 4, 2019 | MCM | Transcribing customer calls | 2.00 | 500.00 |
| June 4, 2019 | MCM | Updating Master Log | 1.00 | 250.00 |
| June 4, 2019 | DAS | Confer with Ms. Lopez-Castro as to status of discussions and proceedings for tomorrow's hearings; Follow up with Trustee's office on case administrative matters for tomorrow's hearings such as estate's cash situation, transition matters and other issues (.4); prepare presentation notes and outline for tomorrow's hearing (.3). | 0.70 | 350.00 |
| June 5, 2019 | MCM | Transcribing calls | 1.50 | 375.00 |
| June 5, 2019 | MCM | Updating Master log of Customer Calls | 0.60 | 150.00 |
| June 5, 2019 | DAS | Attend hearings and present matters concerning case status report, 341 meeting scheduling, Stretto retention and upcoming hearings (1.0); draft post-hearing version of Stretto order including incorporating all of the judge's comments during the hearing and have order control inconsistencies with the Stretto agreement (1.0); send updated form of Stretto order to Stretto team with cover email discussing today's hearing -still awaiting confirmation to upload the order (.2); confer with trustee's office as to several different timeshare transfer matters and related office account reconciliation issues (.2); address several exigent call center intake issues and loop in debtors' counsel as to one group of | 2.60 | 1,300.00 |

call center matters (.2).

| Date | | Description | | |
|------|------|-------------|------|------|
| June 5, 2019 | CLC | Telephone conference with Y. Castro re: Stretto (.2); attend ARMG hearings; meeting with counsel for developers, Totten firm and UST (4.3). | 4.30 | 2,365.00 |
| June 6, 2019 | DAS | Follow up with Debtors and trustee's office as to VPL escrowed funds and host of related unit transfer issues and reconciliations of amounts owed and accrued  on group of units (.2); follow up as to two time-sensitive transfer /deed-back situations pending trustee authority; discuss with trustee's office and note pending issues and additional information needed and discuss developing protocol (.2); address call center intake report summaries and follow up with trustee (.3); follow up as to Stretto order and comments from Stretto; finalize and upload order (.2); review Wyndham's notice of appearance of TFDB bankruptcy case; review debtors' counsel notice of appearance, motion for substitution of counsel, and disclosure of compensation (.2) | 1.10 | 550.00 |
| June 7, 2019 | MCM | Transcribing Calls | 2.10 | 525.00 |
| June 7, 2019 | DAS | Assist trustee's office address insurance/benefits issues for former employees; confer preliminarily with Ms. Maria Garcia and review applicable regulatory provisions as to COBRA and benefits matters (.4); review follow up emails from trustee's office as to insurance company sending out termination letter including as to coveted benefits (.1); address two separate call center intake matters as to customer calls and former employees inquiry (.3); follow up as to timeshare unit transfer account reconciliations; facilitate trustee review and approval (.2); discuss status of due diligence and review | 1.10 | 550.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | of potential WARN act issues; we still think clear of that issue, but we will research further with updated case status (.1) | | |
| June 10, 2019 | DAS | Review court-entered order approving Stretto as claims and docketing agent; follow up with counsel as to service of pleadings and status of 341 meeting date and noticing/logistics; review and provide comment on form of notice of rescheduling 341 meeting with added language (.3); follow up with Stretto and Ms. Yamile Castro as to service procedures and status of case website going active (.2); follow up with trustee's office on merchant account reconciliation matters; go over status of WARN Act research and our preliminary research on limitations period and liquidating fiduciary and faltering company exceptions (.4); follow up with Ms. Castro and Stretto as to filing and service logistics and KTT preparing notice of filing chapter 11 cases with updated case commencement information with updated place and manner to file claims with updated 341 meeting date; provide comments on drafted forms; review emails with U.S. Trustee's office (.4); field phone call from two Westgate customers and address their ARMG exit inquiries related to the bankruptcy case filings, their timeshares and related notices received and next steps (.4); field phone call from a Diamond customer and address inquiries relating to the bankruptcy case filings, their timeshares and related notices received and next steps (.2); review notice of hearing on motion to substitute counsel for Debtors Out of Possession and add to hearing list (.1) | 2.00 | 1,000.00 |
| June 10, 2019 | YCC | Review incoming pleadings and confer with D. Samole re: service of same (.2); prepare notice of | 1.50 | 375.00 |

| | | | | |
|---|---|---|---|---|
| | | rescheduling 341 meeting (.4); telephone call with Stretto re: administrative issues (.5); deal with issues filing notice of rescheduled 341 meeting and email with UST re: same (.4). | | |
| June 10, 2019 | CLC | Go over issues with notice (.1). | 0.10 | 55.00 |
| June 10, 2019 | MK | Attention to WARN Act issues. | 1.10 | 412.50 |
| June 11, 2019 | YCC | Work on notice of chapter 11 bankruptcy filing to send to all creditors (2.2); review and revise certificate of service re: court orders (.2); revise and file notice of rescheduled 341 meeting (.2); confer with D. Samole re: draft notice and revise accordingly (.2); email with claims noticing agent re: notice (.2); review lists of employees of debtors and work on additional matrix for noticing purposes and transmit same (1.2); review agreement to serve as third party noticing and claims agent for the clerk and address issues; follow up with clerk's office (.5); email re: same (.1); transmit draft notice of bankruptcy filing to UST for comment (.1); | 4.90 | 1,225.00 |
| June 11, 2019 | DAS | Follow up emails with U.S. Trustee's office and others as to working with clerk's office as to out of district location for 341 meeting and electronic filing/noticing issues (.2); review clerk's notice of agreement/memo for Stretto to serve as third-party noticing and claims agent for the clerk; follow up with Stretto on timetable for service of matters (.2); meeting with Ms. Mendez as to call center intake issues and matters, and provide case update and next steps (.2); review order approving Mr. Russack's fees on an interim basis and directing turnover of certain funds to trustee (.1); discuss ongoing research and analysis by Ms. Kubs of terminated employee matters (.2); review COBRA federal regulations in preparation for | 2.30 | 1,150.00 |

meeting with Ms. Maria Garcia; confer with Ms. Maria Garcia about estate's handling of potential employee benefits/COBRA matters (.4); review updated draft of notice of bankruptcy filing, notice of 341 meeting and claims bar date and provide comments (.2); follow up with trustee as to pending tenant space, and begin to discuss potential transition of trustee administration efforts to another location or further streamlining as to transfers and deedbacks; needs more discussion to consider financial cost/benefit and timeframe for potential macro-level discussions with developers and customer matters (.4); field more customer couple call with unit at Diamond and address their bankruptcy case inquiries (.2); review correspondence from Trustee's office and enclosed spreadsheet of qualified former employees who received COBRA packages and other actions attendant to their status as employees (.2)

| Date | | Description | | |
|---|---|---|---|---|
| June 11, 2019 | MCM | Transcribing Calls | 1.90 | 475.00 |
| June 11, 2019 | MCM | Updating Master Log | 0.90 | 225.00 |
| June 11, 2019 | MK | Attention to WARN Act issues. | 3.70 | 1,387.50 |
| June 12, 2019 | YCC | Follow up on notice of bankruptcy filing (.1); email communications with claims noticing agent to mail notice and proofs of claim to all creditors (.2); research re: service of court order in affiliated cases; prepare amended certificate of service and confer with D. Samole re: same (.8). | 1.10 | 275.00 |
| June 12, 2019 | MCM | Transcribing Calls | 0.90 | 225.00 |
| June 12, 2019 | DAS | More follow up with Ms. Yamile Castro and Stretto representatives as to the filing/service of schedules, notice of Chapter 11 case, 341 meeting, and claims bar date, and related information on the website | 0.80 | 400.00 |

| Date | | | | | |
|---|---|---|---|---|---|
| | | | (.3); confer with counsel separately about next week's hearings and potential continuance as parties/counsel have not made progress on pending discussions (.2); field phone call from customer with timeshare unit with Berkley Group as to status of bankruptcy case and interplay with TFDB bankruptcy case (.3) | | |
| June 13, 2019 | MK | | Attention to WARN Act legal research. | 2.10 | 787.50 |
| June 13, 2019 | YCC | | Review emails re: FAQs for timeshare customers; coordinate meeting on same (.4); attend team meeting re: FAQ, customer inquiries (.4); work on FAQs by customers; confer with D. Samole re: same; revise accordingly (2.3); review Stretto's certificate of service of mailing and email re: same (.2). | 3.30 | 825.00 |
| June 13, 2019 | DAS | | Work with Ms. Mendez on updating call center voicemail to include reference to case website and discuss latest batch of intake calls (.2); meeting with Ms. Yamile Castro to begin development of a section on case website for FAQs (.3); review draft FAQ and answer list (.2); make edits and supplements to FAQ and answer list and note issue spots to discuss with rest of trustee team (.5); review correspondence about another timeshare transfer request and consider effect against putative claim against estate (.1); review letter from Debtors' counsel reconciling fees awarded and funds to turn over and review enclosed copy of check; advise Trustee's office and provide reconciliation (.1) | 1.40 | 700.00 |
| June 13, 2019 | MCM | | Met with Attorney Samole | 0.50 | 125.00 |
| June 14, 2019 | MK | | Attention to memo on WARN Act issues (1,4); communications with Mr. Samole and Ms. Lopez-Castro regarding analysis (.2). | 1.60 | 600.00 |
| June 14, 2019 | YCC | | Review and revise draft voice mail message for customers (.1); confer | 0.70 | 175.00 |

| | | | | |
|---|---|---|---|---|
| | | with D. Samole re: MYP Headway (.1); confer with D. Samole re: draft FAQs; revise accordingly and circulate same (.4); confer with D. Samole re: motion to continue hearing and service of same (.1). | | |
| June 14, 2019 | DAS | Review further updated proposed KTT call center script; provide comments, edits and supplement it (.3); work more with Ms. Lopez-Castro and then Ms. Yamile Castro on the proposed FAQ section for case website (.4); address alleged exigent customer call as to Orange Lake Resort timeshare unit (.4); field another allegedly exigent customer call as to Hilton Grand Vacations timeshare unit (.4); review Ms. Kubs' WARN Act legal memo with case law discussion (.4); exchange emails with Ms. Kubs to further pin down our contextual analysis on prepetition and postpetition layoffs (.3); draft proposed memo to Trustee on WARN Act layoffs matters and going through applicable defenses here including liquidating fiduciary exception etc. -- need to finalize one component before sending out on Monday (. | 2.60 | 1,300.00 |
| June 14, 2019 | CLC | Go over documents requested, WARN act, and hearing (.4). | 0.40 | 220.00 |
| June 17, 2019 | YCC | Review emails with C. Romero re: rescheduling hearing; confer with D. Samole re: same; review agreed order and revise certificate of service. | 0.30 | 75.00 |
| June 17, 2019 | MCM | Transcribing Calls | 1.10 | 275.00 |
| June 17, 2019 | MCM | Update Master Log | 0.50 | 125.00 |
| June 17, 2019 | DAS | Follow up more with counsel for Wyndham and Principals (3x) negotiating rescheduling of hearings and discussing scope and timing of next hearings; work with court deputy clerk (.3); field call from customer with units at Vacation Villas about bankruptcy notices, creditor inquiries and | 2.00 | 1,000.00 |

| | | | | |
|---|---|---|---|---|
| | | upcoming deadlines, etc. (.4); field call from customer with unit at Westgate with mortgage and issues with TFDB, and address customer bankruptcy case inquiries (.5); finalize and send memo to trustee on WARN Act matters (.2); call with trustee's office discussing discussions with landlord, new office space if needed for chapter 11 liquidation efforts, discussion on COBRA packages, Stretto service matters and documents systems (.5); follow up with debtors' counsel as to tomorrow's hearings and logistics (.1) | | |
| June 18, 2019 | YCC | Arrange for posting of Customers' FAQs on claims agent's ARMG webpage (.4); review and comment on FAQ on website (.3); confer with D. Samole re: MORs; review emails with draft attachment 8 (.2). | 0.90 | 225.00 |
| June 18, 2019 | DAS | Respond to correspond inquiry from Mr. Shelomith about today's hearings (.1); attend/participate in hearings on Debtors' motion to substitute counsel (.4); address customer call with units at Orange Lake about ARMG case status and notices received along with TFDB bankruptcy inquiries (.4); send customer FAQ list to team to have incorporated into call center message and also follow up as to potential group email (.1); review draft attachment to May MOR report; prepare redline version and circulate to trustee/accountant team with cover email (.5) | 1.50 | 750.00 |
| June 18, 2019 | CLC | Review and revise MOR (.6). | 0.60 | 330.00 |
| June 19, 2019 | YCC | Review emails re: significant events and May 2019 MORs (.1); review and revise May 2019 MORs and confer with D. Samole re: same (1.6); emails re: revisions to MORs (.1); finalize May 2019 MORs for filing with court (1.4). | 3.20 | 800.00 |
| June 19, 2019 | DAS | Follow up on significant | 1.60 | 800.00 |

| | | | | |
|---|---|---|---|---|
| | | developments attachment to drafted monthly operating reports (.2) review batch of monthly operating reports for the 9 debtor entities/estates (.4); confer with Ms. Yamile Castro (2x) about changes and updates to make on the MORs - will review finalized versions with updated attachments tomorrow with filing (.3); field call from customer with timeshare units at Capital Resorts and Royal Holiday developments and discuss bankruptcy case status and direct them to Customers FAQ webpage on case website (.4); review order approving Mr. Shelomith's substitution as Debtors' counsel; follow up as to next week's hearings and counsel presenting position of debtors out of possession (.3) | | |
| June 20, 2019 | DAS | Field another customer call with unit at Capital Resorts as to bankruptcy notices received, bankruptcy case status and explanation of 341 meeting (.3); review finalized/filed versions of monthly operating reports for the 9 debtors (.2); review and provide comments as to customer correspondence as to FAQ website (.2); review correspondence about time sensitive unit transfer issue as well as other correspondence about another unit transfer matter; follow up with counsel to address unit transfer case administration issues (.4). | 1.10 | 550.00 |
| June 20, 2019 | YCC | Deal with filing May 2019 MORs (.5); Arrange for updating ARMG website re: Debtors' new counsel (.2). | 0.70 | 175.00 |
| June 20, 2019 | MCM | Transcribing calls and updating Master Log | 0.90 | 225.00 |
| June 21, 2019 | DAS | Confer with Trustee (2x) as to legal issues presented by batch of pending transfer requests and related case administration issues (.4). | 0.40 | 200.00 |

| June 24, 2019 | YCC | Deal with returned mail for creditor T. Johnson; telephone call with J. Coyle's office and later with Mr. Coyle, Esq. re: bankruptcy case and claim form; transmittal of bankruptcy papers mailed to T. Johnson. | 0.50 | 125.00 |
|---|---|---|---|---|
| June 24, 2019 | DAS | Deal with additional unit transfers issues (.2); follow up as to updating creditor matrix and addressing inquiries from customers (.3) | 0.50 | 250.00 |
| June 25, 2019 | MCM | Transcribing calls and updating Master Log of Customer Calls | 2.00 | 500.00 |
| June 25, 2019 | CLC | Review threatening email to Trustee and consider response (.2). | 0.20 | 110.00 |
| June 25, 2019 | DAS | Address more customer inquiries as to pending unit transfers issues, bankruptcy case status inquiries, etc. (.3); review threatening letter email from particular purchaser group about transfers issues; confer with Ms. Lopez-Castro as to follow up diligence on the purchaser group and representative and consider tailored response (.2). | 0.50 | 250.00 |
| June 26, 2019 | DAS | More exchange of emails with trustee's office and Debtors as to status and issues of various pending transfers and disputes (.4); follow up with counsel as to various pending customer matters including some in litigation with developers (.3) | 0.70 | 350.00 |
| June 26, 2019 | MCM | Transcribe and Update Master Log | 0.30 | 75.00 |
| June 26, 2019 | YCC | Confer with M. Cristobol re: proposed orders; telephone call with clerk's office re: proposed orders submitted | 0.30 | 75.00 |
| June 27, 2019 | DAS | Review request for additional documents and pleadings from creditor; call with creditor to discuss document request and negotiate more limited scope; retrieve, review and circulate documents to creditor (.4); follow up emails with trustee's office as to batch of transfer fees refunds claims from buyers and reconciling those accounts (.4); | 2.10 | 1,050.00 |

|  |  | review pair of customer complaints/filings with FDACS (.2); review proposed responsive letter to FDACS prepared by trustee; revise and supplement same and discuss (.3); follow up with trustee as to protocol for re-directing claims received at offices to Stretto and have Ms. Yamile Castro work with Stretto (.1); follow up with Trustee's office as to expiration of main leased premises and determine best to transition to other office space on a month-to-month favorable agreement to address remainder of open issues for transfers and other customers' situation; waiting for formal agreement to prepare and file motion with the court (.3); review draft responsive correspondence to aggressive creditor claimant and threats to trustee; draft redline version of such responsive correspondence; follow up with debtors' counsel as to addressing customers via follow up mail out (.4). |  |  |
|---|---|---|---|---|
| June 27, 2019 | CLC | Draft response to threatening email (.3). | 0.30 | 165.00 |
| June 27, 2019 | YCC | Review incoming pleadings and draft certificates of service. | 0.20 | 50.00 |
| June 28, 2019 | DAS | Teleconference with Williamsburg resort customer about bankruptcy case status, pleadings received and case deadlines, transfer issues and contractual language, etc (.5); follow up with debtors' counsel on contractual issues raised by customer and developer issues (.2); receive and review follow up materials from Williamsburg customer and follow up with debtors' counsel regarding same (.2) | 0.90 | 450.00 |
| July 1, 2019 | DAS | Review draft customers correspondence status report; provide comments and edits (.2); emails from debtors' counsel as to | 0.50 | 250.00 |

| | | | | |
|---|---|---|---|---|
| | | pending transfer issues (.1); address Lando customer bankruptcy case status inquiry (.2). | | |
| July 2, 2019 | DAS | Address pair of customer inquiries about bankruptcy case status matter, timeshare interests and their pending litigation (.3). | 0.30 | 150.00 |
| July 2, 2019 | SEM | Meet with David Samole to discuss follow-up doc review. | 0.10 | 25.00 |
| July 2, 2019 | YCC | Emails re: creditor calls; verify creditor information and confer with M. Mendez re: same. | 0.30 | 75.00 |
| July 2, 2019 | MCM | Transcribed customer calls, sent email regarding two customer calls and updated master log | 0.90 | 225.00 |
| July 3, 2019 | YCC | Telephone call with customers to address inquiries; email re: same; confer with D. Samole re: same. | 0.40 | 100.00 |
| July 5, 2019 | DAS | Handle customer inquiry about bankruptcy case status and timeshare interest (Lando) (.3); finalize and file motion and order to continue upcoming July 16 hearings on certain matters (.1). | 0.40 | 200.00 |
| July 5, 2019 | CLC | Draft email regarding ███████ (.1). | 0.10 | 55.00 |
| July 7, 2019 | SEM | Draft a document request letter to ███████████████████. | 1.70 | 425.00 |
| July 8, 2019 | YCC | Retrieve vmail messages from M. Harris; return call re: bankruptcy case and proof of claim. | 0.20 | 50.00 |
| July 8, 2019 | SEM | Meet with David Samole to discuss ████████████████ and revise the Letter accordingly. | 0.20 | 50.00 |
| July 8, 2019 | DAS | Review counsel's updated transfers fees form letter; provide comments and follow up with Trustee (.3); follow up emails with trustee's office and counsel for merchant account processor as to responding to two more transaction refund requests (.2) | 0.50 | 250.00 |
| July 9, 2019 | DAS | More work on transfer fees customer template forms and follow | 3.20 | 1,600.00 |

up correspondence (2x) with trustee's team and debtors' counsel (.5); field call from customer with mortgage timeshare interest at Capital Resorts and discuss bankruptcy case status and address case inquiries and explain upcoming case deadlines (.4); exchange correspondence with landlord and other parties as to transitioning chapter 11 case administration matters into new space (.2); field call with customer with timeshare interest at multiple resorts and go through status of TFDB bankruptcy as well as claims process in ARMG (.4); work on outline for TFDB meeting of creditors to obtain more information of encumbered customer interest in litigation or arbitration or otherwise to assist reconciliation for trustee to address pending matters as part of case administration (.4); deal with batches of disputed matters of pending preparation and postpetiton timeshares transfers with incentives/maintenance fees purportedly owed and still working through issues with trustee's office, debtors and various interested parties (.8); call with trustee to discuss transfer forms and other timeshare transfer issues and discuss general status of chapter 11 cases and pending issues (.5)

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| July 9, 2019 | YCC | Telephone conference with D. Samole re: if specific list of creditors received notice of bankruptcy cases and claims bar date; verify same and revise supplemental list of creditors; emails re: same. | 0.40 | 100.00 |
| July 9, 2019 | CLC | Exchange emails re: request for documents (.2); draft email to A. Bunn (.1). | 0.30 | 165.00 |
| July 10, 2019 | DAS | Go over preliminary, incomplete list prepared by principals' counsel of customer litigation matters that had been represented by TFDB (.4); field call from customer as to proof | 1.80 | 900.00 |

| | | | | |
|---|---|---|---|---|
| | | of claim deadline, pending timeshare transfer inquiries and questions about Diamond Resorts (.3); follow up phone call with principals' counsel to discuss batch of transfers issues, including incentives, maintenance fees and interplay with claims against the estates (.3); assist trustee and Ms. Kubs address new month to month lease terms for case administration space -will address remaining open items tomorrow (.2); confer with creditors' counsel as to pending case matters, timeshare transfers and address related inquiries (.4); confer with trustee about pendency of debtors' 2018 tax returns; draft email to counsel providing deadlines for 2018 deadlines and requesting status; receive preliminary response (.2) | | |
| July 11, 2019 | DAS | Review MTM agreement again and address related provisions; follow up with Trustee (.3); review TFDB filings (.2) | 0.50 | 250.00 |
| July 11, 2019 | JIC | Review of insurance claim documents. | 1.50 | 450.00 |
| July 12, 2019 | DAS | Follow up emails with debtors' counsel and trustee's office as to reconciliation of pending timeshare transfer and mortgage matters (.4); follow up emails with debtors and trustee as to 2018 corporate tax return filings and issues (.3); review more filings in TFDB bankruptcy case (.2); follow up as to TFDB trustee logistical issues as to ARMG noted and discussed during TFDB 341 meetings (.3) | 1.20 | 600.00 |
| July 12, 2019 | MK | Review communication from Trustee's office regarding lease and | 0.10 | 37.50 |

| | | funds advanced by principals. | | |
|---|---|---|---|---|
| July 15, 2019 | YCC | Telephone call from creditor Centrano re: bankruptcy cases. | 0.10 | 25.00 |
| July 15, 2019 | MK | Communication with creditor. | 0.10 | 37.50 |
| July 15, 2019 | DAS | Follow up with transfer customer with interest at Hilton resort and address upcoming hearings and bankruptcy case inquiries (.3); review updated lease provisions and provide comments (.2); follow up with Debtors' counsel as to 2018 tax return matters (.1) | 0.60 | 300.00 |
| July 16, 2019 | CLC | Telephone conference with A. Bunn re: documents (.2); draft update to Trustee (.2). | 0.40 | 220.00 |
| July 18, 2019 | CLC | Review inquiries from creditors (.2). | 0.20 | 110.00 |
| July 19, 2019 | DAS | Phone call with encumbered timeshare customer as to bankruptcy case matters, TFDB issues and address related questions (.4); Review proposed form to be used for novation to implement transfer and incentive payment modification agreement (.1); phone call with another encumbered timeshare customer about bankruptcy case matters, TFDB situation and case deadlines and other issues (.5); provide comments and redline version of incentive payment and modification agreement (.4); review follow up updated version of modification agreement and then pitch to trustee (.2); exchange emails with another encumbered timeshare customer about contention that fees paid to debtors is not property of the debtors but refundable deposit and direct to forms and requirements to file a claim (.2); review draft monthly operating reports for all 9 debtors and provide minor general comments to Ms. Yamile Castro who will review and finalize filings of operating reports on a Monday (.3). | 2.10 | 1,050.00 |
| July 22, 2019 | DAS | Work with Ms. Yamile Castro to revise and supplement various | 1.30 | 650.00 |

provisions and reporting updates in the 9 monthly operating reports (.4); field another timeshare transfer customer (Hilton) as to timeshare transfer inquiries and bankruptcy case status matters (.3); exchange emails as to Diamond timeshare transfer customer with separate counsel; phone call with counsel to discuss updated status and bankruptcy case matters and deadlines (.4); review filings by Stretto and follow up with them as to batch of prior pleadings and notices on PACER to ensure included on Stretto case website per inquiry raised by creditor's counsel (.2).

| | | | | |
|---|---|---|---|---|
| July 22, 2019 | YCC | Review June 2019 Trustee MORs; confer with D. Samole re: same; finalize and file same. | 1.80 | 450.00 |
| July 23, 2019 | DAS | Review notice of conclusion of meeting of creditors and notice of non-appointment of creditors committee (.1). | 0.10 | 50.00 |
| July 25, 2019 | DAS | Call with customer who has timeshare at Westgate with mortgage and TFDB just withdrew from active litigation and case deadlines, and go over bankruptcy case status and claims filing deadlines (.5); email debtors' counsel about this particular Westgate customer with pending case deadlines (.1); call with customer with timeshare interest at palm beach resort developer and provide bankruptcy case information and advise of claim deadlines (.4); obtain additional documents for timeshare customers transfer and elimination reconciliation matters and follow up with counsel (.4); additional follow up with trustee and trustee's office on escrow accounts of timeshare buyers' funds on pending transfers matters (.2); exchange correspondence with trustee's office as to newest reconciliation of CAM | 1.70 | 850.00 |

| | | charges from leased premises and consider ways to efficiently and economically address same -perhaps offset against deposit on hand (.1). | | |
|---|---|---|---|---|
| July 26, 2019 | DAS | Field call from customer with timeshare interest with Berkley Group and address inquiry as to bankruptcy case status, upcoming claim deadlines and other case matters (.4); review trustee's memo and enclosures as to buyer deposits and handling refunds from escrows; follow up with trustee (.4). | 0.80 | 400.00 |
| July 26, 2019 | YCC | Confer with D. Samole re: calls with buyers and customers. | 0.10 | 25.00 |
| July 29, 2019 | CLC | Review and revise confidentiality agreement to obtain documents (.4). | 0.40 | 220.00 |
| July 29, 2019 | DAS | Review pair of updated Rule 2004 notices of depositions duces tecum for Franqui Totten and TFDB firms (.1); field call from customer with timeshare at Hilton Grand resorts and address bankruptcy case status inquiries and proof of claim deadline in ARMG and TFDB cases (.4); field call from customer with timeshare at Wyndham and address bankruptcy case status inquiry, ovation program options and proof of claim deadline in ARMG case (.4) | 0.90 | 450.00 |
| July 30, 2019 | DAS | Field call from customer with timeshare at Orange Lake Resorts as to bankruptcy case status inquiries, explanation of claims bar deadline and forms, and general status of pendency of timeshare interest matters (.4) | 0.40 | 200.00 |
| July 31, 2019 | DAS | Field call from customer with timeshare at Capital Resorts as to bankruptcy case status, pendency of timeshare exit matters and proof of claim deadline (.4); field call from customer with timeshare at Diamond Resorts as to pendency of | 1.10 | 550.00 |

| | | | | |
|---|---|---|---|---|
| | | timeshare exit matters, claim deadline and inquiry about Chapter 11 process (.4); review amended notice of deposition duces tecum of TFDB (.1) | | |
| August 1, 2019 | DAS | Field call from customer with timeshare at Wyndham as to status of transfer matters, address bankruptcy case inquiries and go over proof of claim deadline (.4); follow up emails with Ms. Yamile Castro and Stretto representatives as to bankruptcy case service issues, Stretto fee app preparation matters and other case items (.4); exchange emails with trustee about quarterly UST fees and addressing related inquiry (.1); field call from customer with mortgage timeshare interest at Orange Lake and TFDB issues; answer questions as to bankruptcy case status and proof of claim (.4) | 1.30 | 650.00 |
| August 2, 2019 | DAS | Field call from customer with timeshare at Berkeley Group about transfer status, paperwork received from Resort Release, bankruptcy case matters and proof of claim deadline (.3); Field call from customer with timeshare at Ocean Landings about transfer status, bankruptcy case issues and proof of claim deadline (.4); field call from customer with timeshare at Diamond Resorts about mortgaged interest but mortgage paid off in the interim and still awaiting Resort Release-related transfer, and discuss proof of claim deadline (.4); follow up email with First Data representative about chargeback response protocol and related issues, and setting up call for next week (.1); field call from customer with timeshare interest at Hyatt about transfer status, bankruptcy case status and proof of claim deadline (.4); field call from customer with timeshare at Vistana about transfer status, bankruptcy | 1.90 | 950.00 |

| | | | | |
|---|---|---|---|---|
| | | case and proof of claim deadline (.3) | | |
| August 5, 2019 | MCM | Update Master Log | 0.50 | 125.00 |
| August 5, 2019 | YCC | Review 9019 motion with commercial landlord; telephone call with M. Cristobol re: service of motion; review emails re: mailing to all creditors and expense related to same. | 0.30 | 75.00 |
| August 7, 2019 | DAS | Exchange emails with customer with timeshare at Diamond who filed claim and address further bankruptcy case inquiry and related matters (.2) | 0.20 | 100.00 |
| August 8, 2019 | CLC | Prepare letters to accounting firms requesting documents (.4); review and revise same (.3). | 0.70 | 385.00 |
| August 8, 2019 | YCC | Prepare motion to limit notice to 9019 motions and related hearing notices and proposed order; confer with C. Lopez-Castro re: same. | 2.00 | 500.00 |
| August 9, 2019 | DAS | Exchange emails with customer with timeshare interest at Marriott about status of bankruptcy case and transfer, as well as claims deadline inquiry (.3); follow up (2x) with debtors personnel as to status of group of certain pending timeshare transfer matters (.3) | 0.60 | 300.00 |
| August 12, 2019 | YCC | Revise motion to limit notice; transmit to Z. Scarlette (.2). | 0.20 | 50.00 |
| August 13, 2019 | DAS | Perform due diligence as to claimant being listed in schedules and served with notice of bankruptcy case and reconciling service matches address listed in claimant's affidavit and return address in today's filing; draft reconciliation memo to Ms. Lopez-Castro (.4); correspond with Trustee's office as to continued handling of registered agent for ARMG entities (.1); exchange emails with debtors' counsel as to pending AG letters and additional letters received and my pending work with Trustee's office to respond to same (.2). | 1.20 | 600.00 |

| August 13, 2019 | YCC | Revise and finalize motion to limit notice to MSL; work on MSL; file and serve ex parte motion (1.4); review emails re: renewal of Debtors' register agent; confer with D. Samole re: same (.2); review email with customer's motion referring case to District Attorney's Office, etc. for further investigation (.2). | 1.80 | 450.00 |
| August 13, 2019 | CLC | Review status of AG Complaints and responses (.2). | 0.20 | 110.00 |
| August 14, 2019 | DAS | Field call from TFDB counsel about forthcoming examinations in TFDB case and raised issue of attorney-client privilege scope and invocation and obtaining ARMG Trustee's position (.3); review and consider Magistrate's ruling on attorney client issues from Wyndham District Court litigation; follow up with Ms. Lopez-Castro as to our suggested stratified position for Trustee on privilege matters (.3); follow up with Mr. Criste to begin retrieval and review of documents on Franqui Totten matters; advised after preliminary electronic records search, that his review would not be completed or in any meaningful way prior to next week's examination (.2); send Magistrate's ruling on privilege issue to Trustee with email memo on positions to be taken and invoked at examination; trustee confirmed concurrence with position stated (.5); field call from customer with timeshare interest with Berkley Group as to bankruptcy case status and advise of proof of claim process (.3); follow up with trustee's office as to estate reimbursements for maintenance of office administration software, Quickbooks, faxes and other matters and all agree fall under ordinary course of business expenditures (.2); review notice of hearing as to customer claimant's request to refer the ARMG and | 1.90 | 950.00 |

119

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | Totten bankruptcy case to District Attorney's office (.1) | | |
| August 15, 2019 | DAS | Field call from customer with timeshare interest at Capital Resorts and address inquiries as to bankruptcy case status, timeshare exit matters and proof of claim question (.4); phone call with counsel for TFDB who likely will be counsel for Franqui Totten at time of examination next week to discuss attorney client privilege matter and advise of ARMG Trustee's position and that I would advise counsel for Wyndham and Bluegreen (.3); follow up email and call with counsel for Bluegreen and Wyndham to discuss next week's examinations in TFDB case and discuss attorney client privilege issues (.4); send follow up email to Bluegreen's counsel enclosing Magistrate ruling on ARMG attorney client privilege issue with TFDB and Franqui Totten (.1); re-review Wyndham's and Bluegreen's various notices of examination duces tecum of TFDB and Franqui Totten to consider scope of examination topics and duces tecum requests with an eye more toward potential privilege issues - think there should be meaningful testimony given without being affected too much by ARMG privilege issues (.4) | 1.60 | 800.00 |
| August 15, 2019 | YCC | Retrieve vmail from creditor re: case status; confer re: same (.1). | 0.10 | 25.00 |
| August 16, 2019 | DAS | Review and serve order granting motion to limit notice of settlements that don't affect entire estate(s) (.1); field call from customer with timeshare interest at Diamond Resort about bankruptcy case status, timeframe for proofs of claim to be addressed and transfer/elimination of timeshare interest inquiries (.3) | 0.40 | 200.00 |
| August 19, 2019 | YCC | Review and revise index to 9/18/19 | 0.30 | 75.00 |

120

hearing binder.

| August 20, 2019 | DAS | Call with Trustee's office as to tax return matters, First Data matters, and other timeshare interest matters (.3); call with First Data counsel as to pending reconciliation matters and other case administration issues (.2); work on updated case development portions of monthly operating reports; review final versions of 9 monthly operating reports (.4); review correspondence and enclosed ledger items requested by First Data (.1); follow up with trustee's office and other counsel as to AG complaint responses and related matters (.2) | 1.20 | 600.00 |
| --- | --- | --- | --- | --- |
| August 20, 2019 | YCC | Review July 2019 MORs; revise Exhibit A; finalize and file July 2019 MORs; further revise 9/18/19 hearing binder index. | 2.20 | 550.00 |
| August 20, 2019 | YCC | Further revisions to hearing index. | 0.10 | 25.00 |
| August 21, 2019 | MK | Attention to voice mail message; return call to creditor. | 0.20 | 75.00 |
| August 21, 2019 | DAS | Follow up document production requests from First Data (.1) | 0.10 | 50.00 |
| August 22, 2019 | YCC | Return calls to customers and left messages; telephone call with M. Corcoran re: case status. | 0.50 | 125.00 |
| August 22, 2019 | DAS | Phone call with customer with timeshare interest at Wyndham as to timeshare case status, bankruptcy case inquiries, how to file late filed claim and address other inquiries (.5); follow up preliminary discussion with counsel as to coordinating upcoming hearings and response times (.1) | 0.60 | 300.00 |
| August 26, 2019 | YCC | Update master log of creditor inquiries. | 0.10 | 25.00 |
| August 26, 2019 | CLC | Exchange emails with accountant re: work papers (.2). | 0.20 | 110.00 |
| August 26, 2019 | DAS | Review/participate in exchange of emails as to handling/reconciliation of chargeback requests and related First Data account matters (.2); | 0.30 | 150.00 |

| | | | | |
|---|---|---|---|---|
| | | follow up with trustee's office on reconciling timeshare customers' list for pending draft motion (.1) | | |
| August 27, 2019 | DAS | Confer with Debtors' counsel about pending document production matters, upcoming hearings and related matters (.2) | 0.20 | 100.00 |
| August 28, 2019 | DAS | More follow up emails and exchange with First Date personnel and counsel of enclosures as to chargeback matters, exposure reconciliation and logistics between personnel (.3); field call from customer with timeshare interest at Wyndham about bankruptcy case status, claims filed, status of TFDB case etc (.4); review enclosed letter forwarded from Mr. Russack from Marriott about debtor personnel allegedly advising Marriott customers that Marriott had agreed to resolve all transfers/eliminations issues between ARMG timeshare exit customers and Marriott; follow up regarding same (.4); follow up on status of debtors' corporate tax returns (.1); | 1.20 | 600.00 |
| August 29, 2019 | YCC | Review proposed order and certificate of service re: commercial landlord settlement approval. | 0.30 | 75.00 |
| August 29, 2019 | DAS | Exchange correspondence memoranda with trustee's office on Marriott developer cease and desist letter and provide advice on following up with ARMG personnel, obtaining underlying email being complained off and next steps (.4); call with Trustee's office as to Marriott matter and other ARMG administration issues (.4); phone call from timeshare owner at Bluegreen resorts about timeshare transfer status, maintenance fees accessing, amending claim and addressing bankruptcy case status (.4); review exchange of emails about ARMG employee quitting and going over process to terminate her online access and review email to | 1.80 | 900.00 |

| | | | | |
|---|---|---|---|---|
| | | ARMG principals to transition position to other remaining personnel (.2); field call from timeshare owner with interest at Hilton resorts and address questions as to bankruptcy case status, the status of timeshare ownership/obligations, proof of claim review and timeframe process, etc. (.4). | | |
| August 30, 2019 | DAS | Review status report memo from Trustee's office as to debtor personnel matters, transitioning of online access and providing KTT with batch of correspondence and documents to review; follow up with Trustee's office (.3); field call from customer with timeshare interest at Berkley Group resorts and address bankruptcy case status inquires, timeshare transfer status questions and proof of claim treatment matters (.4); follow up with trustee's office as to pending case matters, Stretto, employees and other matters (.3) | 1.00 | 500.00 |
| September 3, 2019 | DAS | Field phone call from timeshare customer with interest at Festiva resort about status of timeshare transfer, bankruptcy case administration and their recently filed proof of claim (.4); work of pleadings to file this week (.3) | 0.70 | 350.00 |
| September 4, 2019 | DAS | Revise and supplement pleadings to be filed with the Court responding to pending motions set or hearing; compile exhibit and finalize pleading for tomorrow's filing (.4); phone call with Trustee's office as to CRM management issues, interplay with pending case administration issues and discuss next course of action as to guidance to provide remaining employees (.4); review exchange of emails with CRM administrator and discuss next steps (.1) | 0.90 | 450.00 |
| September 5, 2019 | DAS | Call with trustee's office to discuss ongoing internal review of pending | 0.30 | 150.00 |

| | | | | |
|---|---|---|---|---|
| | | ARMG matters; also discuss AG referral request at upcoming hearing and our interim position (.3) | | |
| September 6, 2019 | DAS | Follow up to address request from customers as to copy of timeshare interest deed to be refinanced; follow up with TFDB counsel regarding same; advised more time needed from TFDB counsel (.2); field phone call from customer with timeshare interest at Diamond Resorts about timeshare transfer status, bankruptcy case inquiries and treatment of filed proofs of claim (.4) | 0.60 | 300.00 |
| September 6, 2019 | YCC | Handle creditor calls; emails re: deed request by customer. | 0.60 | 150.00 |
| September 9, 2019 | DAS | Receive follow up document production items relative to certain timeshare customer requests for deed records for refinancing; follow up with Ms. Yamile Castro and TFDB counsel as to same (.1); follow up emails with debtors as to internal CRM documents and also as to 2018 tax return matters (.2); field phone call from customer with timeshare interest at Hilton resorts and address inquiries as to status of mortgage elimination matter, bankruptcy case administration and late filed claim submitted over the weekend (.4) | 0.70 | 350.00 |
| September 10, 2019 | YCC | Telephone call with M. Alvarez re: timeshare documents; transmittal of same. | 0.20 | 50.00 |
| September 10, 2019 | DAS | Review correspondence from trustee's office with enclosed records from landlord on CAM rent charges reconciliation and amounts allegedly due; follow up with trustee's office addressing inquiries (.2); field call from customer with timeshare interest at Wyndham about status of potential workout with developers, mortgage elimination matters and bankruptcy case matters (.4); Follow up emails and call with trustee and Debtors as | 0.90 | 450.00 |

124

| | | | | |
|---|---|---|---|---|
| | | to status and timing of 2018 corporate tax returns; also discuss with counsel upcoming hearings and status of related matters (.3) | | |
| September 10, 2019 | BCL | Review statements, court filings and information relating to case. | 1.50 | 675.00 |
| September 10, 2019 | CLC | Review emails re tax returns and landlord on prior office (.4); obtain trustee's current thinking on settlement (.2) | 0.60 | 330.00 |
| September 11, 2019 | DAS | Follow up on corporate tax returns matters; field call from customer with timeshare interest at Diamond resort about status of timeshare transfer and bankruptcy case matters (.4) | 0.40 | 200.00 |
| September 13, 2019 | CLC | Telephone conference with F. Kessler (.2); review status of tax returns due by corporate entities (.3) | 0.50 | 275.00 |
| September 13, 2019 | DAS | Exchange emails with counsel about forthcoming 2018 corporate tax returns and advise trustee and rest of the team (.2); receive and review batch of draft corporate tax returns and follow up emails with trustee's office regarding same (.5); email exchange with counsel advising trustee needs more time to review 11th hour delivered returns but directing timely filing of returns with return receipts to be provided to trustee (.1); review additional Rule 2004 duces tecum notice filed in the TFDB bankruptcy case; follow up as to scope of requests made, and as to scheduling and logistics for examination (.2); follow up emails with developers' counsel as to status of ARMG server access and other administrative questions (.2); follow up with trustee's office as to status of information relative to network access matters (.2); teleconference with developers' counsel as to network/internal messaging due diligence and additional discovery needed with | 2.50 | 1,250.00 |

former ARMG personnel (.5);
review draft demand letter for
turnover of internal messaging
credentials and data preservation
and revise comments to be
incorporated for Monday (.2); draft
case status report to Ms.
Lopez-Castro about next week's
hearings, discovery matters and
discussions with developers'
counsel (.4)

| September 16, 2019 | YCC | Participate in team meeting re: case status. | 1.00 | 250.00 |
| September 16, 2019 | CLC | Go over action items and preparation for hearing (.8). | 0.80 | 440.00 |
| September 16, 2019 | DAS | Follow up with trustee's office as to American Express access credentials, lack of case administration response from principals and employees, and related issues (.3); review updated draft demand letter as to access credentials and data preservation as to internal messaging systems data, discuss incorporating language on AmEx access credentials (.2); field call from customer with timeshare interest at Ocean Sands resort about transfer status, credit card payment matter, treatment of proof of claim filed (.4); field call from timeshare customer with timeshare interest at Hilton resorts about timeshare status, proof of claim treatment, estimation of bankruptcy case timeline and explain how to access all case pleadings on free case website in addition to any pleading affecting customer's interest being served directly on customer (.4); confer with Ms. Lopez-Castro about batch of trustee operational matters, discussions with trustee and allocate matters for hearings between us (.4); teleconference with counsel previewing demand letter for access credentials to internal messaging systems and | 2.70 | 1,350.00 |

| | | | | |
|---|---|---|---|---|
| | | AmEx accounts along with data preservation (.3); send pair of correspondence to counsel enclosing demand for access credentials to internal messaging systems, AmEx account and follow-up on corporate tax returns (.2); field call from customer with timeshare interest at Diamond resorts about mortgage case, treatment of proof of claim, bankruptcy case pleadings (.4); exchange follow-up emails with Diamond resort customer and provide link to Stretto case website for pleadings, FAQ section and claims register (.1) | | |
| September 17, 2019 | YCC | Deal with insider and non-insider transfers (.3). | 0.30 | 75.00 |
| September 17, 2019 | CLC | Go to office where operations are taking place to obtain a sense of files resolved and what is feasible; interview employees (4.3 hours) | 4.30 | 2,365.00 |
| September 17, 2019 | DAS | Follow up emails with Debtors and Trustee's office as to requests and responses to document production matters (.2); confer with trustee as to estates' positions for tomorrow's hearings and potential depositions (.3); field call from customer with timeshare interest at Stormy Resorts about recent bankruptcy case pleadings, proof of claim notices, deadlines and instructions to file a claim, and provide general status on timeshare transfer efforts and addressing customers (.4); follow up exchange email with customer with timeshare at Stormy Resorts and provide link to electronic proof of claim filing and instructions (.1) ; review email from counsel as to additional encumbered customers' timeshare matters being resolved (.1); receive updated status report as to pending timeshare transfers, figures for resolved transfers since petition date and since trustee appointment, | 1.40 | 700.00 |

| | | | | |
|---|---|---|---|---|
| | | and other transfer matters that have progressed either toward closing stage or whose final paperwork remain with developers; discuss status report with counsel (.3) | | |
| September 18, 2019 | DAS | Calls and emails with trustee's office as to updated case administration, call center statistics and website issues, and prepare for today's hearings (1.0); attend hearings and participate as to case status report, administration issues, customer request to refer matter to AG or bar offices and document production matters (1.3); multiple follow up email with trustee's team, Ms. Lee, and call center administrators as to customer data information and other issues (.2); more emails with Ms. Lee and review her memo as to her ongoing due diligence and efforts to reconcile the web domain and internal messaging systems access credentials and related matters (.3); discuss with Ms. Lee certain parameters to prepare motion to compel turnover of access credentials to trio of debtor asset matters from the principals (.2) | 3.00 | 1,500.00 |
| September 19, 2019 | DAS | Follow up with counsel and trustee staff as to pending issues obtaining access credentials to AmEx accounts, website domain and internal messaging systems (.4); field call from customer with timeshare interest at Exploria Resorts about timeshare transfer status, inquiries about proof of claim and status of bankruptcy case administration matters (.4); receive and review TFDB's motion for protective order as to Rule 2004 discovery (.2); review Erica Franqui motion for joinder as to motion for protective order (.1); review Wyndham's notice of withdrawal of stay relief motion and also finalize order granting trustee's motion to | 1.30 | 650.00 |

extend trustee claims bar date (.1)

| September 20, 2019 | YCC | Review draft August MORs and Exhibit A (.7); confer with B. Lee re: debtors' assets; review schedules for same (.4). | 1.10 | 275.00 |
| September 20, 2019 | DAS | Review and provide comments to 9 DIP reports (.3); revise and supplement recent developments exhibit to the DIP reports (.2); more ongoing efforts as to obtaining archived records and access control for Flock system, web site domain data and related matters (.4); field phone call from customer with timeshare interest at Capital Resorts and discuss status of timeshare obligations, proof of claim treatment and bankruptcy case administration inquiry (.4); exchange emails with developers counsel as to informal document requests and follow up with trustee's office (.4); exchange working punch list memorandum of case administration matters. with trustee and his team and to discuss next week (.3); field phone call from customer with timeshare interest at Wyndham respires, answer questions about TFDB bankruptcy and ARMG claims process and other case sequencing questions (.4) | 2.40 | 1,200.00 |
| September 23, 2019 | DAS | Follow up with trustee's office on timeshare transfer matters, back-office administration matters and Chapter 11 issues (.4); phone call with Mr. Morse and his counsel on credentialing for Flock, website domain issues and other office administration matters (.5); field phone call from customer with timeshare interest at Marriott inquiring as to status of timeshare transfer, maintenance fees payment and how to file a proof of claim (.4); follow up call with same customer again walking through how to file a | 1.90 | 950.00 |

claim and logistics (.1); confer with Trustee as to next steps for transitioning case administration matters and timeshare transfer matters and chargeback demand responses, etc. (.3); review order denying motion to refer case to regulatory entities; review form of other orders prepared by counsel; provide comments (.2)

| September 23, 2019 | YCC | Finalize and file Trustee's August 2019 MORs (1.2); emails with Stretto re: returned mail (.1). | 1.30 | 325.00 |
| September 23, 2019 | CLC | Telephone conference with Trustee and his staff re: operations (.4). | 0.40 | 220.00 |
| September 24, 2019 | DAS | Teleconference with trustee's office addressing host of case administration issues including employee matters, transfer status issues, credit card merchant processor items, next steps and other case issues including further transition into wind-down mode (1.0); receive and review AG letters and responses and begin to consider need for redaction (.3); receive and review personnel files requested by developers' counsel and consider ARMG proprietary issues, and will need to confer more with Ms. Lopez-Castro tomorrow when she is back in the office (.5); field phone call from customer with mortgage timeshare interest at Hyatt/Marriott resorts, legal file being abandoned, status of bankruptcy case, issues with developer, proof of claim and deadline, and provide link to file claim electronically (.7); review emails exchanged with landlord as to security deposit being held and their 2018 CAM reconciliation matters (.1); review correspondence from counsel enclosing a time-sensitive warranty deed transfer matters; reconcile names listed in the deed against list of scheduled customers and did not find a match; sent to trustee's office | 2.80 | 1,400.00 |

for further due diligence (.2)

| | | | | |
|---|---|---|---|---|
| September 25, 2019 | DAS | Field call from customer with timeshare interest with Lando Resorts about status of bankruptcy case, potential transfer status, proof of claim deadline and getting them proof of claim form (.4); follow up as to security lease deposit issues being resolved in estates' favor (.1); continue to address the debtors data/CRM matters and accessing credentialed systems for Flock and other issues (.3) | 0.80 | 400.00 |
| September 26, 2019 | DAS | Review batch of ARMG entities' prior years' tax returns and other financials received from Marcum (.6); field call from customer with timeshare interest at Capital Resorts and address inquiries as to bankruptcy case status, proof of claim issues and status of timeshare interest (.4) | 1.00 | 500.00 |
| September 27, 2019 | DAS | Work on redactions for state's attorney general letter and responses (.3); work on redactions for former employee file (.3); confer with Ms. Lopez- Castro as to providing notice to former employee prior to production being made of redacted file; provide AG-related production to Bluegreen counsel with cover email discussing formal notice needing to be give to former employee prior to materials ring provided by trustee, and reference potential subpoena by Bluegreen (.3); field phone call from customer with timeshare interest at Marriott as to timeshare transfer and bankruptcy case status, proof of claim inquiries and related matters (.3) | 1.20 | 600.00 |
| October 1, 2019 | DAS | Field call from customer with timeshare interest at Orange Lake Resorts about bankruptcy case and timeshare transfer status, proof of claim situation, etc. (.4); field call from customer with timeshare interest at Vista resorts about | 0.90 | 450.00 |

| | | | | |
|---|---|---|---|---|
| | | timeshare transfer matters, proof of claim for refund and bankruptcy case status (.4); provide case status update to First Data counsel (.1) | | |
| October 2, 2019 | DAS | Field call from customer with timeshare interest at Wyndham resort as to mortgage interest, proof of claim and address other bankruptcy case questions (.4); follow up email exchange as to month to month leased premises and anticipated move out date with reservation rights to extend if needed (.2); field calls from customer with timeshare interest at Lando Resort as to bankruptcy case status, timeshare interest and proof of claim matters (.4) | 1.00 | 500.00 |
| October 2, 2019 | YCC | Update master service list. | 0.10 | 25.00 |
| October 3, 2019 | DAS | Field phone call from customer with timeshare interest at Desert/Imperial Resorts about bankruptcy case status, inquiry as to pending timeshare interest transfer and discuss proof of claim (.4); follow up as to wind-down of lease space; field phone call from Mr. Messana as to his forthcoming withdrawal as counsel for Mr. Morse and all principals; review subsequently filed motion to withdraw as counsel; review notice of appearance as counsel for Mr. Morse by Buchanan Ingersoll counsel (.2); field call from customer with timeshare interest at Wyndham resort as to status of timeshare matters, proof of claim, bankruptcy case inquiries and other related issues (.4) | 1.00 | 500.00 |
| October 4, 2019 | DAS | Field call from customer with timeshare interest at Vista Resorts regarding timeshare transfer status, proof of claim inquiry and bankruptcy case questions (.4); assist trustee's ongoing efforts to coordinate wind-down efforts of office, deal with records retention and access, etc (.2) | 0.60 | 300.00 |

| October 4, 2019 | CLC | Review issues with POC Motion (.1). | 0.10 | 55.00 |
| October 7, 2019 | DAS | Follow up with trustee's office as to timeshare transfer administration matters; also re-review Stretto fee application for tomorrow's hearing presentation; review KTT's draft order of Stretto fee app (.4); field call from customer with timeshare interest at Wyndham about timeshare transfer matters, status of bankruptcy case, proof of claim inquiry, etc. (.4); review follow up draft order and cover letter to judge's chambers sent by principals' counsel (.1) | 0.90 | 450.00 |
| October 8, 2019 | DAS | Review notices of appearance by creditors' counsel and orders approving pro hac vice motions, and attend hearings and present estates' positions as to Stretto interim fee app and principals' counsel's motion to withdraw as counsel (2.0); follow up with pair of customers and counsel as to bankruptcy case status, proof of claim information and responding to other inquiries (.4); review order approving Stretto fee application; respond to email from landlord office about end of the month transition matters; refer inquiry to trustee's office while giving my preliminary thoughts (.1) | 2.50 | 1,250.00 |
| October 11, 2019 | DAS | Follow up with counsel of former employee matter (.1); address inquiry and emails of timeshare in it purchaser; follow up with trustee's office regarding same (.3); field call from customer with timeshare interest at Marriott about status of bankruptcy case and timeshare transfer, as well as proof of claim (.4); follow up with trustee's office as to Flock data review and preliminary analysis (.3) | 1.10 | 550.00 |
| October 14, 2019 | DAS | Field call from customer with timeshare interest at Wyndham Resorts as to status of timeshare | 0.60 | 300.00 |

133

| | | | | |
|---|---|---|---|---|
| | | exit case, transfer status, bankruptcy case inquiries, etc. (.4); review follow up email from Wyndham customer and follow up with Trustee's office to try and obtain more specific information requested (.2) | | |
| October 15, 2019 | DAS | Review order continuing hearing on motion for protective order; review order approving withdrawal of counsel for principals; preliminarily review transcript from last hearing just docketed as to parties' agreement announced on the record with respect to the litigation stay and document production matters (.4); field call from customer with timeshare interest as Orlando Lake Resorts as to bankruptcy case matters, status of timeshare transfer or mortgage relief and proof of claim inquiries (.4); review comprehensive memo by trustee's office as to timeshare transfer matters, estate administration and personnel, communication mechanisms with customers and creditors, etc. ("Case Administration Memo") and consider questions posed (.4); follow up email exchanges with trustee and trustee's office on additional task lists and issues spots arising from the Case Administration Memo (.3) | 1.50 | 750.00 |
| October 16, 2019 | DAS | Field call from customer with timeshare interest at Diamond Resorts about pending litigation, proof of claim matters and bankruptcy case status (.4); follow up as to pending Flock data matters and next steps (.2) | 0.60 | 300.00 |
| October 17, 2019 | DAS | Field call from customer with timeshare interest at Vista Resorts, address questions about transfer status, proof of claim inquiry and status of bankruptcy case (.4); receive and review monthly financial reports for preparation of DIP reports, and coordinate filing | 1.30 | 650.00 |

| | | | | |
|---|---|---|---|---|
| | | date for next week after Ms. Castro's vacation – will work on status report insert for monthly operating reports next week after she finishes compiling the rest of the reports (.3); receive and review Wyndham subpoena for Rule 2004 duces tecum as to Wilkerson personnel file and payment records; follow up with counsel to accept service on trustee's behalf; go over redacted personnel file we had put together (.4); confer with trustee's office as to Wilkerson payment records and coordinating production through ADP records and QuickBooks; review preliminary report that is pending additional follow up from ADP (.2); | | |
| October 18, 2019 | DAS | Draft letter to Mr. Wilkerson advising of subpoena requesting his personnel file and payment records, and that trustee would be timely complying with the subpoena but would redact his SSN and address from the production (.3); follow up efforts to determine most recent address for Mr. Wilkerson (.2); field call from customer with timeshare interest at Wyndham about status of timeshare transfer, bankruptcy case timeline, proof of claim inquiry etc. (.4); review rule 2004 duces tecum request and compare against yesterday's notice; review notice of hearing about BastAmron retention; review notice of hearing of motion for protective order (.2) | 1.10 | 550.00 |
| October 18, 2019 | CLC | Telephone conference with counsel for the developers (.7); consider timing of actions (.2). | 0.90 | 495.00 |
| October 21, 2019 | DAS | Correspondence with trustee's office and landlord about status of lease period and no extension; go over lease return logistics; review task list related to termination of remaining employees and discussion of retention of personnel as sub-contractor for chargeback | 1.60 | 800.00 |

135

| | | | | |
|---|---|---|---|---|
| | | responses and continuing efforts of timeshare transfers (.3); confer with trustee's office as to administrative expense inquiry as to office administration matters; perform preliminary legal research whether same falls under ordinary course of business and determine it does not and advise either need to file a motion or consider alternative arrangement (.5); field call from customer with timeshare interest at Diamond Resorts as to pending litigation, TFDB case, proof of claim inquiry and bankruptcy case status (.4); field call from customer with timeshare interest at Star Island about transfer process, submitting a late-filed proof of claim, and status of related bankruptcy case matters (.4) | | |
| October 22, 2019 | DAS | Field call from customer with timeshare interest at Sedona Summit about bankruptcy case status, timeshare transfer status, proof of claim inquiries, etc. (.4); follow up emails with trustee and trustee's office as to recent customer calls regarding timeshare transfers matters, proof of claim inquiries and related case issues (.4); draft executive summary report to trustee team and go over related issues (.2) | 1.00 | 500.00 |
| October 23, 2019 | DAS | Field phone call from customer with timeshare interest at Festiva resort as to status of bankruptcy case and timeshare transfer, proof of claim inquiry and address related matters (.4); review updated versions of 9 monthly operating reports and draft monthly attachment report (.5) | 0.90 | 450.00 |
| October 23, 2019 | YCC | Review Sept. 2019 MORs; finalize and file same. | 1.40 | 350.00 |
| October 24, 2019 | DAS | Draft confidentiality and nondisclosure agreement relative to forthcoming production to be made in response to Bluegreen's | 2.00 | 1,000.00 |

| | | | | |
|---|---|---|---|---|
| | | subpoena on Wilkerson personnel files and transfer/payment records – with eye toward perhaps using agreement as a baseline for future production exchanges with creditor developers (1.8); send proposed NDA to Trustee with cover email explaining scope of agreement and background (.2) | | |
| October 25, 2019 | DAS | Draft correspondence to Bluegreen counsel addressing production items requested during mediation and providing interim information and discussing need for broader NDA/confi agreement or addendum to Wilkerson version, and discussing settlement logistics (.4). | 0.40 | 200.00 |
| October 25, 2019 | DAS | Update and finalize draft confidentiality and clawback agreement for Wilkerson Files and Documents (.2); send proposed NDA/Confi agreement on Wilkerson materials to Bluegreen counsel with cover email discussing same and discussing production logistics (.4); field call from customer with timeshare interest at Orange Lake resorts regarding bankruptcy case status, inquiry about proof of claim and timeshare transfer status (.4); review comments from Bluegreen counsel as to additional concepts to include in NDA/confi agreement; prepare additional redline version as to clawback provisions, confidential designation language and a designation dispute process section; send to Bluegreen counsel with cover email (1.0); go back and designate some Wilkerson documents and records as confidential, and follow up with trustee's office as to  whether any additional ADP records for Wilkerson, and trustee's accountant reconciling payment records (.5); receive additional Wilkerson payment reconciliation and add to production list to be marked confidential based on trustee's | 2.70 | 1,350.00 |

| | | | | |
|---|---|---|---|---|
| | | accountant work product, and provide notes for team to organize the appropriate subset of Wilkerson files for redaction and/or marked confidential and to have Bates stamped  (.2) | | |
| October 28, 2019 | DAS | Field phone call from customer with timeshare interest at GreenSpring resorts about claim filed, timeshare transfer status and inquiries about bankruptcy case (.4); review letter filed with the court from creditor (Handwerk); confirm claim filed and leave detailed voicemail with Mr. Handwerk about case status and estimated timeframe for treatment of filed customer claims (.2); review contested motion to withdraw as counsel (.1); review and consider Ms. Lee's memo providing additional due diligence on domain name research, marketability and related issues and administrative expense estimate (.2) | 0.90 | 450.00 |
| October 29, 2019 | DAS | Exchange emails with Ms. Yamile Castro about new onslaught of customer inquiries received by Stretto; advise will develop a template updated response as to annual maintenance fee amounts coming due and case updates -likely will be done next week (.2) | 0.20 | 100.00 |
| October 29, 2019 | YCC | Emails re: customers' inquiries. | 0.10 | 25.00 |
| October 30, 2019 | DAS | Field phone call from customer with timeshare interest at Diamond Resort as to bankruptcy case status, proof of claim inquiry, and status of timeshare transfer efforts (.4); field phone call from customer with timeshare interest with RCI resorts as to timeshare transfer status, questions about bankruptcy case progress and developer-specific issues (.4); follow up trustee's office as to organizing/updating list of pending timeshare transfers in the queue to be try and accomplished by the estates; follow up regarding same (.2) | 1.00 | 500.00 |

138

| | | | | |
|---|---|---|---|---|
| October 31, 2019 | DAS | Field call from customer with timeshare interest at Marriott resorts as to timeshare transfer matters, proof of claim and bankruptcy case issues (.4); follow up and work with trustee's office as to terminating office space, streamlining communication services and drafting website message and voicemail message (.6); receive and review notices of hearings of counsel withdrawal motion, motion for protective order and district court matter; follow up as to hearing coverage (.2); field call from customer with timeshare interest at Orange Lake resort about maintenance fee notice, proof of claim matters, and timeshare transfer status and bankruptcy case matters (.4) | 1.60 | 800.00 |
| November 1, 2019 | DAS | Follow up as to FDACS correspondence addressing timeshare customer complaints (.2); exchange email memoranda (3x) with customers counsel representative addressing questions as to several timeshare interests, developer discussions, maintenance fee bills, proofs of claims and related issues (.7); field phone call from customer with timeshare interest at Festiva as to status of timeshare interest, proof of claim questions and maintenance fees (.4) | 1.30 | 650.00 |
| November 4, 2019 | DAS | Follow up call with Wyndham timeshare customer as to status of particular timeshare interest, status of bankruptcy case matters, and proof of claim inquiries (.3); field call from customer with timeshare interest at Diamond resort as to maintenance fee bill, status of timeshare transfer, bankruptcy case inquiry and proof of claim (.4); follow up work on document production items and email | 1.90 | 950.00 |

139

correspondence with counsel as to
same (.7); review Bluegreen's
response to motion for protective
order (.2); work with trustee's office
on office transition issues; follow up
call with principals' counsel as to
same and next steps (.3)

| November 5, 2019 | DAS | Field call from customer with timeshare interest at Orange Lake Resort as to status of timeshare transfer, proof of claim questions, and bankruptcy case administration issues (.4); follow up correspondence with Bluegreen counsel as to redline version of proposed confidentiality and nondisclosure agreement to be entered into prior to Trustee's production of documents including Wilkerson files and documents (.1); more follow up with Trustee's office as to transition/wind-down of Trustee's handling of certain ARMG telecommunications and internet site administration matters (.1); confer with Trustee as to need for further extension of time to consider filing claims for timeshare exit customers and treatment/analysis of all timeshare exit customers claimants and those customers who did not timely file claims or even late claims (.2); draft second motion for extension of trustee claims bar date, and send to counsel for developers and principals with cover email explaining rationale and specific terms included (1.0); call with Morse's counsel about reservation of rights with respect to any proofs of claims filed by the trustee (.2) | 2.00 | 1,000.00 |
| November 6, 2019 | DAS | Participate in hearings on motion for protective order in TFDB case (.6); review proposed draft order from TFDB hearing as well as Bluegreen's proposed redline and parties' exchange of additional | 1.00 | 500.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | deposition dates (.2); follow up with counsel as to trustee's forthcoming second motion to extend trustee claims bar date (.2). |  |  |
| November 7, 2019 | DAS | Field call from customer with timeshare interest at Captiva Resorts about status of timeshare transfer, proof of claim inquiries and bankruptcy case administration matters (.3); exchange emails with trustee's office as to pending timeshare transfer issues and developing updates framework response to inquiries -set up further call for tomorrow (.2); review re-notice of hearing on motion to withdraw as counsel now set for December hearings; follow up with counsel as to status of other matters set for next week's hearing date (.2); exchange emails with customer with timeshare interest at Coconut Palms resort about timeshare interest issues, proof of claim form, and prior statements made to them by Debtors and/or principals (.4). | 1.10 | 550.00 |
| November 8, 2019 | DAS | Field call from customer with timeshare at Wyndham regarding transfer status of unencumbered timeshare, litigation status of encumbered timeshare, proof of claim inquiry and other bankruptcy case matters (.4); review Mr. Morse's motion to continue hearing on motion for protective order; review Mr. Morse's supplement to motion for protective order (.3); draft proposed detailed order approving retention and hybrid compensation terms for Bast Amron as special insurance litigation counsel (.8); field call from customer with timeshare interest at Diamond Resorts about status of timeshare litigation matters, maintenance fees, proof of claim and other inquiries about bankruptcy case (.4). | 1.90 | 950.00 |
| November 11, 2019 | DAS | Field call from customer with | 0.80 | 400.00 |

| | | | | |
|---|---|---|---|---|
| | | timeshare interest at Diamond Resort about status of transfer, docket and case administration inquiries and proof of claim matters (.4); field call from customer with timeshare at Orange Lake resorts about pending timeshare issues, litigation files and related case inquiries (.4) | | |
| November 12, 2019 | DAS | Field call from customer with timeshare interest at Capital Resorts about timeshare transfer status, proof of claim matters, and other bankruptcy case administration questions (.4); field call from customer with timeshare interest at Orange Lake resorts about pending litigation matters, bankruptcy case status, proof of claim and TFDB questions (.4); field call from customer with timeshare interest at Worldgate resort about bankruptcy case status, maintenance fee, amending proof of claim and other inquiries (.4) | 1.20 | 600.00 |
| November 13, 2019 | DAS | Attend hearings on motion to allow late filed claim, motion to retain special counsel, motion for protective order, and motion to extend trustee's claims bar date (4.7); draft order resetting hearing on motion to withdraw as counsel and send to counsel with cover email explaining today's hearing matters in their absence (.6); update and finalize draft order retaining special counsel and send to special counsel (.2); field follow up phone call from customer with timeshare interest at Diamond Resort about maintenance fee issue, proof of claim and timeshare transfer status inquiries (.3); draft order approving second motion to extend trustee's claims bar date and send to counsel with cover email explaining procedural history for those not at hearing today, and follow up emails as to next hearing date (.7); field phone call from | 7.00 | 3,500.00 |

| | | | | |
|---|---|---|---|---|
| | | customer with timeshare interest at Ocean Sands resort about bankruptcy case status, maintenance fees letter, proof of claim inquiry and related matters (.4); review order granting in part and denying in part motion for protective order in TFDB case (.1). | | |
| November 14, 2019 | DAS | Review comments on batch of orders I drafted; revise, supplement and finalize updated draft orders and upload same (.4); review Bluegreen's edits to proposed confidentiality and nondisclosure agreement as to forthcoming document production by Trustee and try to consider ways to streamline parties' remaining disputed language (.4); field call from customer with timeshare interest at Orange Lake resorts about Debtors' suspended BBB accreditation and address inquiries about the bankruptcy case and proof of claim matters (.4); follow up as to the BBB accreditation status issue and any impact on pending transfers, claims process or otherwise down the road with a Chapter 11 Plan and future/potential timeshare transfers with resorts or private transactions (.6); receive correspondence enclosing consumer complaint and related inquiry with response deadline from Missouri attorney general's office; look into status of customer notice and claim filing status in the bankruptcy cases; send correspondence with cover letter to trustee's office with instructions and enclosures to include in response to regulatory compliance inquiry (.4); review order denying Cardenas motion to allow late filed claim in TFDB case; review correspondence from Bluegreen counsel as to other TFDB-related proceedings (.1) | 2.30 | 1,150.00 |
| November 15, 2019 | DAS | Field call from customer with | 2.80 | 1,400.00 |

timeshare interest at Wyndham
Resorts about timeshare transfer
status, maintenance fees notice,
proof of claim and related inquiries
(.4); field call from customer with
timeshare interest at Marriot
Resorts about maintenance fees
notice, credit card payment matters,
bankruptcy case inquiries, and
proof of claim issues (.4); confer
with trustee's office about increased
frequency of customer calls to
them, company phone, Stretto and
to counsel due to maintenance fees
notices and discuss a template
response that can be shared on our
various formats (.4); prepare
template response to address
maintenance fees, amended proofs
of claim, timeframe for refund
distributions and related items (.6);
receive and review court-entered
orders extending time for trustee
claims bar date, approving special
counsel retention and re-noticing
hearing on motion to withdraw as
counsel (.1); follow up more with
Bluegreen counsel as to terms of
confidentiality and nondisclosure
agreement (.2); review law and
examples from other cases as to
allocating burden of persuasion to
enforce and/or challenge a
confidential designation (.4); draft
updated proposed revised language
for the confidentiality/NDA
agreement (.4)

| Date | | Description | | |
|---|---|---|---|---|
| November 18, 2019 | CLC | Discuss status and pending projects (.3) | 0.30 | 165.00 |
| November 18, 2019 | DAS | Revise updated draft of nondisclosure/confidentiality agreement and send to Bluegreen counsel with cover email (.2); field phone call from customer with timeshare interest at Exploria Resorts about bankruptcy claim status, questions about timeshare transfer matters, timeframe for bankruptcy case administration, etc. (.3); field call from customer with | 1.60 | 800.00 |

| | | | | |
|---|---|---|---|---|
| | | timeshare interest with Berkeley Group regarding mortgage timeshare issues, TFDB case, bankruptcy claims inquiries, maintenance fees questions and bankruptcy case administration matters (.4); phone call with Bluegreen counsel on remaining issues with NDA agreement (.2); exchange more redlines and cover emails with Bluegreen counsel as to still open NDA provisions for protocol when challenging confidentiality designation (.5) | | |
| November 19, 2019 | DAS | Field call from customer with timeshare interest at Orange Lake resorts as to timeshare transfer status, proof of claim inquiries and bankruptcy case administration issues (.4); exchange emails with customer with timeshare interest and Summit Resorts regarding bankruptcy case filings, timeshare transfer status and maintenance fees, as well as proof of claim inquiries and then send link to file claim and explain process (.4); review additional consumer regulatory complaint; provide claim filing information for regulatory claimant; discuss with trustee as well as status and game plan for duplicative customer claims and duplicative non-customer claims; review finalized response sent to regulatory agency (.4); exchange more redline versions of NDA with Bluegreen counsel and continue to discuss open issues with counsel; think have resolved subject to my final redline I will perform tomorrow (.4); receive and review package of 9 draft monthly operating reports from trustee's accountant (.4); field inquiry from insurance auditor as to ARMG's recently terminated policies and follow up with Trustee's office (.2) | 2.20 | 1,100.00 |
| November 20, 2019 | DAS | Review Wilkerson files that were Bates stamped and updated | 0.40 | 200.00 |

| | | confidential designations; finalize and send updated redline of NDA (.4). | | |
|---|---|---|---|---|
| November 20, 2019 | YCC | Confer with D. Samole re: significant events to Oct. 2019 MORs; review Oct. 2019 MORs (9 in total); finalize and file Oct. 2019 MORs. | 1.40 | 350.00 |
| November 20, 2019 | DAS | Phone call with customer with timeshare interest at Vacation Villas Resort about timeshare transfer status, submitting a claim and maintenance fees ; send customer link to file a claim with cover email providing claim filing instructions (.4); call with trustee's office about insurance premium audit matter and other case administration matters including including status of timeshare transfers, need for updated 1PM reconciliation etc (.3); review batch of drafted updated monthly operating reports and address report inserted into each report (.3) | 1.00 | 500.00 |
| November 21, 2019 | DAS | Field call from customer with timeshare interest at FantaSea resorts regarding encumbered timeshare interest and TFDB case, provide proof of claim link (.3); follow up as to updated status of volume of chargeback requests and responses (.2); field call from customer with timeshare interest at Hyatt resorts as to status of timeshare transfer matters, maintenance fees payable, amended proof of claim and their recent conversations with their resort developer (.4); receive and review finalized NDA from Bluegreen's counsel and request to expedite production of Wilkerson documents; countersign NDA and advise would finish updating confidentiality designation and Bates Stamping of documents today to get counsel documents today as requested; follow up email with Bluegreen counsel as to status | 1.30 | 650.00 |

| | | | | |
|---|---|---|---|---|
| | | of requested documents of estate's accountant's source and use analysis of ARMG transfers; organize Wilkerson document production and send documents with cover email and fully executed NDA (.4). | | |
| November 22, 2019 | DAS | Field call from customer with timeshare interest at Somerpointe Resorts regarding status of timeshare transfer, recent maintenance fees notices, proof of claim questions and inquiries about bankruptcy case administration matters and estimated timeline for treatment of customers (.4); review follow up correspondence and task list with respect to workers compensation insurance audit (.1); field call from customer with timeshare interest at Soleil Management regarding certain bankruptcy filings received, maintenance fees status, proof of claim inquiry and timeshare transfer matters (.4 | 0.90 | 450.00 |
| November 25, 2019 | DAS | Field phone call from customer with encumbered timeshare interest with Exploria Resorts, status of litigation, proof of claim inquiry and bankruptcy case administration questions (.4); field follow-up call from customer with timeshare interest at Wyndham about maintenance fees notice, status of Trustee discussions with Bluegreen and potentially amending proof of claim (.3); exchange voicemails with customer with timeshare interest with Bluegreen regarding status of case inquiry and pending matters (.1); review and mark up Erica Franqui prior testimony transcript in preparation for her upcoming deposition (1.0) | 1.80 | 900.00 |
| November 26, 2019 | DAS | Field call from customer with timeshare interest with Berkley Group as to maintenance fees notice, pending litigation, proof of claim questions and bankruptcy | 1.20 | 600.00 |

| | | | | |
|---|---|---|---|---|
| | | case administration inquiries (.4); field call from customer with timeshare interest at Exploria Resorts about pending timeshare transfer efforts, proof of claim logistics, and bankruptcy case administration timing and other process questions (.3); more emails with Trustee's office and others as to worker's compensation premium audit matters and follow-up records being sought from ADP (.1); field call from customer with timeshare interest at Festiva Resorts about recent maintenance fees letter from resorts, amending proof of claim, address questions about bankruptcy case interplay as to refunds and/or trustee efforts to try and improve situation between ARMG customers and their resorts, etc. (.4) | | |
| November 27, 2019 | DAS | Field call from customer with timeshare interest at Wyndham about maintenance fee charges, bankruptcy case administration questions, pending litigation previously held by TFDB and proof of claim matters (.4); field call from customer with timeshare interest at Grand Pacific resorts about maintenance fees charges, bankruptcy case status and amending proof of claim (.3); field call from customer with timeshare interest at Orange Lake Resorts about maintenance fees, proof of claim amendment, TFDB inquiries and credit card processing issues (.4); field call from customer with timeshare interest at Royal Holiday resorts about maintenance fees notice, TFDB inquiries, credit card processing complaint, and other bankruptcy case administration questions (.4); review follow up correspondence about particular AG complaint response and our efforts deemed satisfactory with open file being closed (.1) | 1.60 | 800.00 |

| November 29, 2019 | DAS | Field call from customer with timeshare interest at Wyndham resorts regarding maintenance fees payment issues, amending proof of claim, status of case discussions with Wyndham and related bankruptcy case matters (.4); field call from customer with timeshare interest at Capital Resorts regarding status of timeshare transfer, maintenance fees and claims issues and related case questions (.3) | 0.70 | 350.00 |
| December 1, 2019 | DAS | Review common interest privilege correspondence from counsel as to FT invoices from particular time period; look through e-file for same and will pull records received during prior examination and from trustee's office tomorrow when back in office (.2); correspondence as to scheduling of stay relief motion in TFDB case, interplay with other pending matters and will discuss more with Ms. Lee tomorrow (.1) | 0.30 | 150.00 |
| December 2, 2019 | YCC | Updated master service list. | 0.10 | 25.00 |
| December 2, 2019 | DAS | Follow up due diligence as to FT invoices and payments made in 2017; follow up correspondence with counsel as to same for today's deposition (.2); attend and participate in deposition of Ms. Franqui in the TFDB case (5.7); send follow up document requests for TFDB-related documents and confer with developers' counsel as to upcoming hearings in ARMG and TFDB cases (.2) | 6.10 | 3,050.00 |
| December 4, 2019 | DAS | Field call from customer with timeshare interest at Breckenridge Grand Vacations about status of timeshare transfer, maintenance fees notice, proof of claim issues and other bankruptcy case questions (.4); field call from customer with timeshare interest at Massanutten Resort about maintenance fees notice, amending proof of claim and other bankruptcy | 1.10 | 550.00 |

149

| | | | | |
|---|---|---|---|---|
| | | case matters (.3); field call from customer with timeshare interest at Orange Lake resorts, TFDB bankruptcy case, pending state court litigation, maintenance fees notice, and amending proof of claim issues (.4) | | |
| December 5, 2019 | DAS | Call back customer with timeshare interest at Wyndham about status of timeshare interest, maintenance fees notice, general ongoing discussions with developer but advise she is not part of the debtors' active transfers list being overseen by the trustee, and answer other bankruptcy case questions (.4); field call from customer with timeshare interest at Marriott regarding maintenance fees notices, bankruptcy case status, timeshare transfer status, amending proof of claim etc (.4) | 0.80 | 400.00 |
| December 6, 2019 | DAS | Field phone call from customer with timeshare interest at QM Resorts to discuss transfer  status, maintenance fees notice, request for proof of claim form, and address related bankruptcy case administration inquiries (.4) | 0.40 | 200.00 |
| December 9, 2019 | DAS | Review Principals' pending motions for protection order and Wyndham's underlying Rule 2004 document requests as to each principals (.4); field phone call from customer with timeshare interest at Caribbean Palm resorts about new maintenance fees charges, amending proof of claim, status of timeshare transfer and other bankruptcy administration questions (.4); field call from customer with timeshare interest with Elite resorts about status of timeshare transfer, bankruptcy case, proof of claim deadline and per request send link to file claim (.3); review agreed motion to continue motion for protective order hearings (.1); teleconference with First Data counsel about chargeback | 2.20 | 1,100.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | response status, advised of expanded exposure terms and discuss related case administration matters (.4); call with trustee's office about chargeback matters and expanded terms, status of obtaining information for AR reconciliation matters and discuss other administrative expenses (.3); field call from customer with timeshare interest at Orange Lake resorts about status of timeshare transfer and bankruptcy case administration matters, maintenance fees and filing a proof of claim; send customer email enclosing link to file a claim (.3) |  |  |
| December 10, 2019 | DAS | Field phone call from customer with timeshare interest with Defender Resorts as to status of timeshare transfer, maintenance fees notice, address questions about the bankruptcy case process and explain pending claims process (.4); field call from customer with timeshare interest at Grand Pacific resort as to maintenance fees notice, proof of claim and status of timeshare transfer (.3); follow up with trustee's office as to case administration matters including payment of mediation bill, discussion of scope of first fee app period for estate professionals, and handling preparation of voluminous amounts of time entries for potential redactions needed, and organization of other records and related issues (.3) | 1.00 | 500.00 |
| December 11, 2019 | DAS | Field call from customer with timeshare interest at Wyndham about status of encumbered timeshare interest, maintenance fees notice, process to pursue proof of claim and address related case inquiries, and also re-send information to file a claim to this customer (.4); field call from customer with timeshare interest with Elite resorts about status of | 0.90 | 450.00 |

| | | | | |
|---|---|---|---|---|
| | | timeshare interest, maintenance fees notice, proof of claim consideration and process by the estates (.3); attend bankruptcy court hearing on principals' motion to withdraw as counsel (1.2) (N/C); field follow up phone call from a different customer with timeshare interest at Wyndham about case/timeshare transfer status and go over proof of claim process (.2) | | |
| December 12, 2019 | DAS | Follow up with trustee's professionals and office as to case administration matters including timeshare transfer matters and changing scope of months covered for first fee app preparation; review court-entered order approving withdrawal by counsel for principals (.3); field call from customer with timeshare interest at Orange Lake resorts about maintenance fees notice, bankruptcy case status, amending proof of claim, etc (.3); field call from customer with timeshare interest at Marriott resorts about status of timeshare transfer, maintenance fees notice and bankruptcy claims questions (.3); field call from customer with timeshare interest at Holiday Inn resorts about status of timeshare transfer, maintenance fees notice and bankruptcy claims questions (.3). | 1.20 | 600.00 |
| December 13, 2019 | DAS | Phone call with customer with timeshare interest with Wyndham resorts about status of timeshare transfer, maintenance fees' notice, questions about District Court litigation, proof of claim process, and other case issues (.4); Field call from customer with timeshare interest at Star Island Resorts about maintenance fees' notice, status of timeshare transfer, ROFR process, proof of claim inquiry and other questions about the bankruptcy court process (.4); field call from customer with encumbered | 1.20 | 600.00 |

timeshare interest at Royal Holiday
resorts about TFDB bankruptcy,
proof of claim status as to ARMG,
maintenance fees notice and
questions about the bankruptcy
case (.4)

| | | | | |
|---|---|---|---|---|
| December 16, 2019 | DAS | Follow up as to several timeshare transfer matters attempting to be handled by estates - discuss ROFR delays and maintenance fee issues (.4); field call from customer with timeshare interest at Soleil Management about maintenance fees notice, timeshare transfer status and other bankruptcy case administration questions (.3); field phone call from customer with timeshare interest at Calypso Cay as to timeshare transfer status, maintenance fees notice, proof of claim and refund inquiries (.3); field call from customer with timeshare interest at Orange Lake resorts about pending litigation, potentially amending proof of claim, status of discussions with developers and other bankruptcy case administration questions (.4); field phone call from third party counsel as to recent Rule 2004 subpoena production requests and discuss scope of same and likely need for additional time given the holidays (.4) | 1.80 | 900.00 |
| December 17, 2019 | DAS | Call with trustee's office as to batch of timeshare customer claims, transfer issues, status and next steps (.4); field call from customer with timeshare customer at Plantation resort about timeshare transfer status, their recent attempts to discuss maintenance fees notice with developer, proof of claim matters and bankruptcy case inquiries (.4); confer with trustee's office about Festiva resorts situation and counsel reaching out to him about several timeshare | 1.60 | 800.00 |

| | | | | |
|---|---|---|---|---|
| | | customer matters and potential resolution for entire Festiva batch or many of them with ARMG; also discuss legal/practical issues with Trustee's office; emails with Festiva counsel and set up call for tomorrow with their CFO, in-house counsel and outside counsel (.4); field call with customer with timeshare interest at Summer Winds resort about their encumbered timeshare interest, maintenance fees notice, mortgage payment delinquency notice, status of timeshare elimination or transfer efforts, proof of claim inquiry and bankruptcy case inquiries (.4) | | |
| December 18, 2019 | DAS | Teleconference with Festiva resorts' counsel and executives as to batch of ARMG customers with Festiva timeshares and discussing potential mechanism and paperwork needed to negotiate timeshare exits and releases between all parties (.5); draft follow up memo on Festiva resorts matters to trustee and trustee's office to explain situation, propose next steps and request information (.3); field phone call from customer with timeshare interest with Exploria Resorts as to recent maintenance fees notice, transfer status, questions about the bankruptcy process and the case, etc. (.4) | 1.20 | 600.00 |
| December 19, 2019 | DAS | Field call from customer with timeshare interest at Grand Pacific Resort about status of timeshare transfer, maintenance fees notice, proof of claim and related matters (.4); field call from customer with timeshare interest at Diamond resort about maintenance fees notice, bankruptcy case status and proof of claim matters (.3); receive batch of drafts financial monthly reports for each estate, and go over with Ms. Yamile Castro as for my | 1.00 | 500.00 |

issue spots and she will review in greater detail (.3)

| | | | | |
|---|---|---|---|---|
| December 20, 2019 | DAS | Meeting with Estate's Accountant and trustee's office to discuss update on timeshare transfer efforts, my discussions with certain developers as to potential resolution of batch of customers and requested information, ongoing efforts with chargeback responses, and support records for asset recovery efforts (1.0); field call from customer with timeshare interest at Capital Resorts as to maintenance fees notice, status of timeshare transfer efforts, bankruptcy case questions and proof of claim inquiries (.4); field call from customer with timeshare interest at Diamond Resorts as to status of timeshare transfer, bankruptcy case questions, maintenance fees notice, and discussion of TFDB case (.4) | 1.80 | 900.00 |
| December 21, 2019 | DAS | Review correspondence from customer with encumbered timeshare interest at Wyndham resorts and enclosed materials; provide responsive email addressing inquiries and explaining proof of claim process (.3) | 0.30 | 150.00 |
| December 23, 2019 | DAS | Follow up as to batch of Festiva customer matters; review updated Festiva customer lists; send same to Festiva executive and counsel with cover letter under settlement privilege and discuss next steps for them to reconcile their customer files and then we would collaborate to develop process and protocol to try and effectuate resolutions with these customers (.4); field call from customer with timeshare interest with Legacy Vacation Club as to status of timeshare transfer matters, bankruptcy case status, and proof of claim inquiries (.3); field call from customer with timeshare interest at Hilton Grand | 1.30 | 650.00 |

155

| | | | | |
|---|---|---|---|---|
| | | Vacations about maintenance fees notice, status of litigation, proof of claim inquiries and addressing questions about the bankruptcy case process (.4); review finalized/filed monthly operating reports for all 9 debtors (.2) | | |
| December 23, 2019 | YCC | Review and file November 2019 MORs. | 1.40 | 350.00 |
| December 24, 2019 | DAS | Review trio of emails with enclosures from Trustee's office requesting me to draft tailored form "General Release and Waiver of Claims" (.4); draft release agreement including specific provisions for particular claimants at issue and send to Trustee's office with cover email (1.2); field phone call from customer with timeshare interest at Orange Lake resorts about maintenance fees notice, status of bankruptcy case and continuing timeshare exit efforts (.3) | 1.90 | 950.00 |
| December 26, 2019 | DAS | Field phone call from customer with timeshare interest at Diamond resorts regarding maintenance fees notice, TFDB case, proof of claim inquiries and bankruptcy case administration issues (.4) field call from customer with timeshare interests with Capital Resorts about maintenance fees notice, proof of claim matters, and bankruptcy case status (.3) | 0.70 | 350.00 |
| December 27, 2019 | DAS | Follow up with trustee's office as to customer release form matters as well as other timeshare transfer matters (.2) | 0.20 | 100.00 |
| December 30, 2019 | DAS | Field call from customer with timeshare interest at Wyndham resort about status of bankruptcy case, maintenance fees, and proof of claim inquiries (.3); field call from customer with timeshare interest at Marriott resorts about maintenance fees notice, proof of claim questions and bankruptcy case issues and matters (.3); review pair of emails from Diamond resort customer of | 0.80 | 400.00 |

| | | | | |
|---|---|---|---:|---:|
| | | ARMG with enclosures regarding timeshare transfer request to Diamond; follow up with trustee team as to same customer filing proof of claim and AG complaint (.2) | | |
| December 30, 2019 | YCC | Review correspondence from creditor Bonelli re: maintenance fee. | 0.10 | 25.00 |
| December 31, 2019 | DAS | Timeshare interest transfers, maintenance fees notice, their recent calls with resort representatives and questions about bankruptcy case status (.4); field call from customer with timeshare interest at Hyatt resorts about maintenance fees notice, pending mortgage, proofs of claim in ARMG and TFDB cases, status of discussions with developers and other bankruptcy case inquiries (.4); field call from customer with timeshare interest with Soleil Management about bankruptcy case status, recent maintenance fees notice, and provide proof of claim link (.3) | 1.10 | 550.00 |

- - - - - - - - - - - - - - - - - - - - - - - -

Total for   CASE ADMINISTRATION                                469.10        193,225.00

CLAIMS ADMINISTRATION AND OBJECTIONS

| May 2, 2019 | DAS | Receive and review batch of 9 UCC filings done same day of bankruptcy filings by insiders of debtors and/or by debtors as to other debtors in the case (.4) | 0.40 | 200.00 |
|---|---|---|---|---|
| May 2, 2019 | MK | Review UCC filings; communication with Mr. Samole regarding same. | 0.20 | 75.00 |
| May 3, 2019 | DAS | Review follow up information and documents providing background of insider loans advanced and UCC filings made day of chapter 11 petition (.2). | 0.20 | 100.00 |
| May 3, 2019 | MK | Review communication from Mr. Samole regarding UCC's. | 0.10 | 37.50 |
| May 16, 2019 | YCC | Emails re: claims noticing agent; telephone call with vendor re: case overview; transmit pleadings for informational purposes; review claims noticing agent's proposal; emails re: comments to same. | 0.90 | 225.00 |
| May 22, 2019 | DAS | Review proofs of claim filed by IRS entities in two of the debtor cases; follow up as to logistics of transitioning claims filed prior to establishment of claims agent process and having part of claims agent system when approved and set up  (.2) | 0.20 | 100.00 |
| May 28, 2019 | MK | Review email from terminated employee seeking compensation; discuss same with Mr. Samole and Mr. Kessler. | 0.20 | 75.00 |
| June 3, 2019 | DAS | Receive and review Roland customer group proof of claim and supporting documents - was Wyndham customer with multiple seemingly unencumbered properties (.2). | 0.20 | 100.00 |
| June 5, 2019 | YCC | Emails re: rate sheet for claims noticing agent; telephone call with C. Lopez-Castro re: same; review email re: today's hearing and draft order approving claims agent. | 0.40 | 100.00 |
| June 6, 2019 | CLC | Review and revise email to J. Bachman in response to his response (.2). | 0.20 | 110.00 |

158

| June 6, 2019 | DAS | Review proof of claim filed by customers and coordinate under particular claimant sub-group bucket under type of asset involved and which developer (.1) | 0.10 | 50.00 |
|---|---|---|---|---|
| June 11, 2019 | CLC | Telephone conference with D. Harris (2x) re: claim (.2). | 0.20 | 110.00 |
| June 14, 2019 | CLC | Go over WARN act issues and other pending issues (.5). | 0.50 | 275.00 |
| June 27, 2019 | YCC | Confer with D. Samole re: original claims received at Trustee's office; emails re: same (.2). | 0.20 | 50.00 |
| July 9, 2019 | YCC | Confer with D. Samole re: claims filed to date; review email re: same. | 0.10 | 25.00 |
| July 9, 2019 | DAS | Perform general summary review of pending proofs of claims filed against the estates (.4); correspond with claim agent and obtain/consider more stratified overview of pending proofs of claim filed against the estates (.3) | 0.70 | 350.00 |
| July 12, 2019 | DAS | Review amended IRS claim filed today and follow up to reconcile certain proofs of claim with Stretto (.3); review Grace Scott claim filing and look into re-directing same to Stretto (.1) | 0.40 | 200.00 |
| July 12, 2019 | MK | Communication with claimant regarding case and filing of proof of claim. | 0.10 | 37.50 |
| July 15, 2019 | YCC | Deal with creditor Scott claim. | 0.10 | 25.00 |
| July 15, 2019 | DAS | Follow up with Stretto on several additional proofs of claim filing issues and their reconciliation of claims filed (.2); follow up due diligence as to  scheduled secured claims (.2). | 0.40 | 200.00 |
| July 18, 2019 | YCC | Email with creditor Scott re: filing her letter as a proof of claim. | 0.20 | 50.00 |
| July 19, 2019 | DAS | Consider history of principals' prepetition funding of company payables without loan documents or any terms and note likely ability to avoid 11th hour UCC filings or treat/recharacterize asserted debt | 0.40 | 200.00 |

|  |  | like equity; confer with Ms. Mejia to look at insider secured claims scheduled in more detail (.4). |  |  |
|---|---|---|---|---|
| July 19, 2019 | SEM | Meet with David Samole to discuss an assignment regarding insider secured claims. | 0.10 | 25.00 |
| July 19, 2019 | YCC | Review emails with creditor re: her claim. | 0.10 | 25.00 |
| July 22, 2019 | SEM | Create a spreadsheet of insider secured claims. Review Schedule D for American Resource Management Group, LLC (DE), American Resource Management Group, LLC (IL), ARMG Holdings, LLC (FL), Boomtown Holding Group, LLC (DE), Redemption and Release, LLC (DE), Redemption Holdings USA, LLC, Resort Exit Team LLC, Vacation Properties for Less, LLC (DE), and VPL Holdings, LLC (FL). Research whether any of the claims are listed in Florida's Secured Transaction Registry. | 2.00 | 500.00 |
| July 25, 2019 | YCC | Confer with D. Samole re: claims analysis post-bar date. | 0.10 | 25.00 |
| July 26, 2019 | YCC | Telephone call with Stretto re: creditor inquiries and claims bar date/report. | 0.20 | 50.00 |
| July 29, 2019 | YCC | Multiple conferences with D. Samole re: proof of claim in law firm bankruptcy and customer claims in ARMG. | 0.30 | 75.00 |
| July 30, 2019 | DAS | Initial review of batch of higher amount filed claims of customers and other third party claimants (.7); review notice of Wyndham's proof of claim in TFDB estate and ask Ms. Penalver to download and circulate it tomorrow; advise Ms. Lopez-Castro of likely comparable claim by Wyndham forthcoming against ARMG estate and preliminarily consider claims among creditors groups so far (.2) | 0.90 | 450.00 |
| July 31, 2019 | YCC | Confer with D. Samole re: claims analysis by customer. | 0.10 | 25.00 |

| July 31, 2019 | CLC | Review emails and discuss Proof of Claim in Totten Estate (.4). | 0.40 | 220.00 |
|---|---|---|---|---|
| August 1, 2019 | CLC | Exchange emails with M. Budwick (.2). | 0.20 | 110.00 |
| August 1, 2019 | YCC | Prepare estates' proof of claim for Totten Franqui bankruptcy; emails re: same; revise proof of claim; emails with Stretto re: claims register and customer report post bar date deadline. | 1.00 | 250.00 |
| August 2, 2019 | CLC | Review claims filed by developers (.3). | 0.30 | 165.00 |
| August 2, 2019 | DAS | Retrieve and review proofs of claim filed by Wyndham and Bluegreen in ARMG estates and draft internal executive summary memo to KTT team (.4); follow up with Stretto as to claims review reconciliation and address related proofs of claim logistics with them (.3) | 0.70 | 350.00 |
| August 2, 2019 | YCC | Review emails re: Wyndham's proof of claim. | 0.10 | 25.00 |
| August 5, 2019 | DAS | Confer with several customers as to today's proof of claim deadline (.2); review large batch of claims filed today (.5); emails with other creditors as to claims filing issues (.2); review principals' motion to file claims against the estates; follow up with Ms. Lopez-Castro (.2) | 1.10 | 550.00 |
| August 6, 2019 | DAS | More emails as to subpoena request matters (.2) | 0.20 | 100.00 |
| August 6, 2019 | YCC | Follow up on claims register report. | 0.10 | 25.00 |
| August 6, 2019 | CLC | Draft email re: Stretto report and review response (.2). | 0.20 | 110.00 |
| August 6, 2019 | DAS | Review another batch of larger proofs of claim including unliquidated claims as filed to review exhibits to figure out underlying current claims amounts and also begin to perform informal stratification of claims filed (.7); preliminarily review formal claims chart prepared by Stretto and cover email -will review in more detail tomorrow and send requests for | 0.90 | 450.00 |

161

| | | follow up reporting (.2) | | |
|---|---|---|---|---|
| August 7, 2019 | YCC | Review emails re: claims register report. | 0.10 | 25.00 |
| August 7, 2019 | DAS | Continue in depth review of Stretto claims analysis (.3); exchange follow up emails with Stretto personnel as to refining the field claims spreadsheets and stratification buckets (.2); pull updated claims register and see that customer claims still being filed yesterday and today after the deadline and note all pro se filers (.2) | 0.70 | 350.00 |
| August 8, 2019 | YCC | Revise ARMG Estates' proof of claim in Totten Franqui bankruptcy; circulate same for review; file proof of claim in Totten Franqui bankruptcy. | 0.50 | 125.00 |
| August 8, 2019 | YCC | Review Stretto's updated claims analysis report. | 0.10 | 25.00 |
| August 8, 2019 | DAS | Review and analyze Stretto's more detailed and updated stratified reconciliation of claims filed against estates accounting for duplicate claims filed in multiple estates, amended/withdrawn claims and unliquidated claims (.4) | 0.40 | 200.00 |
| August 9, 2019 | DAS | Continue to work with Stretto's claims reconciliation to further drill down specific stratification (.5); draft memo to Ms. Lopez-Castro and Ms. Yamile Castro as to claims reconciliation efforts and status and next steps (.1). | 0.60 | 300.00 |
| August 9, 2019 | YCC | Review email re: claims. | 0.10 | 25.00 |
| August 12, 2019 | DAS | Review notice of hearing for principals' motion to extend time to file proofs of claim against the estates; review notice of hearing for comparable motion filed in TFDB estate (.1) | 0.10 | 50.00 |
| August 13, 2019 | DAS | Receive and review late filed creditor claimant's filing with claim exhibits; review additional batch of customer claims filed today (.4) | 0.40 | 200.00 |

162

| August 14, 2019 | DAS | Receive and review another batch of customer claims filed today (.3); follow up with Stretto as to confirming these filings are newly received either electronically or actually received after the claims bar date, and not merely among larger prior clump of filings sent in or submitted in a queue (.3) | 0.60 | 300.00 |
|---|---|---|---|---|
| August 15, 2019 | DAS | Receive and review Bluegreen's objection to principals' motion to extend time to file proofs of claim against the estates; review comparable objection filed as to principals' motion in the TFBD bankruptcy case (.2) | 0.30 | 150.00 |
| August 16, 2019 | DAS | Review another batch of late filed customer claims; follow up with Ms. Yamile Castro to have Budenz late-filed claim sent over to Stretto (.3) | 0.30 | 150.00 |
| August 16, 2019 | CLC | Review status of claims (.2). | 0.20 | 110.00 |
| August 19, 2019 | DAS | Continue reviewing claims being listed on Stretto register after claims bar date – some including being dated as "filed" prior to claims bar date; more needed to reconcile claims being listed on register after claims bar date if really late filed claim or just large processing issues by Stretto; also need to determine whether customer claimants who did not file claims have their timeshare interests addressed or if need to file claim on their behalf (.4); perform research to confirm trustee can use Rule 9006 to extend time under Rule 3004 to file claims on behalf of creditors (.4) | 0.80 | 400.00 |
| August 23, 2019 | DAS | Begin drafting motion to extend time for trustee to file claims on behalf of timeshare exit customer (.6) | 0.60 | 300.00 |
| August 26, 2019 | CLC | Review motion to extend and provide comments (.4). | 0.40 | 220.00 |
| August 26, 2019 | DAS | Complete initial draft of motion to extend Trustee Claims Bar Date | 0.70 | 350.00 |

| | | | | |
|---|---|---|---|---|
| | | (.5); confer with Ms. Lopez-Castro about extension motion and incorporating more of trustee's reasons and related case issues —will revise and update tomorrow (.2) | | |
| August 27, 2019 | DAS | Revise and supplement trustee's motion to extend trustee claims bar date and incorporate more language from Ms. Lopez-Castro and file motion (.6); draft response to Budenz declaration (1.0); confer with Debtors' counsel about reconciling claims filed against estates and Debtors considering filing objections to certain customers' claim that are duplicative, facially overstated or otherwise resolved (.2) | 1.80 | 900.00 |
| August 27, 2019 | YCC | Confer with D. Samole re: motion to extend time for Trustee to file proofs of claim on behalf of timeshare customers; revise motion; coordinate mailing. | 0.60 | 150.00 |
| August 28, 2019 | DAS | Confer with trustee's office as to pair of late filed customer claims issues; follow up with Stretto (.3) | 0.30 | 150.00 |
| August 29, 2019 | DAS | Review notice of hearing for trustee claims bar date extension motion; serve notice; follow up with counsel to discuss underlying motion and provide more context (.2) | 0.20 | 100.00 |
| August 30, 2019 | DAS | Review Ms. Kubs' redline version of response to Budenz declaration with added case law; mark up to streamline presentation - will follow up and finalize pleading next week after the storms (.2) | 0.20 | 100.00 |
| August 30, 2019 | MK | Review and provide comments on draft response to Declaration of George Bundez; conduct legal research relating to presumption of mailing/notice. | 1.00 | 375.00 |
| September 3, 2019 | DAS | Evaluate batch of late filed claims (.3); review prepetition expert report challenging the validity, extent and amount of the damage claims asserted by Wyndham (and | 1.00 | 500.00 |

| | | | | |
|---|---|---|---|---|
| | | comparably applicable to Bluegreen) and consider as to the proofs of claim filed by the developer(s) against the bankruptcy estates (.7) | | |
| September 4, 2019 | DAS | Review late filed claim by Diamond Resorts and try to preliminarily ascertain basis for claim based on asserted loan charges and counterparty listed as TFDB; also go back and confirm that Diamond Resort was listed as part of the matrix used by Stretto (.4) | 0.40 | 200.00 |
| September 5, 2019 | DAS | Call with principals' counsel as to their pending motions in ARMG and TFDB bankruptcy cases to extend time to file proofs of claim; discuss upcoming hearing (.2) | 0.20 | 100.00 |
| September 10, 2019 | DAS | Review additional late-filed claims submitted thru yesterday (.2) | 0.20 | 100.00 |
| September 10, 2019 | CLC | Exchange emails re: witness (.2) | 0.20 | 110.00 |
| September 12, 2019 | DAS | Review Principals' notice to withdraw motion to extend claims bar date in TFDB case; check in as to status of comparable motion in ARMG case; review more late filed claims filed today (.3) | 0.30 | 150.00 |
| September 13, 2019 | YCC | Confer with D. Samole re: claim objections to timeshare exit customer claims. | 0.20 | 50.00 |
| September 13, 2019 | DAS | Draft proposed order granting trustee's motion to extend trustee claims bar date in preparation for Wednesday's hearings (.8); consider trustee's position for principals' claim bar date extension motion for Wednesday's hearing (.2) | 1.00 | 500.00 |
| September 17, 2019 | YCC | Transmittal of claims analysis to B. Lee (.1); verify if certain defendants filed proofs of claim (.1). | 0.20 | 50.00 |
| September 17, 2019 | DAS | Review more proofs of claim filed today; perform overview of claims filed after the claims bar date (.3) | 0.30 | 150.00 |
| September 18, 2019 | DAS | Attend hearings and participate as | 1.50 | 750.00 |

| | | | | |
|---|---|---|---|---|
| | | to trustee's motion to extend trustee claims bar date, as well as principals' motion to extend time to file claims against the estate (1.3); emails and call with trustee team about landlord's potential claims for prior 2018 CAM reconciliation amounts (.2) | | |
| September 23, 2019 | CLC | Review emails re: mediation (.2). | 0.20 | 110.00 |
| September 23, 2019 | YCC | Review bankruptcy rules for omnibus claim objections. | 0.20 | 50.00 |
| September 24, 2019 | DAS | Review order providing principals until September 30, 2019 to file proofs of claim in the 9 debtor cases; check in with Ms. Yamile Castro as to status and timing of sending me drafts of omnibus objections to duplicative filed claims (.1) | 0.10 | 50.00 |
| September 25, 2019 | DAS | Confer with Ms. Yamile Castro as to issues and items relating to ongoing review of customer claims to address purely duplicate claims, and work through a few examples with her (.3) | 0.30 | 150.00 |
| September 25, 2019 | YCC | Work on duplicate proofs of claim list; verify any issues with duplicate claims; confer with D. Samole (2x) re: omnibus claim objection and claim issues; circulate updated claims analysis from Stretto and review email re: same. | 2.60 | 650.00 |
| September 25, 2019 | YCC | Confer with R. Penalver re: creditor inquiry on proof of claim; verify if creditor received notice of bankruptcy filings and bar deadline; review email to creditor with notice of bankruptcies. | 0.30 | 75.00 |
| September 26, 2019 | DAS | Review Mr. Phan's motion to allow late filed claim (.1); review notice of hearing; confer with Ms. Yamile Castro (2x) as to ongoing analysis and issues during her review of customer claims which will form the basis of omnibus objections to duplicate files customer claims (.4); review updated claims analysis | 0.70 | 350.00 |

166

| | | spreadsheet from Stretto; send overview correspondence to team regarding same (.2) | | |
|---|---|---|---|---|
| September 26, 2019 | CLC | Review motion to allow late claim (.1) | 0.10 | 55.00 |
| September 26, 2019 | YCC | Continue working on duplicate claims analysis; confer with D. Samole re: same. | 3.10 | 775.00 |
| September 27, 2019 | DAS | Follow up as to ongoing analysis of duplicate customer claims and preparation of omnibus objections as to such claims (.2) | 0.20 | 100.00 |
| October 1, 2019 | DAS | Request follow up information from trustee's office as to Scott Phan to confirm my initial due diligence also performed that Mr. Phan's timeshare exit matter was part of ARMG's lead generation and he paid One Planet Media and/or USCA and as such would not have a claim against ARMG estate and not otherwise required to receive notice; follow up with trustee to reconcile larger list of lead generation timeshare customers in which there is no corresponding estate liability and no notice of bankruptcy case required (.3) | 0.30 | 150.00 |
| October 3, 2019 | YCC | Review Trustee's objection to Scott Phan's motion to allow late filed proof of claim. | 0.10 | 25.00 |
| October 4, 2019 | DAS | Follow up correspondence with Trustee's office to confirm information related to Phan records as to prior lead generation business and not receiving any commission (.2); draft and file objection to Mr. Phan motion to allow late claim (.8) | 1.00 | 500.00 |
| October 7, 2019 | YCC | Prepare proposed fee order on Stretto's first interim fee application; email with Stretto re: fee hearing. | 0.70 | 175.00 |
| October 7, 2019 | DAS | Leave another detailed voicemail for Mr. Phan as to this motion to allow late filed claim and explain background why his claims is more properly alleged against 1PM and USCA and not the bankruptcy estates (.1) | 0.10 | 50.00 |

167

| October 8, 2019 | YCC | Prepare proposed order denying S. Phan's motion to allow late filed claim. | 0.40 | 100.00 |
|---|---|---|---|---|
| October 8, 2019 | DAS | Attend hearings and present objection to motion to allow late filed claim (1.0); revise and finalize order denying motion to file late claim by Mr. Phan (.1) | 1.10 | 550.00 |
| October 10, 2019 | YCC | Continue review of duplicate proofs of claim for timeshare exit customers; confer with D. Samole and M. Parisi re: customer claims; request updated analysis. | 2.30 | 575.00 |
| October 10, 2019 | DAS | Review court-entered order denying motion to allow late filed claim; serve order; advise trustee's office as to same as well as court's comments in case other similarly situated parties present similar claim (.2) | 0.20 | 100.00 |
| October 11, 2019 | YCC | Continue reviewing duplicate timeshare exit customer claims. | 0.50 | 125.00 |
| October 21, 2019 | CLC | Telephone conference with counsel re: damages claimed by developers and review follow up (.6). | 0.60 | 330.00 |
| October 21, 2019 | DAS | Review pleadings, documents and other materials as part of examining Wyndham's proofs of claim and Bluegreen's proof of claim (1.2) | 1.20 | 600.00 |
| October 23, 2019 | DAS | Review Cardenas proof of claim filed in both ARMG estate and also TFDB estate, and motion to allow late filed claim filed only in TFDB estate (.2) | 0.20 | 100.00 |
| October 23, 2019 | CLC | Evaluate fee claim in developer proof of claim (.2) | 0.20 | 110.00 |
| October 24, 2019 | DAS | Confer with Ms. Lopez-Castro as to state of the law as to whether statistical data approach on Lanham Act damage claims accepted by courts and methodologies discussed; also go over state of the law on attorneys' fees treatment in TPE litigation; discuss proposed counteroffer on amount of allowed claims amount for Wyndham and Bluegreen (.3); | 0.70 | 350.00 |

168

| | | | | |
|---|---|---|---|---|
| | | draft correspondence to counsel for Wyndham and Bluegreen discussing state of the law on issues relative to their proofs of claim and issue counterproposal for claim allowance in a meaningfully reduced amount (.4) | | |
| October 25, 2019 | DAS | Receive and review Wyndham's counsel correspondence memo discussing their counter-view of the state of the law with respect to issues raised in their proof of claim and trustee's prior proposal for a reduction for the amount of their proof of claim, and Wyndham's counter-proposal; consider same and provide preliminary comments and discuss strategy to Ms. Lopez-Castro about trying to find more middle ground to bring in for a landing since part of terms needed for larger settlement between the parties and principals (.4) | 0.40 | 200.00 |
| October 27, 2019 | DAS | Review and organize sample of case law discussions criticizing statistical data approach employed by developers to support proof of claim damage amount (.4); draft follow up memo to Ms. Lopez-Castro as follow up to suggest strategy to streamline pending claims dispute and to streamline potential resolution (.4) | 0.80 | 400.00 |
| November 5, 2019 | CLC | Consider motion to extend to file claims (.2) | 0.20 | 110.00 |
| November 11, 2019 | YCC | Prepare Trustee's First Omnibus Claim Objection and exhibit thereto. | 3.40 | 850.00 |
| November 12, 2019 | YCC | Continue working on exhibit to omnibus claim objections; confer with D. Samole re: same; review updated claims analysis and claims; revise first omnibus objections and exhibit A. | 5.00 | 1,250.00 |
| November 13, 2019 | YCC | Confer with D. Samole re: omnibus objections to duplicate timeshare exit customer claims and issues with certain claims; follow up with Stretto; revise omnibus objection. | 0.90 | 225.00 |

| November 14, 2019 | YCC | Confer with D. Samole and C. Lopez-Castro re: omnibus objections. | 0.10 | 25.00 |
|---|---|---|---|---|
| November 14, 2019 | DAS | Review drafts of 1st and 2nd omnibus objections to duplicative claims by timeshare exit customers and provide comments and suggestions to Ms. Yamile and work through issue spots (.5) | 0.50 | 250.00 |
| November 15, 2019 | YCC | Confer with D. Samole re: creditor inquiries re: maintenance fees and updating FAQs (.1); review emails with Trustee's office re: same (.1); telephone call with creditor Brown re: their proofs of claim (.2); work on mailing matrix for first and second omnibus objections to duplicate timeshare exit customer claims (1.5) | 1.90 | 475.00 |
| November 18, 2019 | YCC | Finalize service lists for first and second omnibus claim objections re duplicate timeshare exit customer claims; finalize and file claim objections; confer with D. Samole re: same. | 3.20 | 800.00 |
| November 18, 2019 | DAS | Review and provide updated edits to both sets of omnibus objections to duplicative customer claims (.3) | 0.30 | 150.00 |
| November 25, 2019 | DAS | Field call from Bluegreen customer about omnibus objection to claim and explain the omnibus objection and confirm duplicative customer proof of claim, and explain still have remaining claim and provide general case status and answer related questions (.3). | 0.30 | 150.00 |
| November 27, 2019 | DAS | Field call from customer who received objection to duplicate customer claim; walk them through the multiple claims they filed to confirm only had one timeshare resort interest and that they would have a remaining original claim they filed; answer related questions about potential amendment of remaining claim for additional maintenance fees charges (.3) | 0.30 | 150.00 |
| November 29, 2019 | DAS | Field call from timeshare customer | 0.30 | 150.00 |

| | | | | |
|---|---|---|---|---|
| | | couple as to omnibus objection to duplicative timeshare customer claims and explain they will retain original claim and also answer questions as to bankruptcy case process and related inquiries on their timeshare interest  (.3) | | |
| December 2, 2019 | YCC | Receive/review responses from claimants re: objection to their proofs of claim; confer with D. Samole re: same; telephone calls with creditors to explain claim objection process; transmit claims filed by creditors for their review; update claim objection chart. | 0.80 | 200.00 |
| December 2, 2019 | DAS | Review pair of written submitted responses from customers to omnibus objections to claims; reconcile positions and coordinate reply strategy and efforts for Ms. Yamile Castro to speak with these customers (.2) | 0.20 | 100.00 |
| December 3, 2019 | DAS | Follow up as to responses made to omnibus objections to duplicative customer claims and being working through with Ms. Yamile Castro and claimants to try and resolve without hearing (.2) | 0.20 | 100.00 |
| December 3, 2019 | YCC | Review incoming responses to claim objection; emails with D. Samole re: same; communicate with claimant Porath to discuss claim objection process and their response. | 0.50 | 125.00 |
| December 4, 2019 | YCC | Confer with D. Samole re: responses to Trustee's omnibus claim objections; prepare notice to withdraw response to claim objections; telephone calls to claimants and left voice mail messages; transmit withdrawal notice. | 0.80 | 200.00 |
| December 4, 2019 | DAS | Review correspondence from counsel for timeshare customers with duplicative claims disputing omnibus objection; per counsel's request, retrieve and analyze both proofs of claim, and send to counsel with cover email with | 0.40 | 200.00 |

| | | analysis addressing his inquiries (.4) | | |
|---|---|---|---|---|
| December 5, 2019 | YCC | Telephone call with claimant re: response to claim objection; emails re: same; prepare and transmit notice to withdraw response to claim objection; file notices of withdrawal of responses by creditors. | 0.70 | 175.00 |
| December 5, 2019 | DAS | Follow up call with Mr. Rountree as to his questions about omnibus objection to claim on his proofs of claim; go over the claims filed with him and again explain existence of remaining claim and answer his related case questions (.4); provide comments and approve motions to withdraw responses to omnibus objections to proofs of claim; also address another claimant's call explaining omnibus objection to claim and would retain original claim; also answer related bankruptcy case questions (.3) | 0.70 | 350.00 |
| December 6, 2019 | YCC | Confer with D. Samole re: response from creditor Lyons; review same; telephone call with claimant re: claims process. | 0.20 | 50.00 |
| December 9, 2019 | YCC | Review incoming claimant's response to claim objection; confer with D. Samole re: same. | 0.10 | 25.00 |
| December 10, 2019 | YCC | Review claimants' response agreeing to treatment of their claim; update objection chart; emails re: claimant's call re: claim objection; review claim and return call to claimant; deal with claimant's address change; telephone call with creditor Wagner re: his response to claim objection. | 0.70 | 175.00 |
| December 11, 2019 | YCC | Prepare and transmit notice of withdrawal of response to claim objection; | 0.20 | 50.00 |
| December 12, 2019 | YCC | Resend email to claimant Wagner; telephone call with Mr. Wagner re: notice of withdrawal; review notice of withdrawal for other claimant and | 0.30 | 75.00 |

| | | confer with D. Samole re: same. | | |
|---|---|---|---|---|
| December 12, 2019 | DAS | Review Cooke notice to withdraw duplicative claim (.1) | 0.10 | 50.00 |
| December 13, 2019 | YCC | Prepare orders sustaining first and second omnibus claim objection; prepare Exhibit A to both orders; confer with D. Samole (2x) re: same; revise proposed orders and exhibits thereto; prepare notice to withdraw claimants' response. | 2.60 | 650.00 |
| December 13, 2019 | DAS | Field call with customer with timeshare interest at Hyatt Resorts about omnibus objection to claim and re-explaining the objection and surviving claim to resolve issues, and also provide status of case and address related inquiries (.3); review and provide edits (2x) to pair of draft orders sustaining omnibus objections to duplicative timeshare customer claims to try and make even more clear claimants have surviving claim(s) and only duplicative claims being stricken and disallowed, and discuss with Ms. Yamile Castro (.5) | 0.80 | 400.00 |
| December 16, 2019 | YCC | Review response to claim objection; review notice to withdraw same. | 0.10 | 25.00 |
| December 16, 2019 | DAS | Receive and review batch of response letters to omnibus objections to claim; send emails and leave voice mails as to first batch to try and resolve issues raised in letters and discuss process for withdrawal of responses to clean up docket for entry of order providing for customers' surviving claim (.4); phone call with Ms. Schuller as claimant to discuss resolution to response to omnibus objection to claim and discuss withdrawal process once her initial letter docketed with the bankruptcy court, and provide general bankruptcy case update (.3); phone call with Mr. Dunn as claimant to discuss resolution to response to omnibus objection to claim and | 1.30 | 650.00 |

discuss withdrawal process once his initial letter docketed with the bankruptcy court, and provide general bankruptcy case update (.3); review docketed response by Mr. Ramanathan to omnibus objection to customer claims; leave detailed voicemail attempting to resolve matter; follow up phone call with Mr. Ramanathan and resolve response matter and provide case status; review proposed withdrawal notice (.3)

| Date | | Description | | |
|---|---|---|---|---|
| December 17, 2019 | YCC | Review another response to claim objection; review notice to withdraw same. | 0.10 | 25.00 |
| December 17, 2019 | DAS | Field call and follow up with additional customer claimant as to omnibus objection to duplicative customer claim and resolve same (.2); field call from customer claimant with claims processing questions about proof of claim to be submitted, and reconcile submissions to make sure not duplicate claim submission (.2) | 0.40 | 200.00 |
| December 19, 2019 | YCC | Review incoming response from claimant; review emails re: withdrawing same. | 0.10 | 25.00 |
| December 19, 2019 | DAS | Review Mr. and Mrs. Dunn's docketed response to omnibus objection; draft proposed notice of withdrawal and send to Mr. Dunn with cover email going over our call from a few days ago, confirming survival of 3 claims but just knocking out 4th duplicate claim and explain withdrawal paperwork and forthcoming order listing claim information in attached chart (.3) | 0.30 | 150.00 |
| December 20, 2019 | DAS | Field phone call from customer inquiring about omnibus objection to duplicate customer claims and explain objection chart and existence of surviving claim, and also explain claims process (.2) | 0.20 | 100.00 |

| December 23, 2019 | YCC | Revise proposed orders re omnibus claim objections. | 0.60 | 150.00 |
|---|---|---|---|---|
| December 23, 2019 | DAS | Review signed notice of withdrawal of response to omnibus objection to claim; follow up with Ms. Yamile Castro as to logistics and reconciliation that all responses have been withdrawn and going over additional withdrawal notices needing to be received and filed; review another filed withdrawal notice (.2) | 0.20 | 100.00 |
| December 27, 2019 | DAS | Follow up correspondence (3x) with Dunn family on duplicative claim and status of signatures for withdrawal notice on response; responding to follow up questions about their claims and relayed case matters (.2) | 0.20 | 100.00 |
| December 30, 2019 | YCC | Review emails with creditor Dunn re: trustee's omnibus objection to claims. | 0.10 | 25.00 |
| December 31, 2019 | DAS | More follow up to resolve duplicative timeshare claim (Dunn) and obtain signed copy of withdrawal notice from Dunn's (.1) | 0.10 | 50.00 |
| December 31, 2019 | YCC | Deal with claimant's supporting documentation to her claim. | 0.10 | 25.00 |

- - - - - - - - - - - - - - - - - - - - - - - -

Total for  CLAIMS ADMINISTRATION AND OBJECTIONS                80.00        29,880.00

FEE/EMPLOYMENT APPLICATIONS (PROFESSIONALS)

| April 25, 2019 | DAS | Confer with Trustee as to KTT retention as counsel and representation of comparable timeshare exit operator with pending litigation involving Wyndham creditor, and jointly determine a disclosure issue but not a conflict issue, but would also obtain more information as to other litigation and potential connections with the Debtors (.4); teleconference with counsel for comparable timeshare exit operator and confirm no actual conflict or any connections - only issue conflict at best and this other client would waive (.4); preliminary call with Wyndham's bankruptcy counsel discussing KTT retention and issue conflict matters; set up further call tomorrow with Wyndham's litigation counsel and bankruptcy counsel on the KTT retention issue (.3) | 1.10 | 550.00 |
| April 25, 2019 | MK | Attention to retention application and necessary disclosures; communications with Mr. Samole and Mr. Robinson regarding similar timeshare litigation; review complaint involving different client of KTT. | 2.10 | 787.50 |
| April 26, 2019 | MK | Communication with Mr. Samole regarding retention application and agreement to impose ethical wall; revise motion and affidavit; prepare proposed order. | 2.00 | 750.00 |
| April 26, 2019 | DAS | Prepare for call with Wyndham counsel and develop ethical wall and disclosures approach (.3); teleconference with Wyndham's counsel working through KTT retention issues and disclosures and discussing related background of industry players and case specific items -negotiate ethical wall and conferring on disclosures before (1.0); revise and supplement drafted KTT retention motion, order and my affidavit (.6); | 2.30 | 1,150.00 |

| | | | | |
|---|---|---|---|---|
| | | follow up with counsel as to KTT retention disclosures and confirming treatment/handling of ethical wall (.4) | | |
| April 29, 2019 | DAS | Review notices of hearing on retention application for KapilaMukamal and KTT; advise trustee likelihood got set for hearing as part of upcoming status conference to determine whether case stays in chapter 11 or is converted  (.1); | 0.10 | 50.00 |
| April 30, 2019 | CLC | Telephone conference with T. Russack (.2); finalize letter to T. Russack (.1) | 0.30 | 165.00 |
| May 1, 2019 | DAS | Receive and review first and final fee application of Debtors' counsel  -- note billings for time spent after Trustee appointment(.4) | 0.40 | 200.00 |
| May 15, 2019 | DAS | Attend and participate at hearings on retention applications of KTT, KapilaMukamal and Debtors' counsel (.8); review and finalize updated retention orders for KTT and KM that previously were ex parte orders and now were hearings held (.1) | 0.90 | 450.00 |
| May 15, 2019 | MK | Attention to orders authorizing retention of KTT and KM. | 1.00 | 375.00 |
| June 28, 2019 | YCC | Verify secured lienholders of FF&E; review and revise motion to retain auctioneer; emails re: same; assist with filing same; coordinate mailing of same; telephone call from Stretto re: same. | 0.80 | 200.00 |
| July 2, 2019 | YCC | Follow up on notice of hearing on retention of auctioneer and sale motion; coordinate service of same with claims noticing agent; prepare and file certificate of service re hearing notice. | 0.50 | 125.00 |
| July 16, 2019 | MK | Communication with Mr. Samole regarding revisions to order approving retention of auctioneer, etc.; amend order and forward to Mr. Samole and Ms. Cristobol. | 0.30 | 112.50 |
| July 16, 2019 | DAS | Attend hearings and present motion | 1.20 | 600.00 |

| | | to retain Moecker auctions (1.2) | | |
|---|---|---|---|---|
| August 1, 2019 | YCC | Emails re: fee compensation for claims agent; search for same. | 0.70 | 175.00 |
| August 2, 2019 | YCC | Deal with draft fee application example for Stretto. | 0.20 | 50.00 |
| August 8, 2019 | YCC | Revise draft Stretto fee application; email re: same with fee guidelines. | 0.60 | 150.00 |
| August 26, 2019 | YCC | Emails re: claims agent first interim fee application. | 0.20 | 50.00 |
| August 26, 2019 | DAS | Review draft fee application of Stretto; provide comments and ask Ms. Yamile Castro to coordinate final approval from trustee and then we would file on Stretto's behalf with trustee approval (.2) | 0.20 | 100.00 |
| September 6, 2019 | DAS | Confer (2x) with outside special insurance litigation counsel as to proposed retention terms and scope of services as to other potential matters; will follow up more next week to work with counsel to address these open issues (.2) | 0.20 | 100.00 |
| September 6, 2019 | YCC | Review Stretto's first interim fee application; prepare certificate of service; telephone call with D. Samole re: same; revise certificate of service. | 0.50 | 125.00 |
| September 9, 2019 | YCC | File and serve Stretto's first interim fee application (.3). | 0.30 | 75.00 |
| September 10, 2019 | YCC | Review and revise certificate of service on notice of hearing re Stretto's first interim fee application (.2); coordinate service of notice of hearing on all creditors (.2); confer with D. Samole re: same (.1); | 0.50 | 125.00 |
| September 10, 2019 | DAS | Review notice of hearing on Stretto fee app and coordinate extended service of hearing notice with fee amounts to entire creditor body including customers (.1) | 0.10 | 50.00 |
| September 24, 2019 | DAS | Draft retention motion for special insurance litigation counsel (1.0); send draft motion to proposed special counsel with notes itemizing open issues; review preliminary | 1.10 | 550.00 |

| | | comments on one of the open items (.1) | | |
|---|---|---|---|---|
| October 8, 2019 | YCC | Telephone call from D. Samole re: today's hearing; finalize Stretto's fee order and advise Stretto of fee award. | 0.20 | 50.00 |
| October 16, 2019 | DAS | Review and update draft retention application for BastAmron firm and review draft affidavit; request and obtain signed copy of affidavit; follow up with trustee to confirm sequencing retention application and filing of complaint, and likely setting for hearing and his unavailability (.4) | 0.40 | 200.00 |
| October 17, 2019 | DAS | Update, finalize and file retention application for special insurance litigation counsel; phone call with Bluegreen counsel as to its terms; send follow up email highlighting the capped fee structure (.2) | 0.20 | 100.00 |
| December 10, 2019 | YCC | Confer with D. Samole re: first interim fee applications; review emails re: same. | 0.10 | 25.00 |
| December 13, 2019 | YCC | Confer with D. Samole re: KTT's first interim fee application. | 0.10 | 25.00 |
| December 30, 2019 | YCC | Confer with D. Samole re: fee application; work on KTT's first interim fee application. | 1.40 | 350.00 |
| December 31, 2019 | DAS | Draft and send Ms. Yamile Castro detailed overview outline of 13 subcategories of KTT/Trustee tasks done during application period (.6) | 0.60 | 300.00 |
| December 31, 2019 | YCC | Continue working on KTT's first interim fee application. | 1.00 | 250.00 |

- - - - - - - - - - - - - - - - - - - - - - - - -

Total for   FEE/EMPLOYMENT APPLICATIONS (PROFESSIONALS)          21.60          8,365.00

# FEE/EMPLOYMENT OBJECTIONS

| Date | | Description | | |
|------|------|-------------|------|------|
| May 30, 2019 | DAS | Review Wyndham's objection and memorandum of law in opposition to Debtors' counsel's final fee application (.2) | 0.20 | 100.00 |
| June 4, 2019 | DAS | Call with Wyndham's counsel as to pending objection to Debtors' counsel fee app and tomorrow's hearing on same (.2); discuss with principals' counsel his view and position for tomorrow's fee app hearing and related issues to include in order (.1); discuss with trustee and outline the estate's position on debtors' counsel's final fee application (.1); review debtors' counsel's response pleading to Wyndham's objection fee application (.2). | 0.60 | 300.00 |
| June 5, 2019 | DAS | Attend hearings, negotiate with parties and present comments in response to final fee application of Debtors' counsel (1.0). | 1.00 | 500.00 |
| June 6, 2019 | DAS | Review proposed form of order approving interim fee distribution to Tate Russack with certain tailored provisions; review comments from Wyndham and consider changes to include in my initial redline (.2); incorporate comments from Wyndham into a redline version and note issue about inclusion of holdback language provisions; circulate redline to counsel group and note holdback issue; receive feedback from United States Trustee's Office agreeing with my recollection of the hearing (.3) | 0.50 | 250.00 |
| June 7, 2019 | DAS | Follow up emails exchanged with counsel as to disputed terms of draft fee app order of Tate Russack (.2) | 0.20 | 100.00 |
| June 10, 2019 | DAS | Review further redline comments as to Tate Russack order -- this time coming from Principals' counsel (.1) | 0.10 | 50.00 |
| | | | - - - - - - - - - - - - - - - - - - - - - - | |
| Total for  FEE/EMPLOYMENT OBJECTIONS | | | 2.60 | 1,300.00 |

LITIGATION

| Date | | Description | | |
|------|------|-------------|------|------|
| April 29, 2019 | DAS | Confer with Wyndham counsel and Trustee as to pending litigation matters and upcoming mediation and discuss parties' objectives and additional background and related matters (2.2); preliminary call with counsel for other developers as to pending subpoenas on the Debtor and discuss Trustee addressing same and needing more information, and set up follow up call for tomorrow (.4); advise Trustee of call with developers' counsel (.1); review correspondence as to District Court trial being re-set by new District Court Judge, and follow-up email from Wyndham's counsel advising they will be seeking continuance of mediation until June 2019 (.1) | 2.80 | 1,400.00 |
| April 30, 2019 | DAS | Participate in extensive teleconference with principals' counsel discussing upcoming mediation and pending district court litigation and related positions of parties and additional background (1.6); emails with counsel for Wyndham, principals, Totten law firm and mediator as to request for continuance of mediation and discussions as to other mediation dates and parties' particular strategies (.4); phone call with certain customers' counsel as to pending subpoena duces tecum requests on the debtors to be addressed by the Trustee; receive and preliminarily review template set of duces tecum requests (.4); review notice of withdrawal as debtors' litigation counsel in District Court by Berger Singerman (.1); review prior proposals discussed between debtors/principals and Wyndham and additional ideas being considered internally; follow up with counsel (.3) | 2.80 | 1,400.00 |
| May 1, 2019 | CLC | Exchange emails with counsel (.3); | 1.00 | 550.00 |

| | | | | |
|---|---|---|---|---|
| | | telephone conference with counsel for Defendants (.5); exchange emails (.2). | | |
| May 1, 2019 | DAS | Follow up with counsel and mediator as to upcoming mediation deadlines and other requirements and preliminarily review mediator's form memo (.2); follow up with counsel as to pre-mediation discussions and updated proposals being exchanged and discussed; follow up with principals' counsel as to their desire to discuss scope and framework of updated proposals with the Chapter 11 estate and bankruptcy implications; set up call for later (.2); continue to review and consider third party developer pending subpoenas duces tecum on Debtors/estates (.3); Teleconference with Counsel for Debtors' principals as to their ongoing discussions with Wyndham counsel and tweaks to proposals being discussed, as well as other litigation background matters (1.0); teleconference with counsel for developers on pending third party subpoenas and related pending litigation matters and additional background (1.0); receive mediation statement and enclosures (.5). | 3.20 | 1,600.00 |
| May 2, 2019 | DAS | Phone call with mediator about trustee position for mediation, litigation issues and trustee appearance by phone with KTT fully participating in person (.6); exchange emails with mediation parties, and obtain consent for trustee participation at mediation by phone (.3); in preparation for mediation and ongoing settlement talks, review spreadsheets prepared by trustee's office of all customers among all developers broken down into asset type units and other metrics (.4); review requests for Totten law firm representative to appear at mediation by phone and not | 3.40 | 1,700.00 |

| Date | | Description | Hours | Amount |
|------|--|-------------|-------|--------|
| | | consented by all parties and also for additional counsel for principals to participate at mediation which did achieve consensus consent (.2); review and revise draft District Court motion to seek partial relief of district court procedures order (.3); phone call with totten law firm about parties' litigation positions and setting up further pre-mediation meeting next week (.3); phone call with Wyndham's counsel discussing updates to potential settlement positions, brainstorming ideas and litigation issues (.5); follow up with trustee as to parties' litigation and mediation positions (.4); follow up with litigation counsel for other developers as to their general litigation position as to developing model for treatment of transferring back timeshare assets and otherwise addressing claims (.4) | | |
| May 2, 2019 | MK | Draft motion to allow trustee's telephonic appearance at mediation and order granting same; coordinate filing in district court case. | 1.20 | 450.00 |
| May 2, 2019 | CLC | Review emails re: mediation (.4); telephone conference with B. Spector re: same (.6); telephone conference with Shutts' lawyers (.8); telephone conference with C. Cartaya (.4). | 2.20 | 1,210.00 |
| May 3, 2019 | DAS | Receive and review additional litigation pleadings from parties as developers/exit company operators divergent positions (.4); review updated draft settlement proposal by principals as to addressing Wyndham and estates liability matters (.3); follow up with trustee discussing principals' pre-mediation proposal ideas and reconciling them with Wyndham's other ideas and positions as to how to address these issues among all developers (.3) | 1.00 | 500.00 |
| May 3, 2019 | MK | Attention to Broward County court | 0.10 | 37.50 |

183

| | | dockets relating to pending litigation against debtors. | | |
|---|---|---|---|---|
| May 3, 2019 | MK | Review and revise motion for leave to allow trustee to attend mediation by telephone; call court chambers to discuss filing; communication with Ms. Penalver regarding same. | 1.00 | 375.00 |
| May 3, 2019 | MK | Attention to numerous communications regarding motion to approve telephonic appearance, Broward litigation, and UCC filings. | 0.30 | 112.50 |
| May 5, 2019 | DAS | Multiple correspondence exchange with various mediation parties as to pending disputed legal issues and ongoing discussions (.5); prepare internal executive summary memo to Trustee and counsel on mediation matters (.3) | 0.80 | 400.00 |
| May 5, 2019 | CLC | Prepare for mediation (1.3). | 1.30 | 715.00 |
| May 6, 2019 | CLC | Prepare for mediation (.9); telephone conference with counsel for principals (1.0); telephone conference with  bar counsel regarding global plan (.2). | 2.10 | 1,155.00 |
| May 6, 2019 | DAS | Participate in pre-mediation planning call with Trustee as to updated position with respect to the various mediation parties (1.0) review motion for contempt and notice of hearing as to certain third party subpoena duces tecum matters and advise Trustee (.4); review order approving telephonic participation at mediation by trustee; send in trustee's mediation confidentiality agreement (.1); teleconference with counsel for principals as to mediation positions and issues with performing encumbered assets and other related litigation points to discuss and consider at mediation (1.0); review memo from Mr. Criste on the withdrawal responsibilities by Totten law firm on pending case matters as to customer clients and the Debtors; confer with Mr. Criste regarding same (.4); exchange correspondence and review | 3.60 | 1,800.00 |

| | | | | |
|---|---|---|---|---|
| | | pleadings by former employees in pending litigation with the Debtors; set up call for tomorrow (.4); more due diligence on interplay of Debtors, customers and Totten law firm contractual relationship and how litigation case files were handled by law firm and disclosures to the Debtors (.3) | | |
| May 7, 2019 | MK | Communication with Mr. Samole regarding proposed status report, Russack motion to withdraw, third party subpoenas, and issues relating to the Totten law firm; review emails from Mr. Samole and Ms. Lopez-Castro regarding same; review motion for contempt | 0.40 | 150.00 |
| May 7, 2019 | DAS | Review additional materials from counsel for former employees in litigation brought by debtors (.4); teleconference with counsel for former employees in litigation with debtors (.3); follow up with Totten law firm as to status of various pending litigation and arbitration matters (.4); teleconference with principals' counsel as to continuing settlement discussions with Wyndham's counsel and Trustee's position that any mediation resolution would need to be applicable to all developers, and also discuss other pending litigation with other developers (1.2); prepare for tomorrow's mediation (.8) | 3.10 | 1,550.00 |
| May 7, 2019 | CLC | Prepare for meeting with Totten firm and counsel (.5). Conference with Totten law firm and counsel (1.7); telephone conference with G. Salzman (.3); telephone conference with P. Levitt regarding several issues (.7). | 3.20 | 1,760.00 |
| May 8, 2019 | DAS | Participate in all day District Court mediation session with Wyndham, Totten law firm and principals (9.0); draft mediation report for trustee (.4) | 9.40 | 4,700.00 |
| May 8, 2019 | CLC | Attend mediation of District Court matter (10.5). | 10.50 | 5,775.00 |

| May 9, 2019 | DAS | Follow up call with counsel for mediation parties trying to make more negotiation progress on pending litigation matters (.8) | 0.80 | 400.00 |
| May 9, 2019 | CLC | Review issues with ARDA and consider response (.2); telephone conference with S. Zetrover regarding settlement (.5); consider issues with settlement (.2); review emails regarding same (.2). | 1.10 | 605.00 |
| May 10, 2019 | DAS | Draft outline of pending issues with third party subpoenas matters (.4) more follow up emails and calls with multiple mediation parties on ongoing negotiations and related litigation matters (.7); meet and confer teleconference with counsel handling third party subpoenas (.5); subsequently receive and review more batches of third party subpoenas from trustee's office and from debtors out of possession (.5); receive and review draft settlement proposal from Wyndham; provide executive summary and issue spots to trustee team (.7); confer with trustee on pending settlement proposal (.4); follow up emails on settlement proposal and more items to address (.2); additional emails with counsel on third part subpoenas matters (.2); additional emails with mediation parties on getting more information in order to consider portions of multi-pronged proposal (.2) | 3.80 | 1,900.00 |
| May 10, 2019 | CLC | Telephone conference with counsel re: subpoenas (.5). | 0.50 | 275.00 |
| May 11, 2019 | DAS | Confer with Ms. Lopez-Castro to prepare for call with principals' counsel and pending tripartite settlement issues (.2); participate in extensive teleconference with principals' counsel discussing pending disputed issues with settlement proposal and related issues (1.6); review redline version of settlement proposal and consider | 3.90 | 1,950.00 |

186

| | | | | |
|---|---|---|---|---|
| | | issues (.4); draft counter redline version of draft comprehensive settlement proposal and send to mediation parties with cover email (1.5); advise trustee of settlement discussions status and updates (.2) | | |
| May 11, 2019 | CLC | Review emails and prepare for telephone conference with parties re: settlement agreement (1.5). | 1.50 | 825.00 |
| May 12, 2019 | DAS | Review further redline comments on draft settlement proposal (.3); follow up email discussion with mediation parties of settlement and related litigation matters (.3) | 0.60 | 300.00 |
| May 13, 2019 | CLC | Review email re: filings due prior to hearing (.2); review and comment on order (.3); telephone conference with counsel re: status of settlement (.6). | 1.10 | 605.00 |
| May 13, 2019 | DAS | Work with Ms. Lopez-Castro on additional comments to drafted Wyndham-related settlement proposal (.4); prepare further redline version (.4); call with principals' counsel to preview our comments and condition that entire ceiling amount of potential performing mortgage refunds for Wyndham customers be funded as part of this narrow deal with Wyndham and likely same concept for Bluegreen customers (.7); review follow up correspondence and updated settlement proposal by principals' counsel and provide status report to Trustee (.3); receive another batch of third party subpoena matters and compare updated list to ensure captured all other subpoenas matters previously raised piecemeal in other subpoenas previously received from different office at same firm (.4); follow up emails with principals' counsel as to additional redline of proposal to be circulated and previewing issues raised there and providing my initial views (.3); review updated redline version of | 3.00 | 1,500.00 |

| | | | | |
|---|---|---|---|---|
| | | proposal prepared by Principals' counsel (.2); review and further redlined version of proposal prepared by Wyndham's counsel, which contains additional new issues (.3) | | |
| May 14, 2019 | DAS | Continue to address and brainstorm as to open items and disputed issues in latest redline version of settlement proposal with Wyndham and Principals from last night (.5); confer with trustee as to settlement progress and discuss putative claims against developers that would be released as well as transfer fees matters (.4); teleconference with principals' counsel as to settlement issues raised by trustee and other issues to work out between estates, principals and Wyndham (1.0); teleconference with counsel for Wyndham and Principals negotiating more issues with settlement proposal including injunctive relief, subordinated claims, document depository and transfer fees issues (1.5); provide additional redline portions of settlement proposal to principals' counsel as group scrivener (.4); review updated group version and provide tweaks (.2); follow up with trustee's office as to litigation subpoenas matters (.2); | 4.20 | 2,100.00 |
| May 14, 2019 | CLC | Telephone conference with counsel for principals (2x) re: term sheet (1.4); telephone conference with all counsel for parties re: same (1.5); review follow-up emails re: mediation order (.2). | 3.10 | 1,705.00 |
| May 15, 2019 | CLC | Coordinate response to subpoena with F. Kessler and J. Criste (.4); review follow-up (.3). | 0.70 | 385.00 |
| May 15, 2019 | DAS | Review latest District Court pleadings as between other developers and TPE to round out litigation status report for today's hearings (.4); attend and participate | 3.40 | 1,700.00 |

188

| | | | | |
|---|---|---|---|---|
| | | In bankruptcy court hearings addressing pending District Court litigation, settlement progress and continued hearings (.8); separate post-hearing discussions with counsel for Wyndham and then with counsel for principals continuing to discuss remaining settlement issues in dispute (.4); draft proposed order for further interim stay of District Court litigation and related litigation matters (.8); review edits to proposed order on litigation stay issues and incorporate them into draft order (.2); follow up discussion with Wyndham counsel as to additional open items with settlement proposal (.5); draft memo to trustee team on open issues with settlement proposal (.3). | | |
| May 16, 2019 | DAS | Follow up discussions with various counsel on more pending settlement issues including attorney client waiver for discovery access as part of pending settlement proposal, including learning of prior tripartite joint common defense agreement between TFDB, principals and debtors, and trying to work out solution including clawback agreement and limiting temporal scope of discovery (1.0); work on search terms for litigation discovery items and receive back report of documents included in universe of production items (.4); follow up with counsel on attorney client privilege and potentially limiting scope of prioritize documents (.4); call with TFDB counsel as to pending customer client settlement negotiation matter and address litigation inquiry (.3); additional correspondence exchange with principals' counsel as to stated interim stay order and their forthcoming filing in District Court action (.2). | 2.30 | 1,150.00 |
| May 16, 2019 | CLC | Go over latest issues with agreement (.4); review Totten firm | 1.70 | 935.00 |

| | | | | |
|---|---|---|---|---|
| | | termination and discuss same (.7); consider issues with attorney-client (.4); telephone conference with P. Levitt (.2). | | |
| May 17, 2019 | DAS | Follow up on search terms for pending litigation discovery matters and working with data aggregate personnel from trustee's office (.4); more work and due diligence on transfers fees and performing analysis of aggregate unencumbered and encumbered assets liabilities on an "all developer" wide basis (.7); review order granting further interim stay; review and provide comments to district court mediation notice filing (.1); perform due diligence and follow up with multiple counsel as to TFDB withdrawal issues and TFDB's haphazard referral of pending client litigation matters to various other counsel (.6); review Wyndham's redline draft settlement proposal memorandum and prepare redline version (1.0); preliminarily review Wyndham's proposed permanent injunction and proffered subjects documents (.5). | 3.30 | 1,650.00 |
| May 17, 2019 | CLC | Review emails re: redline of agreement (.3). | 0.30 | 165.00 |
| May 18, 2019 | DAS | Review correspondence from district court mediation about compliance with district court order requiring further mediation participation and conclusion by May 31 (.1) | 0.10 | 50.00 |
| May 19, 2019 | CLC | Review comments to Settlement Agreement (.5). | 0.50 | 275.00 |
| May 20, 2019 | DAS | Confer with Ms. Lopez-Castro over Wyndham's latest redline changes to settlement proposal memo (.3); review correspondence as to discovery/communication privilege waiver matters (.2); emails and teleconference with Wyndham's counsel on the pending attorney client privilege document production | 2.50 | 1,250.00 |

| | | | | |
|---|---|---|---|---|
| | | Issues relative to pending settlement proposal (.5); teleconference with counsel for principals as to comments and issues with pending settlement proposal, proposed injunction, proffered topics and attorney client privilege issues (1.5). | | |
| May 20, 2019 | CLC | Go over term sheet (.4); telephone conference with counsel re: same (.8); exchange emails re: documents produced (.2). | 1.40 | 770.00 |
| May 21, 2019 | DAS | Review Wyndham's district court motion to supplement discovery matters after production of documents from bankruptcy estates and also review enclosed exhibits (.4); perform updated redline of settlement proposal and send to principals' counsel to synthesize with their comments (.4); review defendants' combined redline of settlement proposal as well as proposed permanent injunction documents (.4); perform updated redline of aggregate defendants' comments to settlement proposal and injunction (.4); exchange of emails with counsel for Wyndham and principals as well as trustee's office as to litigation document search terms, issues with third party vendor, and pending disputed settlement issues under review by the parties (.6); teleconference with principals' counsel as to some of the pending settlement proposal issues and TFDB litigation issues raised by Wyndham (.8); review notices and pleadings filed in whistleblower litigation case and follow up correspondence with counsel (.2); review request for status from counsel who issued third party subpoenas and has pending motion for contempt (.1) | 3.30 | 1,650.00 |
| May 21, 2019 | CLC | Review emails re: term sheet (.6). | 0.60 | 330.00 |
| May 22, 2019 | DAS | Review memoranda exchange as to pending settlement issues as to | 3.30 | 1,650.00 |

| | | | | |
|---|---|---|---|---|
| | | | attorney client privilege review matters (.2); teleconference with Wyndham's counsel trying to brainstorm ways to streamline open settlement issues on discovery matters  (.5); follow up email with Ms. Lopez-Castro on additional thoughts and comments on the pending discovery issues with the settlement proposal (.2); review and consider follow up memo from Wyndham's counsel on discovery-related settlement issues (.2); follow up emails with settlement parties on pending disputed settlement issues and logistics (.2); follow up with Trustee's data personnel as to ongoing efforts to recreate the documents group using search terms and custodians provided (.2); review follow up correspondence from District Court mediator as to May 31 mediation deadline cutoff and proposed language for mediator's report (.1); participate in settlement teleconference with counsel for Wyndham and Principals (.8); follow up call with principals' counsel discussing other parts of settlement call I missed and also discussing transfers made and general financial situation of principals (.9) | | |
| May 22, 2019 | CLC | Telephone conference with P. Levitt re: attorney/client issue (.2). | 0.20 | 110.00 |
| May 23, 2019 | DAS | Follow up conference with counsel as to ongoing settlement/litigation matters, negotiations and developments (.6); issue follow up email to Lando developer as to ongoing subpoena document review (.1); follow up calls with counsel for various settlement parties as to pending discovery matters and issues (.5); review TFDB's termination notice of the joint defense/common interest agreement (.1); call with counsel about the common interest | 3.10 | 1,550.00 |

| | | agreement and send turnover request for a copy of the prior joint defense/common interest agreement (.2); review copy of joint defense/common interest agreement (.5); review further correspondence and enclosures providing additional parameters to (hopefully) streamline the trustee's discovery search/review parameters; follow up with the trustee's office about same (.3); review correspondence regarding TFDB impending withdrawals from representing from all customer client cases and matters; review ARMG/TFDB retainer agreement as to post-termination obligations by TFDB as to the underlying customer clients (.4); review principals' notice of termination of common interest/joint defense agreement (.1); review correspondence from counsel and enclosed memorandum opinion dismissing without prejudice Wyndham's comparable litigation against timeshare exit company and affiliates and agents (.3) | | |
|---|---|---|---|---|
| May 23, 2019 | CLC | Consider issues open for settlement (.4). | 0.40 | 220.00 |
| May 23, 2019 | JIC | Discussion with Mr. Samole concerning subpoena and pending motion to compel re: Whitten documents. Review Whitten subpoena. Calls and emails with Mr. Delatorre re: Whitten-specific communications and docs needed for immediate review. | 1.00 | 300.00 |
| May 24, 2019 | FSR | Format Whitten psts for Mr. Criste's review (.50) | 0.50 | 125.00 |
| May 24, 2019 | JIC | Document intake. Reviewing documents for response to subpoena. Discussions with Mr. Samole re: document organization and production. | 3.00 | 900.00 |
| May 24, 2019 | CLC | Participate in portion of call with F. Kessler; review emails re Trustee's position; consider best approach (.7) | 0.70 | 385.00 |

| May 24, 2019 | DAS | Review Wyndham's motion for summary judgment and TFDB's cross motion for summary judgment in pending District Court litigation (.6); review parties' cross statements of material fact and consider pendency of this action given the stay as it includes conspiracy claims and contributory assistance of alleged liability created by debtors (.4); phone call with Trustee to discuss ongoing status of the pending settlement negotiations on the pending litigation and third party subpoena matters (.6); draft memo to Ms. Lopez-Castro as to litigation, settlement and discovery issues discussed with Trustee and discuss next KTT steps (.4); confer (2x) with Mr. Criste as to issues and logistical matters during his document review responsive to subpoenas (.4); call with team and counsel on open settlement issues (.3); draft memo to putative settlement parties about disputed issues of document production and scope of settlement among developers (.3); teleconference with settlement parties' counsel discussing the open/disputed issues (.6); follow up with Ms. Lopez-Castro on the settlement/document production matters (.2); receive, review and consider Wyndham's latest redline version of settlement proposal (.3); circulate latest redline version of settlement proposal to Trustee with cover email going over disputed settlement issues and discussions with counsel (.3) | 4.40 | 2,200.00 |
| May 25, 2019 | DAS | Review correspondence from Wyndham's counsel as to latest dispute issue with settlement and likely impasse if unresolved (.1); review again and consider proposed document production/privilege procedures | 0.60 | 300.00 |

| | | provisions and language as to other developers and the Chapter 11 Plan matters in settlement proposal (.5) | | |
|---|---|---|---|---|
| May 28, 2019 | DAS | More correspondence exchange of pending document review responsive to pending subpoenas (.2); begin to mark up the updated redline settlement proposal (.3); follow up with Trustee's IT people as to status of document analysis to determine if have same universe of privileged documents previously asserted de-duped and excluding hash values provided (.1); meeting to discuss document review on subpoenaed documents; address follow up issues as to customer files (.4); address pending settlement document issues with Ms. Lopez-Castro (.2); draft further redline of the proposed settlement proposal term sheet (.4); review correspondence about further settlement issues/matters; consider same in light of upcoming call with counsel (.2); call with all counsel for settlement parties on pending disputed issues (.2); follow up call with principals' counsel on discussions with other developers and providing more information about financial contribution to estate, and other related putative settlement provisions (.8); follow up call with counsel on disputed settlement issues and document production matters (.2); provide comments to litigation/settlement memo to trustee (.2); review and prepare redline to proposal to other developers (.5) | 3.70 | 1,850.00 |
| May 28, 2019 | FSR | Coordinate conflict check for Relativity workspace set up; upload documents to same (.80) | 0.80 | 200.00 |
| May 28, 2019 | JIC | Document review and marking for redactions. Internal discussions regarding document hosting. | 2.00 | 600.00 |
| May 28, 2019 | CLC | Consider best approach to provide | 1.50 | 825.00 |

|  |  | documents to Greenspoon (.4); discuss settlement terms (.3); telephone conference with counsel (.2); draft recommendation to Barry Mukamal (.6). |  |  |
|---|---|---|---|---|
| May 29, 2019 | FSR | Email correspondence with Mr. Criste re: data processing (.20) | 0.20 | 50.00 |
| May 29, 2019 | CLC | Work on settlement including reviewing redlines; telephone conference with S. Zetrover (1.6). | 1.60 | 880.00 |
| May 29, 2019 | JIC | Document review and marking for redaction. Prepare letter in response to subpoena. | 6.00 | 1,800.00 |
| May 29, 2019 | DAS | Receive and review Wyndham's district court motion to re-open discovery and continue pretrial deadlines (.3); review magistrate's order on several pending discovery matters including attorney client matters and consider implications; review follow up emails from principals' counsel on magistrate's order (.3); more emails with Trustee's IT personnel on ongoing process to stratify/download documents and needing more time to advise on universe of applicable documents (.1); confer (2x) with Ms. Lopez-Castro as to District Court orders, implications on litigation/discovery privilege issues and other litigation/settlement matters (.4); follow up on ongoing work to review subpoenaed documents (.2); call with trustee to discuss pending settlement issues and matters and working to bring parties closer together (.3); teleconference with principals' counsel to discuss developers' letters, settlement matters and recent district court litigation proceedings (.8); send redlines of term sheet and other settlement-related matters to counsel with cover email (.2); confer with Mr. Criste as to review issues in addressing pending litigation/discovery subpoena (.4); | 3.40 | 1,700.00 |

| | | | | |
|---|---|---|---|---|
| | | review draft responses and cover letter to subpoena requests and address additional questions raised by Mr. Criste (.4) | | |
| May 30, 2019 | DAS | Follow up with settlement matters with counsel (.3); more work on redline of settlement proposal (.4); prepare redline of subpoena responses, objections and production and cover letter on contempt motion (.8); address remaining subpoena response matters and confirm privilege invocation and redaction protocol (.5); review case law confirming privilege logs not required for non-parties in state court subpoena matters and discuss with Mr. Criste (.2); review remainder of documents being produced (.5); exchange correspondence with counsel as to treatment of pending authorized timeshare transfer requests (.2); phone call with principals' counsel discussing issues with latest redline settlement proposal, pending District Court pleadings and other Bankruptcy litigation issues (.5); review exchange of correspondence (3x) with district court mediator and putative settlement parties as to mediation conclusion deadline and interim status report (.1); participate in settlement teleconference with counsel for Wyndham and Principals as to latest redline exchange (.9); follow up call with principals' counsel on remaining settlement issues (.2); review Wyndham's follow up updated redline version of settlement incorporating matters from today's teleconference (.2); review responsive comments from principals' counsel on latest redline version (.1) | 4.90 | 2,450.00 |
| May 30, 2019 | JIC | Document review and preparation in advance of production per subpoena. | 2.30 | 690.00 |

197

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| May 31, 2019 | CLC | Go over last deal terms with plaintiff (.3); telephone conference with counsel for principal (.5); telephone conference with O. de la Torre re: document search (.2); review recent pleadings filed (.3); review suggestion of bankruptcy (.1). | 1.40 | 770.00 |
| May 31, 2019 | DAS | More emails with settlement parties as to remaining disputed issues and language in heavily negotiated proposed term sheet (.2); confer with Ms. Lopez-Castro as to trustee settlement/discovery position (.2); teleconference with principals' counsel discussing each of our remaining issues on pending Wyndham settlement language matters and related litigation/discovery issues (.8); review more exchanges of redline settlement proposal memo and draft updated redline version (.4); more discussion/negotiations with counsel as to additional settlement term sheet language (.4); follow up and address protocol/parameters issues as to ongoing discovery review and preparation (.2); review correspondence advising of TFDB Chapter 7 filing and trustee appointment; review correspondence as to potential impact on pending litigation and ongoing settlement discussions of that litigation (.2) | 2.40 | 1,200.00 |
| June 1, 2019 | CLC | Review emails re: TFBD, automatic stay, and petition (.4); review documents produced (.1). | 0.50 | 275.00 |
| June 1, 2019 | DAS | Emails with counsel as to status of Wyndham deal pending TFDB chapter 7 filing; also follow up and review specifics document production review items (.3). | 0.30 | 150.00 |
| June 2, 2019 | DAS | Review latest filings and pleadings in pending district court case (.3); correspond with counsel as to updated status of Wyndham settlement -need to discuss with parties more tomorrow (.1). | 0.40 | 200.00 |

| | | | | |
|---|---|---|---|---|
| June 3, 2019 | DAS | Follow up with mediation parties as to status of putative settlement given TFDB's recent Chapter 7 filing; consider next steps (.3); phone call with principals' counsel as to pending litigation matters, estate's position and following up with Wyndham (.3); follow up as to scope of subpoenaed documents to be housed in relativity sub-server and discuss status of subpoena items (.2). | 0.80 | 400.00 |
| June 4, 2019 | DAS | Follow up with counsel for Wyndham on pause status of settlement discussions after TFDB's chapter 7 filings and tomorrow's hearings (.4); follow up call with Principals' counsel as to pending settlement discussions with Wyndham, their discussions with other developers, and next litigation settlement steps (1.0); follow up as to status of cases subject to pending subpoenas (.2). | 1.60 | 800.00 |
| June 5, 2019 | JIC | Review email from opposing counsel re concerns with Whitten-related discovery. Discuss same with Mr. Samole. Respond internally to OC's email. | 0.40 | 120.00 |
| June 5, 2019 | DAS | Attend hearings and present matters concerning ongoing District Court litigation and impact of recent TFDB bankruptcy filing, and discuss with litigation parties re-scheduling of next bankruptcy court hearings relative to anticipated timing of completing settlement negotiations (1.0); call with Principals' timeshare issues counsel as to pending settlement discussions, conversations with other developers as to taking back units, today's hearings, etc. (.4); review counsel's correspondence regarding pending subpoena matters and contempt hearing with request for more information; follow up with Mr. Criste as to addressing subpoena | 2.60 | 1,300.00 |

| | | | | |
|---|---|---|---|---|
| | | requests; review follow up correspondence as to scope of litigation discovery documents obtained from CRM in response to subpoena (.4); draft proposed order continuing interim stay of Wyndham/Bluegreen District Court actions and resetting pending bankruptcy court hearings on stay relief and co-debtor stay motions (.6); circulate proposed order on interim litigation stay and continued hearings to counsel; review set of comments and incorporate into order; awaiting final word from counsel on redline to upload tomorrow (.2). | | |
| June 6, 2019 | JIC | Discuss discovery and Whitten docs with Mr. Samole. Call with Mr. Kessler re same. Draft responses to OC's email re allegedly deficient production. | 1.00 | 300.00 |
| June 6, 2019 | DAS | Review multiple sets of comments from Wyndham and Principals' counsel on order staying District Court litigation; incorporate sets of comments and do same again for additional round of comments (.4); follow up with counsel as to status of discussions with developer and principals and discuss next steps (.3); review Mr. Criste's memo as to additional requests made by counsel with respect to subpoenaed information and documents (.2); provide comments and discuss follow up strategy and analysis of documents searched and reviewed, and follow up with Debtors/Trustee's office as to more scope of documents that could be responsive to supplemental subpoena requests (.4); review Ms. Lopez-Castro's responsive memo to counsel as to subpoenaed documents and upcoming motion for contempt hearings (.1) | 1.40 | 700.00 |
| June 7, 2019 | DAS | Follow up on disputed subpoena issues and broadening scope of | 1.60 | 800.00 |

| | | | | |
|---|---|---|---|---|
| | | requests (.2); review Whitten case docket and confirm contempt motion not withdrawn, identity of presiding judge, TFDB pending motion to withdraw as counsel and pending deposition settings; advise KTT team (.2); follow up with counsel as to several updated discussions with developers; discuss document protocol as to deedbacks and making consistent with pending discussions with other developers (.5); follow up as to pending status of Wyndham settlement considerations (.1); review notices of appearance in TFDB bankruptcy along with customer proofs of claim filed in TFDB bankruptcy; consider likely litigation on interplay between ARMG and TFDB bankruptcy estates (.4); more emails with counsel discussing other developers dealings with ARMG customers and interplay with pending litigation (.2). | | |
| June 7, 2019 | CLC | Draft email re: hearing (.2). | 0.20 | 110.00 |
| June 10, 2019 | DAS | Review litigation pleadings between customers and developers as to upcoming hearings and consider bankruptcy case implications (.3); review court-entered order extending litigation stay and follow up with counsels (.1); review notice of cancellation of hearing on subpoena contempt issues; follow up with Mr. Criste on next steps and status of subpoena materials review (.1): review more customer claims filed in the TFDB bankruptcy; confer with trustee as to pending District Court case and interplay of claims filed in TFDB case with ARMG case (.4); call with principals' counsel to discuss District Court case matters, ongoing discussions with developers, thoughts on developing a homogenized survey or spreadsheet to obtain developer-customer information on | 2.10 | 1,050.00 |

| | | | | |
|---|---|---|---|---|
| | | pending litigation matters and also down the road for putative plan treatment, etc. (.8); call and emails with TrustPoint representative as to status and issues with obtaining access to 11,000 "earmarked" documents (.4) | | |
| June 10, 2019 | CLC | Telephone conference with S. Zertover re: status (.5). | 0.50 | 275.00 |
| June 11, 2019 | DAS | Review correspondence about status of discussions with additional developers as to resolving litigation and pending claims of both unencumbered and encumbered timeshare units; reconcile developers figures with trustee's working notes (.3); review additional subpoena as to USCA and Westgate's over 500 customers; consider legal and practical issues with subpoena response and production; send to Mr. Criste as part of his ongoing work on subpoenas responses and production and set up meeting (.4); follow up with Mr. Criste as to potential search terms, scope of production, issue spots and strategy to adequately respond to USCA-related subpoena and to work with Westgate developer to do so as efficiently as possible for the estates (.3); perform more due diligence as to the prepetition lead generation relationship between Debtors and 1 Planet Media and the use of USCA by 1 Planet Media, and customer intake process by Debtors as part of lead generation business (.3) | 1.30 | 650.00 |
| June 11, 2019 | JIC | Meet with Ms. Lopez Castro and Mr. Samole re discovery and insurance. Email to GM attorney (Eliot New) re USCA subpoena. Email to counsel for ARM principals re insurance. | 0.50 | 150.00 |
| June 11, 2019 | CLC | Review issues with subpoena (.2). | 0.20 | 110.00 |
| June 12, 2019 | JIC | Call with Eliot New (counsel for Westgate) regarding subpoena. | 0.40 | 120.00 |

| June 12, 2019 | DAS | Receive more correspondence as to subpoenaed documents matters; consider strategy and rolling production protocol suggested by Mr. Criste; reconcile recent emails on the various subpoena matters sent by separate counsel from the same firms (.2); more follow up with counsel as to pendency of Trustpoint documents matters (.2); review follow up correspondence memo from Westgate counsel as to additional background and documents needed as to USCA-related documents and Westgate/ARMG customers (.2); meeting with Mr. Criste to confer as to next steps to address Westgate's USCA-related subpoena matters and to follow up with Trustee's office and/or Debtors out of possession, and also discuss potential rolling production protocol broken down by customer referenced in other subpoenas (.4); review Mr. Criste's follow up memo on subpoena task list items and related matters (.2) | 1.20 | 600.00 |
| June 13, 2019 | DAS | Follow up correspondence with counsel as to status of pending litigation/settlement negotiations and discussions (.2); follow up with counsel as to pending negotiations and positive discussions with other developers (Hyatt, Vistana, Fantasea, etc) and determine amounts of units and customers at stake in this sub-grouping (.5); follow up as to pending third party litigation claims and subpoena matters with Mr. Criste (.4) | 1.10 | 550.00 |
| June 13, 2019 | JIC | Discussion with Mr. Samole re document review. Emails to counsel for principals re same. | 0.30 | 90.00 |
| June 14, 2019 | JIC | Call with Mr. Kessler to discuss USCA docs. Call with Mr. Pulsifer re questions related to subpoena in case against USCA. Call with Jeff Backman re individual customer subpoenas. Strategy re doc review | 2.00 | 600.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | and responding to subpoenas. Discuss same with Mr. Samole. |  |  |
| June 14, 2019 | DAS | Confer with Mr. Criste as to ongoing diligence and conversations with Debtors and counsel to areas of inquiry in third party subpoenas as to USCA and lead generation matters, and also discuss potential confidentiality agreement and next steps and follow up questions to run down responses (.5); review Westgate's next list of time sensitive customer matters and upcoming proceedings (.1); review response to follow up issues raised as to USCA-related subpoena matters (.1); phone calls and emails with Wyndham counsel and Principals' counsel as to ongoing consideration and likely changes to scope of potential litigation deal (.3) | 1.00 | 500.00 |
| June 15, 2019 | DAS | Review pending litigation pleadings and other materials addressing claims by and against Resort Developers (.4) | 0.40 | 200.00 |
| June 16, 2019 | JIC | Review Murphy-related documents for response to subpoena. | 5.50 | 1,650.00 |
| June 16, 2019 | FSR | Format and prepare for production Murphy documents responsive to subpoena | 2.10 | 525.00 |
| June 17, 2019 | JIC | Continued review of Murphy-related documents for response to subpoena. Discussion with Mr. Samole re same. | 2.70 | 810.00 |
| June 17, 2019 | FSR | Apply redaction and prepare for production Murphy documents responsive to subpoena; format and prepare for production Franco documents responsive to subpoena | 2.50 | 625.00 |
| June 17, 2019 | DAS | Confer with litigation parties as to ongoing settlement consideration by Wyndham and next steps (.1); address document production review issues for subpoenas including addressing accountant privilege and proprietary information disclosed in protected way to | 0.60 | 300.00 |

| | | | | |
|---|---|---|---|---|
| | | investment banking firm (.3); confer with counsel as to ongoing litigation/negotiations issues (.2) | | |
| June 18, 2019 | DAS | Follow up with Trust Point as to litigation documents in their possession and negotiating release and future delivery of pending documents (.1); email with Wyndham counsel as to pending litigation settlement consideration and set up call for this afternoon (.1); call with principals' counsel as to pending litigation matters, discussions with other developers and law firms (.3); confer with Mr. Criste as to pending subpoena documents review efforts and discuss potential ways to streamline efforts and costs to estates while also enabling a quicker turnaround time to subpoena issuers and get them more streamlined, relevant information being requested (.3); call with Wyndham's bankruptcy counsel to discuss new settlement parameters Wyndham wants to introduce into the potential deal and discuss issue spots (.4); follow up as to litigation documents/IT matters (.2); review follow up correspondence going over updated agreed parameters for production of subpoenaed matters (.1) | 1.50 | 750.00 |
| June 18, 2019 | JIC | Continued document review for response to customer-specific subpoenas (Franco). Call with OC (Backman) re immediate need for documents. Revise data set of responsive documents. | 3.00 | 900.00 |
| June 18, 2019 | CLC | Go over issues with principals and offer provided by them (.8); telephone conference with P. Levitt (.5). | 1.30 | 715.00 |
| June 19, 2019 | DAS | Phone call with Wyndham's counsel discussing alternatives and issues with potential tripartite settlement (.6); address pending subpoena response issues dealing with potential attorney client information | 1.90 | 950.00 |

| | | | | |
|---|---|---|---|---|
| | | and review related materials and confer with Mr. Criste regarding same (.4); call with principal's counsel to discuss status of certain pending litigation matters and advise as to status of pending discussions with Wyndham's counsel (.6); follow up with Trustpoint on pending document production issues and set up call for Friday (.2); receive notice of District Court litigation case status conference (.1) | | |
| June 19, 2019 | JIC | Review modified set of Franco documents in response to subpoena on ARMG. Discussions with Mr. Samole and Ms. Lopez Castro re same. Call with Mr. Samole and counsel for ARMG principals. Finalize Franco docs for production. | 2.00 | 600.00 |
| June 19, 2019 | FSR | Format and prepare for production Franco documents responsive to subpoena | 0.70 | 175.00 |
| June 19, 2019 | CLC | Consider issues with Wyndham (.4); telephone call with principals' counsel (1.0). | 1.40 | 770.00 |
| June 20, 2019 | DAS | Preliminary research on permissible scope of third party releases in bankruptcy cases in our District including as to pending litigation in applicable non-bankruptcy fora (.6); participate in litigation settlement call with Wyndham's counsel (.4); follow up with counsel on litigation subpoena matters and supplemental requests (.4); follow up with Mr. Criste as to supplemental subpoena requests (.3); review exchange of emails between counsel for Wyndham and Principals on pending litigation settlement matters (.2); review redline version of tripartite settlement proposal from Wyndham's counsel (.2); confer with Ms. Lopez-Castro and prepare counter-redline of potential | 4.40 | 2,200.00 |

Wyndham-related settlement agreement and send with cover email (.4); review follow up negotiations/proposal from Wyndham's counsel on settlement terms; discuss with Ms. Lopez-Castro (.4); follow up with counsel on potential customer non-bankruptcy litigation issue (.2); continue to work with Mr. Criste to address additional subpoena production and related issues (.3); draft settlement negotiations memo and report to Trustee (.6); teleconference with pair of principals' counsel as to pending settlement discussions and proposals from Wyndham under review by trustee and discuss related litigation case issues (.4).

| Date | | | | | |
|------|------|------|------|------|------|
| June 20, 2019 | JIC | Review and produce ARMG documents responsive to Mejia-specific subpoena. Discussion with Ms. Lopez Castro re same. | 1.00 | 300.00 |
| June 20, 2019 | CLC | Exchange emails re: status conference (.2); telephone conference with Wynham's counsel (.4); coordinate document review (.3); confirm production protocol and telephone conference with D. Ray (.6). | 1.50 | 825.00 |
| June 21, 2019 | DAS | Continue to consider ways to address new deal points and material issues raised by Wyndham counsel with potential litigation settlement (.4); draft memo to Ms. Lopez-Castro as to my proposed deal counterpoints and go over same to present to trustee during later teleconference (.4); follow up emails with counsel for Wyndham and Principals as to pending settlement litigation issues as well as Monday's District Court status conference and Tuesday's bankruptcy court hearings (.2); field call as to several customers' pending litigation cases and advise trustee does not represent | 4.60 | 2,300.00 |

individual customers but is trying to address all customers claims and perhaps these "litigation customers" as a creditor class or sub-class (.4); teleconference with Trustpoint professionals as to litigation documents and discovery issues (.4); follow up emails with Trustpoint as to alternative proposal to streamline access to litigation documents (.1); more follow up emails with Wyndham and Principals' counsel on settlement negotiations status and next steps and discuss next week's hearings (.2); confer with Ms. Lopez-Castro as to potential edits and issues with redline settlement proposals (.2); teleconference with trustee to discuss litigation settlement counterproposal issues and related matters (.7); follow up teleconference with Wyndham's counsel presenting trustee's counterproposal and brainstorming ways to address remaining issues (.5); call with principals' counsel on negotiations status (.2); review batch of subpoena production materials and send to counsel (.3); call with Wyndham's counsel to discuss his client's newest updated settlement counterproposal (.4); draft memo about counterproposal to trustee and Ms. Lopez-Castro (.2).

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| June 21, 2019 | JIC | Review documents responsive to Lucas-specific subpoena. | 0.50 | 150.00 |
| June 21, 2019 | CLC | Review back and forth as to settlement (.4); consider counter (.3); telephone conference with D. Samole and B. Mukamal (.4). | 1.10 | 605.00 |
| June 23, 2019 | DAS | Teleconference with Trustee and Ms. Lopez-Castro discussing latest settlement counterproposal and related litigation settlement matters (.7); draft litigation settlement memo to counsel for Wyndham and Principals (.6). | 1.30 | 650.00 |

| June 23, 2019 | CLC | Prepare for and attend telephone conference with Trustee and D. Samole (1.2). | 1.20 | 660.00 |
|---|---|---|---|---|
| June 24, 2019 | CLC | Participate in portion of call with counsel (.4); review C. Cantaya email re: documents produced (.2); telephone conference with C. Cantaya re: same (.2); attend hearing on status conference (3.0). | 3.80 | 2,090.00 |
| June 24, 2019 | DAS | Follow up emails and call with counsel for Wyndham and Principals to discuss updated status of litigation settlement concepts and pending matters, as well as today's District Court hearings (.3); follow up call with Principals' counsel to discuss deal terms and District Court litigation matters (.2); draft proposed further Bankruptcy Court order imposing interim stay in the District Court litigation (.3); review proposed further redline of litigation settlement agreement and note issue spots and blanks to consider and negotiate (.5); confer with Ms. Lopez- Castro as to litigation stay entered by District Court and consider impact on and interplay with bankruptcy court litigation (.2) | 1.50 | 750.00 |
| June 24, 2019 | JIC | Emails re discovery. Discussion with Ms. Lopez-Castro re subpoena response documents. | 0.30 | 90.00 |
| June 25, 2019 | CLC | Telephone conference with S. Zertrouer re: documents produced (.2); review multiple emails re: same (.3); review and respond to C. Cartaya (.3); go over status of negotiations (.4). | 1.20 | 660.00 |
| June 25, 2019 | DAS | Review follow up email from counsel on pending USCA-related subpoena and receive threatened motion to compel (.1); attend and participate at bankruptcy court hearings discussing litigation settlement status and District Court hearings, and obtain continuance of interim stay of District Court litigation (1.0); revise and supplement order addressing | 3.80 | 1,900.00 |

further interim order imposing litigation stay as to District Court matters and send to counsel (.3); prepare redline agreement of Wyndham's updated version of litigation settlement proposal (1.0); confer with Ms. Lopez-Castro as to additional items to address in redline of proposal/term sheet (.3); prepare more revisions and supplements to term sheet proposal and send to counsel with cover email (.4); follow up correspondence with counsel for Wyndham and Principals regarding status of redlines of agreement and advised that Principals will circulate consolidated comments tomorrow (.1); follow up call with Trustpoint as to proposals and options to host document depository, export other files and other document production issues relative to certain pending litigation document production disputes and more (.4); review TrustPoint's updated document hosting and exportation and related services for litigation document support, and consider how this would be structured since this would involve certain of the financial and operational terms being discussed for discovery between Wyndham and Estates in the current draft versions of settlement proposals exchanged between the parties (.2).

| | | | | |
|---|---|---|---|---|
| June 25, 2019 | JIC | Discussion with Ms. Lopez-Castro re documents reviewed and produced. Call with counsel for principals of ARMG to discuss same. | 0.70 | 210.00 |
| June 25, 2019 | FSR | Telephone conference with Trust Point and Mr. Samole re: ARMG Bankruptcy Case - Data; follow up email with Ms. Meunier discussing same | 0.70 | 175.00 |
| June 26, 2019 | DAS | Call with Wyndham's counsel on the pending litigation settlement matters as they raised two new | 1.10 | 550.00 |

| | | | | |
|---|---|---|---|---|
| | | issues (.3); call with principals' counsel previewing some of their issues spots and concerns with the proposed Wyndham deal and Wyndham's redline (.5); receive and review Principals' redlined agreement with more of their questions and issues spots (.3). | | |
| June 26, 2019 | CLC | Telephone conference with S. Zertrouer (.2); telephone conference with D. Samole re: term sheet (.2); review emails re: same (.4). | 0.80 | 440.00 |
| June 27, 2019 | DAS | Follow up with John Criste as to pending subpoena matters relating to USCA (.1); draft memo to Ms. Lopez-Castro discussing latest negotiations of Wyndham/Principals potential deal with estates (.3); follow up call with Ms. Lopez-Castro discussing Wyndham's latest issues and both figuring our how we reconcile estates' position and Wyndham's recent proposal (.3); draft correspondence to Wyndham and Principals proposing compromise as to latest settlement negotiation issue (.1); follow up calls (2x) with principals' counsel on settlement negotiation issues and related matters (.6); review principals' latest redline of settlement proposal/term sheet (.3). | 1.70 | 850.00 |
| June 27, 2019 | CLC | Telephone conference with D. Samole re: latest counter and response (.4). | 0.40 | 220.00 |
| June 28, 2019 | CLC | Go over last issues (.4). | 0.40 | 220.00 |
| June 28, 2019 | DAS | Teleconference with counsel for Wyndham and Principals on disputed provisions of settlement agreement as to injunctive relief and injunction bond/escrow provisions and brainstorm potential solutions (.6) | 0.60 | 300.00 |
| June 30, 2019 | DAS | Review responsive memo on subpoena as to ARMG/USCA and provide comments (.2) | 0.20 | 100.00 |

| July 2, 2019 | DAS | Field call from Wyndham/Bluegreen counsel as to working on further updates to exchanges redlines of potential settlement proposal and Bluegreen needing more time as it brings in separate bankruptcy counsel (.4); follow up call with principals' counsel to discuss status of litigation settlement matters and extension request (.4); draft proposed agreed motion and order to extend litigation stay (.4); send to proposed draft pleadings to counsel with cover email as to litigation stay (.2) | 1.40 | 700.00 |
| July 3, 2019 | DAS | Exchange more emails with counsel for Wyndham and principals discussing delays and suspension of settlement talks for other counsel to get back in town (.2); emails and call with principals' counsel as to litigation strategy matters and issues (.4); review pair of further redline comments as to proposed motion and order rescheduling stay relief/co-debtor stay matters; continue working on the pleadings (.4) | 1.00 | 500.00 |
| July 8, 2019 | JIC | Discuss pending discovery issues with Mr. Samole. | 0.40 | 120.00 |
| July 8, 2019 | DAS | Follow up with Mr. Criste on pending subpoena issues and scope of ARMG-1PM documents (.2); multiple email exchange with counsel for former employees subject to pending action by debtors and now estates; review last pleadings of this stayed action; discuss today's expiration of stay and potential further stay period and negotiation same and now pending his client's approval (.4). | 0.60 | 300.00 |
| July 9, 2019 | DAS | Review order extending interim order imposing litigation stay; advise counsel (.1); confer with trustee as to status of Wyndham | 0.40 | 200.00 |

212

| | | | | |
|---|---|---|---|---|
| | | and Bluegreen putative deal being discuss and now delayed; also discuss other pending discussions with other developers' litigation counsel lagging behind as developers seemingly want to see Wyndham deal as form of template (.3). | | |
| July 11, 2019 | JIC | Emails re discovery. | 0.20 | 60.00 |
| July 16, 2019 | DAS | Outline draft complaint against Principals to be shared in mediation session (.6); draft portions of complaint as to nature of action, parties, jurisdiction, venue, and various general allegations as to the debtors' multiple components of their prepetition business (1.8); ; review Westgate's motion to compel document production from estates relating to USCA and related exhibits (.4); clip notable section from Westgate's motion to compel and send to Mr. Criste with strategy thoughts to streamline production matters (.1) | 2.90 | 1,450.00 |
| July 17, 2019 | DAS | Confer with Mr. Criste as to pending motion to compel filed by Westgate and go over with him how to streamline and best deal with response scope and production matters; review list sent by trustee's office of Westgate customers referred to 1 Planet Media by Debtors (.3) | 0.30 | 150.00 |
| July 17, 2019 | DAS | Continue to work on comprehensive draft complaint against principals and their affiliates to share at mediation (2.3). | 2.30 | 1,150.00 |
| July 17, 2019 | CLC | Review status of litigation (.2). | 0.20 | 110.00 |
| July 18, 2019 | DAS | More work on comprehensive draft complaint against principals and their affiliates receiving transfers from estates (.6) | 0.60 | 300.00 |
| July 19, 2019 | DAS | Continue working on sections of draft complaint against principals and revising earlier sections (1.4); follow up emails with counsel addressing Westgate subpoena | 1.60 | 800.00 |

| | | matters and follow up with Mr. Criste (.2). | | |
|---|---|---|---|---|
| July 20, 2019 | DAS | Work on avoidable transfers and UCC obligations sections of draft complaint against principals (1.0). | 1.00 | 500.00 |
| July 22, 2019 | MK | Communication with Mr. Samole regarding complaint against principals. | 0.10 | 37.50 |
| July 22, 2019 | DAS | Review memo and spreadsheets on insiders' secured claims and will need to update and supplement corresponding sections of draft complaint (.4); revise and supplement sections of general allegations to complaint against principals as to equitable lien, pursuit of exempt or creditor-protected assets and re-framing nature of action section (1.5); draft memo to Ms. Kubs to outline potential causes of action and to review existing 17 pages of general allegations for her to then also prepare formal counts in the complaint (.5). | 2.40 | 1,200.00 |
| July 23, 2019 | DAS | Review court-entered order in state court declaratory relief action against former employees for entry of second stay order through September 30, 2019 (.1). | 0.10 | 50.00 |
| July 24, 2019 | MK | Draft complaint against principals. | 4.80 | 1,800.00 |
| July 24, 2019 | DAS | Follow up with Mr. Criste and trustee's office on updated items for response and production to pending subpoena and motion to compel (.2). | 0.20 | 100.00 |
| July 24, 2019 | JIC | Review Westgate owner lists from Mr. Kessler. Internal emails and discussion re same. | 0.50 | 150.00 |
| July 25, 2019 | MK | Attention to complaint against principals; review communication from Mr. Samole regarding mediation statement. | 5.60 | 2,100.00 |
| July 25, 2019 | JIC | Call with Eliot New to discuss status of Westgate subpoena. Emails to Mr. Kessler re: same. Discussion | 0.50 | 150.00 |

| | | | | |
|---|---|---|---|---|
| | | with Mr. Samole re: Westgate subpoena and Rule 2004 exam in TFDB bankruptcy. | | |
| July 25, 2019 | DAS | Follow up as to document production matters in pending litigation matters with third party (.1); confer with Mr. Criste on updated, ongoing efforts to respond and produce documents per subpoena request (.2); teleconference with Wyndham's counsel on updated status of developers' consideration of potential settlement terms under review and also discussing related litigation and other case matters (.5); review Wyndham's document production requests and deposition notices as to TFDB and also as to Franqui Totten law firm and ask Mr. Criste to review as to pending document production matters affecting or interplay with our estates (.3). | 1.10 | 550.00 |
| July 29, 2019 | MK | Conduct legal research for purposes of drafting complaint against principals. | 1.50 | 562.50 |
| July 29, 2019 | DAS | Review follow up correspondence exchange as to supplemental efforts to extract information responsive to pending subpoena matters - concur with stated plan (.1) | 0.10 | 50.00 |
| July 30, 2019 | CLC | Review status report and approve same with comments (.2). | 0.20 | 110.00 |
| July 30, 2019 | DAS | Review proposed status report for Wyndham District Court action; review other counsels' edits and draft trustee's redline and review finalized version (.2); follow up emails with trustee's office and date retrieval personnel as to subpoena response matters (.2); assist with legal issues being research and analyzed for updated draft complaint against principals (.4); phone conference with Bluegreen's bankruptcy counsel on pending | 1.30 | 650.00 |

| | | | | |
|---|---|---|---|---|
| | | settlement proposal under review and issues to discuss, as well as upcoming hearings (.4); brief follow up call with Wyndham's counsel to discuss upcoming bankruptcy hearings on litigation stay matters and related case matters (.1) | | |
| July 31, 2019 | MK | Draft, review and revise complaint; forward to Mr. Samole for review. | 2.40 | 900.00 |
| July 31, 2019 | CLC | Review recent ruling in timeshare litigation (.1); exchange emails with M. Budwick (.2). | 0.30 | 165.00 |
| July 31, 2019 | JIC | Review emails re discovery responsive to Westgate subpoena. Internal emails re same. | 0.40 | 120.00 |
| July 31, 2019 | DAS | Review new published District Court ruling on legal issues pending on Lanham Act and FDUTPA between resort developers and similarly situated timeshare exit company and law firm, and note decisions now on both sides when dealing with motions to dismiss (.4); Consider new issues with potential tripartite settlement and dealing with resort developers and customers who filed claims as part of potential more global resolution (.3); review Wyndham proof of claim filed in TFDB estate in more detail as comparable proof of claim likely to be filed in ARMG estate, but also with respect to framing pending litigation claims in District Court Actions, etc. that are subject to pending settlement discussions (.3); review updated draft of complaint against principals and affiliates with counts filled in and other allegations streamlined (.4); provide comments to Ms. Kubs (.2); follow up more on subpoenas response due diligence (.1) | 1.70 | 850.00 |
| August 1, 2019 | DAS | Draft proposed motion and order to reschedule hearings on interim litigation stay matters (.4); follow up with counsel as to pending, currently stayed state court matters | 0.70 | 350.00 |

| | | | | |
|---|---|---|---|---|
| | | involving ARMG's declaratory judgment action against former employees (.2); follow up with emails with trustee personnel as to ongoing work being done with respect to subpoena response matters (.1) | | |
| August 2, 2019 | DAS | Exchange emails with Wyndham's counsel about upcoming hearings and ongoing status of settlement discussions with Wyndham, Bluegreen, trustee and principals; follow up emails and call with Principals' counsel about resetting upcoming bankruptcy court hearings based on status of discussions and discuss related litigation issues; follow up call with Bluegreen counsel about litigation case matters (.4); send updated draft agreed motion and order seeking to reset August 14 hearings to all counsel with cover email (.1) | 0.50 | 250.00 |
| August 5, 2019 | DAS | Emails with counsel as to draft pleadings affecting District Court action stays (.1); follow up with data retrieval personnel on pending litigation subpoena matters (.1) | 0.20 | 100.00 |
| August 5, 2019 | CLC | Review and revise mediation statement and prepare for mediation (1.8); exchange emails re: K-1 (.2); telephone conference with M. Parisi (.2). | 2.20 | 1,210.00 |
| August 6, 2019 | CLC | Telephone conference with Trustee and M. Parisi re: additional information needed (.5); leave message and telephone conference with S. Zetrover (.2). | 0.70 | 385.00 |
| August 7, 2019 | DAS | Review order resetting hearings and imposing further litigation stay in District Court Actions; review re-notice of same hearings (.1) | 0.10 | 50.00 |
| August 8, 2019 | CLC | Exchange emails re: mediation (.2); review new charts with transfers and discuss with M. Parisi (.8); draft email requesting information of principals (.4); review and revise | 2.70 | 1,485.00 |

217

| | | | | |
|---|---|---|---|---|
| | | same (.2); finalize mediation statement (.5); telephone conference with counsel for principals (.2); review charts and follow up email with counsel for principals (.4). | | |
| August 9, 2019 | CLC | Draft emails to principals (.2); review responses (.2); exchange emails with Trustee (.2). | 0.60 | 330.00 |
| August 14, 2019 | JIC | Confer with Mr. Samole re rule 2004 examination. Internal follow-up emails re same. | 0.40 | 120.00 |
| August 15, 2019 | CLC | Telephone conference with counsel for principals (1.1); review options for Trustee (.4). | 1.50 | 825.00 |
| August 19, 2019 | DAS | Follow up with Mr. Criste as to pending efforts to respond to subpoena requests (.1) | 0.10 | 50.00 |
| August 20, 2019 | DAS | Re-review last prior version of draft proposal term sheet between developers, principals and trustee, and prepare for today's meeting with Bluegreen's counsel (.4); attend and participate in extensive settlement meeting with Bluegreen discussing updated litigation settlement issues and "asks" from Bluegreen (3.0) | 3.40 | 1,700.00 |
| August 21, 2019 | DAS | Participate in teleconference with Cline's counsel as to pending settlement negotiations (.4); attend and participate in all day deposition of TFDB and draft executive summary report  as to areas of testimony and related matters (9.0); follow up email from Cline's counsel advising of additional document production (.1); review string of emails from principals' counsel including last one with updated settlement offer; follow up with trustee and set up call from tomorrow (.4) | 9.50 | 4,750.00 |
| August 22, 2019 | DAS | Follow up correspondence with Developers' counsel as to pending settlement discussions (.1) | 0.10 | 50.00 |
| August 23, 2019 | DAS | Review latest litigation pleadings between developers and timeshare | 0.20 | 100.00 |

exit company owners (.2)

| August 26, 2019 | DAS | Work on brainstorming /counterpoints memo following up on last week's Bluegreen litigation meeting (.7); review notice of substitution of counsel for Bluegreen entities in the bankruptcy case (.1); review correspondence from Wyndham counsel about litigation-related matters and other intelligence about ARMG matters and set up call (.1); exchange emails with counsel as to status report pleadings in District Court matters and review enclosures (.2) | 1.10 | 550.00 |
|---|---|---|---|---|
| August 27, 2019 | DAS | Teleconference with team of Wyndham litigation and bankruptcy counsel as to pending litigation matters, new information provided about debtors/principals operation of the business and related case matters to investigate further (.8); follow up call with Wyndham's bankruptcy counsel as to follow up items to examine (.2); review draft affidavit provided by Wyndham counsel and consider next steps and describe generally to Ms. Lopez-Castro -draft affidavit still pending her separate review (.5) | 1.50 | 750.00 |
| August 28, 2019 | CLC | Discuss options as to principals (.4). | 0.40 | 220.00 |
| August 28, 2019 | MK | Meeting with Mr. Samole and Ms. Lopez-Castro regarding revisions to draft complaint against principals. | 0.60 | 225.00 |
| August 28, 2019 | DAS | Follow up on whistleblower affidavit matters and confer with Ms. Lopez-Castro as to next steps among various case constituents and potential witnesses (.4); draft memo with enclosures to trustee about pair of whistleblower matters (.4); follow up with District Court litigation parties as to form of status report (.1); follow up as to status of subpoena matters (.2); follow up with Wyndham counsel as to additional document production | 1.40 | 700.00 |

| | | | | |
|---|---|---|---|---|
| | | requests and requests to coordinate more discovery; advise trustee of next steps; follow up with Bluegreen counsel as to pending litigation settlement matters and setting up calm for tomorrow (.3) | | |
| August 28, 2019 | DAS | Continue to work on potential terms of settlement counteroffer with principals including incorporating additional new parts of the multi-faceted deal (.5); confer with Ms. Lopez-Castro and further work through parameters of counter-proposal (.3); draft extensive counterproposal memo to Trustee recommending set of new settlement terms with reasoning and analysis (.7); draft and send supplemental document production requests to TFDB bankruptcy counsel (.6); emails with TFDB Trustee and other counsel as to potential no distribution report being filed by TFDB trustee and discussion of Wyndham/Bluegreen counsel potentially serving as special litigation counsel to the TFDB bankruptcy estate; follow up with ARMG team regarding same (.3) | 2.40 | 1,200.00 |
| August 29, 2019 | DAS | More emails with various counsel on District Court litigation status report matters (.1); follow up with Ms. Kubs as to updating draft insiders complaint; discuss trustee's ongoing reconciliation efforts and provide list of additional transfers, property information and other materials (.5); teleconference with Bluegreen counsel discussing litigation settlement matters and related bankruptcy case issues (.9). | 1.50 | 750.00 |
| September 3, 2019 | MK | Attention to draft complaint against principals; communication with Mr. Samole regarding same. | 1.50 | 562.50 |
| September 3, 2019 | DAS | Confer with Ms. Kubs about additional transfers reconciliation for draft complaint; go over other background issues for complaint (.4 | 0.40 | 200.00 |

| September 4, 2019 | MK | Attention to complaint against principals; communication with Ms. Feinberg regarding potential exhibits. | 1.50 | 562.50 |
|---|---|---|---|---|
| September 5, 2019 | MK | Draft email to Mr. Samole regarding complaint. | 0.10 | 37.50 |
| September 5, 2019 | DAS | Call with counsel as to pending District Court litigation matters and upcoming hearings on same (.2); follow up with Ms. Kubs as to various components to insider complaint being drafted (.4); follow up with estates' forensic accountant on transfers reconciliation and other bank account records (.3); receive and review meaningful portions of 500 pages of documents relative to proffered litigation affidavit (.7); review email from counsel in District Court action about setting up witness interviews; follow up with trustee team and other counsel to discuss same and my recommendation to include other counsel of record and will reach out tomorrow (.3) | 1.90 | 950.00 |
| September 6, 2019 | DAS | Follow up correspondence exchange with counsel for Wyndham and prepetition former employee defendants in pending litigation with ARMG as to interviews, pending litigation and scope and extent of pending litigation stay (.4); review pleadings circulated by counsel for former employees (.3); re-review declaration of Dennis Lange and mark up with questions (.4); confer with Ms. Kubs as sections of draft insiders complaint and discuss best way to categorize transfers by transferee and time periods (.4); follow up correspondence with Wyndham counsel as to pending litigation matters (.2) | 1.70 | 850.00 |
| September 6, 2019 | MK | Attention to litigation against principals and potential exhibits to complaint. | 1.20 | 450.00 |

221

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| September 9, 2019 | DAS | Review more documents and pleadings relative to pending third party litigation (.4); mark up insider complaint as to other issues to address and matters to bring back in that were marked out (.4); confer with Ms. Kubs about my mark-ups and insert suggestions to the insider complaint (.2); review redline sections of the complaint (.2); follow up with Ms. Kubs on other provisions and portions of the working draft of the complaint and provide other information and materials as to postpetition transfers and other transfers within 1 year of the bankruptcy (.4); confer with Ms. Kubs and perform preliminary research as to ████████████ ███████ - ask Ms. Kubs to perform additional research for complaint (.4); review case research from Ms. Kubs on ████████ (.4); emails with Ms. Kubs about ████████ ████████ (.1) | 2.50 | 1,250.00 |
| September 9, 2019 | MK | Communications with Mr. Samole about revised complaint; conduct legal research relating to ████████ ; highlight cases and forward to Ms. Samole with explanation. | 3.10 | 1,162.50 |
| September 10, 2019 | DAS | Perform search for ████████ , ████████ (.6); discuss follow-up transfers reconciliation with Ms. Kubs (.2); review more pleadings as to former employee litigation matters in preparation for upcoming | 1.10 | 550.00 |

| | | Interview (.3) | | |
|---|---|---|---|---|
| September 10, 2019 | MK | Communication with Mr. Samole regarding revisions to complaint; review pleadings relating to same. | 0.40 | 150.00 |
| September 11, 2019 | CLC | Consider counter-proposal (.4). | 0.40 | 220.00 |
| September 11, 2019 | DAS | Perform interview of litigation witness and discuss pending litigation matters with counsel (3.0); teleconference with other counsel discussing pending district court litigation issues and other litigation (.5) | 3.50 | 1,750.00 |
| September 12, 2019 | MK | Review communication from Mr. Samole regarding jewelry. | 0.10 | 37.50 |
| September 12, 2019 | DAS | Review filed affidavit submitted by Wyndham in support of opposition to co-debtor stay relief motion as to the pending District Court Action; follow up with the Trustee as to parties' positions and related issues for next week's hearings (.4) | 0.40 | 200.00 |
| September 12, 2019 | CLC | Conference with Trustee re: litigation (1.5); gather information and consider operations and whether to continue (.4); review revised counter (.2); exchange emails re: claim objections (.2). | 2.30 | 1,265.00 |
| September 13, 2019 | CLC | Review email from P. Levitt re: settlement and consider response (.4) | 0.40 | 220.00 |
| September 13, 2019 | MK | Review spreadsheet of distributions made to principals forwarded by Mr. Parisi. | 0.10 | 37.50 |
| September 13, 2019 | DAS | Review Wyndham's updated litigation settlement correspondence including demand for allowance of its proof of claim in certain amount and other terms (.1); review additional parts of expert report disputing parts of the Wyndham litigation claim which forms premise of Wyndham's proof of claim, and do so in context of considering Wyndham's recent litigation settlement offer; also consider how to bring all parties -- or at least both active developers | 0.70 | 350.00 |

| | | | | |
|---|---|---|---|---|
| | | back together in settlement talks instead of the current separate discussions which are on different tracks (.3); teleconference with developers' counsel as to next week's hearings on pending district court actions, more discussions as to potential compromise with developers and discuss other discovery requests (.3) | | |
| September 16, 2019 | DAS | Review updated transfers analysis and inclusive of net credits (.4); exchange emails with developers counsel as to District Court actions matters (.2); follow up discussions with principals' counsel as to their forthcoming request to continue hearings relative to the District Court/stay matters, and discuss their bases and the trustee's position; review subsequent motion to continue hearing on District Court/stay matters (.4) | 1.00 | 500.00 |
| September 17, 2019 | DAS | Review Wyndham objection to motion to continue hearings on litigation stay, stay relief, co-debtor stay and motion for protective order (.2); exchange emails with Wyndham counsel as to pending motion for protective order on its pending Rule 2004 duces tecum requests, and discussion of coordinating with trustee on his own forthcoming discovery efforts as to the insiders; consider interplay between Rule 2004 and potential bankruptcy lawsuit and Rule 7030 discovery (.4) | 0.60 | 300.00 |
| September 18, 2019 | DAS | Attend hearings and participate as to matters affecting the pending District Court Action and related matters of stay relief, co-debtor stay, and motion for protective order (1.3) | 1.30 | 650.00 |
| September 18, 2019 | CLC | Prepare for hearing (.6); attend hearing on several matters and conference with counsel thereafter (5.0). | 5.60 | 3,080.00 |

| September 19, 2019 | DAS | Phone call with principals' counsel as to developers' latest efforts to re-engage District Court litigation matters and discovery only as to principals, and discuss their issue about whether necessarily impacts, and involves, the bankruptcy estates and the pending automatic stay (.6); follow up emails with various parties' counsel about negotiation forms of order relating to principals' discovery matters, as well as trying to schedule tripartite mediation (.4) | 1.00 | 500.00 |
|---|---|---|---|---|
| September 20, 2019 | DAS | Exchange emails with other counsel as to presenters for document production under mediation privilege and timing (.3); review proposed orders as to pending district court litigation matters and other matters from Wednesday's hearings and review comments from other counsel; review follow up emails from counsel on additional issues with some of the proposed orders dealing with pending litigation matters (.4) | 0.70 | 350.00 |
| September 20, 2019 | CLC | Review numerous emails re: mediation, stay, and orders (.4); review order and withdrawals (.1). | 0.50 | 275.00 |
| September 21, 2019 | DAS | Review additional redline markups of, and correspondence discussing, the provisions of the order granting in part the motion for protective order; follow up emails with counsel and trustee as to document production items (.3) | 0.30 | 150.00 |
| September 21, 2019 | JIC | Review Franqui Totten insurance policy and prepare memo re same. | 4.50 | 1,350.00 |
| September 23, 2019 | DAS | Work with trustee's office to start gathering more documents requested by developers per informal document requests (.3); emails with counsel for developers and principals as to litigation orders, providing comments on same, | 0.90 | 450.00 |

225

| | | | | |
|---|---|---|---|---|
| | | efforts to scheduling mediation and discussing mediators and judicial settlement conference facilitators (.4); confer with trustee as to sequencing of pending tripartite mediation matters with contemplated litigation against principals if/when settlement discussions impasse (.2) | | |
| September 24, 2019 | DAS | Follow up with Ms. Kubs as to ongoing insider transfers reconciliation and need to obtain more updated chart from trustee's forensic accountant (.2); review updated draft complaint against insiders and mark several issue spots to discuss tomorrow with Ms. Kubs (.4) | 0.60 | 300.00 |
| September 24, 2019 | MK | Attention to legal research for purposes of getting financial discovery from principals; attention to draft complaint and exhibit(s) for same. | 3.50 | 1,312.50 |
| September 25, 2019 | DAS | Multiple follow up with litigation parties as to mediation date and selection of mediator; follow up with mediator as to requested information (.4); continue to work with trustee's office to compile and organize materials we received from principals under mediation/settlement privilege and being redaction of attorney/trustee notes on the materials (.8); meeting with Ms. Kubs to discuss issue spots with the draft insiders complaint and provide other redline comments (.6) | 1.80 | 900.00 |
| September 25, 2019 | MK | Attention to emails from Mr. Samole and Mr. Parisi regarding transfers to principals; discuss complaint with Mr. Samole; attention to documents and review authority for purposes of revising complaint; revise complaint. | 2.00 | 750.00 |
| September 26, 2019 | MK | Attention to fraudulent transfer issues. | 0.20 | 75.00 |
| September 26, 2019 | DAS | Review motion to lift litigation stay in District Court and notice of | 1.80 | 900.00 |

| | | | | |
|---|---|---|---|---|
| | | hearing (.2); review responsive correspondence from putative special insurance counsel that dismissal of litigation against former employees will have no impact on duty to defend insurance coverage claim; draft memo to Trustee about pending litigation against former employees and obtain approval to dismiss action (.4); exchange emails with defendants' counsel in former employee litigation and negotiate terms of consensual dismissal and counsel will prepare pleadings for my review (.2); multiple emails exchanged with parties and mediator trying to lock in mediation date, discuss scope of items for mediation, etc. (.4); finish redaction of principals' documents to produce tomorrow to developers' counsel and draft memo to principals' counsel to advise of documents being produced tomorrow, scope of redactions and inquiring about issues as to varying counsel for principals being included in tomorrow's mediation production exchange (.6) | | |
| September 26, 2019 | CLC | Prepare and participate in call with T. Messana (.6); review follow up (.1); review status of document production (.2) | 0.30 | 165.00 |
| September 27, 2019 | MK | Communications with Ms. Samole and Mr. Parisi regarding fraudulent transfer litigation. | 0.20 | 75.00 |
| September 27, 2019 | CLC | Review emails re: documents to be produced prior to mediation (.3); review emails re: dismissal of Lange complaint (.2); review notice in Wyndham Case (.1 | 0.60 | 330.00 |
| September 27, 2019 | DAS | Continue to work with upcoming mediation-related document production, redactions and more follow up with principals' counsel about items being delivered and such redactions and confirm same (.6); draft mediation-related annotated cover email memo to | 3.10 | 1,550.00 |

developers' counsel copying principals' counsel providing/enclosing principals' financial disclosures and trustee's transfers analysis all under mediation privilege and without waiving work product privilege (1.0); draft confirmation email to mediator with requested information about parties and counsel and other logistical information asked for by mediator (.5); review request by mediator for parties to send him summary or pleadings describing claims at issue and draft comprehensive memo copying mediator and all mediation parties and counsel providing executive summary overview of developers' claims and pleadings via proofs of claim and trustee's putative chapter 5 claims providing all financial disclosures and trustee claims analysis as earlier (1.0)

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| September 30, 2019 | DAS | Review correspondence from mediator as to scope of disputes and claims, and needing more follow-up discussion and information from mediation parties; consider best approach with mediator and parties; review various versions of proposed joint status report for District Court litigation; review follow up emails from parties with their comments and counter-positions (.4). | 0.40 | 200.00 |
| September 30, 2019 | CLC | Review numerous emails re: status report and status conference (.6) | 0.60 | 330.00 |
| October 1, 2019 | DAS | Provide comments to joint status report prepared by principals' counsel (.2); review other pleadings and orders entered in whistleblower litigation matters (.2) | 0.40 | 200.00 |
| October 2, 2019 | DAS | Review flurry of filings by principals and other parties in Wyndham district court litigation as to potential implication of bankruptcy stay and court keeping litigation stay for now pending further briefing, canceling | 0.30 | 150.00 |

228

| | | | | |
|---|---|---|---|---|
| | | hearings and setting reply deadlines (.3) | | |
| October 2, 2019 | MK | Revise complaint against principals. | 3.50 | 1,312.50 |
| October 3, 2019 | CLC | Review Scott Morse response and consider next steps (.5) review exchange with M. Budwick (.2). | 0.70 | 385.00 |
| October 3, 2019 | DAS | Confer with Ms. Kubs about lack of proofs of claim filed by insiders by deadline and to update complaint to take out debt recharacterization and subordination allegations and counts; discuss other draft complaint matters (.3); review updated transfers chart from forensic accountant and reconcile as to net disbursements and receipt and broken down by principals (.2); review updated draft complaint and note questions in margins; call with Ms. Kubs to address same (.4) | 0.90 | 450.00 |
| October 3, 2019 | MK | Attention to complaint against principals; communication with Mr. Samole regarding same. | 3.20 | 1,200.00 |
| October 4, 2019 | DAS | Review updated transfers analysis charts as putative exhibits for insider complaint (.2); review Ms. Kubs' updated version of complaint (.4) | 0.60 | 300.00 |
| October 4, 2019 | MK | Revise complaint. | 1.30 | 487.50 |
| October 7, 2019 | CLC | Review recent case in District Court re: Lanham Act, Complaint and provide comments (.8) prepare for call and participate in call with Ed Dobbs (1.9). | 2.70 | 1,485.00 |
| October 8, 2019 | CLC | Finish reviewing complaint (.5); go over revisions and strategy (1.0). | 1.50 | 825.00 |
| October 8, 2019 | MK | Meeting with Ms. Lopez-Castro and Mr. Samole regarding draft complaint; communication with Mr. Samole and Mr. Parisi regarding transfers; revise complaint. | 3.20 | 1,200.00 |
| October 8, 2019 | DAS | Provide additional comments to draft insiders complaint; review other counsel edits to the draft complaint (.4); call with forensic accountant to discuss further | 0.70 | 350.00 |

229

| | | | | |
|---|---|---|---|---|
| | | detailed breakdown and analysis of transfers and disbursements (.3) | | |
| October 9, 2019 | DAS | Review updated draft insiders' complaint; provide more comments (.5); correspondence with counsel in Wyndham district court action as part of meet and confer for principals to file a sur-reply brief; also review notice of withdrawal by TFDB's litigation counsel (.2) | 0.70 | 350.00 |
| October 9, 2019 | MK | Attention to complaint against principals. | 1.30 | 487.50 |
| October 14, 2019 | DAS | Preliminarily review proposed declaratory judgment action as to insurance coverage for duty to defend claims (.4); follow up as to documents requested from special insurance litigation counsel and discuss interplay of mediation progress with developers and the insurance action; set up call for Wednesday (.2) | 0.60 | 300.00 |
| October 15, 2019 | MK | Communication with Mr. Samole regarding settlement with principals. | 0.20 | 75.00 |
| October 15, 2019 | DAS | Review brand new 18-page memorandum opinion denying timeshare exit company and affiliated law firm's motions to dismiss Wyndham's complaint including Lanham Act, FDUTPA and tortious interference claims (.4); multiple emails exchanged with all principals' counsel and developers' counsel as to pending litigation matters in District Courts and discussion as to advising court of deals in principle or otherwise abating cases or extending deadlines pending deal discussion follow up and documentation; follow up call with Cline's counsel as to same (.6); follow up emails exchanges with developers' counsel and principals' counsel as to interplay of pending litigation matters and pending settlement discussions under mediation privilege; set up call with | 1.30 | 650.00 |

| | | developers' counsel for tomorrow (.3) | | |
|---|---|---|---|---|
| October 15, 2019 | CLC | Review emails re: Notice in District Court litigation and claim allowance and consider response (.4) | 0.40 | 220.00 |
| October 16, 2019 | DAS | Phone call with insurance counsel to discuss ongoing preparation of lawsuit and exhibits and discuss related strategy (.4); Review more in depth the draft insurance declaratory judgment action complaint and prepare redline version (.5); follow up with counsel for developers and principals as to current deadlines and pending issues in District Court actions and discuss middle ground standstill position and no formal stay/abatement; follow up emails as to same (.3) | 1.20 | 600.00 |
| October 18, 2019 | DAS | Work with special counsel to revise and supplement paragraphs of complaint per comments of developers' counsel (.4 | 0.40 | 200.00 |
| October 22, 2019 | DAS | Review correspondence from counsel enclosing proposed motion to withdraw as counsel for principals and ARMG entities in Bluegreen litigation; follow up as to need for KTT to file notice of appearance; advise no objection to their withdrawal (.2) | 0.20 | 100.00 |
| October 24, 2019 | DAS | Follow up with prepetition counsel as to pending litigation cases and form of pleadings, and KTT filing notices of appearance (.2) | 0.20 | 100.00 |
| October 28, 2019 | CLC | Reviewing findings and discuss with M. Budwick (.9); draft email to Trustee (.3). | 1.20 | 660.00 |
| October 29, 2019 | CLC | Telephone conference with E. Dobbs (.5); draft email to M. Budwick (.2). | 0.70 | 385.00 |
| October 30, 2019 | CLC | Exchange emails with M. Budwick and consider best approach to logjam (.5). | 0.50 | 275.00 |
| November 1, 2019 | CLC | Telephone conference with M. | 0.20 | 110.00 |

Budwick (.2).

| | | | | |
|---|---|---|---|---|
| November 4, 2019 | DAS | Review notice of hearing on motion to reopen Wyndham District court case; follow up with counsel as to next steps and potential consolidation of discovery in pending District Court litigation matters (.2) | 0.20 | 100.00 |
| November 5, 2019 | DAS | Consider notice of related adversary case (insurance dec action) filed in District Court Action; phone call with Morse's counsel to discuss upcoming District Court hearings, automatic stay issues and other litigation matters (.5) | 0.50 | 250.00 |
| November 5, 2019 | CLC | Prepare for call with S. Morse Counsel and participate in same (1.3); draft update to E. Dobbs (.2) | 1.50 | 825.00 |
| November 6, 2019 | CLC | Prepare for hearing on motion to reopen (1.0) | 1.00 | 550.00 |
| November 6, 2019 | MK | Pull cases for Ms. Lopez-Castro relating to counter-claims as property of the estate; review and summarize same. | 1.00 | 375.00 |
| November 7, 2019 | CLC | Review case summary of cases cited by Morse and prepare for hearing (.8); review order cancelling hearing (.1); telephone conference with C. Leger and M. Budwick re: findings (.2) | 1.10 | 605.00 |
| November 7, 2019 | MK | Review and revise summary of cases; forward to Ms. Lopez-Castro. | 0.20 | 75.00 |
| November 8, 2019 | DAS | Review Wyndham's reply to reopen District Court case; follow up with principals' counsel as to same (.4) | 0.40 | 200.00 |
| November 11, 2019 | DAS | Confer with counsel as to recent District Court litigation filings and next steps (.2) | 0.20 | 100.00 |
| November 11, 2019 | CLC | Consider outstanding issues and review and revise report to Trustee (.7) | 0.70 | 385.00 |
| November 12, 2019 | CLC | Consider response to principals (.6) | 0.60 | 330.00 |
| November 14, 2019 | CLC | Telephone conference with L. Carreras re: findings (.2) | 0.20 | 110.00 |

| November 14, 2019 | DAS | Review District Court reopening the District Court case and directing submission of joint scheduling report by December 2, 2019; review related litigation pleadings and state of the proceedings to date (.3) | 0.30 | 150.00 |
| November 21, 2019 | DAS | Review Scottsdale Insurance Company's motion to withdraw the reference of pending declaratory judgment action; then consider whether withdrawal more likely for trial purposes than preliminary stages including summary judgment adjudication, and also interplay with other pending case matters (.4) | 0.40 | 200.00 |
| November 22, 2019 | DAS | Receive, review and consider request for Trustee's position on waiver of privilege that ARMG holds with respect to Franqui Totten and other prepetition professionals as part of pending District Court litigation between developers and principals; provide initial comments to trustee; follow up with trustee via email as to more specified proposed protocol to handle privilege issues in the District Court litigation - will discuss as part of statue of the union teleconference with trustee later today (.4); confer with trustee as to refining proposed privilege waiver consideration mechanism; draft correspondence to counsel regarding same (.5) | 0.90 | 450.00 |
| November 25, 2019 | DAS | Exchange emails with counsel as to scope of requested disclosure in District Court Action as to pending mediation proceedings and settlement discussions (.2) | 0.20 | 100.00 |
| November 26, 2019 | CLC | Review comments to redline and consider response (.4). | 0.40 | 220.00 |
| November 27, 2019 | CLC | Exchange emails re: propose strategy and discuss same (.4). | 0.40 | 220.00 |
| December 3, 2019 | CLC | Review email re: findings (.3). | 0.30 | 165.00 |
| December 4, 2019 | DAS | Review correspondence from developers' counsel regarding pending District Court action stayed against Debtors' estate but still | 0.20 | 100.00 |

233

| | | | | |
|---|---|---|---|---|
| | | wanting to issue non-party/third party subpoena on estate for all records needed in litigation against Debtors' principals; preliminarily consider same (.2) | | |
| December 5, 2019 | DAS | Follow up with principals' counsel as to pending disputes with District Court litigation matters (.4); teleconference with developers' counsel discussing pending litigation matters in District Court and also discuss subpoena documents matters (.5); draft status report to Ms. Lopez-Castro as to developments and discussions with counsel as to pending litigation matters (.2); review draft response to motion to withdraw reference in pending insurance declaratory relief action and exchange comments with special counsel (.5); review re-notice of pretrial conference and pretrial deadlines in insurance litigation case (.1); review answer and affirmative defenses filed by insurance company (.3) | 2.00 | 1,000.00 |
| December 6, 2019 | DAS | Review correspondence from developers' counsel about disputed subpoena issues with principals and related disclosures; discuss universe of prior production and issues regarding same; per request of counsel retrieve and resend package of information with inventory list (.5) | 0.50 | 250.00 |
| December 11, 2019 | DAS | Review Wyndham/Principals' joint scheduling order with divergent views and positions on all dates, scope of disputes and discovery matters, etc. and related exhibits (.4) | 0.40 | 200.00 |
| December 13, 2019 | DAS | Review amended scheduling order entered in Wyndham District Court Action; note various case deadlines and consider interplay of scheduling order provisions and the bankruptcy estates (.4) | 0.40 | 200.00 |

| | | | | |
|---|---|---|---|---|
| December 16, 2019 | DAS | Review follow up correspondence about forthcoming litigation subpoenas and timing of related District Court matters (.1); perform preliminary research about permissible scope of litigation-related subpoena on bankruptcy estates (.6); review certain pleadings filed within last week in Middle District litigation matters including pair of motions for stay with memorandum of law, as well as motion for default (.4) | 1.10 | 550.00 |
| December 17, 2019 | DAS | Review correspondence from developers' counsel advising as to updated scope of forthcoming discovery to be issued/served on trustee including deposition and document production matters; draft correspondence to Trustee previewing District Court non-party litigant discovery to be served on Trustee, and discuss related litigation/discovery issues (.4); begin reviewing prior form of draft adversary complaint against insiders and note items to discuss with Ms. Kubs and send her correspondence to bring her up to date with case matters and to set up call to discuss updating draft complaint (.4); review 10 pm correspondence from Bluegreen's counsel and preliminarily review enclosed subpoena for deposition of trustee and production requests in Bluegreen District Court matter and provide some preliminary issue spots to Ms. Lopez-Castro (.4) | 1.20 | 600.00 |
| December 18, 2019 | DAS | Review Scott Morse's motion and memorandum of law for derivative standing and for limited stay relief to assert affirmative defenses and counter-claims and to recover against insurance (.4); confer briefly with counsel as to pending subpoena status (.1); spend more time with Bluegreen subpoena to | 1.60 | 800.00 |

Trustee in District Court Action to preliminarily note scope of each request, issue spots, etc. (.4); review portions of current version of case management and scheduling order in Bluegreen District Court action pending in Middle District of Florida subject to the subpoena (.2); confer with Ms. Kubs as to draft insider complaint and updating same including various drafting edits and more specified transfers information, as well as preparing complaint as to all insiders, and also then one just as to Mr. Morse (.4); review Scott Morse's comparable motion for derivative standing and stay relief filed in the TFDB Case; review correspondence between developers' counsel and TFDB trustee as to Ms. Franqui's recent deposition and case status (.1)

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| December 18, 2019 | CLC | Review the comments from Morse (.2); Telephone conference with Cline's counsel (.6); consider response to Morse counsel and draft same (.2). | 1.00 | 550.00 |
| December 18, 2019 | MK | Communication with Mr. Samole regarding status of settlement negotiations and potential need to revise complaint; attention to potential exhibits to complaint; communication with Mr. Parisi regarding details of transfers. | 1.20 | 450.00 |
| December 19, 2019 | DAS | Go over Morse complaint provisions with Ms. Kubs and more work needed on other areas of complaint (.3); confer with Trustee (2x) as to likely motion practice needed in forthcoming adversary with Morse and discuss strategy (.4) | 0.70 | 350.00 |
| December 19, 2019 | CLC | Review latest emails and discuss with D. Samole re: next steps (.5); review email for Al Day (.1) | 0.60 | 330.00 |
| December 19, 2019 | MK | Revise complaint against Scott Morse et al. | 2.50 | 937.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| December 20, 2019 | CLC | Review emails regarding settlement (.2); review email from E. Dobbs (.1). | 0.30 | 165.00 |
| December 20, 2019 | DAS | Review notice of transmittal of pending motion to withdraw the reference of pending adversary proceeding to the District Court; follow up with forensic accountant as to ongoing work to organize insider transfers for putative complaint (.3) | 0.30 | 150.00 |
| December 21, 2019 | MK | Attention to complaint against Morse defendants. | 1.50 | 562.50 |
| December 23, 2019 | DAS | Review District Court docketing notices in insurance coverage litigation matter; follow up with trustee about interplay of litigation and pending settlement matters with principals and developers (.2); call with developers' counsel about additional discovery to be issued in District Court litigation; follow up regarding same (.2); review updated version of our adversary complaint against Mr. Morse and mark up issue spots and other areas that need more updating, and look into more documentary support to more detail certain allegations and counts (.8); review draft motion for summary judgment in insurance coverage declaratory judgment, as well as strategy cover email from special litigation counsel (.3) | 1.50 | 750.00 |
| December 23, 2019 | MK | Attention to complaint against Morse defendants; communication with Mr. Samole regarding same. | 1.10 | 412.50 |
| December 23, 2019 | CLC | Review emails re settlement posture (.3) Telephone conference with developer's counsel (.4) | 0.70 | 385.00 |
| December 24, 2019 | DAS | Continue to review provisions and arguments of draft motion for summary judgment in insurance coverage litigation and case law discussion, and how trustee would help support the motion (.4); draft memo to special insurance litigation counsel as to some potentially | 1.00 | 500.00 |

| | | | | |
|---|---|---|---|---|
| | | supporting arguments and facts to support the MSJ and also provide other strategy points to address certain raised issue spots (.6) | | |
| December 26, 2019 | DAS | More work on, and review materials for, draft Morse complaint on fiduciary breach matters (.4) | 0.40 | 200.00 |
| December 27, 2019 | DAS | Correspondence with developers' counsel as to litigation/discovery subpoena issues and as to related stay relief matters (.2) | 0.20 | 100.00 |
| December 28, 2019 | DAS | Review updated version of motion for summary judgment in insurance coverage litigation, along with follow up email correspondence (.3) | 0.30 | 150.00 |
| December 30, 2019 | DAS | Confer with Ms. Lee as to pending litigation subpoena on the Trustee as discuss practical timeline to work with trustee and Bluegreen on response/objectionable issues (.2); re-review scheduling/case management order in Bluegreen litigation matter; send correspondence to Bluegreen counsel acceptance of trustee subpoena with full reservation of rights and objections including automatic stay, scope, privileges and confidentiality, as well as dispute deposition notice, and also request extension of deadline and request meet/confer call setup (.4); teleconference with special litigation counsel on follow-up items, strategy and procedural issues with pending draft summary judgment motion (.3); follow up emails with Bluegreen counsel on disputed subpoena service issues (.3); follow up with trustee and Ms. Lee regarding same (.2); teleconference with Bluegreen counsel working through subpoena service issues and laying groundwork for meet/confer items and extension needed to respond/object and production; send report to Trustee (.4) | 1.80 | 900.00 |
| December 30, 2019 | YCC | Assist with pleading binder for | 0.20 | 50.00 |

|  |  | Totten Franqui hearing on pending motions. |  |  |
|---|---|---|---|---|
| December 30, 2019 | CLC | Review status of negotiations (.5); telephone conference with David Samole (.3); review follow up (.2). | 1.00 | 550.00 |
| December 31, 2019 | DAS | Confer with Cline's counsel on District Court litigation deadlines and case issues (.3); confer with Ms. Lopez-Castro as to District Court case deadlines and litigation subpoena matters (.2); draft correspondence to developers' counsel as to pending subpoena and propose extended dates for responses and objections (.2); exchange emails with Morse counsel as to forthcoming cross-notice of trustee deposition in District Court Action; send follow up email to developers attempting to confirm Tuesday's deposition not going forward (.2) | 0.90 | 450.00 |

- - - - - - - - - - - - - - - - - - - - - - - -

Total for   LITIGATION                                                              410.20          192,877.50

LITIGATION-STAY RELIEF

| April 29, 2019 | DAS | Review Wyndham's certificate of contested matter on stay relief motion (.1); confer with Wyndham's counsel discussing potential stay relief as to non-debtor entities but not as to debtor for upcoming trial (.3) | 0.40 | 200.00 |
|---|---|---|---|---|
| April 30, 2019 | DAS | Review notice of hearing on motion for stay relief and opposition to stay relied motion; consider request for stay relied motion being withdrawn or resolved as to the debtors or have such litigation be addressed as part of claim process or in bankruptcy adversary (.2) | 0.20 | 100.00 |
| May 7, 2019 | DAS | Teleconference with Wyndham's counsel as to issues involved in pending stay relief motion, co-debtor stay matter and forthcoming supplement to be filed by Wyndham. | 0.30 | 150.00 |
| May 9, 2019 | DAS | Follow up as to third party subpoenas matters and automatic stay applicability in this case context; confer with counsel for other developers on this and other issues-set up further call for tomorrow (.4) | 0.40 | 200.00 |
| May 10, 2019 | DAS | Follow up more on the contempt motion/stay relief inquiry (.3) | 0.30 | 150.00 |
| May 12, 2019 | DAS | Review pair of email exchanges between principals' counsel and Wyndham's counsel as to stay relief, co-debtor stay and stay violation issues and briefing for upcoming hearings; review trustee's follow up on such matters (.2) | 0.20 | 100.00 |
| May 13, 2019 | DAS | Follow up emails regarding pending automatic stay/stay relief/co-debtor stay disputes and debtors' records (.3). | 0.30 | 150.00 |
| May 14, 2019 | DAS | Review principals' joint response to motion for stay relief and co-debtor stay matters (.3); follow up discussions with counsel for | 0.70 | 350.00 |

| | | | | |
|---|---|---|---|---|
| | | principals and Wyndham to discuss pending stay relief positions and discuss tomorrow's hearings and obtain agreement to roll pending stay relief and co-debtor stay matters except for TFDB until June hearing (.4) | | |
| May 14, 2019 | MK | Review Principals' Response to Wyndham's Motion for Stay Relief. | 0.20 | 75.00 |
| May 15, 2019 | DAS | Attend and participate at hearings on stay relief motion, stay violations allegations, and co-debtor stay motion (.8); draft proposed order as to notice of continued hearings on all automatic stay issues with full reservation of rights on all pending matters, addressing interim stay and related issues (.8); follow up with counsel on automatic stay and third party subpoena issues (.3) | 1.90 | 950.00 |
| June 13, 2019 | DAS | Follow up with counsel for Wyndham and Principals as to pending discussions of stay relief/interim stay matters and next week's hearings (.2); draft proposed agreed motion and order rescheduling hearings on stay relief matters and further interim order imposing litigation stay (1.5) | 1.70 | 850.00 |
| June 14, 2019 | DAS | Emails and phone calls with counsel for Wyndham and Principals to negotiate rescheduling of hearings on stay relief and co-debtor stay matters, and provisions relating to further interim litigation stay, and deal with conflicting availability dates for counsel for Wyndham and Principals (.6); revise and supplement agreed motion and agreed order to continue hearings on stay relief and co-debtor stay matters and interim litigation stay and finalize and file motion and order (.4) | 1.00 | 500.00 |
| June 20, 2019 | DAS | Review email from Principals' counsel to Wyndham's counsel and enclosed draft supplemental reply | 0.50 | 250.00 |

| | | | | |
|---|---|---|---|---|
| | | memorandum in support of co-debtor stay motion and alleged continuing stay violations (.5) | | |
| June 21, 2019 | DAS | Follow up email exchanges with separate counsel for Wyndham and Principals as to Tuesday's Bankruptcy Court hearings on pending stay-relief/co-debtor stay matters and ongoing discussions (.3); review principals' filed version of their supplemental reply to co-debtor stay motion (.2) | 0.50 | 250.00 |
| June 24, 2019 | DAS | Follow up emails and call with counsel for Wyndham and Principals to discuss updated status of litigation settlement concepts and pending matters, as well as tomorrow's Bankruptcy court hearings on stay relief/-co-debtor stay matters (.3); follow up call with Principals' counsel to discuss deal terms and co-debtor stay matters (.2); follow up with court previewing contested matters not going forward tomorrow and following up with the parties (.1); draft proposed order addressing pending stay relief/co-debtor stay matters (.3) | 0.90 | 450.00 |
| June 25, 2019 | DAS | Attend and participate at bankruptcy court hearings discussing stay relief/co-debtor stay matters and coordinate new hearing date (1.0); revise and supplement order addressing continued hearings and scope of stay relief/co-debtor stay matters and send to counsel (.3). | 1.30 | 650.00 |
| June 27, 2019 | DAS | Review order extending interim order imposing litigation stay; follow up with counsel as to coordination of various stays and Bluegreen matter (.1). | 0.10 | 50.00 |
| July 2, 2019 | DAS | Draft proposed agreed motion and order continuing hearings on stay relief/co-debtor stay matters (.4) | 0.40 | 200.00 |
| July 3, 2019 | DAS | Review pair of further redline comments as to proposed motion and order rescheduling stay | 0.40 | 200.00 |

| | | | | |
|---|---|---|---|---|
| | | relief/co-debtor stay matters; continue working on the pleadings (.4) | | |
| July 9, 2019 | DAS | Review order resetting hearings on stay relief-co-debtor stay matters and advise counsel (.1). | 0.10 | 50.00 |
| August 5, 2019 | CLC | Review final comments to Agreed Motion/Order and respond to parties (.2); review final filings (.2). | 0.40 | 220.00 |
| September 13, 2019 | DAS | Consider Wyndham's pending stay relief motion and pending co-debtor stay motion, and trustee's position for Wednesday's hearing (.2) | 0.20 | 100.00 |
| November 4, 2019 | DAS | Review motion for stay relief; exchange emails with Bluegreen counsel as to same; discuss looking into and potential response with Ms. Lee (.4) | 0.40 | 200.00 |
| November 4, 2019 | BCL | Communicate with Mr. Samole regarding stay relief issue for motion filed in Totten, Franqui Davis & Burke bankruptcy. | 0.10 | 45.00 |
| November 4, 2019 | BCL | Review stay relief motion filed by Rebar Bernsteil against Totten Franqui Davis & Burk. | 0.20 | 90.00 |
| November 6, 2019 | BCL | Research case law regarding stay relief motion relating to insurance proceeds and objections to same. | 1.00 | 450.00 |
| November 14, 2019 | BCL | Research law relating to insurance policy and proceeds, and stay relief issues. | 1.80 | 810.00 |
| November 14, 2019 | BCL | Draft response to motion for stay relief filed in Totten Franqui bankruptcy case. | 1.00 | 450.00 |
| November 15, 2019 | BCL | Research case law regarding issues relating to insurance coverage, stay relief to seek insurance proceeds and proof of claim matters. | 2.20 | 990.00 |
| November 15, 2019 | BCL | Draft response to Rebar's stay relief motion in Totten's chapter 7 bankruptcy case. | 1.50 | 675.00 |
| November 15, 2019 | BCL | Discussions with Mr. Samole regarding Rebar's stay relief motion in Totten's chapter 7 bankruptcy case. | 0.30 | 135.00 |

243

| November 15, 2019 | BCL | Review various court filings and documents relating to Rebar's stay relief motion in Totten's chapter 7 bankruptcy case. | 1.00 | 450.00 |
| November 15, 2019 | DAS | Follow up with counsel on stay relief motion in TFDB case and information (.1); confer with Ms. Lee as to arguments and positions for our response to stay relief motion she is preparing and new additional issues to consider (.4); review draft response to stay relief motion; prepare redline version with comments (.5) | 1.00 | 500.00 |
| November 17, 2019 | BCL | Draft response to stay relief motion filed by Rebar in Totten Franqui chapter 7 case. | 1.70 | 765.00 |
| November 17, 2019 | BCL | Review case docket, court papers, and related documents for response to stay relief motion filed by Rebar in Totten Franqui chapter 7 case. | 0.90 | 405.00 |
| November 17, 2019 | BCL | Research and review case law for response to stay relief motion filed by Rebar in Totten Franqui chapter 7 case. | 0.70 | 315.00 |
| November 17, 2019 | BCL | Emails with Mr. Samole regarding response to stay relief motion filed by Rebar in Totten Franqui chapter 7 case. | 0.20 | 90.00 |
| November 17, 2019 | DAS | Review further updated redline stay relief response; provide more comments; tomorrow confer will confer -tomorrow with creditor's counsel and fill in missing information requested by Ms. Lee (.3). | 0.30 | 150.00 |
| November 18, 2019 | BCL | Draft response to Rebar's motion for stay relief in Totten Franqui's chapter 7 bankruptcy case, and review Mr. Samole's redlines to same. | 2.60 | 1,170.00 |
| November 18, 2019 | BCL | Emails and discussions with Mr. Samole regarding response to Rebar's motion for stay relief in Totten Franqui's chapter 7 bankruptcy case. | 0.40 | 180.00 |

| November 18, 2019 | BCL | Review claims filed in Totten Franqui's chapter 7 bankruptcy case, and proofs of claim filed in ARMG Companies' bankruptcy cases, and discuss with Ms. Castro regarding same. | 0.30 | 135.00 |
|---|---|---|---|---|
| November 18, 2019 | BCL | Research and review case law relating to insurance proceeds, stay relief and issues relating to creditor not filing proof of claim. | 2.30 | 1,035.00 |
| November 18, 2019 | YCC | Preliminary review of Totten Franqui proofs of claim; prepare claims analysis; confer with B. Lee. | 1.70 | 425.00 |
| November 18, 2019 | BCL | Conference call with Mr. Samole and Mr. Budwick regarding issues relating to Rebar's motion for stay relief in Totten Franqui's chapter 7 bankruptcy case. | 0.20 | 90.00 |
| November 18, 2019 | BCL | Discuss service issues with legal assistant for response to Rebar's motion for stay relief in Totten Franqui's chapter 7 bankruptcy case. | 0.20 | 90.00 |
| November 18, 2019 | BCL | Prepare final version of response to Rebar's motion for stay relief in Totten Franqui's chapter 7 bankruptcy case, and file same with court. | 0.30 | 135.00 |
| November 18, 2019 | DAS | Call with creditors' counsel regarding stay relief motion in TFDB case (.2); More work with Ms. Lee (2x) on the stay relief response and related legal issues especially as potentially impacting estates or third party claims (.6) | 0.80 | 400.00 |
| December 2, 2019 | BCL | Review Judge Olson's calendar and email from counsel for movant seeking stay relief in Totten chapter 7 case. | 0.10 | 45.00 |
| December 3, 2019 | BCL | Review court's calendar for January and local rules regarding stay relief motions, and emails with counsel for movant, Mr. Budwick and Mr. Samole regarding same. | 0.40 | 180.00 |
| December 6, 2019 | BCL | Emails with Mr. Samole and counsel for movant for stay relief motion in Totten chapter 7 | 0.10 | 45.00 |

| | | regarding hearing date. | | |
|---|---|---|---|---|
| December 30, 2019 | BCL | Meeting and discussions with Mr. Samole regarding Bluegreen subpoena and Morse's stay relief motion. | 0.70 | 315.00 |
| December 30, 2019 | BCL | Review motion for stay relief filed by Morse, and Wyndham second amended complaint. | 0.70 | 315.00 |
| December 30, 2019 | BCL | Review additional insurance related documents and information for stay relief motion filed by Rebar in TFDB case. | 0.40 | 180.00 |
| December 30, 2019 | DAS | Confer with Ms. Lee as to pending Morse stay relief motions (.2); send correspondence to counsel regarding pending Morse stay relief motion (.1); confer with litigation counsel as to interplay of pending District Court matters and stay relief motion and overlap with bankruptcy matters; follow up with Ms. Lee as to same (.4) | 0.70 | 350.00 |

- - - - - - - - - - - - - - - - - - - - - - - -

Total for  LITIGATION-STAY RELIEF                             38.60            17,805.00

| April 25, 2019 | DAS | Confer with Trustee as to law firm's emergency motion to compel assumption or rejection of executory retainer agreement, and discuss related consequence of likely rejection (.4); review notice of hearing setting 365 compel motion not on emergency basis but on May 15 hearing (.1) | 0.50 | 250.00 |
|---|---|---|---|---|
| April 29, 2019 | DAS | Confer with Mr. Criste to discuss Totten law firm potential assumption/rejection issues and various due diligence task items to compile, review and analyze (.2); review preliminary due diligence on Totten law firm from Mr. Criste (.2) | 0.40 | 200.00 |
| April 30, 2019 | DAS | Receive and review batch of agreements and comments relative to pending motion to compel assumption/rejection of Totten law firm retainer agreement (.5); send pair of emails with preliminary comments and issue spots on Totten/Group Legal Services Plan agreement not being approved by Florida Bar and specifically denied and impact on executoriness of agreement and rights of consumers and putative claims against the estate (.4) | 0.90 | 450.00 |
| May 2, 2019 | DAS | Review license/lease agreement between VPL and and MVP Headway; note issues with lease and have Ms. Kubs look into the lease issues further – likely will need for discussions of facts since some of the terms are premised on certain factual conditions (.3) | 0.30 | 150.00 |
| May 3, 2019 | DAS | Receive and preliminarily review additional lease documents for 3 locations and license space (.5); follow up with Ms. Kubs on issue spots with leases analysis (.1); follow up as to Totten law firm retention setup as between the debtor and the clients as part of consideration of potential rejection damage defense (.2) | 0.80 | 400.00 |

| May 6, 2019 | DAS | Assist trustee with pending office space lease situation and payments situation (.2) | 0.20 | 100.00 |
| May 6, 2019 | MK | Attention to Motion to Require Trustee to Assume or Reject Retention Agreement; review applicable agreements and prior communications from Mr. Samole; review Florida Bar regulations relating to group plans. | 1.10 | 412.50 |
| May 7, 2019 | DAS | Meeting with Totten law firm and its counsel to discuss pending motion to compel assumption or rejection of GLSP, and discuss wind-down of law firm, proper transition of clients, Florida Bar matters and related issues (1.0); review follow up correspondence from Totten's bankruptcy counsel confirming trustee will not be assuming GLSP (.1) | 1.10 | 550.00 |
| May 9, 2019 | DAS | Review all schedules as to Schedule G items for leases - note Totten/GLSP agreement not listed while other leases were listed (.4); meeting with Ms. Kubs to discuss outline of drafting proposed order addressing Totten agreement not being assumed and not accepting it is executory and specifically noting Florida Bar compliance etc. (.3) | 0.70 | 350.00 |
| May 10, 2019 | DAS | Exchange emails with Totten law firm counsel as to status of draft agreed order and overview of items to be addressed in order (.2); review draft order prepared by Ms. Kubs and provide redline version and note further discussion needed as to whether specificity required for cooperation provisions (.4). | 0.60 | 300.00 |
| May 13, 2019 | DAS | Review further updated version of proposed order dealing with TFDB contract; perform additional edits and inclusions; circulate proposed TFDB order to its bankruptcy counsel (.4); review redline version prepared by TFDB bankruptcy counsel -need to follow up more tomorrow (.1); review principals' | 0.70 | 350.00 |

| | | | | |
|---|---|---|---|---|
| | | objection to TFDB's motion to compel assumption or rejection of retainer agreement (.2) | | |
| May 14, 2019 | DAS | Continue negotiations as to form of agreed order on TFDB motion to compel assumption or rejection; exchange additional redline versions (.4); follow up with trustee on TFDB matters; provide additional changes to order to TFDB counsel; vet terminology used in proposed order with principals' counsel (.3) | 0.70 | 350.00 |
| May 14, 2019 | MK | Review Mr. Rosendorf's revisions to agreed order. | 0.20 | 75.00 |
| May 14, 2019 | MK | Attention to agreed order resolving motion to compel Trustee to assume or reject retainer agreement; communications with Mr. Ray, Mr. Samole and Mr. Rosendorf regarding same. | 0.50 | 187.50 |
| May 15, 2019 | DAS | Attend and participate at hearings on TFDB motion to compel assumption or rejection of executory retainer agreement (.8); further negotiate final tweaks to proposed agreed order as recited in open court (.2) | 1.00 | 500.00 |
| May 16, 2019 | MK | Conduct legal research relating to credit card chargebacks; communication with Ms. Lopez-Castro regarding same. | 2.00 | 750.00 |
| May 17, 2019 | DAS | Review and serve order resolving motion to compel by TFBD and determining the retainer agreement has concluded (.1); field phone call from merchant account processor counsel and discuss executory contract and claims issues; draft follow up report to Ms. Lopez-Castro and Ms. Kubs (.4); review preliminary research on treatment of merchant account contracts and chargeback claims in Chapter 11 (.4); Review letters from TFDB providing for termination for cause of the retainer agreement that was previously ordered as concluded (.2). | 1.10 | 550.00 |

249

| May 17, 2019 | MK | Review merchant agreements for all applicable contact information for banks and processors for addition to schedules and/or creditor matrix; prepare list of contacts; draft form letter to banks and processors. | 3.00 | 1,125.00 |
|---|---|---|---|---|
| May 20, 2019 | DAS | Review memo on pending leases and consider unexpired lease issues (.4); review memo on pending merchant account agreements and consider executory contract issues (.4) | 0.80 | 400.00 |
| May 20, 2019 | MK | Attention to merchant agreements and leases and prepare analyses for Mr. Samole. | 3.90 | 1,462.50 |
| May 21, 2019 | DAS | Follow up on several lease issues and related documents (.2) | 0.20 | 100.00 |
| May 22, 2019 | DAS | Review correspondence from merchant account processor on pending issues (.1); review follow up enclosures and pleadings from other bankruptcy cases handling comparable issues from merchant account processor (.2) | 0.30 | 150.00 |
| May 23, 2019 | DAS | Follow up email exchange with counsel with several different merchant account processors (.2) | 0.20 | 100.00 |
| May 24, 2019 | DAS | More due diligence and review of case law and terms of merchant account agreements and leases in preparation for Trustee meeting on handling of these executory contracts and executory leases (.8); teleconference with Trustee team on leases and merchant agreements (.6); draft memo to Ms. Kubs as to drafting omnibus motion to reject merchant account agreements while getting trustee information on chargeback refunds that may needed to have been contested by merchant account processor (.2); follow up with Ms. Kubs as to group of leases and more due diligence needed with MYP landlord and discuss next steps (.2); review provisions of MYP complaint and lease provisions (.3); | 2.30 | 1,150.00 |

250

| | | | | |
|---|---|---|---|---|
| | | Call with counsel for merchant account processor to advise of forthcoming omnibus rejection and preliminarily discuss chargeback amounts that should have been contested (.2) | | |
| May 25, 2019 | DAS | Review pleadings and pending disposition of the MYP Headway litigation and consider proposed resolution to discuss with counsel next week (.3); follow up with Ms. Kubs as to more information for her to obtain as part of drafting omnibus motion to reject merchant account processor agreements (.1) | 0.40 | 200.00 |
| May 28, 2019 | DAS | Draft memorandum to MYP Headway counsel with settlement proposal discussing case/litigation background, claims by and between the commercial landlord and the estates, and proposing streamlined manner to address pending lease agreements, damage claims and setoff, etc. (.8) | 0.80 | 400.00 |
| May 28, 2019 | MK | Analyze credit card processing agreements and draft omnibus motion rejecting same; assemble exhibits, and locate addresses for contract parties for purposes of providing notice of motion. | 4.50 | 1,687.50 |
| May 29, 2019 | DAS | Review and prepare comments and redline of draft omnibus motion to reject merchant account agreements (.6) | 0.60 | 300.00 |
| May 29, 2019 | MK | Review Mr. Samole's edits to omnibus motion to reject merchant agreements; incorporate same and forward to Mr. Kessler for assistance in confirming inclusion of necessary parties. | 0.40 | 150.00 |
| May 29, 2019 | MK | Attention to draft omnibus motion to reject credit card processing agreements, exhibits to same, and service list.  Forward to Mr. Samole for review. | 1.10 | 412.50 |
| May 30, 2019 | DAS | Phone call with counsel for merchant account processor about | 0.40 | 200.00 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | forthcoming rejection motion, discuss obligations during the runoff period, and other matters; follow up with Ms. Kubs as to additional language to include in the rejection motion (.3); follow up with Ms. Kubs as to Trustee's ongoing further reconciliation of merchant account agreements (.1) |  |  |
| May 30, 2019 | MK | Attention to Omnibus Motion to Reject Merchant Agreements. | 0.80 | 300.00 |
| May 31, 2019 | DAS | Review and provide comments on updated omnibus motion to reject merchant account agreements (.2); follow up with counsel and incorporate their comments to rejection motion and discuss including comparable provisions in forthcoming order (.2) | 0.40 | 200.00 |
| May 31, 2019 | MK | Attention to Omnibus Motion to Reject Merchant Agreements and redaction of exhibits; coordinate finalization and filing. | 2.20 | 825.00 |
| June 3, 2019 | DAS | Issue follow up correspondence to Counsel for MYP Headway landlord counterparty (.1). | 0.10 | 50.00 |
| June 4, 2019 | DAS | Phone call with First Data's bankruptcy counsel on pending case matters, their forthcoming request for data to better ascertain universe of potential exposure, and setting up a further call (.4); exchange emails with trustee's office and review their enclosures on First Data-related merchant account issues regarding chargebacks, customer claims, putative merchant account claims, and logistics (.3); call with MYP Headway counsel as to pendency of Trustee's proposal to resolve lease situation and deposits/claims thereto (.3); follow up emails with MYP counsel progressing concept of deal and setting up call to talk tomorrow (.1); exchange emails with trustee's office as to ongoing reconciliation of potential aggregate damage claims by merchant | 1.30 | 650.00 |

| | | | | |
|---|---|---|---|---|
| | | account processor and needing more information; provide interim data and still need more information to assist trustee (.2). | | |
| June 5, 2019 | DAS | Teleconference with MYP Headway as to final negotiations on putative deal to resolve claims by and between estates and commercial landlord as to pending lease claims and set off type claims (.3); draft comprehensive settlement motion on MYP Headway lease matters - note items to still address tomorrow with the motion and still need to address proposed order (1.7). | 2.00 | 1,000.00 |
| June 6, 2019 | DAS | Revise and supplement settlement motion with MYP Headway (.3); draft proposed order for MYP Headway settlement with tailored provisions (.3); send form of settlement agreement and order to counsel for MYP Headway along with a cover email requesting clean copy of lease agreement and describing draft pleadings (.2); participate in extensive teleconference with First Date merchant account processor and its counsel going over ramifications of pending rejection of their agreement, its potential exposure and concepts for developing protocol to help reduce such exposure and discuss related case matters (1.2); follow up email exchanges with trustee's office, First Data and MiCamp Solutions; follow up to First Data counsel to address issues raised (.2) | 2.20 | 1,100.00 |
| June 14, 2019 | DAS | Follow up correspondence with MYP Headway as to condition approval of settlement and settlement pleadings, but his client is conditioning authorization for filing on a follow up call to be scheduled; also follow up to get better copy of lease for exhibit purposes  (.2) | 0.20 | 100.00 |

253

| June 17, 2019 | MK | Draft proposed order authorizing rejection of contracts. | 0.50 | 187.50 |
|---|---|---|---|---|
| June 17, 2019 | YCC | Review notice of hearing re: rejection of credit card processing agreements; prepare certificate of service; confer with D. Samole re: hearing. | 0.30 | 75.00 |
| June 17, 2019 | DAS | Receive notice of hearing on omnibus motion to reject merchant account agreement and serve; confer with trustee's office as to pending status of merchant agreement accounts and pending refunds claims being addressed; discuss next steps upon approved rejection (.3) | 0.30 | 150.00 |
| June 18, 2019 | MK | Attention to proposed order on motion to reject executory contracts and order granting same. | 1.20 | 450.00 |
| June 18, 2019 | DAS | Follow up correspondence with counsel for MYP Headway on remaining matters with lease matters settlement documentation still under review by MYP Headway (.1); review, revise and supplement draft order granting omnibus motion to reject merchant account credit card processing agreements; confer with Ms. Kubs about additional language to input regarding later of 30 days from date of order or existing claims bar date; review updated rejection order language and issue spot incorporating Stretto claims filing language (.4) | 0.50 | 250.00 |
| June 20, 2019 | DAS | Participate in extensive teleconference with MYP Headway and its litigation counsel on remaining issues with settlement agreed to in principle and attempting to address other issues raised -now awaiting follow-up confirmation from MYP to proceed with filing the settlement papers (.8) | 0.80 | 400.00 |
| June 24, 2019 | DAS | Teleconference with First Data counsel discussing merchant account processing issues and terms of order approving omnibus | 0.40 | 200.00 |

rejection motion (.4).

| June 25, 2019 | DAS | Attend and participate at bankruptcy hearings presenting omnibus motion to reject credit card merchant account agreements (1.0); revise and supplement order approving omnibus motion to reject credit card merchant account agreements (.1). | 1.10 | 550.00 |
|---|---|---|---|---|
| June 26, 2019 | DAS | Review termination notice from Jack Henry and Associates as to credit card merchant account processing agreement; follow up with trustee's office and interplay with our rejection motion and order (.2). | 0.20 | 100.00 |
| June 27, 2019 | DAS | Send follow up correspondence to MYP Headway counsel on that pending deal; review emails and proposal on Illinois leases space claims and counterclaims; provide guidance as to handling matter to include application of small security deposit for remainder of lease term, disposition of abandon property and water and tear with estate getting release (.4); review order approving omnibus motion to reject merchant account credit card processing agreements and follow up with trustee's office (.1). | 0.50 | 250.00 |
| July 1, 2019 | DAS | Follow up more with MYP Headway landlord counsel and send updated settlement motion and order addressing lease situation (.2); review finalized terms of deal addressing Illinois lease situation with request to draft release agreement (.1); review attached lease and assignment (.2); draft release agreement as requested by trustee's office for Illinois lease (.8). | 1.30 | 650.00 |
| July 8, 2019 | DAS | Follow up emails with trustee's office and counsel for merchant account processor as to reconciliation of potential exposure claims upon rejection (.2) | 0.20 | 100.00 |
| July 9, 2019 | DAS | Follow up correspondence | 0.30 | 150.00 |

| | | | | |
|---|---|---|---|---|
| | | exchange with enclosures as to credit card merchant issues as to rejection claims reconciliation as well as responding to chargeback claims and set up call for tomorrow (.2); follow up on pending matters to close out negotiations on Illinois lease matters (.1) | | |
| July 10, 2019 | MK | Attention to lease agreement and issue of whether execution would be considered ordinary course. | 1.10 | 412.50 |
| July 11, 2019 | DAS | Review trustee's memoranda to First Data as to status and matters relating to chargeback claims, and copies of all response memoranda trustee submitted in opposition to merchants' chargeback claims; follow up with trustee's office regarding same (.4) | 0.40 | 200.00 |
| July 15, 2019 | DAS | Send follow up correspondence to MYP Headway counsel on lease resolution matters (.1) | 0.10 | 50.00 |
| July 19, 2019 | DAS | Send follow up email to MYP Headway counsel as to delays from his client to authorize filing of stipulated settlement motion and order (.1). | 0.10 | 50.00 |
| July 26, 2019 | DAS | Send another email to MYP Headway counsel as to pending settlement (.1); teleconference with First Data counsel as to post-rejection matters with chargebacks and related issues, and discuss upcoming claim deadline and other case matters (.2); review First Data's update form response letter to merchants; prepare redline and send back; obtain acceptance of my redline and then send follow up email to discuss logistics of who would sent form letter - estate or First Data (.4). | 0.70 | 350.00 |
| July 30, 2019 | DAS | Multiple follow up emails with First Data counsel and Trustee's office as to coordination of chargeback claims responses and forms; address logistics of handling merchant/customer issues (.4); | 0.60 | 300.00 |

| | | | | |
|---|---|---|---|---|
| | | follow up with trustee's office as to other First Data-related chargeback response matters and customer claims issues (.2) | | |
| August 1, 2019 | DAS | Send follow up email to MYP Headway counsel about pending settlement deal consideration and note issue if deal authorization not provided and they don't file timely proof of claim and reiterate Monday's proof of claim deadline (.2); exchange emails with First Data representatives and counsel addressing their chargeback response inquiries and related matters (.2). | 0.40 | 200.00 |
| August 5, 2019 | DAS | More emails with MYP Headway counsel about pending settlement and receive authorization to finalize and file settlement motion; update settlement motion and order and follow up as to service list issues (.4); more emails with Stretto as to service list issues for MYP motion; consider motion to limit notice and handling of MYP lease documents (.2) | 0.60 | 300.00 |
| August 7, 2019 | DAS | Follow up with creditors' counsel as to rejection damage claim issues and inquiries set up further call for next week (.2) | 0.20 | 100.00 |
| August 29, 2019 | DAS | Confirm no objections to MYP Headway settlement motion; upload 9019 order; check on status of pending state court matter; update service list for impending signed order (.2) | 0.20 | 100.00 |
| September 6, 2019 | DAS | Receive and review order approving MYP Headway settlement; serve order on MYP Headway counsel and correspond with counsel as to release of deposit funds and advising of deadline to dismiss state court action with prejudice (.2) | 0.20 | 100.00 |
| September 13, 2019 | DAS | Receive and review correspondence from MYP Headway counsel enclosing notice of dismissal of state court lawsuit with prejudice; receive confirmation | 0.10 | 50.00 |

that security deposit and pre-paid
rent have been drawn down per
court order (.1)

- - - - - - - - - - - - - - - - - - - - - - -

Total for  LITIGATION - EXECUTORY CONTRACTS                53.20        23,712.50

MEETING OF CREDITORS

| May 10, 2019 | CLC | Draft emails re: new 341 meeting and schedules (.4). | 0.40 | 220.00 |
| May 14, 2019 | CLC | Telephone conference with Z. Scarlett and follow-up on same (.2) | 0.20 | 110.00 |
| June 3, 2019 | CLC | Review emails re: 341 meeting (.2). | 0.20 | 110.00 |
| June 14, 2019 | YCC | Confer with M. Cristobol re: binders for 341 meeting. | 0.10 | 25.00 |
| July 2, 2019 | DAS | Confer with counsel as to scope of upcoming meeting of creditors in context of the pending proceedings and coordinating 9 debtors estates (.2) | 0.20 | 100.00 |
| July 2, 2019 | MK | Communication with Mr. Samole regarding outline for 341 meeting. | 0.10 | 37.50 |
| July 3, 2019 | DAS | Follow up as to schedule G and H listings for respective debtors in preparation for meeting of creditors (.1) | 0.10 | 50.00 |
| July 5, 2019 | MK | Review schedules and SOFA of ARMG (DE) and prepare list of questions for 341 Meeting. | 2.50 | 937.50 |
| July 5, 2019 | MK | Attention to questions for 341 meeting. | 0.90 | 337.50 |
| July 8, 2019 | MK | Review schedules and prepare questions for 341 meeting. | 3.20 | 1,200.00 |
| July 9, 2019 | DAS | Review Ms. Kubs memo and outline in preparation of meetings of creditors for our 9 debtors estates; email with Ms. Kubs to meet tomorrow to discuss her open issues and other items  (.4). | 0.40 | 200.00 |
| July 9, 2019 | MK | Review schedules and prepare questions for 341 meeting. | 4.30 | 1,612.50 |
| July 10, 2019 | DAS | Meet with Ms. Kubs as to issue spots and clarification on our outline for matters to address at next week's 341 meeting; make margin notes to my updated version of detailed outline (.4) | 0.40 | 200.00 |
| July 10, 2019 | MK | Review schedules and prepare questions for 341 meeting. | 1.10 | 412.50 |

| July 14, 2019 | DAS | Review trustee's 5-page memo with supplemental questions and outline for tomorrow's 341 meeting (.5); follow up correspondence with trustee on 341 meeting. (.1). | 0.60 | 300.00 |
| July 15, 2019 | CLC | Attend 341 meeting at U.S. Attorneys' Office (6.0). | 6.00 | 3,300.00 |

- - - - - - - - - - - - - - - - - - - - - - - -

Total for   MEETING OF CREDITORS                              20.70         9,152.50

PLAN AND DISCLOSURE STATEMENT

| September 9, 2019 | DAS | Confer with Ms. Lee as to case background, creditor constituents, claims filed, pending litigation claims and related matters as overview for her to begin to prepare plan and disclosure statement and start sending her documents to review -will provide other pleadings and mediation statement tomorrow for her to incorporate as applicable (.8) | 0.80 | 400.00 |
|---|---|---|---|---|
| September 9, 2019 | BCL | Meeting with Mr. Samole to discuss case and plan issues. | 0.30 | 135.00 |
| September 10, 2019 | DAS | Follow up with Ms. Lee as to additional documents and mediation statement for her to review for Plan document preparation; answer questions as to certain creditors within creditor group tranches - set up meeting for tomorrow to discuss more in depth after she has reviewed more documents and pleadings (.3) | 0.30 | 150.00 |
| September 10, 2019 | BCL | Draft plan of liquidation. | 1.70 | 765.00 |
| September 11, 2019 | MK | Meeting with Ms. Lopez-Castro, Ms. Samole and Ms. Lee to discuss strategy and implementation of same. | 0.50 | 187.50 |
| September 11, 2019 | BCL | Meeting in firm regarding strategy and plan terms. | 0.40 | 180.00 |
| September 17, 2019 | CLC | Consider plan provisions (.4). | 0.40 | 220.00 |
| September 17, 2019 | DAS | Confer with trustee as to treatment of customer claims as between timely filed and late filed claims, and between unencumbered and encumbered (.3); confer with Ms. Lee as to proposed customer treatment for her Plan preparation, discuss additional specifics, and more follow up will be needed to go over with trustee (.2) | 0.50 | 250.00 |
| September 17, 2019 | BCL | Draft/revise disclosure statement, and review various court papers and related information for same. | 7.20 | 3,240.00 |
| September 17, 2019 | BCL | Communicate in firm with Ms. | 0.10 | 45.00 |

| | | | | |
|---|---|---|---|---|
| | | Lopez-Castro and Mr. Samole regarding plan treatment terms for certain creditors. | | |
| October 11, 2019 | DAS | Confer with Trustee as to tranches of treatment for customer claims and addressing timely filed claims, late-filed claims and cutoff periods for unfiled claims; also consider developers claims in Plan(.4) | 0.40 | 200.00 |
| December 9, 2019 | DAS | Follow up with Ms. Lee as to First Data discussion and alternative ways to address their issues and note options for potential chapter 11 plans (.2) | 0.20 | 100.00 |
| December 10, 2019 | DAS | Review brand new case law on impermissibility of third party releases via opt out process when some of the creditor body not receiving any distributions in Chapter 11 plan; follow up with Ms. Lee regarding same as to potential applicability in our case and offer strategy comments to address same in our Plan after we finalize settlements (.4) | 0.40 | 200.00 |
| December 12, 2019 | DAS | More research as to divergent case law and due diligence as to our specific case matters to consider and analyze the propriety and viability to seek and obtain certain third party releases being sought by various constituents (.8) | 0.80 | 400.00 |
| December 23, 2019 | DAS | Review newest appellate decision approving third party releases in Chapter 11 plan confirmation context; advise Ms. Lee in connection with our still developing plan strategy (.4) | 0.40 | 200.00 |

- - - - - - - - - - - - - - - - - - - - - - -

Total for  PLAN AND DISCLOSURE STATEMENT                14.40          6,672.50