American Resource Management, Group LLC
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

Return Service Requested



0000845

MRF 418327210
DALE WRIGHT & NANCY WRIGHT
204 W LINDA VISTA DR
CAMP VERDE, AZ 86322

AS WE LIVE IN AZ IT IS NOT POSSIBLE TO FLY TO FLORIDA. THE COMPANY FILING FOR BANKRUPTCY CHARGED US $21,000 FOR WORK THEY DID NOT DO.

WE ARE IN OUR 80s AND NOW IN DEBT, PARTLY THEIR FAULT.

IF ANY MONEYS CAN BE RETURNED TO US IT WOULD BE VERY MUCH APPRECIATED.

*Dale E. Wright*

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Ft Laud
JAN 17 2020
FILED       RECEIVED

Form CGFCRD3 (4/4/2019)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

2 ND SHEET

Case Number: 19-14605-JKO
Chapter: 11

In re:

American Resource Management, Group LLC (DE)
1401 W Cyress Creek RD, Suite 101
Fort Lauderdale, FL 33309

EIN: 35-2620369

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **January 28, 2020** at **10:00 AM** at the following location:

**U.S. Courthouse
299 E Broward Blvd #301
Ft Lauderdale FL 33301**

to consider the following:

**First Interim Application for Compensation for David Samole Esq, Attorney-Trustee, Period: 4/24/2019 to 12/31/2019, Fee: $732,340.00, Expenses: $20,423.35. Filed by Attorney David Samole Esq (Samole, David) (378)**

**First Interim Application for Compensation for Barry Mukamal, Accountant, Period: 4/24/2019 to 12/31/2019, Fee: $566,533.20, Expenses: $3,396.44. Filed by Accountant Barry Mukamal (Mukamal, Barry) (377)**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON-EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above-described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and **shall file a certificate of service as required under Local Rules 2002-1(F) and 9073-1(B)**. Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape-recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072-2.**

Dated: **1/7/20**                                                                 **CLERK OF COURT**